IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>                Defendants.<br><br>AND RELATED CASES | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER DESIGNATING CASE FOR</u><br><u>ELECTRONIC CASE FILING AND</u><br><u>ORDER ADMINISTRATIVELY</u><br><u>RE-OPENING CASE</u> |

       This case is hereby designated for the Court's Electronic Case Filing ("ECF") program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the ECF system. From this date forward, all documents required to be filed with the Clerk shall be filed electronically via the ECF website, except as provided in section VII of General Order 45 or otherwise authorized by the Court.

       General Order 45 and other applicable instructions may be found online at the ECF website, https://ecf.cand.uscourts.gov/cand/index.html. Counsel should pay particular attention to the requirements in General Order 45 regarding the submission of chambers copies (section VI.G) and proposed orders (section VIII).

       In addition, it has recently come to the Court's attention that this case appears as a closed case for administrative purposes. Because of the current posture of the case, and

1 given the Court's continued and increasing involvement, the Clerk is hereby directed to
2 re-open the master case file, Civil Case Number C00-4599.

**IT IS SO ORDERED.**

DATED   11/14/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT