Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:     415.353.0999
Facsimile:     415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:     510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendants CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | **MASTER FILE: No.  C-00-4599-TEH** |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER PERMITTING CITY OF OAKLAND'S REPRESENTATIVES TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM 12** |
| CITY OF OAKLAND, et al., | |
| Defendants. | **Date: December 8, 2005**<br>**Time: 10:00am**<br>**Courtroom 12, 19th Floor**<br><br>**Hon. Thelton E. Henderson** |

The Court orders that the City of Oakland and its Police Department representatives may bring electronic equipment including a computer, projector, screen and related equipment, to display a Powerpoint presentation during the status conference scheduled for Thursday, December 8, 2005 at 10:30am, Courtroom 12, 19th floor of U.S. District Court.  Plaintiffs' attorney, James B. Chanin has no objection to the City bringing electronic equipment in to the Court tomorrow, December 8, 2005, based on his telephone conversation with Gregory M. Fox at 4pm on December 7, 2005.

**ORDER**

So ordered.

Dated: December ___8___, 2005

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT