1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA 94612
   Telephone:  (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA 94523
   Telephone:  (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA 94705
13 Telephone:  (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA 94621
   Telephone:  (510) 839-5200
18
   Attorneys for Plaintiff

19
20                    UNITED STATES DISTRICT COURT
21                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  DELPHINE ALLEN, et al., | Master Case No.: C00-4599 TEH (JL) |
| 23             Plaintiffs, | **STIPULATION AND ORDER RE: DEFINING "FILED" AND "ADMINISTRATIVE CLOSURE" PURSUANT TO SECTION III.E.5 OF THE SETTLEMENT AGREEMENT** |
| 24        v. | |
| 25  CITY OF OAKLAND, et al., | |
| 26             Defendants. | [Honorable Thelton E. Henderson] |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that Section III. E. 5 (Task 5) is hereby amended as follows to reflect the removal of "Filed" and the addition of "Administrative Closure" to the dispositions category.

Section III, E.5. (Task 5), "Complaint Procedures for IAD" shall read as follows:

> **OPD shall resolve each allegation in a complaint investigation using the "preponderance of the evidence" standard. Each allegation shall be resolved by making one of the following dispositions: Unfounded, Sustained, Exonerated, Not Sustained, or Administrative Closure. The Department shall use the following criteria for determining the appropriate disposition:**

a. *Unfounded*: The investigation disclosed sufficient evidence to determine that the alleged conduct did not occur. This finding shall also apply when individuals named in the complaint were not involved in the alleged act.

b. *Sustained*: The investigation disclosed sufficient evidence to determine that the alleged conduct did occur and was in violation of law and/or Oakland Police Department rules, regulations, or policies.

c. *Exonerated:* The investigation disclosed sufficient evidence to determine that the alleged conduct did occur, but was in accord with law and with all Oakland Police Department rules, regulations, or policies.

d. *Not Sustained:* The investigation did not disclose sufficient evidence to determine whether or not the alleged conduct occurred.

e. *Administrative Closure:* The investigation indicates a service complaint, not involving an MOR violation, was resolved without conducting an internal investigation; OR

f.  To conclude an internal investigation when it has been determined that the investigation cannot proceed to a normal investigative conclusion due to circumstances to include but not limited to the following:

1) Complainant wishes to withdraw the complaint and the IAD Commander has determined there is no further reason to continue the investigation and to ensure Departmental policy and procedure has been followed;

2) Complaint lacks specificity and complainant refuses or is unable to provide further clarification necessary to investigate the complaint;

3) Subject not employed by OPD at the time of the incident; or

4) If the subject is no longer employed by OPD, the IAD Commander shall determine whether an internal investigation shall be conducted.

g.  Administrative Closures shall be approved by the IAD Commander and entered in the IAD Complaint Database.

The disposition category of "Filed" is hereby redefined and shall be included under Administrative Dispositions as follows:

**An investigation that cannot be presently completed. A filed investigation is not a final disposition, but an indication that a case is pending further developments that will allow completion of the investigation.**

**The IAD Commander shall review all filed cases quarterly to determine whether the conditions that prevented investigation and final disposition have changed and may direct the closure or continuation of the investigation.**

///
///

| | | |
|---|---|---|
| 1 | Dated: December 8, 2005 | OAKLAND CITY ATTORNEY'S OFFICE |

By: _____
ROCIO V. FIERRO, Attorneys for Defendant
CITY OF OAKLAND

Dated: December 8, 2005          RAINS, LUCIA & WILKINSON, LLP

By: _____
ROCKNE LUCIA, Attorney for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

Dated: December 8, 2005          LAW OFFICES OF JAMES B. CHANIN

By: _____
JAMES B. CHANIN, Attorney for Plaintiffs

Dated: December 8, 2005          LAW OFFICES OF JOHN BURRIS

By: _____
JOHN L. BURRIS, Attorney for Plaintiffs

1  **ORDER**

2  **IT IS HEREBY ORDERED** that Sections III.E. 5 of the Settlement Agreement
3  approved by this Court on or about ~~December XX, 2005~~ Jan. 22, 2003 is hereby revised and modified,
4  consistent with the terms of the Parties' Stipulation.

5  IT IS SO ORDERED.

6  Dated:    12/14/05

7

8  */s/ Thelton Henderson*

9  THELTON E. HENDERSON
   JUDGE OF THE DISTRICT COURT

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*
*Dated: December 12, 2005.*

By: /s/ *Gregory M. Fox*
Gregory M. Fox