IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

          Defendants.

AND RELATED CASES

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: DEADLINES
FOLLOWING DECEMBER 8, 2005
CASE MANAGEMENT
CONFERENCE

       This matter came before the Court on Thursday, December 8, 2005, for a case management conference. During that conference, the Court directed the parties to meet and confer with the Independent Monitoring Team ("IMT") regarding a number of deadlines. The IMT has now reported the results of the parties' meeting and conferring to the Court, and the deadlines and other actions agreed upon by the parties shall become orders of this Court. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants shall publish the use of force policies (General Orders K-3, K-4, and K-4.1) on or before **February 17, 2006.** Defendants shall complete training of 95% or more of relevant personnel on or before **May 18, 2006.** Captain Eric Breshears shall be the responsible commander for completing these tasks and, as a result, may be held in contempt of court if Defendants fail to publish the specified policies or complete the requisite training by the deadlines set forth in this paragraph.

       2. Defendants shall provide the IMT with a complete draft of the Personnel Information Management System ("PIMS") policy on or before **December 22, 2005.** After the IMT has reviewed the draft policy, the IMT and Defendants shall meet and confer regarding deadlines for publication of the final policy and completion of training, and the

Court will issue a subsequent order setting such deadlines. Deputy Chief Jeffrey Israel shall be the responsible commander for completing this task and, as a result, may be held in contempt of court if Defendants fail to provide the IMT with a draft PIMS policy by December 22, 2005.

      3. Defendants shall complete training of 95% or more of all Oakland Police Department personnel on the policies regarding investigating misconduct and administering discipline (the M-3 series) on or before **February 8, 2006.** Deputy Chief Jeffrey Israel shall be the responsible commander for completing this task and, as a result, may be held in contempt of court if Defendants fail to complete the required training by February 8, 2006.

      4. The Oakland Police Department shall notify the Office of the City Attorney ("OCA") within 24 hours whenever it receives an allegation of retaliation and shall confer with the OCA regarding the investigation of all such claims. Defendants shall file quarterly reports regarding the status of any such investigations on **March 31, June 30, September 30, and December 31** of each year until the termination of the monitoring under the settlement agreement or unless otherwise ordered by the Court. Confidential information shall be redacted from the publicly filed versions of the reports, and unredacted versions of the reports shall be filed under seal and submitted to the IMT.

      5. The OCA shall review and assess the retaliation claims reviewed by the IMT during its November 2005 audit of Task 37 of the settlement agreement and shall file a report on its findings and any proposed remedial actions on or before **March 1, 2006**. As above, confidential information shall be redacted from the publicly filed version of the report, and an unredacted version of the report shall be filed under seal and submitted to the IMT.

**IT IS SO ORDERED.**

Dated: 12/22/05

                    THELTON E. HENDERSON, JUDGE
                    UNITED STATES DISTRICT COURT