Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:   415.353.0999
Facsimile:   415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:   510.238.3601
Facsimile:   510.238.6500

Attorneys for Defendants CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., ) | **MASTER FILE: No. C-00-4599-TEH** |
| Plaintiffs, ) | |
| vs. ) | **CITY OF OAKLAND'S APPLICATION FOR EXTENSION OF TIME RE: COURT'S DECEMBER 22, 2005 ORDER SETTING DEADLINES FOLLOWING DECEMBER 8 2005 CASE MANAGEMENT CONFERENCE** |
| CITY OF OAKLAND, et al., ) | |
| Defendants. ) | |

The Court's Order of December 22, 2005 Re: Setting Deadlines Following December 8 2005 Case Management Conference, required that the Office of the City Attorney review and assess the retaliation claims reviewed by the IMT during its November 2005 audit of Task 37 of the settlement

1

agreement and file a report of its findings and any proposed remedial actions by March 1, 2006. The Office of the City Attorney respectfully requests a one-week extension to March 8, 2006 to file its report. Plaintiffs' counsel James B. Chanin does not oppose the extension. IMT Kelli Evans on behalf of the IMT does not oppose the extension. Good cause for the extension exists in that Ms. Vicki Laden Esq. of the City Attorney's Office has been representing the City in a week long arbitration regarding the closing of the Oakland City Jail and has been working closely with the IMT and outside counsel on the independent investigation of certain matters relating to OPD's IAD which are also the concern of this Court. Ms. Laden has stated to Mr. Fox that the extension will allow her to complete her report as required by the Court by March 8, 2006.

     This is the first extension requested by the City relating to the December 22, 2006 Order. All other deadlines have been completed on time as required by the Court.

Respectfully submitted.

Dated: February 23, 2006                                BERTRAND, FOX, & ELLIOT


By:_____/s/_____
        Gregory M. Fox
        Attorney for Defendants


### ORDER OF THE COURT

     Good Cause Appearing, the application of the City of Oakland for an extension until March 8, 2006 for the Office of the City Attorney to file its report re: findings and recommendations relating to complaints of retaliation is granted.

Dated: __Feb. 27,__, 2006        _____
        Hon. Thelton E. Henderson
        United States District Court Judge

2

**CITY OF OAKLAND'S APPLICATION FOR EXTENSION OF TIME RE ORDER OF DEC 22, 2005**
- Allen / Case No. C-00-4599 (Master File)