1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:    (510) 238-3894

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6

7
   JOHN L. BURRIS, Esq. – State Bar No. 069888
8  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
9  7677 Oakport Road, Suite 1120
   Oakland, California 94621
10 Telephone:    (510) 839-5200

11
   JAMES B. CHANIN, Esq. – State Bar No. 076043
12 LAW OFFICES OF JAMES B. CHANIN
   3050 Shattuck Avenue
13 Berkeley, California 94705
   Telephone:    (510) 848-4752
14

15 Attorneys for Plaintiffs
16

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20 DELPHINE ALLEN, et al.,              Master Case No.: C00-4599 TEH (JL)
21        Plaintiffs,
                                        **STIPULATION AND ORDER RE
22     v.                               ASSIGNMENT OF CONTRACT BY
                                        CENTER FOR DISPUTE SETTLEMENT**
23 CITY OF OAKLAND, et al.,
                                        [Honorable Thelton E. Henderson]
24        Defendants.
25
26

## STIPULATION

Pursuant to Section XIII (A)(1) of the Settlement Agreement re Pattern and Practice Claims in the above-captioned matter, it is hereby stipulated by and between the parties that as of August 1, 2006, the Independent Monitor in this case shall be Independent Assessment & Monitoring, LLP in Oakland, California. The members of the Independent Monitor team shall remain the same, and the duties of the Independent Monitor shall remain the same as set forth in the professional services contract between the City of Oakland and the Independent Monitor.

IT IS SO STIPULATED

Dated: ~~June~~ July 13, 2006            ROCIO V. FIERRO, Senior Deputy City Attorney

By: _____
Attorneys for Defendant, CITY OF OAKLAND

Dated: ~~June~~ July 27, 2006            LAW OFFICES OF JOHN L. BURRIS

By: _____
JOHN L. BURRIS, Attorney for Plaintiffs

Dated: ~~June~~ July 27, 2006            LAW OFFICES OF JAMES B. CHANIN

By: _____
JAMES B. CHANIN, Attorney for Plaintiffs

Stipulation and Order Re Assignment of Contract
By Center for Dispute Settlement
- 1 -
Allen v. City of Oakland
C00-4599 TEH (JL)

## ORDER

IT IS HEREBY ORDERED that pursuant to the terms of the stipulation between the parties, the duties of the Independent Monitor appointed by this Court shall be transferred to Independent Assessment & Monitoring, LLP in Oakland, California

IT IS SO ORDERED.

Dated: 08/04/06

_____
THELTON E. HENDERSON
JUDGE OF THE DISTRICT COURT

Stipulation and Order Re Assignment of Contract
By Center for Dispute Settlement
- 2 -
Allen v. City of Oakland
C00-4599 TEH (JL)