JOHN A. RUSSO, City Attorney, State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612
Telephone:   (510) 238-6511

Attorneys for Defendants
CITY OF OAKLAND, et al.

ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA  94523
Telephone:   (925) 609-1699

Attorneys for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

JAMES B. CHANIN, ESQ., State Bar No. 076043
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA  94705
Telephone:   (510) 848-4752

Attorneys for Plaintiffs

JOHN L. BURRIS, ESQ., State Bar No. 069888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, CA  94621
Telephone:   (510) 839-5200

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>CITY OF OAKLAND, et al.,<br><br>            Defendants. | Master Case No.:  C00-4599 TEH (JL)<br><br>**STIPULATION AND ORDER RE:<br>TASK 51 – COMPLIANCE AUDITS**<br><br>[Honorable Thelton E. Henderson] |

STIPULATION AND ORDER RE:                                          C00-4599 TEH (JL)
TASK 51 - COMPLIANCE AUDITS

**<u>STIPULATION</u>**

IT IS HEREBY STIPULATED by and between the parties that Section XIV, B, (Task 51) is hereby amended to allow for better coordination of and timing of the audits conducted by the Independent Monitoring Team and the City's Office of Inspector General in the six subject areas required by the Negotiated Settlement Agreement.

Section XIV, B. (Task 51), "Compliance Audits and Integrity Tests" shall read as follows:

**<u>Compliance Audits and Integrity Tests</u>**

Upon implementation of policies and procedures pursuant to this Agreement, OPD shall conduct audits of the following areas:

1.  Arrest and offense reports, and follow-up investigation reports, including, but not limited to, arrests for narcotics-related possessory offenses not discovered in the course of a search pursuant to arrest for other crimes;

2.  Use of force incident reports and use of force investigations;

3.  Complaint processing and investigation, to include but not limited to timeliness and quality;

4.  Mobile Data Terminal traffic;

5.  Personnel evaluations;

6.  Citizen accessibility to the complaint process and the availability of complaint forms;

The review of documents shall entail, at a minimum, a review for completeness of the information contained, and an examination for inappropriate "boilerplate" language, inconsistent information, or lack of articulation of the legal basis for the applicable action.

///

///

///

STIPULATION AND ORDER RE:                                          C00-4599 TEH (JL)
TASK 51 – COMPLIANCE AUDITS

1
2
3
4
5

*OPD shall conduct audits of the identified areas annually, unless the timing of an IMT audit of the same area makes an OIG audit redundant or unnecessary. If the OIG determines an audit of any of the six areas to be redundant or unnecessary, an audit of another area outlined in this Agreement may be substituted that would result in identifying and correcting other pressing compliance issues. The OIG shall notify the IMT and determine due dates for substitute audits.*

6
7

Audit methodology should include random and stratified sampling, where appropriate.

8

The results of audits conducted pursuant to this paragraph shall be included in OPD's semi-annual compliance reports.

9
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///

STIPULATION AND ORDER RE:                                        C00-4599 TEH (JL)
TASK 51 – COMPLIANCE AUDITS

1

2
Dated:  July 27, 2006                    OAKLAND CITY ATTORNEY'S OFFICE

3

4                                                  By:          /s/
                                                              ROCIO V. FIERRO, Attorneys for Defendant
5                                                            CITY OF OAKLAND

6
Dated:  July 27, 2006                    RAINS, LUCIA & WILKINSON, LLP

7

8                                                  By:          /s/
                                                              ROCKNE LUCIA, Attorney for Interveners
9                                                            OAKLAND POLICE OFFICERS ASSOCIATION

10
Dated:  August 1, 2006                   LAW OFFICES OF JAMES B. CHANIN

11

12                                                By:          /s/
                                                              JAMES B. CHANIN, Attorney for Plaintiffs
13

14  Dated: August 2, 2006                    LAW OFFICES OF JOHN BURRIS

15

16                                                By:          /s/
                                                              JOHN L. BURRIS, Attorney for Plaintiffs

17
                              ATTORNEY ATTESTATION
18

19          I hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/s/) within this E-filed document.
20

21  Dated: August 9, 2006                        /s/
                                                              GREGORY M. FOX
22

23

24

25

26

STIPULATION AND ORDER RE:                                         C00-4599 TEH (JL)
TASK 51 – COMPLIANCE AUDITS

1

2

**ORDER**

3

**IT IS HEREBY ORDERED** that Section XIV, B, "COMPLIANCE AUDITS AND

4

INTEGRITY TESTS" of the Negotiated Settlement Agreement approved by this Court is

5

hereby revised pursuant to the terms of the Parties' Stipulation.

6

IT IS SO ORDERED.

7

Dated:  08/11/06

8

9                                                                      _____

10                                                                      THELTON E. HENDERSON
                                                                        JUDGE OF THE DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:                                            C00-4599 TEH (JL)
TASK 51 – COMPLIANCE AUDITS