Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:     415.353.0999
Facsimile:      415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:     510.238.3601
Facsimile:      510.238.6500

Attorneys for Defendants CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | ) **MASTER FILE: No.  C-00-4599-TEH** |
| Plaintiffs, | ) **STIPULATION AND [PROPOSED] ORDER RE: PUBLICATION AND TRAINING OF ALL OPD PERSONNEL ON T.B. III-B.4 "Handcuffing Techniques"** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The Court's Order dated May 10, 2006 required that defendants publish TB III-B.4 "Handcuffing Techniques" on or before August 1, 2006 and complete training of all relevant personnel on said policy on or before October 30, 2006.  At the July 27, 2006 Case Management Conference the parties discussed an extension of the above-described deadlines with the Court and the Court directed the parties to meet and confer regarding this request.  The parties met and conferred as directed by the Court with each other and the IMT and discussed the reasons additional time was necessary including obtaining information from persons with subject matter expertise and

further discussions with the IMT regarding final agreed upon language of said policy.  Based on those discussions the parties agreed and stipulated as follows:

Defendants shall publish the TB III-B.4 "Handcuffing Techniques" on or before October 1, 2006.  Defendants shall complete training of all relevant personnel on said policy on or before December 30, 2006.

So Stipulated:

Dated: September 25, 2006				LAW OFFICES OF JAMES B. CHANIN


							By:_____/s/_____
							JAMES B. CHANIN


Dated: September 25, 2006				LAW OFFICES OF JOHN L. BURRIS


							By:_____/s/_____
							JOHN L. BURRIS


Dated: September 25, 2006				BERTRAND, FOX, & ELLIOT


							By:_____/s/_____
							GREGORY M. FOX

*2*

*STIPULATION AND [PROPOSED] ORDER RE: PUBLICATION AND TRAINING OF TB III-B.4*
*Allen / Case No.  C-00-4599 (Master File)*

**ORDER**

Good cause appearing, the stipulation is so ordered.

Dated: ___09/27___, 2006

 _____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

*3*

*STIPULATION AND [PROPOSED] ORDER RE: PUBLICATION AND TRAINING OF TB III-B.4*
*Allen / Case No. C-00-4599 (Master File)*