John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:    510.238.3601
Facsimile:    510.238.6500

Rvf/387964

Attorneys for Defendants CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | MASTER FILE: No. C-00-4599-TEH |
| Plaintiffs, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER RE: OAKLAND'S INTERNAL PERSONNEL ASSESSMENT SYSTEM (Tasks 40 and 41) |
| CITY OF OAKLAND, et al., | |
| Defendants. | [Honorable Thelton E. Henderson] |

## STIPULATION

The parties, through their counsel, hereby stipulate to the changes to Section VII. A. 1-20 and VII.B. 1-18 of the Negotiated Settlement Agreement in reference to the above-referenced case. The changes agreed upon are reflected in the red-lined version document contained in Attachment 1 and the final document with all the changes accepted is contained in Attachment 2. Both Attachments 1 and 2 are fully incorporated into this Stipulation by this reference.

So Stipulated:

Dated: October 30, 2006                    LAW OFFICES OF JAMES B. CHANIN

By: _____/s/_____
        JAMES B. CHANIN

Dated: October 30, 2006                    LAW OFFICES OF JOHN L. BURRIS

By: _____/s/_____
        JOHN L. BURRIS

Dated: October 30, 2006                    OAKLAND CITY ATTORNEY'S OFFICE

By: _____/s/_____
        ROCIO V. FIERRO

**ORDER**

GOOD CAUSE APPEARING, the stipulation is so ordered.

Dated: __Nov. 1__, 2006

_____
HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2

*STIPULATION AND [PROPOSED] ORDER RE: OAKLAND'S INTERNAL PERSONNEL ASSESSMENT SYSTEM*
*TASKS 40 AND 41*
*Allen / Case No.  C-00-4599 (Master File)*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ATTACHMENT 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  # ATTACHMENT 2
23
24
25
26
27
28

4

STIPULATION AND [PROPOSED] ORDER RE: OAKLAND'S INTERNAL PERSONNEL ASSESSMENT SYSTEM
TASKS 40 AND 41
*Allen / Case No. C-00-4599 (Master File)*