Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:    415.353.0999
Facsimile:    415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:    510.238.3601
Facsimile:    510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | **MASTER FILE: No.  C-00-4599-TEH** <br><br> ~~[PROPOSED]~~ **ORDER RE: DESIGNATION OF DEPUTY CHIEF JEFF ISRAEL AS PERSON RESPONSIBLE FOR THE TASKS SET FORTH IN THE COURT'S ORDER DATED OCTOBER 11, 2006 APPROVING PROPOSAL TO CLOSE 756 COMPLAINTS OF ALLEGED MISCONDUCT.** |

Defendant City of Oakland filed its proposal to close out 756 uninvestigated alleged cases of misconduct on October 4, 2006.  The Court's Order dated October 11, 2006 approved the City's proposal and further required that the defendant City of Oakland and its police department enter into the Internal Personnel Assessment System ("i-PAS") no later than **March 31, 2007** the relevant data on all of the 756 uninvestigated IAD complaints that were dated within the thirty months prior to

1

[PROPOSED] ORDER RE DESIGNATION OF DEPUTY CHIEF ISRAEL AS
PERSON RESPONSIBLE FOR TASKS IN COURT'S ORDER OF OCTOBER 11, 2006

October 11, 2006. The Order also required that the same information be entered into the Personnel Assessment System ("PAS") no later than three months after the final implementation of PAS.

Defendant proposes that Deputy Chief Jeff Israel be the person responsible for these tasks.

Dated: October 30, 2006                                      BERTRAND, FOX, & ELLIOT

By: _____
    GREGORY M. FOX

**ORDER**

Good cause appearing, Deputy Chief Jeff Israel is ordered as the person responsible for the tasks set forth in the Court's Order dated October 11, 2006 regarding data entries into the iPAS and PAS systems relevant to the 756 cases of alleged misconduct.

Dated: ___Nov. 1___, 2006

IT IS SO ORDERED
Judge Thelton E. Henderson

_____
E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2

[PROPOSED] ORDER RE DESIGNATION OF DEPUTY CHIEF ISRAEL AS
PERSON RESPONSIBLE FOR TASKS IN COURT'S ORDER OF OCTOBER 11, 2006