Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:   415.353.0999
Facsimile:    415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:   510.238.3601
Facsimile:    510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., ) | **MASTER FILE: No.  C-00-4599-TEH** |
| ) | |
| Plaintiffs, ) | [~~PROPOSED~~] **ORDER RE: EXTENDING** |
| ) | **TIME FOR COMPLETING iPAS** |
| vs. ) | **OPERATIONS GUIDE.** |
| ) | |
| CITY OF OAKLAND, et al., ) | |
| ) | |
| Defendants. ) | |

     Defendant City of Oakland, acting by and through Senior Deputy City Attorney Rocio V. Fierro, filed its October 30, 2006 letter regarding the City's compliance status with the Court's October 11, 2006 Order Re: Internal Personnel Assessment System (PAS).  In that letter the City set forth the reasons that necessitated an extension of the Court's November 13, 2006 deadline for completing the iPAS Operations Guide and Users Guide to December 30, 2006.  The City further

1  explained that the subject document should only be called the iPAS Operations Guide and it will be
2  the iPAS Operations Guide that will be completed on or before December 30, 2006.  For the reasons
3  set forth in Ms. Fierro's letter the iPAS Users Guide will be developed by the City's Information
4  Technology Department at such future time as all beta testing has been completed on the new iPAS
5  system and that system is determined to be functional.  The City will continue to keep the Court,
6  plaintiffs' counsel and the IMT informed of developments on the iPAS system, the iPAS Operations
7  Guide and the iPAS Users Guide.
8  Respectfully submitted:

10 Dated: November 20, 2006                                    BERTRAND, FOX, & ELLIOT

                                                 By: _____
                                                       GREGORY M. FOX

**ORDER**

  Good cause appearing, the deadline for completing the iPAS Operations Guide is continued to December 30, 2006.  The City is to keep the Court, plaintiffs' counsel and the IMT informed on progress regarding developing and testing of the iPAS system, completing the iPAS Operations Guide as ordered herein and a schedule for completing the iPAS Users Guide once the iPAS system has been beta tested and the system is functional.

Dated: __11/21__, 2006

IT IS SO ORDERED
Judge Thelton E. Henderson

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT