Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:   415.353.0999
Facsimile:    415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:   510.238.3601
Facsimile:    510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF OAKLAND, et al., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>_____ ) | **MASTER FILE: No. C-00-4599-TEH**<br><br>~~[PROPOSED]~~ **ORDER RE: EXTENDING TIME FOR COMPLETING iPAS OPERATIONS GUIDE TO JANUARY 17, 2007.** |

      The Court issued its November 21, 2006 Order extending until December 30, 2006 the time for the Defendant City of Oakland and the Oakland Police Department to complete the iPAS Operations Guide.  The IMT has notified OPD that it will not be available for consultation and review of the iPAS Operations Guide the week of December 25, 2006 and if OPD is unable to provide the IMT with a final document by December 22, 2006 that it should request a further time

---

1

1  extension from the Court.  OPD will be unable to have a final document completed by December 22,
2  2006.   The City and OPD therefore respectfully request that the Court approve an extension of time
3  for completion of the iPAS Operations Guide to January 17, 2007.  The plaintiffs' attorneys are not
4  opposed to this extension of time.  The City will continue to keep the Court, plaintiffs' counsel and
5  the IMT informed of developments on the iPAS system, the iPAS Operations Guide and the iPAS
6  Users Guide.

8  Respectfully submitted:

10  Dated: December 15, 2006                          BERTRAND, FOX, & ELLIOT

13                                                    By:  _____/s/_____
                                                          GREGORY M. FOX

15                                           **ORDER**

17       Good cause appearing, the deadline for completing the iPAS Operations Guide is continued to
18  January 17, 2007.  The City is to keep the Court, plaintiffs' counsel and the IMT informed on
19  progress regarding developing and testing of the iPAS system, completing the iPAS Operations
20  Guide as ordered herein and a schedule for completing the iPAS Users Guide once the iPAS system
21  has been beta tested and the system is functional.

23  Dated:  __12/18__, 2006

                                                    IT IS SO ORDERED
                                                    Judge Thelton E. Henderson
                                                    _____
                                                    HENDERSON, JUDGE
                                                    UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE NEW TIME DEALINE FOR COMPLETING iPAS OPERATIONS GUIDE