Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:    415.353.0999
Facsimile:     415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:    510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | ) MASTER FILE: No. C-00-4599-TEH |
| Plaintiffs, | ) STIPULATION AND [PROPOSED] ORDER |
| vs. | ) RE: FILING DATE AND TIME FOR THE |
| | ) JOINT STATUS CONFERENCE |
| CITY OF OAKLAND, et al., | ) STATEMENT FOR THE JANUARY 25, |
| | ) 2007 STATUS CONFERENCE |
| Defendants. | ) |

By Order of the Court the parties are required to file their Joint Status Conference Statement on Thursday January 18, 2007. The Independent Monitoring Team (IMT) has informed the parties that it will publish its Ninth Status Report of the Independent Monitor on Thursday January 18, 2007. The parties will review said Report and intend to make appropriate comments in their respective parts of the Joint Status Conference Statement but need a brief additional extension of time to final the Joint Status Conference Statement and prepare the document for e-filing. Therefore the parties

1  stipulate and respectfully request that the Court Order the parties to e-file the Joint Status Conference
2  Statement on or before noon Friday January 19, 2007.   The IMT does not oppose this request for a
3  brief extension of time to file the Joint Status Conference Statement.   Mr. Lucia, counsel for the
4  Oakland Police Officers Association (OPOA), after discussing this matter with Mr. Fox on January
5  17, 2007, authorized Mr. Fox to inform the Court that the OPOA supports and agrees to the
6  Stipulation and proposed Order.

So Stipulated:

Dated: January 17, 2007                    LAW OFFICES OF JAMES B. CHANIN

                                           By:_____/s/_____
                                              JAMES B. CHANIN

Dated: January 17, 2007                    LAW OFFICES OF JOHN L. BURRIS

                                           By:_____/s/_____
                                              JOHN L. BURRIS

Dated: January 17, 2007                    BERTRAND, FOX, & ELLIOT

                                           By:_____/s/_____
                                              GREGORY M. FOX

**ORDER**

Good cause appearing, the stipulation is so ordered.

Dated: _____01/18_____, 2007

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

*STIPULATION AND [PROPOSED] ORDER RE: FILING DATE AND TIME FOR JOINT STATUS STATEMENT*
*Allen / Case No.  C00-4599 (Master File)*