IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

                           Plaintiffs,

v.

CITY OF OAKLAND, et al.,

                           Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: STATUS STATEMENT
DUE BY FEBRUARY 26, 2007

At today's status conference, the Court inadvertently gave conflicting information about the parties' joint status statement due on or before February 26, 2007. The Court now clarifies that the parties are expected to meet and confer, with the involvement of the Independent Monitoring Team, on the following three issues: (1) monitoring criteria, (2) extension of the settlement agreement, and (3) the discipline matrix. The parties shall report on all three issues in their joint status statement, along with clearly setting forth the disputes, if any, that remain outstanding and discussing whether such disputes should be referred for a mandatory settlement conference or resolved by motion practice.

The Court reiterates its belief that Defendants are making significant progress and are working diligently and in good faith towards achieving the goals of the settlement agreement. All parties have been working cooperatively to ensure that meaningful reform is instituted and institutionalized, and it is the Court's hope that such productive cooperation and strong reform efforts continue in the future.

**IT IS SO ORDERED.**

Dated:   01/25/07

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court
For the Northern District of California