1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA  94612
   Telephone:   (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6

7  ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
   RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA  94523
   Telephone:   (925) 609-1699
9

10 Attorneys for Interveners
   OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA  94705
13 Telephone:   (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA  94621
   Telephone:   (510) 839-5200
18

19 Attorneys for Plaintiff

20                    UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22 DELPHINE ALLEN, et al.,              Master Case No.:  C00-4599 TEH (JL)

23              Plaintiffs,             STIPULATION AND ORDER RE:
                                        DEFINITION OF OPERATIONAL CHAIN
24      v.                              OF COMMAND PURSUANT TO
                                        SECTION III. N OF THE SETTLEMENT
25 CITY OF OAKLAND, et al.,             AGREEMENT

26              Defendants.             [Honorable Thelton E. Henderson]

1

2 **STIPULATION**

3        IT IS HEREBY STIPULATED by and between the parties that Section III. N

4 (Task 15) is hereby amended as follows to reflect a change in the review process from the,

5 "operational chain of command" to the "appropriate chain-of-review" and "from lieutenant"

6 to "first-level commander".

7        Section III, N. (Task 15), "Reviewing Findings and Disciplinary

8 Recommendations," shall read as follows:

9                On or before June 15, 2005, OPD shall develop a policy to

10               ensure that, except upon written authorization from the Chief of

11               Police, the appropriate chain-of-review, from the first-level

12               commander up, shall be responsible for reviewing

13               recommended findings and the Discipline Officer shall be

14               responsible for making disciplinary recommendations in

15               sustained internal investigations.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1

2  Dated:  January __25__, 2007          OAKLAND CITY ATTORNEY'S OFFICE

3

4                                   By: _____
                                        ROCIO V. FIERRO, Attorneys for Defendant
5                                       CITY OF OAKLAND

6  Dated:  January __24__, 2007          RAINS, LUCIA & WILKINSON, LLP

7

8

9                                   By: _____
                                        ROCKNE LUCIA, Attorney for Interveners
10                                      OAKLAND POLICE OFFICERS ASSOCIATION

11

12 Dated:  January __26__, 2007          LAW OFFICES OF JAMES B. CHANIN

13

14                                  By: _____
                                        JAMES B. CHANIN, Attorney for Plaintiffs
15

16 Dated:  January _____, 2007           LAW OFFICES OF JOHN BURRIS

17

18

19                                  By: _____
                                        JOHN L. BURRIS, Attorney for Plaintiffs
20

21

22

23

24

25

26

STIPULATION AND ORDER RE:              - 2 -                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION III. N

1

**ORDER**

2

    **IT IS HEREBY ORDERED** that Sections III.N of the Settlement Agreement

3

approved by this Court on or about January 22 , 2007, are hereby revised and modified,
2003   is

4

consistent with the terms of the Parties' Stipulation.

5

    IT IS SO ORDERED.

6

Dated:   01/31/07

7

8

                                HENDERSON

9

                             E DISTRICT COURT

10

11

              Judge Thelton E. Henderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:      - 3 -           C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION III. N