IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER EXTENDING TIME TO<br>MEET AND CONFER RE:<br>MONITORING CRITERIA |

　　　Upon careful consideration of Defendants' unopposed request, submitted by letter dated March 30, 2007, the Court HEREBY ORDERS that the deadline for completing the meet and confer process regarding the monitoring criteria shall be extended to **April 6, 2007.**

**IT IS SO ORDERED.**

Dated:   04/02/07

　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT