1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA  94612
   Telephone:   (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA  94523
   Telephone:   (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA  94705
13 Telephone:   (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA  94621
   Telephone:   (510) 839-5200
18
   Attorneys for Plaintiff
19
                    UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA
21

22 DELPHINE ALLEN, et al.,              Master Case No.:  C00-4599 TEH (JL)

                    Plaintiffs,        **STIPULATION AND ORDER RE:**
23                                      **TWICE MONTHLY MEETINGS**
                                        **PURSUANT TO SECTION IV, D (TASK**
24     v.                               **21) OF THE SETTLEMENT**
                                        **AGREEMENT**
25 CITY OF OAKLAND, et al.,

                    Defendants.        [Honorable Thelton E. Henderson]
26

STIPULATION AND ORDER RE:                              C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION IV, D
OF THE SETTLEMENT AGREEMENT

1                             **STIPULATION**

2               IT IS HEREBY STIPULATED by and between the parties that Section IV, D, 1-

3 2 (Task 21), "Members', Employees' and Supervisors' Performance Review is hereby

4 amended to designate the units that are required to meet at least twice per month for

5 informal performance reviews.

6               Section IV, D, 1-2 (Task 21), "Members', Employees' and Supervisors'

7 Performance Review," shall read as follows:

8 **D.**        **Members', Employees' and Supervisors' Performance Review**

9           **1.**   **Every OPD commander/manager shall meet at least twice per year**

10 **with each of his/her immediate subordinate members, employees and**

11 **supervisors, to coach them regarding their strengths and weaknesses.  The**

12 **provisions of this section do not obviate the commander/manager of his or her**

13 **responsibility to comply with the provisions outlined in Section VII, Personnel**

14 **Assessment System (PAS), paragraph B, Use of Personnel Assessment System**

15 **(PAS). These meetings shall be documented.  If a member, employee or**

16 **supervisor exhibits a performance problem, the commander/manager shall meet**

17 **with him/her in accordance with the provision of Section VII, paragraph B (7)-(8),**

18 **of this Agreement.**

19           **2.**   **Supervisors of the following units shall meet individually with**

20 **subordinate members and employees at least twice per month for informal**

21 **performance reviews.  Supervisors shall maintain a record of these informal**

22 **reviews.  Affected units include:**

23                  **a.**      **Patrol Division (team);**

24                  **b.**      **Crime Reduction Teams (CRT);**

25                  **c.**      **Internal Affairs Division;**

26                  **d.**      **Intelligence Division;**

1            e.        **Parole and Corrections (PAC) team;**

2            f.        **Special Duty Units (SDU);**

3            g.        **Traffic Operations Section;**

4            h.        **Special Operations Group (SOG);**

5            i.        **Fugitive Unit;**

6            j.        **Problem Solving Officers (PSO); and**

7            k.        **Campus Life and School Safety (CLASS).**

8    **Members and employees assigned to administrative duties within these units and**

9    **civilian crossing guards are exempt from this requirement.**

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

1   Dated: ~~May~~ June 5, 2007                    OAKLAND CITY ATTORNEY'S OFFICE

2

3                                        By: _____

4                                            ROCIO V. FIERRO, Attorneys for Defendant
                                             CITY OF OAKLAND
5

6   Dated: May 3, 2007                      RAINS, LUCIA & WILKINSON, LLP

7

8

9                                        By: _____
                                             ROCKNE LUCIA, Attorney for Interveners
10                                           OAKLAND POLICE OFFICERS ASSOCIATION

11  Dated: May 3, 2007                      LAW OFFICES OF JAMES B. CHANIN

12

13

14                                       By: _____
                                             JAMES B. CHANIN, Attorney for Plaintiffs
15

16  Dated: May 3, 2007                      LAW OFFICES OF JOHN BURRIS

17

18                                       By: _____
                                             JOHN L. BURRIS, Attorney for Plaintiffs
19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:                - 3 -                C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION IV, D
OF THE SETTLEMENT AGREEMENT

1

### ORDER

2     **IT IS HEREBY ORDERED** that Section IV, D, 1-2 of the Settlement Agreement

3  approved by this Court on or about ~~May ___, 2007,~~ January 22, 2003 are hereby revised and modified,

4  consistent with the terms of the Parties' Stipulation.

5     IT IS SO ORDERED.

6  Dated:    06/11/07

7

8

9                                          THELTON E. HENDERSON



                                           THE DISTRICT COURT

10

11

12                              Judge Thelton E. Henderson

13

14

15

16

17

18

19

20

21

22

23

24

25

26