1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA  94612
   Telephone:   (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA  94523
   Telephone:   (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA  94705
13 Telephone:   (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA  94621
   Telephone:   (510) 839-5200
18
   Attorneys for Plaintiff
19
                    UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA
21
   DELPHINE ALLEN, et al.,          Master Case No.:  C00-4599 TEH (JL)
22
                    Plaintiffs,     STIPULATION AND ORDER RE:
23                                  ACADEMY AND IN-SERVICE
        v.                         TRAINING PURSUANT TO SECTION
24                                  IX, A, C, & D, OF THE SETTLEMENT
   CITY OF OAKLAND, et al.,         AGREEMENT
25
                    Defendants.     [Honorable Thelton E. Henderson]
26

STIPULATION AND ORDER RE:                          C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION IX, A, C, & D
OF THE SETTLEMENT AGREEMENT

1 <u>**STIPULATION**</u>

2     IT IS HEREBY STIPULATED by and between the parties that Section

3 IX, Academy and In-Service Training is hereby amended as follows to reflect

4 clarifying language as enumerated below.

5     Section IX. A (Task 43), "Academy Training Plan," shall read as follows:

6     **Within 540 days of the effective date of this Agreement, OPD shall develop**

7 **and implement a plan to enhance its Academy and in-service training to ensure that**

8 **OPD members, dispatchers, and civilian evidence technicians are adequately**

9 **trained for their positions, and aware of and able to implement the most**

10 **contemporary developments in police training. This plan shall include a review of**

11 **OPD's training curriculum, with additional emphasis on ethics and professionalism,**

12 **critical thinking and problem solving, conflict resolution, and relationships with the**

13 **community. The plan shall also address the criteria and method for selecting OPD**

14 **training instructors, the training provided to instructors, procedures for evaluating**

15 **the content and quality of training provided to OPD personnel and procedures for**

16 **maintaining training records for OPD personnel. In arriving at the plan regarding**

17 **staffing, training content and methodology, OPD shall consult with at least four (4)**

18 **other, large law-enforcement agencies within the United States which have excellent**

19 **reputations for professionalism. In particular, OPD shall consult with these**

20 **agencies about qualifications and other criteria to be used in selecting staff for**

21 **training positions. OPD shall also review the approach of these other law**

22 **enforcement agencies in training both new staff and experienced staff on ethics and**

23 **professionalism, critical thinking and problem solving, conflict resolution, and**

24 **relationships with the community.**

25 ///

26 ///

1    Section IX. C (Task 43), "Supervisory and Command Training," shall read as

2  follows:

3    **OPD shall provide all sergeants and commanders with mandatory 40-hour in-**

4  **service supervisory and leadership training. Officers shall attend training prior to**

5  **promotion to the rank of sergeant. Lieutenants shall attend training within six (6)**

6  **months of promotion. Such training shall include supervisory and command**

7  **accountability, and ethics and professionalism, with emphasis on supervisory and**

8  **management functions and situations, and shall include both scenario-based**

9  **training and case studies.**

10    Section IX. D. 2 (Task 43), "In-Service Training," shall read as follows:

11    **Members at the rank of lieutenant and above shall receive at least 20 hours of**

12  **training designed for commanders every 18 months.**

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

1  Dated: ~~May~~ June 5, ___, 2007          OAKLAND CITY ATTORNEY'S OFFICE

2

3

4                    By: _____
                         ROCIO V. FIERRO, Attorneys for Defendant
5                        CITY OF OAKLAND

6  Dated:  May 3, 2007              RAINS, LUCIA & WILKINSON, LLP

7

8

9                    By: _____
                         ROCKNE LUCIA, Attorney for Interveners
10                       OAKLAND POLICE OFFICERS ASSOCIATION

11 Dated:  May ___, 2007            LAW OFFICES OF JAMES B. CHANIN

12

13

14                   By: _____
                         JAMES B. CHANIN, Attorney for Plaintiffs
15

16 Dated: May 3, 2007              LAW OFFICES OF JOHN BURRIS

17

18                   By: _____
                         JOHN L. BURRIS, Attorney for Plaintiffs
19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:              - 3 -                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION IX, A, C, & D
OF THE SETTLEMENT AGREEMENT

1

**ORDER**

2      **IT IS HEREBY ORDERED** that Section IX, A, C, & D of the Settlement Agreement

January 22, 2003
3   approved by this Court on or about ~~May ___, 2007~~, are hereby revised and modified,

4   consistent with the terms of the Parties' Stipulation.

5      IT IS SO ORDERED.

6   Dated:   06/11/07

7

8

9                                 THELTON E. HENDERSON
                                   JUDGE OF THE DISTRICT COURT
10

11

12                              Judge Thelton E. Henderson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:              - 4 -              C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION IX, A, C, & D
OF THE SETTLEMENT AGREEMENT