**Independent Assessment & Monitoring, LLP**
1330 Broadway, Suite 426
Oakland, CA 94612
510-268-0129, -0130 phone | 510-268-0131 fax

June 13, 2007

Chief Magistrate Judge James Larson
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   *Allen v. City of Oakland, et al. C004599 THE*
      *Order of Referral for a Settlement Conference re: Monitoring Contract*

Dear Judge Larson:

Pursuant to Judge Henderson's May 23, 2007, Order of Referral for a Settlement Conference, we are writing to inform you that members of the court-appointed Independent Monitoring Team (IMT) and counsel for the City of Oakland (Oakland) are available for a settlement conference on July 10, 2007, regarding the Monitoring Contract for the extension of the Negotiated Settlement Agreement in the above referenced case. We understand from your chambers that the conference would begin at 2:30 p.m.

The IMT and Oakland will each submit to your chambers and exchange 5-page letter briefs by close of business one week in advance of the conference (i.e. July 3).

We appreciate your assistance in this matter. Please do not hesitate to contact us if you have any questions or concerns.

Sincerely,

Rachel M. Burgess
Kelli M. Evans, Esq.
Charles Gruber
Christy E. Lopez, Esq.
Independent Monitoring Team

cc:   Gregory Fox, Esq.
      Rocio Fierro, Esq.
      John Burris, Esq.
      James Chanin, Esq.

*[Court stamp: IT IS SO ORDERED / Judge James Larson / United States District Court, Northern District of California]*