JOHN A. RUSSO, City Attorney, State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-6511
20762/343182

Attorneys for Defendants
CITY OF OAKLAND, et al.

ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699

Attorneys for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

JAMES B. CHANIN, ESQ., State Bar No. 076043
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752

Attorneys for Plaintiffs

JOHN L. BURRIS, ESQ., State Bar No. 069888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Master Case No.: C00-4599 TEH (JL)<br><br>STIPULATION AND ORDER RE: USE OF FORCE PURSUANT TO SECTION V AND VI (Tasks 24, 25, 26, 30, 31, and 35) OF THE SETTLEMENT AGREEMENT<br><br>[Honorable Thelton E. Henderson] |

STIPULATION AND ORDER RE: CHANGES TO LANGUAGE
IN SECTION V AND VI (Tasks 24, 25, 26, 30, 31, and 35)
OF THE SETTLEMENT AGREEMENT

C00-4599 TEH (JL)

## STIPULATION

1  The parties, through their counsel, hereby stipulate to the changes to Sections V,
2  (A, 6), B, C, G, H, and VI, C, 2 of the Negotiated Settlement Agreement in reference to the
3  above-referenced case. The changes agreed upon are reflected in the red-lined version
4  document contained in Attachment 1 and the final document with all the changes accepted
5  is contained in Attachment 2. Both Attachments 1 and 2 are fully incorporated into this
6  Stipulation by this reference.

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

STIPULATION AND ORDER RE:                     - 1 -
CHANGES TO LANGUAGE IN SECTION V and VI                         C00-4599 TEH (JL)
OF THE SETTLEMENT AGREEMENT

| | | |
|---|---|---|
| 1 | Dated: ~~April~~ June 18, 2007 | OAKLAND CITY ATTORNEY'S OFFICE |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ROCIO V. FIERRO, Attorneys for Defendant CITY OF OAKLAND |
| 5 | | |
| 6 | Dated: ~~April~~ June 15, 2007 | RAINS, LUCIA & WILKINSON, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | ROCKNE LUCIA, Attorney for Interveners OAKLAND POLICE OFFICERS ASSOCIATION |
| 11 | Dated: April 19, 2007 | LAW OFFICES OF JAMES B. CHANIN |
| 13 | | By: _____ |
| 14 | | JAMES B. CHANIN, Attorney for Plaintiffs |
| 15 | Dated: April 19, 2007 | LAW OFFICES OF JOHN BURRIS |
| 16 | | |
| 18 | | By: _____ |
| 19 | | JOHN L. BURRIS, Attorney for Plaintiffs |

## ORDER

**IT IS HEREBY ORDERED** that Sections V and VI of the Settlement Agreement approved by this Court on or about ~~April ___, 2007~~ January 22, 2003, are hereby revised and modified, consistent with the terms of the Parties' Stipulation.

IT IS SO ORDERED.

Dated: 06/29/07



THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

Judge Thelton E. Henderson