IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>CITY OF OAKLAND, et al.,<br><br>                    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER VACATING STATUS<br>CONFERENCE AND SETTING<br>IN-CHAMBERS CONFERENCE RE:<br>CONTRACT DISPUTE |

In light of the nature of the ongoing contract dispute between the City of Oakland ("City") and the Independent Monitoring Team ("IMT"), IT IS HEREBY ORDERED that the September 13, 2007 status conference is VACATED and will be rescheduled at a later time. The Court fully expects compliance and monitoring efforts to continue in full force. However, it finds that a status conference would not be a productive use of judicial resources at this time, while the monitoring contract for the extension period of the Negotiated Settlement Agreement remains so unresolved.

In lieu of the status conference, the IMT and counsel for the City shall appear at the scheduled time – **September 13, 2007, at 1:00 PM** – for an in-chambers conference with this Court. Magistrate Judge James Larson shall also participate in the conference.

**IT IS SO ORDERED.**

Dated: 08/10/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT