Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:    415.353.0999
Facsimile:     415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:    510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>             Plaintiffs,<br><br>       vs.<br><br>CITY OF OAKLAND, et al.,<br><br>             Defendants. | **MASTER FILE: No.  C-00-4599-TEH**<br><br>~~[PROPOSED]~~ **ORDER RE: EXTENDING TIME FOR FILING THIRD QUARTER STATUS REPORT ON RETALIATION CASES TO FRIDAY OCTOBER 5, 2007.** |

By Court Order the City of Oakland ("City") is required to file quarterly reports on the status of investigations into complaints of retaliation by members of OPD. The filing date for the Third Quarter 2007 Status Report is Friday September 28, 2007.   Because the current Report is not in final form and ready for filing the City respectfully requests a one week extension until Friday October 5, 2007 to complete the review process and file the Third Quarter Status Report.   The undersigned counsel for the City will work with the new staff of the Internal Affairs Division to ensure future

1

1  Status Reports are filed on a timely basis.   The undersigned has notified plaintiffs' counsel and the
2  IMT of this request for a one week extension.

                                              Respectfully submitted:

Dated: September 28, 2007                  BERTRAND, FOX, & ELLIOT

                                     By:         /s/
                                               GREGORY M. FOX

## ORDER

     Good cause appearing, the filing date for the City of Oakland's Third Quarter Status Report on Retaliation Cases is extended to Friday October 5, 2007.

Dated: _____09/28_____, 2007

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT