1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA  94612
   Telephone:  (510) 238-6511
4  /418915

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA  94523
   Telephone:  (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA  94705
13 Telephone:  (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA  94621
   Telephone:  (510) 839-5200
18
   Attorneys for Plaintiff
19
                   UNITED STATES DISTRICT COURT
20
                  NORTHERN DISTRICT OF CALIFORNIA
21

22 DELPHINE ALLEN, et al.,              Master Case No.:  C00-4599 TEH (JL)

23             Plaintiffs,              **STIPULATION AND ORDER RE:
                                        DELETION OF LANGUAGE IN
24        v.                            SECTION IV, D, 3 (TASK 21) OF THE
                                        SETTLEMENT AGREEMENT
25 CITY OF OAKLAND, et al.,             PERTAINING TO PERFORMANCE
                                        REVIEWS**
26             Defendants.
                                        [Honorable Thelton E. Henderson]

STIPULATION AND ORDER RE:                                   C00-4599 TEH (JL)
DELETION OF LANGUAGE IN SECTION IV, D, 3
OF THE SETTLEMENT AGREEMENT

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that Section IV, D, 3 of the Negotiated Settlement Agreement, which is a provision of Task 21, be deleted as redundant and unnecessary language. This Section is unnecessary because it requires that supervisors and commanders/managers identify patterns of improper behavior of their subordinates, and this requirement is already imposed by Section VII, B (Task 41) and will be assessed under this other provision. Accordingly, the following language is deleted:

~~3.     Supervisors and commanders/managers shall be responsible for identifying patterns of improper behavior of their subordinates. In particular, Bureau of Field Operations sergeants and lieutenants shall scrutinize arrests and uses of force that have been historically associated with police misconduct, including arrests for very small amounts of drugs, arrests pursuant to searches with no underlying offense leading to the search, and Penal Code §§69, 148 and 243(b)(c) arrests with no underlying offense. Failure to identify such patterns and instances of misconduct when the supervisors or commanders/managers knew or reasonably should have known of the misconduct shall constitute grounds for discipline.~~

///
///
///
///
///
///
///
///
///

Dated: ~~September~~ October 1, 2007      OAKLAND CITY ATTORNEY'S OFFICE

By: _____
ROCIO V. FIERRO, Attorneys for Defendant
CITY OF OAKLAND

Dated: ~~September~~ October 9, 2007      RAINS, LUCIA & WILKINSON, LLP

By: _____
ROCKNE LUCIA, Attorney for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

Dated: September 20, 2007      LAW OFFICES OF JAMES B. CHANIN

By: _____
JAMES B. CHANIN, Attorney for Plaintiffs

Dated: September 20, 2007      LAW OFFICES OF JOHN BURRIS

By: _____
JOHN L. BURRIS, Attorney for Plaintiffs

1  **ORDER**

2  **IT IS HEREBY ORDERED,** pursuant to the Stipulation of the parties, that Section
3  IV, D, 3 of the Negotiated Settlement Agreement on file in this matter is deleted.
4  IT IS SO ORDERED.
5  Dated:  10/23/07

_____
THELTON E. HENDERSON
JUDGE OF THE DISTRICT COURT

*Judge Thelton E. Henderson*

STIPULATION AND ORDER RE:                                      - 3 -                                      C00-4599 TEH (JL)
DELETION OF LANGUAGE IN SECTION IV, D, 3
OF THE SETTLEMENT AGREEMENT