IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER SETTING STATUS<br>CONFERENCE</u> |

　　　　This matter was previously scheduled for a status conference on September 13, 2007. However, the Court vacated that status conference on August 10, 2007, because it found that such a conference would not be productive when so much uncertainty remained concerning the monitoring contract for the two-year extension period of the Negotiated Settlement Agreement ("NSA").

　　　　The Independent Monitoring Team ("IMT") and counsel for the City of Oakland ("City") have informed the Court that agreement on the terms of such a contract, including compensation and the scope of work, has now been finalized. The Court further understands that the agreement will be presented to the City Council and recommended for approval in December 2007.

　　　　The Court is pleased that the IMT and the City were able to reach agreement on a new contract, which will ensure continuity of the monitoring and reform efforts contained in the NSA. In addition, the Court acknowledges and appreciates the significant time and energy expended by Magistrate Judge James Larson in conducting settlement discussions between the IMT and the City.

1  Now that agreement has been reached on the monitoring contract for the extension
2  period, the parties and the IMT can return their full attention to the City's compliance efforts.
3  The parties shall meet and confer and file a joint status statement on or before **Friday,**
4  **November 16, 2007,** and shall appear for a status conference on **Tuesday, November 27,**
5  **2007, at 10:30 AM,** to discuss these efforts with the Court.

**IT IS SO ORDERED.**

Dated:   10/30/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT