IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | MASTER CASE FILE <br> NO. C00-4599 TEH <br><br> ORDER CONTINUING STATUS <u>CONFERENCE</u> |

Defendants' counsel have requested a continuance of the November 27, 2007 status conference so that they can concentrate their efforts on preparing the monitoring contract for the extension period for presentation to the City Council in December. The Court finds good cause to grant this request because the Court agrees that it is important for the contract to be approved by the City Council as soon as possible, and because there do not appear to be any time-sensitive matters to discuss at the status conference that cannot be delayed by several weeks. Accordingly, IT IS HEREBY ORDERED that the status conference scheduled for November 27, 2007, is continued to **January 17, 2008, at 10:30 AM.** The parties shall meet and confer and file a joint status statement on or before **January 7, 2008.**

**IT IS SO ORDERED.**

Dated: 11/02/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT