JOHN A. RUSSO, City Attorney, State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone: (510) 238-6511
20752/343182

Attorneys for Defendants
CITY OF OAKLAND, et al.
0
ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Telephone: (925) 609-1699

Attorneys for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

JAMES B. CHANIN, ESQ., State Bar No. 076043
LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752

Attorneys for Plaintiffs

JOHN L. BURRIS, ESQ., State Bar No. 069888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | Master Case No.: C00-4599 TEH (JL)<br><br>**STIPULATION AND ORDER RE: TRANSPORTING DETAINEES AND CITIZENS PURSUANT TO SECTION VI. D.1, OF THE SETTLEMENT AGREEMENT**<br><br>[Honorable Thelton E. Henderson] |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by and between the parties that Section VI. |
| 3 | D. 1, of the Negotiated Settlement Agreement is revised to remove the |
| 4 | requirement for notifying the Communications Division regarding the purpose of |
| 5 | transport under certain circumstances. |
| 6 | Section VI. D. 1, (Task 36), "Procedures for Transporting Detainees and |
| 7 | Citizens," shall read as follows: |

> **OPD shall continue to require every member and employee to log in and log out on the radio when transporting a detainee or any other civilian. The radio report shall include time, mileage, location, purpose of transport, gender of individual being transported, and identification of member/employee involved in transport.**
>
> **If the purpose of the transport can be determined from the location of the transport, the purpose does not need to be recorded. These locations can include the Police Administration Building, the Substation (Eastmont Station), Youth and Family Violence Center, the Jail (Santa Rita or North County), John George Psychiatric Hospital or any other medical facility.**
>
> **The transportation of a civilian ride-a-long shall be exempt from this requirement.**

///
///
///
///
///
///

Dated: ~~October~~ November 4, 2007　　OAKLAND CITY ATTORNEY'S OFFICE

By: _____
ROCIO V. FIERRO, Attorneys for Defendant
CITY OF OAKLAND

Dated: ~~October~~ November __, 2007　　RAINS, LUCIA & WILKINSON, LLP

By: _____
ROCKNE LUCIA, Attorney for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

Dated: October 25, 2007　　LAW OFFICES OF JAMES B. CHANIN

By: _____
JAMES B. CHANIN, Attorney for Plaintiffs

Dated: October ___, 2007　　LAW OFFICES OF JOHN BURRIS

By: _____
JOHN L. BURRIS, Attorney for Plaintiffs

# ORDER

**IT IS HEREBY ORDERED** that Section VI. D. 1, of the Settlement Agreement approved by this Court on or about January 22, 2003, is hereby revised and modified, consistent with the terms of the Parties' Stipulation.

IT IS SO ORDERED.

Dated: 12/13/07



_____
THELTON E. HENDERSON
JUDGE, U.S. DISTRICT COURT