1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA 94612
   Telephone: (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & WILKINSON, LLP
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA 94523
   Telephone: (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA 94705
13 Telephone: (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA 94621
   Telephone: (510) 839-5200
18
   Attorneys for Plaintiff

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21 DELPHINE ALLEN, et al.,              Master Case No.: C00-4599 TEH (JL)

22              Plaintiffs,              STIPULATION AND ORDER RE:
                                         PERFORMANCE APPRAISAL POLICY
23        v.                             PURSUANT TO SECTION X. A. 6
                                         (Task 44) OF THE SETTLEMENT
24 CITY OF OAKLAND, et al.,              AGREEMENT

25              Defendants.              [Honorable Thelton E. Henderson]

26

<u>STIPULATION</u>

1

2      IT IS HEREBY STIPULATED by and between the parties that Section X, A, 6,

3 (Task 44) of the Negotiated Settlement Agreement is hereby amended to delete the

4 requirement for a supervisor, manager, or person in charge, to prepare and submit a

5 separate written appraisal narrative detailing the performance of a member or employee

6 engaged in substantial collateral duties during an appraisal period. Such performance

7 information shall be exchanged during a consultation and documented by the appraising

8 supervisor or manager.

9      Section X, A, 6 (Task 44), "Performance Appraisal Policy," shall read as

10 follows:

11   6. When a member/employee, during the course of the period being appraised,

12      had substantial collateral duties supervised by someone other than his or her

13      regular and direct supervisor, the member/employee's immediate supervisor

14      shall consult with the other supervisor, manager, or person in charge of the

15      collateral duty regarding the subject member/employee's performance and

16      document the results of the consultation in the performance appraisal.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1   Dated: ~~September 20, 2007~~ October 1          OAKLAND CITY ATTORNEY'S OFFICE

2

3                                          By: _____
4                                               ROCIO V. FIERRO, Attorneys for Defendant
                                                CITY OF OAKLAND
5

6   Dated: ~~September 20, 2007~~               RAINS, LUCIA & WILKINSON, LLP

7

8
                                           By: _____
9                                               ROCKNE LUCIA, Attorney for Interveners
                                                OAKLAND POLICE OFFICERS ASSOCIATION
10

11  Dated: September 20, 2007                     LAW OFFICES OF JAMES B. CHANIN

12

13
                                           By: _____
14                                              JAMES B. CHANIN, Attorney for Plaintiffs

15
    Dated: September 20, 2007                     LAW OFFICES OF JOHN BURRIS
16

17

18                                         By: _____
                                                JOHN L. BURRIS, Attorney for Plaintiffs
19

20

21

22

23

24

25

26

ORDER

IT IS HEREBY ORDERED that Section X. A. 6. of the Settlement Agreement approved by this Court on or about ~~September 20, 2007~~ January 22, 2003, is hereby revised and modified, consistent with the terms of the Parties' Stipulation.

IT IS SO ORDERED.

Dated:    02/14/08



THELTON E. HENDERSON
JUDGE OF THE DISTRICT COURT

Judge Thelton E. Henderson