IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>SECOND ORDER EXTENDING DEADLINE TO MEET AND CONFER RE: "SUBSTANTIAL COMPLIANCE"</u> |

The Court is in receipt of Defendants' letter, dated March 26, 2008, requesting a second extension of time for the parties to complete their meeting and conferring regarding how "substantial compliance" with the Negotiated Settlement Agreement will be measured. Plaintiffs and the Independent Monitoring Team do not oppose this request. Accordingly, with good cause appearing, the parties are hereby granted until **March 31, 2008,** to complete the above task.

**IT IS SO ORDERED.**

Dated: 03/27/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT