1 | JOHN A. RUSSO, City Attorney, State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2 | ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, CA  94612
Telephone:   (510) 238-6511
4 | 20752/343182

5 | Attorneys for Defendants
CITY OF OAKLAND, et al.
6 |

7 | ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
RAINS, LUCIA & WILKINSON, LLP
2300 Contra Costa Blvd., Suite 230
8 | Pleasant Hill, CA  94523
Telephone:   (925) 609-1699
9 |

10 | Attorneys for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

11 | JAMES B. CHANIN, ESQ., State Bar No. 076043
LAW OFFICES OF JAMES B. CHANIN
12 | 3050 Shattuck Avenue
Berkeley, CA  94705
13 | Telephone:   (510) 848-4752

14 | Attorneys for Plaintiffs

15 | JOHN L. BURRIS, ESQ., State Bar No. 069888
LAW OFFICES OF JOHN L. BURRIS
16 | Airport Corporate Centre
7677 Oakport Road, Suite 1120
17 | Oakland, CA  94621
Telephone:   (510) 839-5200
18 |

19 | Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| DELPHINE ALLEN, et al., | Master Case No.:  C00-4599 TEH (JL) |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER RE: SECTION III-N (TASK 15) OF THE SETTLEMENT AGREEMENT** |
| v. | |
| CITY OF OAKLAND, et al., | [Honorable Thelton E. Henderson] |
| Defendants. | |

## STIPULATION

1   IT IS HEREBY STIPULATED by and between the parties that Section III. N

2

3   (Task 15) is hereby amended as follows to reflect the revision of administrative review of

4   findings and disciplinary recommendations as follows:

5   On or before June 15, 2005, OPD shall develop a policy to ensure

6   that, except upon written authorization from the Chief of Police, the

7   investigator's first-level commander/manager and the IAD Commander

8   or designee shall be responsible for reviewing recommended findings.

9   The Discipline Officer shall be responsible for making disciplinary

10  recommendations in sustained internal investigations.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

Dated: May 22, 2008                          OAKLAND CITY ATTORNEY'S OFFICE

By: _____
ROCIO V. FIERRO, Attorneys for Defendant
CITY OF OAKLAND

Dated: May 22, 2008                          RAINS, LUCIA & WILKINSON, LLP

By: _____
ROCKNE LUCIA, Attorney for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

Dated: May 22, 2008                          LAW OFFICES OF JAMES B. CHANIN

By: _____
JAMES B. CHANIN, Attorney for Plaintiffs

Dated: May ___, 2008                         LAW OFFICES OF JOHN BURRIS

By: _____
JOHN L. BURRIS, Attorney for Plaintiffs

1

ORDER

2      **IT IS HEREBY ORDERED** that Section III.N (Task 15) of the Settlement

3  Agreement approved by this Court on or about January 22, 2003, are *is* hereby revised and

4  modified, consistent with the terms of the Parties' Stipulation.

5      IT IS SO ORDERED.

6  Dated:      05/30/08

7

8

9                                          JUDGE UNITED STATES DISTRICT COURT



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26