1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA  94612
   Telephone:   (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA, STERN, PC
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA  94523
   Telephone:   (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA  94705
13 Telephone:   (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA  94621
   Telephone:   (510) 839-5200
18
   Attorneys for Plaintiff
19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22 | DELPHINE ALLEN, et al., | Master Case No.: C00-4599 TEH (JL) |
   |                         |                                    |
23 |          Plaintiffs,    | **STIPULATION AND ORDER RE: REVISIONS TO SECTION III (Tasks 5, 7, and 8) and SECTION X (Task 45) OF THE SETTLEMENT AGREEMENT** |
   |     v.                  |                                    |
24 |                         |                                    |
   | CITY OF OAKLAND, et al., | [Honorable Thelton E. Henderson]  |
25 |                         |                                    |
   |          Defendants.    |                                    |
26

---

1

## STIPULATION

2  IT IS HEREBY STIPULATED by and between the parties that, due to the

3  reorganization of the Department, the term "Watch Commander" be globally changed to

4  the term "appropriate Area Commander" throughout the Negotiated Settlement

5  Agreement.

6  Additionally, SECTION III (Tasks 5, 7, and 8) and SECTION X (Task 45) of the

7  Negotiated Settlement Agreement in reference to the above-referenced case has been

8  amended as follows:

9  **Section III, E, 1 (Task 5)**

10  On or before December 1, 2003, OPD shall develop a policy so that OPD personnel

11  who become aware that a citizen wishes to file a complaint shall bring such citizen

12  immediately, or as soon as circumstances permit, to a supervisor or IAD or summon a

13  supervisor to the scene.  If there is a delay of greater than three (3) hours, the reason for

14  such delay shall be documented by the person receiving the complaint.  In the event that

15  such a complainant refuses to travel to a supervisor or to wait for one, the

16  member/employee involved shall make all reasonable attempts to obtain identification,

17  including address and phone number, as well as a description of the allegedly wrongful

18  conduct and offending personnel, from the complainant and any witnesses. This

19  information, as well as a description of the complaint, shall immediately, or as soon as

20  circumstances permit, be documented on a Complaint Form and submitted to the

21  immediate supervisor or, in his/her absence, the appropriate Area Commander, and shall

22  be treated as a complaint. The supervisor or appropriate Area Commander notified of the

23  complaint shall ensure the Communications Division is notified and forward any pertinent

24  documents to the IAD.

25  **Section III, E, 2 (Task 5)** - The current NSA language referencing the City Jail is no longer

26  needed since there is no longer any jail. The existing NSA language to be deleted is as

1  follows:

2       New language added to Section III, E, 2 shall read as follows:

3       2)      An on-duty supervisor shall respond to take a complaint received from a jail

4  inmate, taken into custody by OPD, who wishes to make a complaint of Class I

5  misconduct contemporaneous with the arrest. The supervisor shall ensure the

6  Communications Division is notified and forward any pertinent documents to the IAD. All

7  other misconduct complaints, by a jail inmate shall be handled in the same manner as

8  other civilian complaints.

9  **Section III, E, 5, f, 5 & 6 (Task 5)** – The addition of two new subsections will enable the

10  IAD to look at the totality of a complaint in order to determine whether an *MOR* violation

11  exists. Additionally, the new language reflects current practice for contesting traffic

12  citations where no other *MOR* violation is alleged. New Section III, E, f, 5 & 6 (Task 5)

13  shall read as follows:

14       **5)**      Complainant fails to articulate an act or failure to act, that, if true, would

15  be an MOR violation; or

16       **6)**      Complaints limited to California Vehicle Code citations and resulting

17  tows, where there is no allegation of misconduct, shall be referred to the appropriate

18  competent authorities (i.e. Traffic Court and/or Tow Hearing Officer).

19  **Section III, G, 1 (Task 7)** – This revision changes the term "hotline" to "complaint line" so

20  as to not imply that the line is a priority line such as a 911 line. The advisement

21  requirement applies only to the IAD and removes the Communications Division from this

22  requirement because that line is auto recorded. Section III, G, 1, (Task 7) shall read as

23  follows:

24       1)      IAD or Communication Division personnel shall staff a recordable toll-

25  free complaint phone line, 24-hours a day, and receive and process complaints in

26

STIPULATION AND ORDER RE:              - 2 -              C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTIONS III and X (TASKS 5, 7, 8, 45)
OF THE SETTLEMENT AGREEMENT

1 accordance with the provisions of Departmental General Order M-3. The complainant

2 shall be advised that the call is being recorded when a complaint is taken by IAD.

3 **Section III, H, 1, a, 8 (Task 8)** – This revision makes the NSA language and the OPD

4 *Manual of Rules* consistent. Section III, H, 1, a, 8 (Task 8) shall read as follows:

5       8)      Solicitation or acceptance of gifts or gratuities as specified in the *Manual*

6 *of Rules*;

7 **Section III, H, 1, b (Task 8)** – This revision additionally allows an acceptable designee to

8 direct Class I offenses to be investigated at the division level.  Section III, H, 1, b (Task 8)

9 shall read as follows:

10       b.      Unless otherwise directed by the Chief of Police or acceptable designee (i.e.,

11 Acting Chief, Assistant Chief, or Deputy Chief), Class I offenses shall be investigated by

12 IAD investigators. Statements and interviews in Class I investigations shall be tape

13 recorded, but not transcribed except at the request of the subject member/employee,

14 complainant, command staff, Monitor, or the OIG.

15 **Section X, B, 4 (Task 45)** – This revision allows the COP to direct the discipline

16 officer to prepare a discipline recommendation without convening a Discipline

17 Conference. Section X, B, 4 (Task 45) shall read as follows:

18       4.      The COP may direct the Discipline Officer to prepare a Discipline

19 Recommendation without convening a Discipline Conference.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

1 | Dated: July _*August 14*_, 2008      OAKLAND CITY ATTORNEY'S OFFICE

2

3

4      By: _____
        ROCIO V. FIERRO, Attorneys for Defendant
5         CITY OF OAKLAND

6 | Dated: July ___, 2008      RAINS, LUCIA & WILKINSON, LLP

7

8

9      By: _____
        ROCKNE LUCIA, Attorney for Interveners
10         OAKLAND POLICE OFFICERS ASSOCIATION

11 | Dated: July 17, 2008      LAW OFFICES OF JAMES B. CHANIN

12

13

14      By: _____
        JAMES B. CHANIN, Attorney for Plaintiffs

15

16 | Dated: July 17, 2008      LAW OFFICES OF JOHN BURRIS

17

18      By: _____
        JOHN L. BURRIS, Attorney for Plaintiffs

1   Dated: July ___, 2008            OAKLAND CITY ATTORNEY'S OFFICE

2

3

4                                    By: _____
                                         ROCIO V. FIERRO, Attorneys for Defendant
5                                        CITY OF OAKLAND

6   Dated: July ___, 2008              RAINS, LUCIA & WILKINSON, LLP

7

8

9                                    By: _____
                                         ROCKNE LUCIA, Attorney for Interveners
10                                       OAKLAND POLICE OFFICERS ASSOCIATION

11  Dated: July ___, 2008            LAW OFFICES OF JAMES B. CHANIN

12

13

14                                   By: _____
                                         JAMES B. CHANIN, Attorney for Plaintiffs
15

16  Dated: July ___, 2008            LAW OFFICES OF JOHN BURRIS

17

18                                   By: _____
                                         JOHN L. BURRIS, Attorney for Plaintiffs
19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:                - 4 -                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTIONS III and X (TASKS 5, 7, 8, 45)
OF THE SETTLEMENT AGREEMENT

1

**ORDER**

2      **IT IS HEREBY ORDERED** that Sections III (Tasks 5, 7, and 8) and Section X

3 (Task 45) of the Settlement Agreement approved by this Court on or about January 23,

4 2003, are hereby revised and modified, consistent with the terms of the Parties'

5 Stipulation.

6      IT IS SO ORDERED.

7 Dated:      08/18/08

8

9                                                        _____

10                                            THELTON E. HENDERSON
                                             JUDGE OF THE DISTRICT COURT
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER RE:                    - 5 -                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTIONS III and X (TASKS 5, 7, 8, 45)
OF THE SETTLEMENT AGREEMENT