1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, CA 94612
   Telephone: (510) 238-6511
4  20752/343182

5  Attorneys for Defendants
   CITY OF OAKLAND, et al.
6
   ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
7  RAINS, LUCIA & STERN, PC
   2300 Contra Costa Blvd., Suite 230
8  Pleasant Hill, CA 94523
   Telephone: (925) 609-1699
9
   Attorneys for Interveners
10 OAKLAND POLICE OFFICERS ASSOCIATION

11 JAMES B. CHANIN, ESQ., State Bar No. 076043
   LAW OFFICES OF JAMES B. CHANIN
12 3050 Shattuck Avenue
   Berkeley, CA 94705
13 Telephone: (510) 848-4752

14 Attorneys for Plaintiffs

15 JOHN L. BURRIS, ESQ., State Bar No. 069888
   LAW OFFICES OF JOHN L. BURRIS
16 Airport Corporate Centre
   7677 Oakport Road, Suite 1120
17 Oakland, CA 94621
   Telephone: (510) 839-5200
18
   Attorneys for Plaintiff
19
                        UNITED STATES DISTRICT COURT
20
                       NORTHERN DISTRICT OF CALIFORNIA
21

22 DELPHINE ALLEN, et al.,                  Master Case No.: C00-4599 TEH (JL)

23              Plaintiffs,                 **STIPULATION AND ORDER RE:
                                            SECTION V.C.1 (TASK 26) AND V.G.1
        v.                                  (TASK 30) OF THE SETTLEMENT
24                                          AGREEMENT**

25 CITY OF OAKLAND, et al.,                 [Honorable Thelton E. Henderson]

                Defendants.
26

STIPULATION AND ORDER RE:                                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION V.C.1 and V.G.1
OF THE SETTLEMENT AGREEMENT

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties that Section V, C, 1 (Task 26) and Section V, G, 1 (Task 30) are hereby amended as follows to clarify the types of incidents to be reviewed by the Force Review Board (FRB) and the Executive Force Review Board (EFRB).

Section V, C, 1 (Task 26), "Force Review Board (FRB)," shall read as follows:

OPD shall develop and implement a policy concerning its FRB proceedings. The policy shall:

1. Set out procedures, membership and a timetable for FRB review of use of force investigations involving Level 2 incidents, as defined in Department General Order K-4, REPORTING AND INVESTIGATING THE USE OF FORCE;

Section V, G, 1 (Task 30), "Executive Force Review Board (EFRB)," shall read as follows:

1. An EFRB shall be convened to review the factual circumstances surrounding any Level 1 force, in-custody death, or vehicle pursuit-related death incidents. A firearm discharge at an animal shall be reviewed by the EFRB only at the direction of the Chief of Police. The Board shall have access to recordings and/or transcripts of interviews of all personnel on the scene, including witnesses, and shall be empowered to call any OPD personnel to provide testimony at the hearing.

///
///
///
///
///
///

1  Dated: ~~September~~ October 16, 2008                OAKLAND CITY ATTORNEY'S OFFICE

                                        By: _____
                                             ROCIO V. FIERRO, Attorneys for Defendant
                                             CITY OF OAKLAND

6  Dated: September 23, 2008                    RAINS, LUCIA & STERN, PC

                                        By: _____
                                             ROCKNE LUCIA, Attorney for Interveners
                                             OAKLAND POLICE OFFICERS ASSOCIATION

11  Dated: September 23, 2008                   LAW OFFICES OF JAMES B. CHANIN

                                        By: _____
                                             JAMES B. CHANIN, Attorney for Plaintiffs

15  Dated: September ___, 2008                  LAW OFFICES OF JOHN BURRIS

                                        By: _____
                                             JOHN L. BURRIS, Attorney for Plaintiffs

**ORDER**

**IT IS HEREBY ORDERED** that Section V, C, 1 and Section V, G, 1 of the Settlement Agreement approved by this Court on or about January 22, 2003, are hereby revised and modified, consistent with the terms of the Parties' Stipulation.

IT IS SO ORDERED.

Dated: 10/20/08

_____
THELTON E. HENDERSON
JUDGE OF THE DISTRICT COURT