```
 1  JOHN A. RUSSO, City Attorney, State Bar No. 129729
    RANDOLPH W. HALL, Assistant City Attorney, State Bar No. 080142
 2  ROCIO V. FIERRO, Senior Deputy City Attorney, State Bar No. 139565
    One Frank H. Ogawa Plaza, 6th Floor
 3  Oakland, CA  94612
    Telephone:   (510) 238-6511
 4  Rvf/537007

 5  Attorneys for Defendants
    CITY OF OAKLAND, et al.
 6
    ROCKNE A. LUCIA, JR., ESQ., State Bar No. 109349
 7  RAINS, LUCIA & STERN PC
    2300 Contra Costa Blvd., Suite 230
 8  Pleasant Hill, CA  94523
    Telephone:   (925) 609-1699
 9
    Attorneys for Interveners
10  OAKLAND POLICE OFFICERS ASSOCIATION

11  JAMES B. CHANIN, ESQ., State Bar No. 076043
    LAW OFFICES OF JAMES B. CHANIN
12  3050 Shattuck Avenue
    Berkeley, CA  94705
13  Telephone:   (510) 848-4752

14  Attorneys for Plaintiffs

15  JOHN L. BURRIS, ESQ., State Bar No. 069888
    LAW OFFICES OF JOHN L. BURRIS
16  Airport Corporate Centre
    7677 Oakport Road, Suite 1120
17  Oakland, CA  94621
    Telephone:   (510) 839-5200
18
    Attorneys for Plaintiff
19
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | Master Case No.:  C00-4599 TEH (JL) |
| Plaintiffs, | **STIPULATION AND ORDER RE: SECTION III. D. 1 (TASK 4) OF THE SETTLEMENT AGREEMENT** |
| v. | |
| CITY OF OAKLAND, et al., | [Honorable Thelton E. Henderson] |
| Defendants. | |

STIPULATION AND ORDER RE:                                                C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION III. D. 1 (Task 4)
OF THE SETTLEMENT AGREEMENT

1 **STIPULATION**

2    IT IS HEREBY STIPULATED by and between the parties that Section III. D. 1
3 (Task 4) is hereby amended as follows to reflect policy and procedure revisions regarding
4 the Informal Complaint Resolution process.

5    Section III, D. 1 (Task 4), "Complaint Control System for IAD," shall read as
6 follows:

7 **D.    Complaint Control System for IAD**

8    1.    Within 90 days, OPD shall develop a policy regarding an informal complaint
9 resolution process which may be used by supervisors and IAD to resolve service
10 complaints and Class II violations that do not indicate a pattern of misconduct as
11 described in Section III, paragraph H (2). This process shall document the receipt of the
12 complaint, date, time, location, name or the person making the complaint, the name of the
13 person receiving the complaint, how the matter was resolved and that the person making
14 the complaint was advised of the formal complaint process. The documentation shall be
15 forwarded to an IAD Commander for review. If the informal complaint resolution process
16 fails to resolve the complaint or if the person making the complaint still wishes to make a
17 formal complaint, the person receiving the complaint shall initiate the formal complaint
18 process pursuant to Section III, paragraph E. An IAD Commander shall make the final
19 determination whether the ICR process will be utilized to resolve the complaint. The
20 reason for his/her decision shall be documented in the Chronological Activity Log. OPD
21 personnel shall not unduly influence persons making a complaint to consent to the
22 informal complaint resolution process.

23 ///
24 ///
25 ///
26 ///

STIPULATION AND ORDER RE:                - 1 -                    C00-4599 TEH (JL)
CHANGES TO LANGUAGE IN SECTION III. D. 1 (Task 4)
OF THE SETTLEMENT AGREEMENT

| | | |
|---|---|---|
| 1 | Dated: November 20, 2008 | OAKLAND CITY ATTORNEY'S OFFICE |

By:       /s/
ROCIO V. FIERRO, Attorneys for Defendant
CITY OF OAKLAND

Dated: November 20, 2008                        RAINS, LUCIA & STERN, PC

By:       /s/
ROCKNE LUCIA, Attorney for Interveners
OAKLAND POLICE OFFICERS ASSOCIATION

Dated: November 20, 2008                        LAW OFFICES OF JAMES B. CHANIN

By:       /s/
JAMES B. CHANIN, Attorney for Plaintiffs

Dated: November 20, 2008                        LAW OFFICES OF JOHN BURRIS

By:       /s/
JOHN L. BURRIS, Attorney for Plaintiffs

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: November 24, 2008                          /s/
GREGORY M. FOX

**ORDER**

**IT IS HEREBY ORDERED** that Section III.D.1 (TASK 4) of the Settlement Agreement approved by this Court on or about January 22, 2003, is hereby revised and modified, consistent with the terms of the Parties' Stipulation.

IT IS SO ORDERED.

Dated: 11/25/08

THELTON E. HENDERSON
JUDGE OF THE ____ COURT