IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>              Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER SETTING SEPTEMBER 3,<br>2009 STATUS CONFERENCE AND<br>JOINT STATUS STATEMENT<br>DEADLINES</u> |

At the conclusion of the May 7, 2009 status conference, the Court directed the parties to work with the Independent Monitoring Team ("IMT") to suggest a mutually convenient date to the Court for the next status conference. The IMT has relayed to the Court scheduling issues that have arisen due to various counsel's unavailability. Following the Court's consultation with the IMT, and in consideration of counsel's schedules, IT IS HEREBY ORDERED that:

1. The next status conference in this case shall be held on **September 3, 2009, at 10:30 AM.** The parties shall meet and confer and file a joint status conference statement on or before **August 27, 2009.** The Court advises the parties that it does not find a lengthy series of presentations by multiple commanders to be an efficient or effective use of time during status conferences. To the extent that Defendants find preparing and delivering such presentations to be helpful, the Court suggests that such presentations could be made to Plaintiffs' counsel and the IMT outside of the status conferences before the Court. Defendants may include condensed versions of their presentations with their written status statements, but they should also rest assured that the IMT will convey all necessary information and progress reports during their regular communications with the Court.

2. The parties shall file an interim joint status statement on or before **July 10, 2009**, concerning their efforts to reach agreement on how Court supervision of this case will

1  continue after the current January 21, 2010 expiration date of the Negotiated Settlement
2  Agreement. The parties may also include in this joint statement any other urgent issues they
3  wish to bring to the Court's attention prior to the September 3 status conference.
4      3. While the Court does not currently anticipate the need for a status conference prior
5  to September 3, it may determine that one is necessary after reviewing the progress reported
6  in the parties' July 10 joint status statement. If the Court determines that an interim status
7  conference is required, it will schedule such a conference later in July or early August. The
8  Court understands that all counsel might not be available at that time, but it is confident that
9  available counsel will competently represent the parties.

**IT IS SO ORDERED.**

Dated:   06/01/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT