IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER FOLLOWING<br>SEPTEMBER 3, 2009 STATUS<br>CONFERENCE</u> |

This written order confirms the following oral rulings made by the Court during the September 3, 2009 status conference:

1. Defendants shall pay Plaintiffs' counsel reasonable attorneys' fees for work performed under the contemplated memorandum of understanding ("MOU"). The parties shall meet and confer on the process for payment of such fees.

2. A stipulation and proposed order adopting the MOU shall be presented to this Court on or before **September 30, 2009.** If full agreement has not been reached by that date, the parties shall file a joint statement setting forth their respective proposals for further proceedings, including a proposed briefing schedule if no agreement has been reached or a timeline for obtaining prompt approval from the City Council if an agreement has been reached but Council approval has not yet been attained.

3. The process to select the independent monitor(s) during the MOU period shall be completed by the date of the next status conference. If the selection process has not yet been completed, then the parties shall explain in their joint status conference statement the reasons for any delay and the anticipated schedule for completion.

The next status conference shall take place on **November 24, 2009, at 10:30 AM.** The parties shall file a joint status conference statement on or before **November 17, 2009.**

**IT IS SO ORDERED.**

Dated: 09/03/09

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT