**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER APPOINTING MONITOR</u> |

On November 24, 2009, this Court approved the parties' stipulated memorandum of understanding ("MOU") to take effect following the January 22, 2010 termination date of the Negotiated Settlement Agreement. In accord with the parties' agreement, as represented to the Court at the November 24, 2009 status conference, IT IS HEREBY ORDERED that Robert S. Warshaw is appointed as Monitor pursuant to the terms of the MOU.

Among other terms, the MOU provides that "[t]he costs of the Monitor will be borne by the City and shall be calculated to fairly and reasonably compensate the monitor for accomplishing the tasks and responsibilities set out in this MOU." MOU ¶ 15. On or before **February 5, 2010,** Defendants shall file a statement with the Court either (a) verifying that they have entered into a written compensation agreement with the Monitor or (b) explaining why no agreement has been executed and how and when Defendants anticipate an agreement will be reached.

**IT IS SO ORDERED.**

Dated: 01/27/10

                                                        THELTON E. HENDERSON, JUDGE
                                                        UNITED STATES DISTRICT COURT