Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California 94109
*Email: gfox@bfesf.com*
Telephone: 415.353.0999
Facsimile: 415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone: 510.238.3601
Facsimile: 510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | MASTER FILE: No. C-00-4599-TEH <br><br> **STIPULATION BETWEEN THE PARTIES AND [PROPOSED] ORDER SETTING STATUS CONFERENCE FOR MAY 4, 2010** |

The parties acting by and through their respective legal counsel stipulate that a status conference with the Court should be scheduled for 2:00 p.m., Tuesday, May 4, 2010. The parties further stipulate that the City of Oakland City Administrator and Chief of Police may meet in chambers at 1:30 p.m. with the Court and the new Independent Monitoring Team (IMT). The parties will file a joint status conference statement on or before Tuesday April 27, 2010.

So Stipulated:

Dated: March 3, 2010                                   Bertrand, Fox & Elliot


By:  _____/s/_____
     Gregory M. Fox, Attorney for
     Defendant City of Oakland


Dated: March 3, 2010                                   Oakland City Attorney's Office


By:  _____/s/_____
     Rocio V. Fierro, Attorney for
     Defendant City of Oakland


Dated: March 3, 2010                                   Law Offices of John L. Burris


By:  _____/s/_____
     Jphn L. Burris, Attorney for
     Plaintiffs


Dated: March 3, 2010                                   Law Offices of James B Chanin


By:  _____/s/_____
     James B. Chanin, Attorney for
     Plaintiffs

Dated: March 3, 2010                                   Rains, Lucia & Sterns


By:  _____/s/_____
     Rockne A. Lucia, Attorney for OPOA

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: March 3, 2010

/s/
GREGORY M. FOX

**ORDER**

GOOD CAUSE APPEARING THE STIPUATION OF THE PARTIES IS SO ORDERED.

Dated: March 15, 2010



Judge of the U.S. District Court

Judge Thelton E. Henderson