IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

         Plaintiffs,

v.

CITY OF OAKLAND, et al.,

         Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: TECHNICAL ASSISTANCE

      At the May 4, 2010 status conference, the Court "order[ed] the parties to meet and confer with the monitor to determine how best to utilize the monitor's technical assistance in developing a plan to move forward, including any contract modifications that may be necessary to ensure reasonable compensation to the monitor." May 4, 2010 Rep. Tr. at 7:14-18. The Court acknowledged the City's financial concerns but expressed its view that using the Monitor for technical assistance "will save money in the long run. . . . If the City only has discussions with the monitor during the quarterly site visits, I believe it will be extremely difficult, if not impossible, for this case to end in two years." *Id.*

      The Court has been informed by the Monitor that, three weeks after the Court's order, an agreement on technical assistance has yet to be reached. As the Court explained at the most recent status conference, time is of the essence, and the City can afford no more delay if it wishes to end this Court's oversight by the January 2012 expiration of the current memorandum of understanding.

      Accordingly, IT IS HEREBY ORDERED that the parties and the Monitor shall meet and confer and reach a financial agreement on technical assistance on or before **June 4,**

**2010.** The Court may issue an order to show cause if no agreement has been reached by that date.

**IT IS SO ORDERED.**

Dated: 05/27/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT