1

2

3                      IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7   DELPHINE ALLEN, et al.,                          MASTER CASE FILE
                                                      NO. C00-4599 TEH
8                       Plaintiffs,
                                                      ORDER RE: PERSONS
9                v.                                   RESPONSIBLE FOR CERTAIN
                                                      TASKS
10  CITY OF OAKLAND, et al.,

11                      Defendants.

12

13       On August 31, 2010, this Court ordered Defendants to "identify a senior executive –

14  i.e., someone at the deputy chief level or higher – to be responsible" for certain areas.

15  Aug. 31, 2010 Order at 2.  In accordance with the individuals identified by Defendants, IT IS

16  HEREBY ORDERED that:

17       1.  Assistant Chief Howard Jordan shall be responsible for Internal Affairs (Tasks 2-7,

18  16, 33, and 37); Training (Tasks 42 and 43); and Discipline (Task 45).

19       2.  Deputy Chief Eric Breshears shall be responsible for Use of Force and Supervisory

20  Control (Tasks 18, 20, 24-26, 30, and 35).

21       3.  Deputy Chief Jeffrey Israel shall be responsible for Stop Data (Task 34) and the

22  Personnel Assessment System (Tasks 40 and 41).

23       As the Court explained in its August 31, 2010 order:

24           [These individuals] – along with the Chief of Police, who shall
             continue to bear ultimate responsibility for the entire Department –
25           shall be responsible for ensuring compliance with all aspects of the
             respective tasks and may, if it appears warranted under the
26           circumstances, face contempt proceedings in this Court.  In addition,
             the identified personnel shall submit brief weekly written reports
27           discussing the identified individual's personal knowledge of the
             progress achieved, problems identified, and any other factors relevant
28           to compliance for the tasks in each area during the immediately

                                            1

1    preceding calendar week (Sunday through Saturday).[1]  These reports
     shall be submitted to the Monitor via electronic mail on each Monday
2    by 12:00 noon, Pacific time, with the first such reports due on
     **September 27, 2010.**  The Court will discuss these reports with the
3    Monitor on a regular basis.

4    *Id.* at 2-3.  The Monitor shall have discretion to extend the deadline during holiday periods or

5    if warranted by extenuating circumstances, but such extensions shall be the exception and not

6    the rule.  In consultation with the Court, the Monitor shall also have discretion to confer with

7    the designated individuals and Chief Anthony Batts concerning the expected content and

8    format of the reports.

9

10   **IT IS SO ORDERED.**

11

12   Dated:   09/16/10
                                    _____
13                                  THELTON E. HENDERSON, JUDGE
                                    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [1]In their recently filed joint case management conference statement, both Plaintiffs
     and Defendants incorrectly referred to "biweekly" reports ordered by the Court.  Sept. 9,
28   2010 Joint CMC Statement at 5, 9.  The designated individuals must submit weekly, not
     biweekly, reports to the Monitor.

2