1

2

3

IN THE UNITED STATES DISTRICT COURT

4

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    DELPHINE ALLEN, et al,

8

Plaintiff(s),

9

10    vs.

11

12    CITY OF OAKLAND, et al,

13                Defendant(s).
                                        /
14    REGINALD OLIVER, et al

15                Plaintiff,

16    vs.

17    CITY OF OAKLAND, et al,

18    AND RELATED CASES

19                                        /

NO:  C-00-4599 TEH (MEJ)
        C-08-4914 TEH (MEJ)

NOTICE AND ORDER SCHEDULING
SETTLEMENT CONFERENCE

20

21         PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference

22    before Chief  Magistrate Judge Maria-Elena James.  The Settlement Conference shall take place on

23    **March 15, 2011, at 10:00 a.m.  in Judge James' <u>CHAMBERS</u>**, located at the Federal Building,

24    450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties shall**

25    **immediately notify the Court if this matter settles or is dismissed before the settlement**

26    **conference date.** On the date of the settlement conference, counsel and parties shall use the

27    telephone adjacent to chambers' security entrance to notify the Court of their arrival.

28         Settlement Conference statements shall be submitted in accordance with Magistrate Judge

United States District Court
For the Northern District of California

James' <u>STANDING</u> <u>ORDER</u> <u>RE:</u> <u>SETTLEMENT</u> <u>CONFERENCE</u> <u>PROCEDURES</u>, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

When filing papers that require the Court to take any action (e.g. motions, calendaring issues, administrative requests or a request to be excused from attendance), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED**.

Dated:  October 15, 2010

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

United States District Court
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California