IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER RE: CONTENTS AND<br>DELIVERY OF WEEKLY<br>REPORTS |

　　　　Defendants are under order of this Court to prepare weekly written reports discussing "progress achieved, problems identified, and any other factors relevant to compliance for the tasks in each area [internal affairs, use of force and supervisory control, stop data, the personnel assessment system, training, and discipline] during the immediately preceding calendar week (Sunday through Saturday)." Aug. 31, 2010 Order at 2-3. These reports must be submitted via electronic mail to the Monitor and to Plaintiffs' counsel by 12:00 noon, Pacific time, on each Wednesday, unless the Monitor exercises his discretion to extend the deadline for any particular week.

　　　　While Defendants' initial weekly reports provided useful information, the reports have become more generalized and less reflective. Defendants' earlier submissions make clear that Defendants know how to produce weekly reports that will be useful to the Monitor and the Court – as well as to Defendants themselves as they seek to establish the accountability and sustainability required in this case – and the Court is troubled that the reports' contents have deteriorated with time. As with all other issues, the Court is in regular communication with the Monitor concerning the contents of these reports, and Defendants are strongly encouraged to consult closely with the Monitor, who will be able to advise them on how to prepare their reports in an acceptable manner. If Defendants continue to produce reports that

1 do not contain meaningful self-reflection on their progress, this Court will have no choice but
2 to take further action, which may include a public hearing and possible sanctions.
3     In addition, it has come to the Court's attention that, on at least one occasion, the
4 weekly reports have not been delivered in a timely fashion to Plaintiffs' counsel.  Daily
5 monetary sanctions may be expected for any future late submissions to either the Monitor or
6 Plaintiffs' counsel.  The first day's sanction will be imposed for reports submitted on the due
7 date but after the designated time deadline; submissions on the following day will incur a
8 second day's sanction; and so on.

**IT IS SO ORDERED.**

Dated:   11/24/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT