**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Randolph W. Hall, SBN 080142
ASSISTANT CITY ATTORNEY
CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
TEL.: 510.238.3601
FAX:   510-238-6500
Attorneys for Defendant CITY OF OAKLAND

E-filing

FILED
DEC 1 5 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | MASTER CASE NO: C00-4599 TEH<br>OLIVER CASE NO:   C08-4914M TEH<br>JACKSON CASE NO: C08-4984 TEH<br><br>**NOTICE OF WITHDRAWAL OF ASSOCIATION OF COUNSEL AND ORDER THEREON** |
| REGINALD OLIVER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | |
| HAROLD JACKSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | |

///

E-filing

---

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

NOTICE OF WITHDRAWAL OF ASSOCIATION OF COUNSEL AND ORDER THEREON
00830528.WPD

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Terence J. Cassidy of Porter Scott hereby withdraws as associated co-counsel of record for Defendant CITY OF OAKLAND in the Oliver v. Oakland (C08-4914 TEH) and Jackson v. Oakland (C08-4984 TEH) cases. The clerk of the court and all parties are hereby requested to remove my name and address from all future proofs of service.

Randolph W. Hall will remain as counsel of record for Defendant CITY OF OAKLAND for all future proceedings.

I hereby request this withdrawal.

Respectfully submitted,

PORTER SCOTT
A Professional Corporation

Dated: November 19, 2010

/s/ Terence J. Cassidy
Terence J. Cassidy
Attorney for Defendant City of Oakland

I hereby agree to this withdrawal.

Dated: November 19, 2010

/s/ Randolph W. Hall
RANDOLPH W. HALL
OAKLAND CITY ATTORNEY'S OFFICE
Attorney for Defendant City of Oakland

Based on the withdrawal of counsel set forth above, it is hereby ordered that attorney Terence J. Cassidy be removed as co-counsel for Defendant CITY OF OAKLAND in Oliver v. Oakland (C08-4914 TEH) and Jackson v. Oakland (C08-4984 TEH) and is hereby relieved from any further participation in these cases.

**IT IS SO ORDERED.**

Dated: 12/15/10

Judge Thelton E. Henderson

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

NOTICE OF WITHDRAWAL OF ASSOCIATION OF COUNSEL AND ORDER THEREON
00830528.WPD