1

2

3

4                            IN THE UNITED STATES DISTRICT COURT

5                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8     DELPHINE ALLEN, et al.,                          MASTER CASE FILE
                                                        NO. C00-4599 TEH
9                              Plaintiffs,
                                                        ORDER MODIFYING
10                    v.                                 REPORTING FREQUENCY

11    CITY OF OAKLAND, et al.,

12                             Defendants.

13

14          This order confirms the Court's discussion at the March 17, 2011 status conference

15    concerning Defendants' weekly reports.  These reports shall now be biweekly, meaning that

16    they shall be submitted every other Wednesday rather than every Wednesday.  All other

17    provisions concerning the formerly weekly reports shall remain in full effect.

18

19    **IT IS SO ORDERED.**

20

21    Dated:   03/22/11                         _____

22                                              THELTON E. HENDERSON, JUDGE
                                                UNITED STATES DISTRICT COURT
23

24

25

26

27

28