IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | MASTER CASE FILE <br> NO. C00-4599 TEH <br><br> ORDER SETTING STATUS <br> CONFERENCE AND REPORTING <br> DEADLINES |

At the March 17, 2011 status conference, the Court directed the parties to meet and confer with the Monitor on a date for the next status conference. The Court is informed that the parties and the Monitor jointly request a date of June 16, 2011, which is available on the Court's calendar. Accordingly, IT IS HEREBY ORDERED that the next status conference will take place on **June 16, 2011, at 10:30 AM, in Courtroom No. 2.** The parties shall meet and confer and file a joint status conference statement on or before **June 9, 2011.**

IT IS FURTHER ORDERED that Plaintiffs and Defendants shall keep this Court informed of their settlement negotiations concerning the extension of monitoring in this case by submitting (but not filing) regular joint written reports to the Court that describe: the issues on which the parties have reached agreement; the issues on which agreement has yet to be reached; the settlement efforts undertaken since the last report; the plans for settlement discussions in the next reporting period; and any other issues deemed relevant by the parties. These reports shall be confidential and shall not be part of the record in this case. The first such report must be received by the Court on or before **April 4, 2011.** As long as no agreement has been reached, further reports must be received every two weeks thereafter until the next status conference. As the Court explained at the last status conference, it believes that a prompt resolution of this issue would be to the benefit of all parties, as well as

to the citizenry of Oakland, and that a full agreement can be reached shortly by reasonable persons acting in good faith.

**IT IS SO ORDERED.**

Dated: 03/22/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT