Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:     415.353.0999
Facsimile:     415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:     510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | MASTER FILE: No.  C-00-4599-TEH |
| Plaintiffs, | **STIPULATION BETWEEN THE PARTIES AND [PROPOSED] ORDER  CONTINUING DATE FOR SUBMISSION OF JOINT LETTER RE MOU NEGOTIATIONS** |
| vs. | |
| CITY OF OAKLAND, et al., | as modified by the Court |
| Defendants. | |

The parties acting by and through their respective legal counsel stipulate that the date for submission of the Joint Letter re Status of MOU negotiations be continued from Monday April 4 to Monday April 11, 2011.  Good cause exists because the parties have been engaged in extensive discussions and believe the negotiation process will benefit from the meetings scheduled for the week of April 4, 2011 when the Monitor will be present in Oakland and available to participate in said discussions.

1      So Stipulated:

2

3    Dated: April 1, 2011                  Bertrand, Fox & Elliot

4

5

6                                 By:       /s/
                                       Gregory M. Fox, Attorney for

7                                       Defendant City of Oakland

8

9    Dated:  April 1, 2011                 Oakland City Attorney's Office

10

11                               By:       /s/
                                       Rocio V. Fierro, Attorney for

12                                       Defendant City of Oakland

13

14    Dated: April 1, 2011                 Law Offices of  John L.  Burris

15

16                             By:       /s/
                                       John L. Burris, Attorney for

17                                       Plaintiffs

18

19    Dated: April 1, 2011                 Law Offices of James B Chanin

20

21                             By:       /s/
                                       James B. Chanin, Attorney for

22                                       Plaintiffs

23

24

25

26

27

28

STIPULATION RE JOINT LETTER

1

ATTORNEY ATTESTATION

2        I hereby attest that I have on file or been authorized by counsel that they consent to the form

3  of this pleading all holograph signatures for any signatures indicated by a "conformed" signature (/s/)

4  within this E-filed document.

5

6  Dated: April 1, 2011                        /s/

                                    GREGORY M. FOX

7

8

9

**ORDER**

10        GOOD CAUSE APPEARING, THE STIPUATION OF THE PARTIES IS SO ORDERED.

11  The first joint letter is to be submitted to the Court on or before Monday, April 11, 2011.  If the

12  parties are unable to resolve the issues by that date, then subsequent letters shall be submitted on or

13  before April 18, 2011, and every two weeks thereafter, unless otherwise ordered by the Court or the

14  issues are fully settled.

15

16  Dated:    04/04/2011

IT IS SO ORDERED
AS MODIFIED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE JOINT LETTER