IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

                Plaintiffs,

v.

CITY OF OAKLAND, et al.,

                Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: APRIL 18, 2011
LETTER FROM PUEBLO

       The Court is in receipt of a letter dated April 18, 2011, from People United for a Better Life in Oakland ("PUEBLO"). In that letter, which is attached to this order as Exhibit 1, PUEBLO states that "it feels compelled to consider a late-stage motion to intervene at this point." Ex. 1 at 1. If PUEBLO wishes to intervene in this case, it must file an appropriate motion in accord with this Court's Civil Local Rules and discuss why it meets the legal requirements for intervention. This Court does not entertain motions filed by letter.

       Before filing any such motion, PUEBLO should consider meeting with counsel for the City or City officials directly to express its concerns. PUEBLO might also meet with counsel for Plaintiffs, who may dispute PUEBLO's contention that "[t]he community is not represented by any of the parties to this law suit." Ex. 1 at 2.

       The Clerk shall mail a hard copy of this order to PUEBLO at the address indicated in the attached letter.

**IT IS SO ORDERED.**

Dated: 04/21/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT