IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>                Plaintiffs,<br><br>     v.<br><br>CITY OF OAKLAND, et al.,<br><br>                Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER EXTENDING MAY 13,<br>2011 DEADLINE</u> |

      On April 13, 2011, this Court set a May 13, 2011 deadline for the parties to file a stipulated agreement and proposed order on the extension of court monitoring in this case. On May 10, 2011, the parties filed a joint request to extend this deadline.

      The parties report that they have reached agreement on a two-year extension of the memorandum of understanding ("MOU"), and that they have further agreed that the City will extend its contract with the current monitor during this two-year extension. The parties also report that the City Council has approved these agreements. The parties request an extension of the May 13 deadline only because the terms of the extended monitoring contract have not been finalized, and the parties would like this contract to be in place before they sign an amended MOU.

      For the reasons stated in the parties' stipulation, there is good cause for this Court to extend the May 13, 2011 deadline, and the Court approves the parties' stipulation to extend the deadline to **June 24, 2011.** The Court does not anticipate granting any further extensions; six weeks is more than a reasonable amount of time to conclude the outstanding negotiations, including final approval by the City Council, and to finalize the parties' written agreement. Failure to negotiate in good faith – both between the parties and with the Monitor – shall not be tolerated and may be subject to sanctions by the Court.

1	The parties shall include an update on the status of the amended MOU and the
2 contract with the Monitor in their joint status conference statement due on June 9, 2011.  The
3 June 16, 2011 status conference shall remain on calendar, although the Court may vacate that
4 date if, after reviewing the parties' June 9 statement, it determines that a status conference is
5 unnecessary.

**IT IS SO ORDERED.**

Dated:   05/12/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT