Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
*Email: gfox@bfesf.com*
Telephone:   415.353.0999
Facsimile:   415.353.0990

John A. Russo, City Attorney, State Bar No. 129729
Randolph W. Hall, Chief Assist. City Attorney, State Bar No. 080142
Rocio V. Fierro, Senior Deputy City Attorney, State Bar No. 139565
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, Sixth Floor
Oakland, California 94612
Telephone:   510.238.3601
Facsimile:   510.238.6500

Attorneys for Defendant CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | MASTER FILE: No.  C-00-4599-TEH |
| Plaintiffs, | **STIPULATION BETWEEN THE PARTIES AND [PROPOSED] ORDER  CONTINUING TIME FOR JUNE 16, 2011 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties acting by and through their respective legal counsel stipulate that the time of the upcoming Case Management Conference presently set for June 16, 2011 at 10:30 a.m. be continued to 2:30 p.m.  Good cause exists for this extension as follows:  Counsel for the plaintiffs has been scheduled for oral argument before the Ninth Circuit United States  Court of Appeals the morning of June 16, 2011. Changing the start time for the status conference will allow plainitffs' counsel to appear without a scheduling conflict.

So Stipulated:

Dated: May 23, 2011                                    Bertrand, Fox & Elliot


                                              By:  _____/s/_____
                                                   Gregory M. Fox, Attorney for
                                                   Defendant City of Oakland


Dated: May 23, 2011                                    Law Offices of John L. Burris


                                              By:  _____/s/_____
                                                   John L. Burris, Attorney for
                                                   Plaintiffs


Dated: May 23, 2011                                    Law Offices of James B Chanin


                                              By:  _____/s/_____
                                                   James B. Chanin, Attorney for
                                                   Plaintiffs

## ATTORNEY ATTESTATION

I hereby attest that I have on file or been authorized by counsel that they consent to the form of this pleading all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 23, 2011                              _____/s/_____
                                                        GREGORY M. FOX

**ORDER**

GOOD CAUSE APPEARING THE STIPUATION OF THE PARTIES IS SO ORDERED.

Dated: May 25, 2011



Judge Thelton E. Henderson

3

JOINT STIPULATION RE EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE