IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

                Plaintiffs,

      v.

CITY OF OAKLAND, et al.,

                Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER VACATING JUNE 16, 2011 STATUS CONFERENCE

Upon careful review of the parties' joint status conference statement filed on June 9, 2011, the Court finds that a status conference at this time is unnecessary and would not be productive. Accordingly, the June 16, 2011 status conference is VACATED.

The parties appear to be on track to reach a final settlement on the extension of court monitoring by the June 24, 2011 deadline, if not earlier, and the Court fully expects that deadline to be met. The Court encourages the parties to use the time previously set aside for the June 16 status conference to complete their negotiations if full agreement has not been reached by that time.

IT IS FURTHER ORDERED that the parties and the Monitor shall meet and confer to determine a mutually agreeable date to propose to the Court for the next status conference. The Monitor shall advise the Court of the proposed date no later than June 24, 2011.

**IT IS SO ORDERED.**

Dated: 06/15/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT