1  JOHN L. BURRIS, STATE BAR NO. 69888
   Law Offices of John L. Burris
2  Airport Corporate Centre
   7677 Oakport Road, Suite 1120
3  Oakland, California  94621
   Telephone:     510.839.5200
4  Facsimile:     510.839.3882

5  JAMES B. CHANIN, STATE BAR NO. 76043
   JULIE M. HOUK, STATE BAR NO. 114968
6  Law Offices of James B. Chanin
   3050 Shattuck Avenue
7  Berkeley, California  94705
   Telephone:     510.848.4752, Ex. 2
8  Facsimile:     510.848.5819

9  Attorneys for Plaintiffs

10

11
                    UNITED STATES DISTRICT COURT
12
          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
13

14 | DELPHINE ALLEN, et al.,              ) Case No.: C00-4599 TEH
                                          )
15 |         Plaintiffs,                  ) **STIPULATION AND [PROPOSED]**
                                          ) **ORDER AMENDING BRIEFING**
16 |    vs.                               ) **SCHEDULE FOR PLAINTIFFS'**
                                          ) **MOTION FOR SANCTIONS AGAINST**
17 |                                      ) **CITY OF OAKLAND POLICE OFFICER,**
                                          ) **J. HARGRAVES AND/OR CITY OF**
18 | CITY OF OAKLAND, et al.,             ) **OAKLAND POLICE LIEUTENANT, C.**
                                          ) **WONG**
19 |         Defendants.                  )
                                          )
20                                        ) **Hearing Date: January 9, 2012**
                                          ) **Time: 10:00 a.m.**
21                                        ) **Courtroom: 2, 17th Floor**
                                          ) **The Honorable Thelton E. Henderson**

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

Stipulation and Prop. Order re Amending Briefing Schedule
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH                    1

WHEREAS, Plaintiffs have noticed a motion for sanctions against City of Oakland Police Officer, J. Hargraves, and City of Oakland Police Lieutenant, C. Wong, to be heard on January 9, 2012;

WHEREAS, under the current briefing schedule, any opposition to said motion must be filed by Monday, November 28, 2011 and any reply to said motion would be due on Monday, December 5, 2011;

WHEREAS, the Defendant City of Oakland, Officer Hargraves and Lt. Wong have not yet reached an agreement concerning whether the City of Oakland will provide separate legal counsel to Officer Hargraves and/or Wong because of any conflict of interest its current counsel may have in representing Officer Hargraves and Lt. Wong in this matter and said parties need additional time to resolve that issue before opposition(s) to Plaintiffs' motion can be filed;

WHEREAS, the undersigned counsel for the City of Oakland, Special Counsel for Officer Hargraves and Lt. Wong and counsel for the Intervenor, Oakland Police Officers Association, understand that Plaintiffs' counsel will be unavailable after 12:00 p.m. on November 23, 2011, to engage in any further meet and confer discussions concerning any amendment to the briefing schedule due and/or to participate in the filing of this stipulation and/or other Court documents concerning this issue;

WHEREAS, the undersigned counsel for Officer Hargraves and Lt. Wong are not making a general appearance for these parties at this time, but are appearing at this time for the limited purpose of requesting that the Court amend the briefing schedule to provide Defendant City of Oakland, Officer Hargraves and Lt. Wong additional time to resolve the issue of whether conflict counsel will be provided to Officer Hargraves and Lt. Wong,

IT IS HEREBY STIPULATED AND AGREED THAT the briefing schedule on Plaintiffs' motion for sanctions against Officer Hargraves and Lt. Wong should be amended to permit them to have additional time to resolve the issue of their legal representation in this matter to wit: any opposition to Plaintiffs' motion would be due on or before December 12, 2011, and

any reply to said motion would be due on or before December 19, 2011.  This Stipulation would have no other effect on the hearing date of the motion absent a further Order from this Court or upon any other dates currently set by the Court in this matter.

IT IS SO STIPULATED:

Dated: December 1, 2011    /S/_____
James B. Chanin and John L. Burris
Attorneys for Plaintiffs

Dated: December 1, 2011    /S/_____
Justin Buffington
Rains Lucia Stern, PC
2300 Contra Costa Blvd. Suite 500
Pleasant Hill, CA  94523
PH: 925.609.1699 FX: 925.609.1690
Specially Appearing for J. Hargraves and C. Wong

Dated: December 1, 2011    /S/_____
Gregory M. Fox
Attorney for Defendant
City of Oakland

Dated: December 1, 2011    /S/_____
Rockne A. Lucia
Attorney for Intervenor
Oakland Police Officers Association

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: December 1, 2011    _____
Thelton E. Henderson
Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

Stipulation and Prop. Order re Amending Briefing Schedule
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH          3