1   JOHN L. BURRIS, STATE BAR NO. 69888
    Law Offices of John L. Burris
2   Airport Corporate Centre
    7677 Oakport Road, Suite 1120
3   Oakland, California  94621
    Telephone:     510.839.5200
4   Facsimile:     510.839.3882

5   JAMES B. CHANIN, STATE BAR NO. 76043
    JULIE M. HOUK, STATE BAR NO. 114968
6   Law Offices of James B. Chanin
    3050 Shattuck Avenue
7   Berkeley, California  94705
    Telephone:     510.848.4752, Ex. 2
8   Facsimile:     510.848.5819

9   Attorneys for Plaintiffs

10

11

                       UNITED STATES DISTRICT COURT
12
          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
13

14  DELPHINE ALLEN, et al.,                    )  Case No.: C00-4599 TEH
                                               )
15                Plaintiffs,                  )  **STIPULATION AND [PROPOSED]**
                                               )  **ORDER RE: BRIEFING AND HEARING**
16        vs.                                  )  **DATES FOR RECEIVERSHIP**
                                               )  **PROCEEDINGS**
17                                             )
                                               )
18  CITY OF OAKLAND, et al.,                   )
                                               )
19                Defendants.                  )
                                               )
20  _____        )

21

22        WHEREAS, in its January 24, 2012 Order Vacating the January 26, 2012 Status

23  Conference and Conferring Additional Authority on Monitor, the Court Ordered the parties to

24  meet and confer and to propose a briefing and hearing schedule for receivership proceedings; and

25        WHEREAS, the counsel for the parties have met and conferred per the Court's Order, and

26

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY

STIPULATE, AGREE AND REQUEST THAT the Court set the following briefing and hearing

schedule for the Court to hear plaintiff's motion to initiate receivership proceedings in this

action:

1. Plaintiffs' Opening Papers To be Filed:  October 4, 2012;

2. Defendants' Opposition To Be Filed:  November 8, 2012;

3. Plaintiffs' Reply To Be Filed:  November 29, 2012

4. Hearing Date:  December 13, 2012, at 10:00 a.m.

THE PARTIES FURTHER AGREE, STIPULATE AND REQUEST THAT in the event

the Monitor issues additional reports after the aforementioned deadlines and prior to the hearing

date, the parties may supplement their filings to include additional information as needed.  The

parties reserve their right to request an evidentiary hearing as part of the record on this matter.

The OPOA, as intervener, retains the right to file responsive pleadings and make appearances in

this matter.


IT IS SO STIPULATED:


Dated: February 22, 2012                                    _____/S/_____
                                                             John L. Burris
                                                             Attorney for Plaintiffs

Dated: February 22, 2012                                    _____/S/_____
                                                             James B. Chanin
                                                             Attorney for Plaintiffs

Dated:  February 22, 2012                                   _____/S/_____
                                                             Gregory M. Fox
                                                             Attorney for Defendant


Stipulation and Order re Receivership Briefing and Hearing Schedule
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH              2

Dated: February 22, 2012

_____/S/_____
Rocio V. Fierro
Attorney for Defendant

Dated: February 22, 2012

_____/S/_____
Rockne A. Lucia
Attorney for the OPOA

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _____02/23____, 2012

Judge Thelton E. Henderson

_____ District Court

Stipulation and Order re Receivership Briefing and Hearing Schedule
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH          3