IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

                Plaintiffs,

        v.

CITY OF OAKLAND, et al.,

                Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: FRAZIER REPORT

On May 31, 2012, the Court entered an order that, in part, directed the Monitor to address in his next quarterly report any implications of the Frazier report on the Occupy Oakland events of October 25, 2011, that are relevant to this case. As part of his analysis, the Monitor has indicated a reasonable need to discuss the matter with members of the Department and other relevant individuals. These discussions must be informed if they are to be useful. Accordingly, until the Frazier report has been made public, the Monitor shall provide a copy of the report to any interviewee at least two business days prior to the interview.

**IT IS SO ORDERED.**

Dated: 06/07/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT