IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER GRANTING MOTION TO<br>WITHDRAW ADMINISTRATIVE<br>MOTION TO FILE UNDER SEAL |

       Pursuant to Defendant City of Oakland's request, and with good cause appearing, IT IS HEREBY ORDERED that:

       1. The City's administrative motion to file under seal, filed on August 17, 2012, as Docket No. 709 is withdrawn. No party is expected to respond, and the Court will not rule on the motion.

       2. Docket No. 709, and all attachments, shall be locked from public view on the Court's electronic case filing ("ECF") system.

       3. The text of Docket No. 709 shall be modified to read: "Administrative Motion to File Under Seal *DEFENDANT CITY OF OAKLAND'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR MOTION [ON SHORTENED NOTICE] FOR EQUITABLE RELIEF AND FOR A PROTECTIVE ORDER* filed by City of Oakland." The text describing the attachments shall not be modified.

       IT IS FURTHER ORDERED that, on or before **August 27, 2012**, the City shall file declarations from Jamilah Jefferson, Barbara Parker, and any other relevant individuals explaining why a motion was filed on Friday "in error," Aug. 20, 2012 Mot. to Withdraw at 2, and also what procedures have been put into place to ensure that such errors do not happen

in the future. If the declarations contain confidential information, they shall be filed under seal and served on paper to Plaintiffs' counsel only.

**IT IS SO ORDERED.**

Dated: 08/21/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California