IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br>    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER RE: LIMITED NATURE OF INTERVENTION BY OAKLAND POLICE OFFICERS' ASSOCIATION |

It has come to the Court's attention that Intervenor Oakland Police Officers' Association ("OPOA") has asserted that it has a right to participate in all proceedings, including meetings conducted by the Monitor, concerning the Negotiated Settlement Agreement ("NSA").  The OPOA has no such right.  To the contrary, the OPOA was "permitted to intervene *for the limited purpose* of addressing Section XV C of the Settlement agreement entered on January 22, 2003 by the Court."  Apr. 23, 2003 Stip. & Order for the Limited Intervention of the OPOA at 3 (Docket No. 194) (emphasis added).  Section XV.C of the NSA concerns the interplay between the NSA and collective bargaining agreements, and the OPOA has no right to participate in meetings or other proceedings, or portions thereof, where other NSA-related issues are discussed.

**IT IS SO ORDERED.**

Dated:  08/27/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT