IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER DENYING DEFENDANT CITY OF OAKLAND'S MOTION FOR EQUITABLE RELIEF

For reasons that are explained in the attached order filed under seal, Defendant City of Oakland's motion for equitable relief is DENIED. The City has failed to show good cause for its request to bar all communications between the Monitor and the City.

**IT IS SO ORDERED.**

Dated: 9/10/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT