IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

              Plaintiffs,

v.

CITY OF OAKLAND, et al.,

              Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER RE: OUTSIDE CONTRACTS

On January 24, 2012, the Court ordered the Chief of Police to consult regularly with the Monitor "on all decisions that may impact compliance with the NSA [Negotiated Settlement Agreement], including but not limited to . . . personnel decisions, including . . . engagement of consultants. . . ." Jan. 24, 2012 Order at 3. The Court has recently learned that the City has entered into a contract with Strategic Policy Partnership, LLC, to conduct a comprehensive review of the Oakland Police Department. In addition, it has been reported in the press that the City has augmented two of the contracts it has entered into with outside law firms to conduct investigations related to Occupy Oakland. For one of these firms, it has been reported that the contract was increased from $100,000 to $275,000 – a 175% increase – and it is not clear why the original estimate was so far below what the City now contends is required.

To ensure that the record is complete, IT IS HEREBY ORDERED that the City shall file, on or before **September 21, 2012,** a list of all contracts it has entered into or modified since January 24, 2012, that relate, directly or indirectly, to NSA compliance. For each contract, the City must identify the contractor, including a list of responsible individuals if the contractor is an entity; the amount of the contract; the contract's scope of work; the date the contract was entered into; and the actual or expected completion date for the contracted work. For any contract that has been modified since January 24, 2012, the City must identify

the date on which the contract was modified; any changes to the contract's scope of work; any changes to the amount of the contract; and the City's justification for the contract's modifications. For all future contract modifications and any new contracts, the City shall file a notice with the Court that includes the above information, along with the date on which the Chief consulted with the Monitor about the contract or modification, within two business days of entering into or modifying the contract.

**IT IS SO ORDERED.**

Dated: 09/11/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT