IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER RE: MONITOR'S<br>REPORT ON OFFICER-<br>INVOLVED SHOOTINGS |

The Monitor has completed the special report on officer-involved shootings ordered by this Court on May 31, 2012. The Clerk shall file in the public record a redacted version of the report that does not include specific information concerning individual cases. The Clerk shall file under seal an unredacted version of the report and serve a copy of the unredacted report on counsel for the parties and Intervenor Oakland Police Officers' Association.

**IT IS SO ORDERED.**

Dated: 10/02/12

　　　　　　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT