JOHN L. BURRIS, STATE BAR NO. 69888
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, California 94621
Telephone:    510.839.5200
Facsimile:    510.839.3882


JAMES B. CHANIN, STATE BAR NO. 76043
JULIE M. HOUK, STATE BAR NO. 114968
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:    510.848.4752
Facsimile:    510.848.5819

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN; et al; <br><br> Plaintiffs, <br><br> vs. <br><br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | **MASTER CASE NO. C-00-4599 TEH** <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR RELIEF FROM GENERAL ORDER NO. 62 RE: EFILING SEALED DOCUMENTS AND [~~PROPOSED~~] ORDER** <br><br> Hearing Date: December 13, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 2, 17th Floor <br> The Honorable Thelton E. Henderson <br><br> **IT IS SO ORDERED AS MODIFIED** |

1

# PLAINTIFFS' ADMINISTRATIVE MOTION AND DECLARATION OF PLAINTIFFS' COUNSEL

I, JULIE M. HOUK, DECLARE:

1. I am an attorney licensed to practice law in the State of California and am one of the attorneys representing the Plaintiffs in the within action. I have personal knowledge of the matters stated herein and would testify to the same if called to do so in Court.

2. The hearing on Plaintiffs' motion for a receivership is scheduled to take place on December 13, 2012.

3. Plaintiffs' moving papers are due to be filed on October 4, 2012.

4. Plaintiffs currently have in in excess of 70 exhibits that will be filed in support of this motion and anticipate that it will require a significant amount of time, including after normal hours to complete the efiling.

5. A small number of the moving papers require redactions pursuant to the standing protective order in this case and/or must be sealed pursuant to other orders of this Court, such as DKT Nos. 577 and 712.

6. Plaintiffs are asking for relief from the requirements of General Order 62 and instead, allow Plaintiffs to file and serve their motion papers as follows:

   a. Allow Plaintiffs to file their redacted moving papers via efiling on October 4, 2012;

   b. Allow Plaintiffs to email the unredacted version of the moving papers to Defendants' counsel on October 4, 2012; and,

   c. Allow Plaintiffs to send the sealed, unredacted copy of their moving papers and chambers copy of the redacted version to the Court via overnight mail on October 4, 2012.

7. I declare that the foregoing is true and correct under penalty of perjury. Executed this 4th day of October 2012, at Dublin, NH. .

_____/S/_____
Julie M. Houk
Attorney for Plaintiffs

2

Allen v. City of Oakland, Case No. C00-4599 TEH
Plaintiffs' Administrative Motion re Relief from General Order No. 62 re Filing Sealed Documents

**[~~PROPOSED~~] ORDER**

Having considered the Administrative Motion of Plaintiffs and for good cause shown,

IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion is GRANTED.

IT IS SO ORDERED.  Plaintiffs' motion to file documents under seal shall be filed on October 4, 2012.

Dated: October 4, 2012

_____
The Honorable Thelton E. Henderson
Judge of the United States District Court

*IT IS SO ORDERED AS MODIFIED*
Judge Thelton E. Henderson

3

Allen v. City of Oakland, Case No. C00-4599 TEH
Plaintiffs' Administrative Motion re Relief from General Order No. 62 re Filing Sealed Documents