IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>             Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER OF REFERRAL RE:<br>PLAINTIFFS' MOTION TO FILE<br>UNDER SEAL |

On October 4, 2012, Plaintiffs filed a motion to file under seal portions of their motion to appoint a receiver and supporting exhibits. It appears from the Court's comparison of the redacted and unredacted versions of Plaintiffs' motion to appoint a receiver[1] that Plaintiffs' request to file documents under seal does not meet the narrow requirements of Civil Local Rule 79-5(a). The parties are reminded that documents identified by a party as "confidential" and produced pursuant to a protective order are not necessarily entitled to sealing from the public.

Plaintiffs' motion to file under seal (Docket No. 751) is HEREBY REFERRED to Magistrate Judge Nathanael M. Cousins for resolution. Plaintiffs need not provide additional chambers copies of the documents in question; this Court will make its chambers copies of the redacted and unredacted filings available to Judge Cousins.

**IT IS SO ORDERED.**

Dated: 10/11/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] This comparison was necessary because Plaintiffs' motion to file under seal failed to identify proposed redactions with specificity.