UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, and others,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, and others,<br><br>    Defendants. | Case No. 00-4599 TEH (NC)<br><br>**ADMINISTRATIVE ORDER EXTENDING CERTAIN DEADLINES** |

Upon the joint request of the parties, with the approval of Judge Thelton E. Henderson, the Court extends from November 29, 2012, to December 3, 2012, the deadline for the following litigation events: (1) joint statement (Dkt. No. 861); (2) witness lists (Dkt. No. 861); and (3) plaintiffs' reply in support of motion for appointment of receiver (Dkt. No. 752).

This order does not change the hearing scheduled for December 13.

DATED:   November 27, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 00-cv-4599 TEH (NC)
ADMINISTRATIVE ORDER