UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, and others,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, and others,<br><br>    Defendants. | Case No. 00-4599 TEH (NC)<br><br>**ADMINISTRATIVE ORDER FURTHER EXTENDING CERTAIN DEADLINES** |

Upon the joint request of the parties, with the approval of Judge Thelton E. Henderson, the Court extends from December 3 to December 7, 2012, the deadline for the following litigation events: (1) joint statement (Dkt. No. 861); (2) witness lists (Dkt. No. 861); and (3) plaintiffs' reply in support of motion for appointment of receiver (Dkt. No. 752).

This order does not change the hearing scheduled for December 13.

DATED: November 30, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 00-cv-4599 TEH (NC)
ADMINISTRATIVE ORDER