JOHN L. BURRIS, STATE BAR NO. 69888
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Suite 1120
Oakland, California 94621
Telephone:    510.839.5200
Facsimile:    510.839.3882

JAMES B. CHANIN, STATE BAR NO. 76043
JULIE M. HOUK, STATE BAR NO. 114968
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone:    510.848.4752, Ex. 2
Facsimile:    510.848.5819

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, et al., | Case No.: C00-4599 TEH (NC) |
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR THE FILING OF THE PARTIES' PROPOSED CANDIDATES FOR COMPLIANCE DIRECTOR |
| vs. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Stipulation and Proposed Order Extending Time re Compliance Director Candidate Filings
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH (NC)                    1

WHEREAS, on December 12, 2012, the Court entered its Order re: Compliance Director in the above entitled action which, in part, required that the parties file their proposals for Compliance Director under seal with the Court, jointly or separately, by December 21, 2012;

WHEREAS, the parties are continuing to meet and confer concerning the candidates for Compliance Director, are continuing to interview candidates for the position and have requested that the Honorable Magistrate Judge Nathanael Cousins assist the parties in this process; and,

WHEREAS, the parties have agreed to meet and confer further in person on December 27, 2012 to discuss the Compliance Director position, criteria and/or candidates with the assistance of Judge Cousins via telephone conference call;

THE PARTIES DO HEREBY STIPULATE AND AGREE THAT they are jointly respectfully requesting that the Court extend the deadline for the parties to file their proposals for Compliance Director, jointly and/or separately, through Friday, January 11, 2013.

IT IS SO STIPULATED:

Dated: December 19, 2012            /s/
                                    _____
                                    Paul B. Mello
                                    Attorney for Defendants

Dated: December 19, 2012            /S/
                                    _____
                                    Julie M. Houk
                                    Attorney for Plaintiff

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: December 20, 2012            _____
                                    Thelton E. Henderson
                                    Judge of the United States District Court

Stipulation and Proposed Order Extending Time re Compliance Director Candidate Filings
Delphine Allen v. City of Oakland, et al., Case No. C00-4599 TEH (NC)                    2