IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>  Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER TO FILE SALARY<br>INFORMATION |

The Court's December 12, 2012 order provided that the Court would establish the salary of the Compliance Director upon appointment. Before determining an appropriate salary for the Compliance Director, the Court sought the salaries of the Chief of Police and City Administrator for comparison purposes. The Court believed that the most expedient way to obtain that information was for the Monitor to request the information from City officials on behalf of the Court. However, despite the Monitor's repeated requests beginning earlier this week, the City has been uncooperative.

The Court has now hired the Compliance Director and requires the salary information for the order of appointment. As public information, the salary figures should be readily accessible to the City. Accordingly, by no later than **Monday, March 4, 2013, at 12:00 noon**, the City Attorney shall file current salary information, including base salaries and any other monetary compensation, for the Chief of Police and City Administrator. The filed information shall include any projected increases or decreases over the next three years.

**IT IS SO ORDERED.**

Dated: 03/01/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT