BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Attorney, SBN 080142
ROCIO V. FIERRO, Supervising City Attorney, SBN 139565
JAMILAH A. JEFFERSON, Deputy City Attorney, SBN 219027
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone (510) 238-7686; Facsimile (510) 238-6500
jjefferson@oaklandcityattorney.org
R20752/1105829.1

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
WALTER R. SCHNEIDER, SBN 173113
SAMANTHA D. WOLFF, SBN 240280
425 Market Street, 26th Floor,
San Francisco, California 94105
Telephone (415) 777-3200; Facsimile (415) 541-9366
pmello@hansonbridgett.com

GREGORY M. FOX, SBN 070876
Bertrand, Fox & Elliot
The Waterfront Building, 2749 Hyde Street
San Francisco, California 94109
Telephone (415)353-0999; Facsimile (415)353-0990
gfox@bfesf.com

Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>  Defendants. | Case No. C00-4599 TEH<br><br>**DEFENDANT CITY OF OAKLAND'S RESPONSE TO MARCH 1, 2013 COURT ORDER [DKT 909]** |

On March 1, 2013, the Court issued an order requiring the City Attorney to file "current salary information, including base salaries and any other monetary compensation, for the Chief of Police and City Administrator". Mar. 1, 2013 Order at 1. The Order further provides that the filed information shall include any projected increases or decreases over the next three years. Mar. 1, 2013 Order at 1.

Defendant CITY OF OAKLAND interprets "monetary" compensation to mean cash payments only and therefore has not included vacation, executive leave, or other types of leave or benefits that an employee has the option to cash out or use.

Defendant CITY OF OAKLAND hereby reports the following salary information:

City Administrator:

Base Salary - $273,000

Auto Allowance - $9,000

**Total cash payments- $282,000**

Chief of Police:

Base Salary - $221,998

Longevity Pay, Uniform Allowance and Education Premium - $35,975

**Total cash payments- $257,973**

DATED: March 4, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
ROCIO V. FIERRO, Supervising Deputy City Attorney
JAMILAH A. JEFFERSON, Deputy City Attorney

By: /s/ Barbara J. Parker
Attorneys for Defendants
CITY OF OAKLAND, et al.