IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

          Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER OF CLARIFICATION

The Monitor has informed the Court that he continues to receive inquiries concerning confidential information that was reported in the press last fall. Because the matter was sealed by the Court, the Monitor has been unable to respond to these inquiries, which has led to an inference that the matter remains unresolved. The Court now clarifies for the record that the matter was fully investigated, and that nothing in the investigation has in any way diminished the Court's confidence in the Monitor's professionalism or his ability to perform his duties. The details of the information and the investigation remain confidential and under seal.

**IT IS SO ORDERED.**

Dated: 03/25/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT