IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>                Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br><u>ORDER EXTENDING<br>COMPLIANCE DIRECTOR'S<br>DEADLINES AND CONTINUING<br>STATUS CONFERENCE</u> |

      On December 12, 2012, this Court issued an order creating the Compliance Director position agreed upon by the parties. In that order, the Court set the following deadlines:

- Parties to file under seal proposed candidates by December 21, 2012;
- Compliance Director to file remedial action plan within 30 days of his or her appointment;
- Compliance Director to file a list of benchmarks within 60 days or his or her appointment;
- Compliance Director to begin filing monthly status reports on May 15, 2013; and
- Parties and Intervenor Oakland Police Officers' Association ("OPOA") to file a joint status conference statement on or before May 24, 2013, and appear for a status conference on June 6, 2013, at 10:00 AM.

      The Court originally anticipated naming the Compliance Director by the end of January, but the parties requested, and the Court granted, an extension of time to submit proposed candidates to January 11, 2013. In addition, the interview and selection process took longer than anticipated, and the Compliance Director was not appointed until March 4, 2013, with an effective start date of March 11, 2013. The Compliance Director has requested a three-week extension of time to prepare the remedial action plan, which the Court finds reasonable.

1    Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the dates
2 set forth in the December 12, 2012 order are modified as follows:
3    1. The Compliance Director will file a remedial action plan on or before **May 1,**
4 **2013**.
5    2. The Compliance Director will file a list of benchmarks on or before **May 31, 2013**.
6    3. The Compliance Director will begin filing monthly reports on **July 1, 2013**, and
7 reports will be due on the 1st of each month thereafter.
8    4. The parties and Intervenor OPOA shall file a joint status conference statement on
9 or before **July 15, 2013**, and appear for a status conference before this Court on **July 25,**
10 **2013, at 10:30 AM**.

**IT IS SO ORDERED.**

Dated:   04/03/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2