IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

   v.

CITY OF OAKLAND, et al.,

          Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

<u>ORDER APPROVING</u>
<u>COMPLIANCE DIRECTOR STAFF</u>

On March 4, 2013, this Court appointed Thomas C. Frazier as the Compliance Director in this case and provided that "staff for the Compliance Director shall, upon the Court's approval, . . . be paid through the Court's registry." Mar. 4, 2013 Order Appointing Compliance Director at 3. This Court now approves the following staff for the Compliance Director:

    1.    Donald Anders, to be paid $125 per hour, not to exceed 1040 hours per year.

    2.    Richard Cashdollar, to be paid $110 per hour, not to exceed 960 hours per year.

    3.    Ronald Yank, to be paid $200 per hour, not to exceed 750 hours per year.

These approvals are retroactive to March 11, 2013, the effective date of the Compliance Director's appointment, and the annual caps on hours shall apply from March 11, 2013, to March 10, 2014, and accordingly every year thereafter, unless otherwise ordered. In addition, these individuals will be entitled to reimbursement for reasonable travel costs but not for time spent traveling.

The Compliance Director may also hire a project manager or administrative assistant, as well as subject matter experts as required. These and all other additional staff will be subject to the Court's approval by subsequent order.

All salaries and costs will be paid by the City of Oakland through the Court's registry. The City shall deposit $100,000 into the Court's registry for this action on or before **May 8, 2013**.

To obtain payment for his staff, the Compliance Director will submit invoices to be approved by the Court. Within twenty-one days of the entry of each order approving payment, the City must deposit the full amount paid by the order so that the funds on deposit for the Compliance Director's staff is replenished to $100,000.

Whenever the service of the Compliance Director and his staff is terminated, the Clerk shall disburse to the City the balance of funds on deposit in the registry, including any earned interest.

**IT IS SO ORDERED.**

Dated: 04/17/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2