AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Northern District of California

| | | |
|---|---|---|
| DELPHINE ALLEN, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. C00-4599 TEH |
| CITY OF OAKLAND, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas C. Frazier, Compliance Director

Date: 4-18-13

*Attorney's signature*

Ronald Yank # 041200
*Printed name and bar number*

5598 Lawton Avenue
Oakland, CA 94618
*Address*

ronaldyank@sbcglobal.net
*E-mail address*

(415) 860-9547
*Telephone number*

*FAX number*