IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | MASTER CASE FILE <br> NO. C00-4599 TEH <br><br> ORDER APPROVING PAYMENT <br> FOR MARCH 2013 <br> (CASHDOLLAR) |

The Compliance Director has recommended payment of the attached invoice from Richard L. Cashdollar. The Court has reviewed the invoice and supporting documentation and finds that it is reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $14,089.77 to Richard L. Cashdollar out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 04/29/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT