# RICHARD L. CASHDOLLAR

## INVOICE

April 20, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department


This Invoice is submitted for services rendered and expenses incurred in March, 2013 while serving in a staff position within your office.

**Reimbursable Expenses*5**

Trip # 1 (March 11 – 16, 2013)…………………………….. $ 1,787.48
Trip # 2 (March 24 – 29, 2013)……………………………. $ 2,072.29
                                Total Expenses:    $ 3,859.77

**Total hours worked***

                       (93.0)($110.00) = $ 10,230.00

                          **Grand Total:  $ 14,089.77**


*Please see attachments for detailed work log, and for expense breakdowns and scanned receipts

Thank you for the opportunity to participate in this challenging project.

*[signature]*

R.L. Cashdollar

Attachments:  (1) Hours log for March, 2013
              (2) Expenses and scanned receipts