**United States District Court**

For the Northern District of California

1

2

3

4          IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8   DELPHINE ALLEN, et al.,

9                          Plaintiffs,            MASTER CASE FILE
                                                  NO. C00-4599 TEH
10                 v.
                                                  ORDER APPROVING PAYMENT
11   CITY OF OAKLAND, et al.,                     FOR MARCH AND APRIL 2013
                                                  (ANDERS)
12                         Defendants.

13

14         The Compliance Director has recommended payment of the attached invoices from

15   Donald K. Anders.  The Court has reviewed the invoices and supporting documentation and

16   finds that they are reasonable to pay.  Accordingly, IT IS HEREBY ORDERED that the

17   Clerk shall pay $24,161.01 to Donald K. Anders out of the registry for this action.

18

19   **IT IS SO ORDERED.**

20

21   Dated:   05/02/13

22                                                THELTON E. HENDERSON, JUDGE
                                                  UNITED STATES DISTRICT COURT

23

24

25

26

27

28