# Donald K. Anders

April 30, 2013

Commissioner Thomas C. Frazier
Compliance Director
U.S. District Court, Northern District of California

Re: Invoice for March 2013

This invoice is submitted for labor and expenses incurred during the month of March, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours are attached, and receipts are available upon request.

**Expenses:**

On site #1          March 24 – 29, 2013          $752.43

**Hours:**

                                      37.0 x $125  =     $4,625.00

                                      **Total**          **$5,377.43**

With Regards,


Donald K. Anders
Office of the Compliance Director



DA:da