# Donald K. Anders

**To:**       Commissioner Thomas C. Frazier       **Date:** April 30, 2013
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** Invoice for April 2013

This invoice is submitted for labor and expenses incurred during the month of April, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours are attached, and receipts are available upon request.

## Expenses:

| | | |
|---|---|---:|
| On Site #1 | April 4 | 169.72 |
| On site #2 | April 8 | 113.03 |
| On site #3 | April 15-17 | 540.69 |
| On site #4 | April 22-24 | 480.63 |
| Parking | April 4, 5, 8, 9 | 86.00 |
| Travel | April 4, 5, 15, 18, 22, 25 | 228.64 |
| Photos & Copies | April 4 | 39.87 |
| | **Sub-total** | **$1,658.58** |

**D. Anders April 2013 Expense & Labor Invoice**

**Hours:**

                **137hrs x $125 =    $17,125**

                **TOTAL         $18,783.58**

With Regards,


Donald K. Anders
Office of the Compliance Director



DA:da