

# **Office of the Compliance Director**

### **U.S. District Court, Northern District of California**

# APRIL, 2013 INVOICE

# RICHARD L. CASHDOLLAR

May 9, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in April, 2013 while serving in a staff position within your office.

## **Reimbursable Expenses***

Trip # 3 (April 7 - 12, 2013)……..…………………….. $ 1,764.38
Trip # 4 (April 21 - 26, 2013)……………………………. $ 1,487.59
Total Expenses:     $ 3,251.97

## **Total hours worked***

(98.75)($110.00) = $ 10,862.50

**Grand Total:  $ 14,114.47**

*Please see attachments for detailed work log, and for expense breakdowns. Scanned receipts available if required.

Golden West Tower Bldg                                                       510-238-4459
1970 Broadway Ave., Suite 930                    oaklandcompliancedirector@gmail.com
Oakland, CA  94612

Thank you for the opportunity to participate in this challenging project.

_R.L. Cashdollar_

R.L. Cashdollar


Attachments:  (1) Hours log for April, 2013
              (2) Expense summaries