

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# March, 2013 INVOICE

# RONALD YANK

May 20, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in March, 2013 while serving in a staff position within your office.

**Total hours worked\***

       (37.2 hours)    ($200) =    $ 7,440.00

                      **Grand Total**   **$ 7,440.00**

\*Please see attachment for detailed work log.

Golden West Tower Bldg                      (415) 860-9547
1970 Broadway Ave., Suite 930            ronaldyank@sbcglobal.net
Oakland, CA 94612C