

# Office of the Compliance Director

U.S. District Court, Northern District of California

# APRIL, 2013 INVOICE

# RONALD YANK

May 20, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in April, 2013 while serving in a staff position within your office.

**Total hours worked***

      (68.6 hours)   ($200) =   $13,720.00

              **Grand Total   $13,720.00**

*Please see attachment for detailed work log.

Golden West Tower Bldg                       (415) 860-9547
1970 Broadway Ave., Suite 930            [ronaldyank@sbcglobal.net](ronaldyank@sbcglobal.net)
Oakland, CA 94612