# Donald K. Anders

**To:**     Commissioner Thomas C. Frazier          **Date:** June 02, 2013
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** Invoice for May 2013

This invoice is submitted for labor and expenses incurred during the month of May, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

| | | | |
|---|---|---|---:|
| On Site #1 | May 01-02 | Lodging | 163.76 |
| On site #2 | May 06-09 | Lodging | 491.28 |
| On site #3 | May 14-16 | Lodging | 346.90 |
| On site #5 | May 22-23 | Lodging | 173.45 |
| On site #6 | May 29-31 | Lodging | 327.52 |
| Parking | May 01 and 23 | | 13 |
| Mileage | 867 miles x .565 | | 489 |
| Software download subscription | | | 5 |
| Website Domain for www.oaklandcompliancedirector.com | | | 39.95 |
|  |  | **Sub-Total** | **$2,049.86** |

**D. Anders May 2013 Expense & Labor Invoice**

**Hours:**                                **148 hrs x $125 =   $18,500**

                                                                                      _____

                                                **TOTAL DUE     $20,549.86**


With Regards,

Donald K. Anders
Office of the Compliance Director



DA:da