

# Office of the Compliance Director

U.S. District Court, Northern District of California

# MAY, 2013 INVOICE

# RICHARD L. CASHDOLLAR

June 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in May, 2013 while serving in a staff position within your office.

### Reimbursable Expenses*

Trip # 5 (May 19 - 24, 2013)……..………………………. $ 1,735.24

Other reimbursable expenses:

    Business cards…………………………………………. $     30.80

                           Total Expenses:   $ 1,766.04

### Total hours worked*

                           (70.0)($110.00) = $ 7,700.00

                           **Grand Total:    $ 9,466.04**

*Please see attachments for detailed work log, and for expense breakdowns. Scanned receipts available if required.

Golden West Tower Bldg                            510-238-4459
1970 Broadway Ave., Suite 930          oaklandcompliancedirector@gmail.com
Oakland, CA  94612

Thank you for the opportunity to participate in this challenging project.

*R.L. Cashdollar* (signature)

R.L. Cashdollar


Attachments:  (1) Hours log for May, 2013
               (2) Expense summaries