

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# May 2013 INVOICE

# RONALD YANK

June 20, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in May, 2013 while serving in a staff position within your office.

**Total hours worked***

      (63.2 hours)    ($200) =    $12,640.00

           **Grand Total**   **$12,640.00**

*Please see attachment for detailed work log.

Golden West Tower Bldg                           (415) 860-9547
1970 Broadway Ave., Suite 930               ronaldyank@sbcglobal.net
Oakland, CA 94612