# Donald K. Anders

**To:**      Commissioner Thomas C. Frazier         **Date:** July 01, 2013
             Compliance Director
             U.S. District Court, Northern District of California
**From:**    Donald K. Anders
**Subject:** Invoice for June 2013

This invoice is submitted for labor and expenses incurred during the month of June, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

| | | | |
|---|---|---|---|
| On site #1 | June 5-6 | Lodging | 346.90 |
| On site #2 | June 20 | Lodging | 173.45 |
| On site #3 | June 25-26 | Lodging | 385.66 |
| Parking | June 5-6 | | 16 |
| Mileage | 963 miles x .565 | | 544.09 |

                                            **Sub-Total     $1,466.10**

**Hours:**                              93.5 x $125 = $11,687.50

                                            **TOTAL DUE     $13,153.60**

With Regards,
Donald K. Anders

1