

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# JUNE, 2013 INVOICE

# RICHARD L. CASHDOLLAR

July 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in June, 2013 while serving in a staff position within your office.

**Reimbursable Expenses***

Trip # 6 (June 16 - 21, 2013)………..……………..……….. $ 1,765.24

**Total hours worked***

(83.5)($110.00) = $ 9,185.00

**Grand Total:    $ 10,950.24**

*Please see attachments for detailed work log, and for expense breakdowns. Scanned receipts available if required.

Thank you for the opportunity to participate in this challenging project.

*[signature]*

R.L. Cashdollar

Attachments:  (1) Hours log for June, 2013
(2) Expense summary

Golden West Tower Bldg.                                510-238-4459
1970 Broadway Ave., Suite 930            oaklandcompliancedirector@gmail.com
Oakland, CA  94612