

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# June 2013 INVOICE

# RONALD YANK

July 3, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in June, 2013 while serving in a staff position within your office.

**Total hours worked***

(59.3 hours)   ($200) =   $11,860.00

**Grand Total   $11,860.00**

*Please see attachment for detailed work log.

Golden West Tower Bldg                      (415) 860-9547
1970 Broadway Ave., Suite 930        ronaldyank@sbcglobal.net
Oakland, CA 94612