IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

v.

CITY OF OAKLAND, et al.,

          Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER VACATING STATUS CONFERENCE

      To accommodate the Court's calendar, the July 25, 2013 status conference is hereby VACATED. In close consultation with the Compliance Director and Monitor, the Court will continue to assess Defendants' progress, including the cooperation of City and Department leaders. Prior to any new status conference date, the Court may order a further joint report.

**IT IS SO ORDERED.**

Dated: 07/23/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT