# Mathis Consulting Group

*A Mathis Company*

July 30, 2013

Summary of invoices* due on contract with Tom Frazier, Compliance Director, U.S. District Court, Northern District of California

| Invoice # | Description | Amount |
|---|---|---|
| 153837 | Interviews with Chiefs & Managers, Consultations with Compliance Director<br>June 6-July 1, 2013<br>35.5 hrs x $275/hr = $9,762.50<br>Computerized profiles:<br>    15 x $125 = $1,875.00 | $11,637.50 |
| 153851 | Travel expenses (4 trips at 92 miles/trip):<br>    92 mi x $0.565/mi x 4 = $207.92<br>June 6-July 1, 2013 | $207.92 |
| 153856 | Interviews with Chiefs & Managers, Consultations with Compliance Director, Preparation for Executive Retreat<br>July 2-7, 2013<br>24.5 hrs x $275/hr = $6,737.50<br>Materials for retreat: $369.00 | $7,106.50 |
| | | **Total: $18,951.92** |

*Please see attached invoices for details of hours worked and expenses.

www.mathisgroup.net