# Donald K. Anders

**To:**     Commissioner Thomas C. Frazier          **Date:**  August 03, 2013
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** Invoice for July 2013

This invoice is submitted for labor and expenses incurred during the month of July, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

| | | | |
|---|---|---|---:|
| On Site #1 | July 2 | Lodging | 183.14 |
| On site #2 | July 11 | Lodging | 183.14 |
| On site #3 | July 22-23 | Lodging | 294.12 |
| On site #4 | July 31 | Lodging | 147.06 |
| Parking | July 29 | | 7 |
| Equipment | July 27 | | 7.06 |
| Supplies | July 24 | | 6.60 |
| Mileage | 1508 miles x .565 | | 852.02 |

                                      **Sub-Total**   **$1,680.14**

**Hours:**                            75 x $125 =    **$9,375.**

1

**Labor and Expense Invoice**
**July 2013**
**Donald K. Anders**


                                      **TOTAL DUE**     **$11,055.14**


With Regards,


Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California






DA:da