

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# JULY, 2013 INVOICE
# RICHARD L. CASHDOLLAR

August 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in July, 2013 while serving in a staff position within your office.

**Reimbursable Expenses***    Trip # 7 (July 21 – 26, 2013)………………….. $ 1,951.24

**Total hours worked***      (65.25)($110.00)……………………..……… $ 7,177.50

                                                                **Grand Total:**    **$ 9,128.74**

*Please see attachments for a detailed work log, and for expenses. Scanned receipts are available if required.

Thank you for the opportunity to participate in this challenging project.

*[signature]*

R.L. Cashdollar


Attachments:  (1) Hours log for July, 2013
                    (2) Expense summary

Golden West Tower Bldg                                510-238-4459
1970 Broadway Ave., Suite 930            oaklandcompliancedirector@gmail.com
Oakland, CA 94612