

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# July 2013 INVOICE
# RONALD YANK

August 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in July, 2013 while serving in a staff position within your office.

**Total hours worked:***

    60.7    ($200)  =  $12,140

          **Total Fees**  $12,140

**Reimbursable Expenses:**

    None

**Grand Total**        $12,140

*Please see attachment for detailed work log.

Golden West Tower Bldg                    (415) 860-9547
1970 Broadway Ave., Suite 930       [ronaldyank@sbcglobal.net](ronaldyank@sbcglobal.net)
Oakland, CA 94612