IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER RE: COMPLIANCE<br>DIRECTOR'S COMPENSATION |

On March 4, 2013, the Court appointed Thomas C. Frazier to serve as the Compliance Director in this case. The Court further ordered the City and Compliance Director to reach an agreement on benefits, which were to be "commensurate with those of the Chief of Police and City Administrator, including any leave or benefits that may be used or cashed out." Mar. 4, 2013 Order Appointing Compliance Director at 2. The Court understands that the City and Compliance Director have now – finally, months after the original March 25, 2013 deadline – agreed that the Compliance Director's total annual compensation, including compensation in lieu of benefits, shall be $337,000.

Accordingly, IT IS HEREBY ORDERED that:

1. The City shall deposit an additional $67,000 into the Court's registry for this action on or before **September 9, 2013**.

2. The City Administrator shall ensure that all deposits ordered by the Court, including this one, are timely made, subject to a show cause hearing for failure to do so. If the City wishes to designate a different person responsible for ensuring timely deposits, it shall file such designation by **August 30, 2013**.

3.  The amount of the biweekly disbursements by the Clerk to the Compliance Director shall increase to $12,961.53.[1]

4.  To compensate the Compliance Director for benefits earned since his appointment date but not yet paid, the first September disbursement to the Compliance Director shall include an additional $30,923.04, such that the total disbursement will be $43,884.57.

**IT IS SO ORDERED.**

Dated:  08/26/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] To account for rounding, the Clerk shall include the remaining balance of the principal deposited for the Compliance Director's salary and benefits in the last biweekly disbursement for each twelve-month period ending around March 10.