# Donald K. Anders

**To:**       Commissioner Thomas C. Frazier      **Date:** September 08, 2013
                Compliance Director
                U.S. District Court, Northern District of California
**From:**     Donald K. Anders
**Subject:**  **Invoice for August 2013**

This invoice is submitted for labor and expenses incurred during the month of August, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

## Expenses:

| | | | |
|---|---|---|---|
| On Site #1 | Aug 1 | Lodging | 147.06 |
| On site #2 | Aug 14 | Lodging | 147.06 |
| On site #3 | Aug 15 | Lodging | 147.06 |
| Parking | Aug 8,14,15,19, 26, 28 | | 78.25 |
| Toll | Aug 28 | | 4 |
| Mileage | 665 miles x .565 | | 375.72 |

**Sub-Total=**    **$899.15**

## Hours:

**99 x $125 =**    **$12,375.**

**TOTAL DUE =**    **$13,274.15**

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California