

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# AUGUST, 2013 INVOICE
# RICHARD L. CASHDOLLAR

September 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in August, 2013 while serving in a staff position within your office.

**Reimbursable Expenses***    Trip # 8 (Aug 18 - 23, 2013)………………….. $ 1,565.16

**Total hours worked***      (65.0)($110.00)……………………………… $ 7,150.00

                                            **Grand Total:**    **$ 8,715.16**

*Please see attachments for a detailed work log, and for expenses. Scanned receipts are available if required.

Thank you for the opportunity to participate in this challenging project.

*R.L. Cashdollar* (signature)

R.L. Cashdollar

Attachments:    (1) Hours log for August, 2013
                          (2) Expense summary

Golden West Tower Bldg                                        510-238-4459
1970 Broadway Ave., Suite 930                 oaklandcompliancedirector@gmail.com
Oakland, CA 94612