

# August 2013 INVOICE

# RONALD YANK

September 4, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in August, 2013 while serving in a staff position within your office.

**Total hours worked:**\*

     74.6     ($200)  =  $ 14,920

            **Total Fees**  $ 14,920

**Reimbursable Expenses:**

     None

**Total Billing:**     $ 14,920

\*Please see attachment for detailed work log.