IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER APPROVING PAYMENT<br>FOR SUBJECT MATTER EXPERT<br>(WREN, MAY 2013) |

The Compliance Director has recommended payment of the attached invoice from Mr. Robert Wren, a subject matter expert on crowd control. The Court has reviewed the request and finds the invoice reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $3,875.00 to Mr. Wren out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 10/07/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT