# BILLING INVOICE

| Description | Robert Wren |
| --- | --- |
| Professional services | **6131 Brookmont Drive** |
| | **Yorba Linda, CA 92886** |
| | |
| | |

| Invoice # 20130518 | | Date: 5-20-2013 | |
| --- | --- | --- | --- |
| Ship through: | | Terms & conditions: | |

| Bill To: | | Ship To: | |
| --- | --- | --- | --- |

| Sr.# | Detail | Unit Price | Amount |
| --- | --- | --- | --- |
| | 31 hours Oakland PD crowd control policy | $125 | $3,875 |
| | (6 hours)Review of Oakland PD's Crowd Control and Crowd Management policy training bulletin | | |
| | (4 hours) Internet research of Oakland PD crowd control and crowd management issues | | |
| | (21 hours) Disaggregation of the existing policy and rewriting the new policy | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $3,875 |