IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

     v.

CITY OF OAKLAND, et al.,

          Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

<u>ORDER APPROVING PAYMENT
FOR SUBJECT MATTER EXPERT
(MATHIS, JULY TO OCTOBER
2013)</u>

    The Compliance Director has recommended payment of the attached invoice summary from Dr. Robert William Mathis, a personnel management subject matter expert, of the Mathis Consulting Group. The Court has reviewed the summary and detailed invoices and finds that the amount is reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $10,247.50 to Dr. Mathis out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 10/11/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT