# Mathis Consulting Group
*A Mathis Company*

October 4, 2013

**Summary of invoices* due on contract with Tom Frazier, Compliance Director, U.S. District Court, Northern District of California**

| Invoice # | Description | Amount |
|---|---|---|
| 153874 | Consultations with Compliance Director, Preparation for Executive Retreat, Executive Retreat<br>July 20-August 16, 2013<br>31.5 hrs x $275/hr = $8,662.50<br>Materials for retreat: $210.00 | $8,872.50 |
| 153902 | Consultations with Compliance Director<br>September 17-October 3, 2013<br>5.0 hrs x $275/hr = $1,375.00 | $1,375.00 |
| | | **Total: $10,247.50** |

*Please see attached invoices for details of hours worked and expenses.

www.mathisgroup.net