# Donald K. Anders

**To:**      Commissioner Thomas C. Frazier      **Date:** October 09, 2013
Compliance Director
U.S. District Court, Northern District of California
**From:**    Donald K. Anders
**Subject:**  **Invoice for September 2013**

This invoice is submitted for labor and expenses incurred during the month of September, 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

## Expenses:

| | | |
|---|---|---:|
| Lodging  #1 | Sept. 12  Thursday | 147.06 |
| Lodging  #2 | Sept. 17-18 | 300.96 |
| Parking | Sept. 04, 13, 16 | 47.05 |
| Mileage | 306 miles x .565 | 172.89 |
| | **Sub-Total=** | **$667.96** |

## Hours:

| | | |
|---|---:|---:|
| | **83.5 x $125 =** | **$10,437.50** |
| | **TOTAL DUE =** | **$11,105.46** |

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California