# Donald K. Anders

**To:**      Commissioner Thomas C. Frazier      **Date:** November 23, 2013
             Compliance Director
             U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:**   **Invoice for October 2013**

This invoice is submitted for labor and expenses incurred during the month of October 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request. Mileage is calculated using Google Maps.

**Expenses:**

| | | |
|---|---|---:|
| Parking | October 3, 10, 11, 31 | 45.25 |
| Mileage 4 trips | 550.4 miles x .565 | ~~310.97~~ |
| | $77.74 per trip x 4 | 310.96 |
| | | _____ |
| | **Sub-Total  =** | **$356.21** |

| | | |
|---|---:|---:|
| **Hours:** | **61 x $125  =** | **$7,625** |
| | | _____ |
| **TOTAL Expenses and Labor due for October** | **=** | **$7,981.21** |

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California