

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# October 2013 INVOICE

# RONALD YANK

November 14, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in October, 2013 while serving in a staff position within your office.

**Total hours worked:**\*

    31.5    ($200)  =  $ 6,300

          **Total Fees**  $ 6,300

**Reimbursable Expenses:**

    None

**Total Billing:**      $ 6,300

\*Please see attachment for detailed work log.

Golden West Tower Bldg                  (415) 860-9547
1970 Broadway Ave., Suite 930         ronaldyank@sbcglobal.net
Oakland, CA 94612