# Donald K. Anders

**To:**     Commissioner Thomas C. Frazier        **Date:** December 14, 2013
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** **Invoice for November 2013**

This invoice is submitted for labor and expenses incurred during the month of November 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

| | |
|---|---:|
| Parking | 28.30 |
| Mileage | 308.77 |
| Lodging | 127.68 |
| Conference Call fees | 21.57 |
| **Sub-Total=** | **$486.32** |

**Hours:**              71.5 x $125 =    $8,937.50

                        **TOTAL DUE =**   **$9,423.82**

With Regards,

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California

1