

# Office of the Compliance Director
# U.S. District Court
# Northern District of California

# NOVEMBER, 2013 INVOICE
# RICHARD L. CASHDOLLAR

December 1, 2013

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in October, 2013 while serving in a staff position within your office.

**Reimbursable Expenses***    Trip # 11 (Nov 17 - 22, 2013)……..….……….. $ 1,715.30

**Total hours worked***      (54.5) ($110.00)……………..………………… $ 5,995.00

                                                                  **Grand Total:**    **$ 7,710.30**

*Please see attachments for a detailed work log, and for expenses. Scanned receipts are available if required.

Thank you for the opportunity to participate in this challenging project.

*[signature]*

R.L. Cashdollar


Attachments:   (1) Hours log for November, 2013
                     (2) Expense summary

Golden West Tower Bldg                                           510-238-4459
1970 Broadway Ave., Suite 930                 oaklandcompliancedirector@gmail.com
Oakland, CA 94612