

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# November 2013 INVOICE
# RONALD YANK

January 10, 2014

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in November, 2013 while serving in a staff position within your office.

**Total hours worked:**\*

    56.5    ($200) = $ 11,300

        **Total Fees** $ 11,300

    **Reimbursable Expenses:**

        None

    **Total Billing:**     $ 11,300

\*Please see attachment for detailed work log.

Golden West Tower Bldg
1970 Broadway Ave., Suite 930
Oakland, CA 94612
Yank Invoice November 2013

(415) 860-9547
ronaldyank@sbcglobal.net