IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER APPROVING PAYMENT FOR COMPLIANCE DIRECTOR STAFF (DECEMBER 2013)

    The Compliance Director has recommended payment of the attached invoices from Donald Anders, Richard Cashdollar, and Ronald Yank. The Court has reviewed the invoices and supporting documentation and finds that they are reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $7,829.20 to Donald Anders, $7,461.35 to Richard Cashdollar, and $12,780.00 to Ronald Yank out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 01/22/14

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT