# Donald K. Anders

**To:**     Commissioner Thomas C. Frazier     **Date:** January 17, 2014
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** **Invoice for December 2013**

This invoice is submitted for labor and expenses incurred during the month of December 2013 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

Parking                                                                29.

Mileage                                                              230.02

Lodging                                                              402.42

Conference Call monthly sub. fees                                     11.51
                                                                   _____
                                          **Sub-Total=**              **$672.95**


**Hours:**                                57.25 x $125 =    $7,156.25
                                                                   _____

                                          **TOTAL DUE =**             **$7,829.20**


With Regards,

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California

1