

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# December 2013 INVOICE

# RONALD YANK

January 13, 2014

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in December, 2013 while serving in a staff position within your office.

**Total hours worked:**\*

    63.9    ($200) = $ 12,780

          **Total Fees**  $ 12,780

  **Reimbursable Expenses:**

    None

**Total Billing:**      $ 12,780

\*Please see attachment for detailed work log.

Golden West Tower Bldg                   (415) 860-9547
1970 Broadway Ave., Suite 930       ronaldyank@sbcglobal.net
Oakland, CA 94612