IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | MASTER CASE FILE<br>NO. C00-4599 TEH<br><br>ORDER APPROVING PAYMENT<br>FOR SUBJECT MATTER EXPERT<br>(ALPERT, DECEMBER 2013) |

    The Compliance Director has recommended payment of the attached invoice from Dr. Geoffrey Alpert, a subject matter expert on pursuit policies. The Court has reviewed the request and finds the invoice reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $2,490.00 to Dr. Alpert out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 01/27/14

    THELTON E. HENDERSON, JUDGE
    UNITED STATES DISTRICT COURT