# Geoffrey P. Alpert

1905 Salem Church Rd. Irmo, South Carolina  29063 USA
Telephone:  (803) 446-4139 ☎ Fax:  (803) 777-7319

December 26, 2013


**Oakland Police Department Pursuit Policy Review, Discussions and Update.**

On September 17, 2013, I was approved to assist the Oakland Police Department review and update its vehicular pursuit policy.  On September 27, 2013,  I began my correspondence with Assistant Chief Paul Figueroa.  He sent the old policy, the audit of OPD pursuits from 2011 and other relevant documents.  Assistant Chief Figueroa and I discussed the pursuit issues on the telephone and by e-mails over several months. I reviewed the old policy, made verbal and written comments and suggestions and sent him copies of other agency's policies that I think are excellent. We continued to discuss modifications to the policy, and corresponded routinely concerning the potential changes in the policy, including specific language that would help officer's understand their responsibilities and the policy modifications.

On October 21, 2013, Assistant Chief Figueroa completed his review of the policy with the Chief and his executive team.  We went over those comments and agreed on several additional modifications.  We spoke again on November 3, 2013 and discussed statutory language that impacted their policy and how the modifications could comply with those requirements.  On November 25, I sent  Assistant Chief Figueroa my comments on his most recent draft and modifications.  On November 26, we had a conference call with the chief and several members of his executive and legal team and the Compliance Director to go over the final language changes and modifications.  We also discussed how training issues would be addressed by the Oakland Police Department.  After that telephone conference, Assistant Chief Figueroa and I had a few short conversations which ended my discussions with the Oakland Police Department.


16.6 Hrs @ $150 = $2490.00


TOTAL DUE - $2490.


*Geoffrey P. Alpert*
Geoffrey P. Alpert

1