IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

          Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

          Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER APPROVING PAYMENT FOR SUBJECT MATTER EXPERT (ALPERT, DECEMBER 2013)

    The Compliance Director has recommended payment of the attached invoice from Dr. Geoffrey Alpert, a subject matter expert on pursuit policies. The Court has reviewed the request and finds the invoice reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $2,490.00 to Dr. Alpert out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 01/27/14

          THELTON E. HENDERSON, JUDGE
          UNITED STATES DISTRICT COURT