IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | MASTER CASE FILE <br> NO. C00-4599 TEH <br><br> ORDER APPROVING PAYMENT FOR COMPLIANCE DIRECTOR STAFF (JANUARY 2014) AND TERMINATING REQUIREMENT TO DEPOSIT FUNDS |

The Compliance Director has recommended payment of the attached invoices from Donald Anders, Richard Cashdollar, and Ronald Yank. The Court has reviewed the invoices and supporting documentation and finds that they are reasonable to pay. Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $9,189.50 to Donald Anders, $7,310.85 to Richard Cashdollar, and $15,240.00 to Ronald Yank out of the registry for this action.

The funds remaining on deposit should be sufficient to pay all remaining invoices to be submitted by the Compliance Director for approval. Accordingly, the Court terminates the requirement that Defendant City of Oakland replenish funds on deposit following each order of payment.

**IT IS SO ORDERED.**

Dated: 02/25/14

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT