# Donald K. Anders

**To:**     Commissioner Thomas C. Frazier     **Date:** February 20, 2014
            Compliance Director
            U.S. District Court, Northern District of California
**From:**   Donald K. Anders
**Subject:** **Invoice for January 2014**

This invoice is submitted for labor and expenses incurred during the month of January 2014 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

Parking                                                         45.

Mileage                                                         382.91

Conference Call monthly sub. fees                               11.59
                                                     _____
                                   Sub-Total=        $439.50


**Hours:**                         70 x $125 =       $8,750
                                                     _____

                                   **TOTAL DUE =**   **$9,189.50**


With Regards,

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California

1