

**Office of the Compliance Director**

**U.S. District Court**

**Northern District of California**

# JANUARY, 2014 INVOICE
# RICHARD L. CASHDOLLAR

February 1, 2014

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

Commissioner:

This Invoice is submitted for services rendered and expenses incurred in January, 2014 while serving in a staff position within your office.

**Reimbursable Expenses***   Trip # 13 (Jan 19 – 24, 2014)……..………….. $ 1,535.85

**Total hours worked***     (52.5) ($110.00)………………………………. . $ 5,775.00

                                                               **Grand Total:**    **$ 7,310.85**

*Please see attachments for a detailed work log, and for expenses. Scanned receipts are available if required.

Thank you for the opportunity to participate in this challenging project.

*[signature]*

R.L. Cashdollar

Attachments:  (1) Hours log for January, 2014
                       (2) Expense summary

Golden West Tower Bldg                                                510-238-4459
1970 Broadway Ave., Suite 930                      oaklandcompliancedirector@gmail.com
Oakland, CA 94612