IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

                    Plaintiffs,

          v.

CITY OF OAKLAND, et al.,

                    Defendants.

MASTER CASE FILE
NO. C00-4599 TEH

ORDER APPROVING PAYMENT
FOR COMPLIANCE DIRECTOR
STAFF (FEBRUARY 2014) AND
RETURNING FUNDS TO
DEFENDANT CITY OF
OAKLAND

        The Compliance Director has recommended payment of the attached invoices from Donald Anders, Richard Cashdollar, and Ronald Yank.  The Court has reviewed the invoices and supporting documentation and finds that they are reasonable to pay, except for 4.5 hours claimed by Mr. Cashdollar.  Accordingly, IT IS HEREBY ORDERED that the Clerk shall pay $1,395.99 to Donald Anders, $2,325.00 to Richard Cashdollar, and $2,100.00 to Ronald Yank out of the registry for this action.

        These are the final payments to be made for work performed under the former Compliance Director's direction.  After processing the above disbursements, the Clerk shall return all funds remaining on deposit, including accrued interest, to Defendant City of Oakland.  The Court anticipates that the City will continue to pay the Monitor directly for both his monitoring duties and his work under the expanded powers granted by the Court's February 12, 2014 order but may, if circumstances warrant, renew the City's obligation to deposit funds into the Court registry.

**IT IS SO ORDERED.**

Dated:   03/13/14

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California