# Donald K. Anders

**To:** Commissioner Thomas C. Frazier    **Date:** February 25, 2014
Compliance Director
U.S. District Court, Northern District of California
**From:** Donald K. Anders
**Subject:** **Invoice for February 2014**

This invoice is submitted for labor and expenses incurred during the month of February 2014 while assigned to the Office of the Compliance Director.

Please note that detailed accounting for both expenses and hours, including receipts, are available upon request.

**Expenses:**

Parking                                                                                       9.

Mileage                                                                                   76.94

Conference Call monthly sub. fees and hosted call              28.80
                                                                                  _____
                                                          **Sub-Total=**      **$114.74**


**Hours:**                                              10.25 x $125 =    $1,281.25
                                                                                  _____

                                                          **TOTAL DUE =**     **$1,395.99**


With Regards,

Donald K. Anders, MA.Ed.
Office of the Compliance Director
U.S. District Court, Northern District of California

1