

# Office of the Compliance Director
# U.S. District Court
# Northern District of California

# FEBRUARY, 2014 INVOICE
# RICHARD L. CASHDOLLAR

March 5, 2014

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered and expenses incurred in February, 2014 while serving in a staff position within your office.

| | |
|---|---:|
| **Reimbursable Expenses*** | $ 400.00 |
| **Total hours worked***     (22.0) ($110.00)……………………………… | $ 2,420.00 |
| **Grand Total:** | **$ 2,820.00** |

*Please see attachments for a detailed work log, and for expenses. Scanned receipts are available if required.

*(signature)*

R.L. Cashdollar


Attachments: (1) Hours log for February, 2014
                  (2) Expense summary

Golden West Tower Bldg        510-238-4459
1970 Broadway Ave., Suite 930        oaklandcompliancedirector@gmail.com
Oakland, CA 94612