

**Office of the Compliance Director**

U.S. District Court, Northern District of California

# February 2014 INVOICE

# RONALD YANK

February 19, 2014

Commissioner Thomas C. Frazier
Compliance Director, Oakland Police Department

This Invoice is submitted for services rendered in February, 2014 while serving in a staff position within your office.

**Total hours worked:**\*

    10.5    ($200) = $ 2,100

    **Total Fees**    $ 2,100

**Reimbursable Expenses:**

    None

**Total Billing:**      $ 2,100

\*Please see attachment for detailed work log.

Golden West Tower Bldg      (415) 860-9547
1970 Broadway Ave., Suite 930      ronaldyank@sbcglobal.net
Oakland, CA 94612