UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING COMPLIANCE DIRECTOR STAFF (EDWARD SWANSON)**

The Court approves the engagement of Edward Swanson, Esq., of Swanson and McNamara, LLP, to assist the Compliance Director with the investigation ordered by the Court on August 14, 2014. Mr. Swanson will have the same rights and privileges as the Compliance Director, including those relating to access to information and personnel, confidentiality, and testifying in this or other matters. He shall not use any information gained during the scope of this engagement in any capacity aside from his role as part of the Compliance Director's team. In addition, he shall not be retained by any current or future litigant or claimant in a suit or claim against the City or its employees.

Mr. Swanson shall be paid by Defendants through the Court registry. Defendants shall therefore deposit $25,000 into the Court registry on or before **September 10, 2014**. Within twenty-one days of the entry of each order approving payment to Mr. Swanson, the City shall deposit the full amount paid by the order so that the funds on deposit are replenished to $25,000. When Mr. Swanson's services have ended, the Clerk will disburse to the City the balance of funds on deposit in the registry, including any earned interest.

**IT IS SO ORDERED.**

Dated: 08/20/14

_____
THELTON E. HENDERSON
United States District Judge