UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>  Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER APPROVING PAYMENT TO EDWARD SWANSON (AUGUST 2014)** |

The Court has reviewed the billing records submitted by Edward Swanson for August 2014 and finds the requested amount reasonable to pay. Accordingly, the Clerk shall disburse $6275.00 to Swanson and McNamara, LLP, out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 10/09/14

THELTON E. HENDERSON
United States District Judge