UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER MODIFYING FREQUENCY OF COMPLIANCE DIRECTOR REPORTS**

On February 12, 2014, this Court ordered the Monitor, in his role as Compliance Director, to file bimonthly reports beginning on April 15, 2014. The Court now modifies this requirement. IT IS HEREBY ORDERED that the Compliance Director shall file quarterly progress reports on or before March 1, June 1, September 1, and December 1, each year.

**IT IS SO ORDERED.**

Dated: 10/15/14

_____
THELTON E. HENDERSON
United States District Judge