UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING PAYMENT TO EDWARD SWANSON (SEPTEMBER 2014)**

The Court has reviewed the billing records submitted by Edward Swanson for September 2014 and finds the requested amount reasonable to pay. Accordingly, the Clerk shall disburse $20,896.88 to Swanson and McNamara, LLP, out of the registry for this action.

In addition, the Court makes clear that the Compliance Director shall be fully compensated for work performed in connection with the investigation ordered by the Court on August 14, 2014, even if such work causes him to exceed his original contract amount. If the City believes it must modify the contract to comply with this order, it shall do so promptly.

**IT IS SO ORDERED.**

Dated: 11/06/14

_____
THELTON E. HENDERSON
United States District Judge