UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING PAYMENT TO EDWARD SWANSON (OCTOBER 2014)**

The Court has reviewed the billing records submitted by Edward Swanson for October 2014 and finds the requested amount reasonable to pay. The amount exceeds the funds currently on deposit in the Court's registry, and the City shall therefore deposit an additional $25,000 within fourteen days of the date of this order. As soon as those funds are available, the Clerk shall disburse $34,042.88 to Swanson and McNamara, LLP, out of the registry for this action.

In addition, the Court modifies the August 20, 2014 order as follows: Within twenty-one days of the entry of each order approving payment to Mr. Swanson, the City shall deposit the full amount paid by the order such that the funds on deposit are replenished to $50,000, instead of the originally ordered $25,000.

**IT IS SO ORDERED.**

Dated: 11/18/14

                                          THELTON E. HENDERSON
                                          United States District Judge