UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER RETURNING DOCUMENTS TO FRANK MORROW JR.** |

Frank Morrow Jr. has submitted an attempted filing asking the Court to issue an order to show cause as to why the Monitor and Compliance Director should not be held in contempt. Morrow is not a party to this action, and the Court denied Morrow's motion to intervene on September 10, 2014. The Court has also previously denied Morrow's motions to relate his other cases to this case. As a non-party, Morrow may not file documents in this case without permission, and the Court does not find good cause to grant such permission. The Clerk shall therefore return his submissions to him with a copy of this order.

In addition, the Court has reviewed Morrow's attempted filing and does not find good cause to grant Morrow's requested relief.

**IT IS SO ORDERED.**

Dated: 11/19/14

　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　United States District Judge