UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 00-cv-04599-TEH <br><br> **ORDER APPROVING PAYMENT TO EDWARD SWANSON (NOVEMBER 2014)** |

The Court has reviewed the billing records submitted by Edward Swanson for November 2014 and finds the requested amount reasonable to pay. Accordingly, the Clerk shall disburse $38,123.46 to Swanson & McNamara LLP out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 01/12/15

THELTON E. HENDERSON
United States District Judge