UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELPHINE ALLEN, et al., | Case No. 00-cv-04599-TEH |
|---|---|
| Plaintiffs, | |
| v. | **ORDER APPROVING PAYMENT TO EDWARD SWANSON (DECEMBER 2014)** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The Court has reviewed the billing records submitted by Edward Swanson for December 2014 and finds the requested amount reasonable to pay. Accordingly, the Clerk shall disburse $16,563.52 to Swanson & McNamara LLP out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 02/03/15

THELTON E. HENDERSON
United States District Judge