UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER APPROVING PAYMENT TO EDWARD SWANSON (JANUARY AND FEBRUARY 2015)** |

The Court has reviewed the billing records submitted by Edward Swanson for January 2015 and February 2015 and finds the requested amounts reasonable to pay. Accordingly, the Clerk shall disburse $30,727.65 to Swanson & McNamara LLP out of the registry for this action.

**IT IS SO ORDERED.**

Dated: 05/04/15

_____
THELTON E. HENDERSON
United States District Judge