UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING PAYMENT TO EDWARD SWANSON (MARCH AND APRIL 2015)**

The Court has reviewed the billing records submitted by Edward Swanson for March 2015 and April 2015 and finds the requested amounts reasonable to pay. The total amount exceeds the funds currently on deposit in the Court's registry, and the City shall therefore deposit an additional $20,726.36 within fourteen days of the date of this order. As soon as those funds are available, the Clerk shall disburse $70,726.36 to Swanson and McNamara, LLP, out of the registry for this action.

The Court does not currently anticipate further work by Mr. Swanson. Accordingly, the City's requirement to replenish funds on deposit after each payment is hereby terminated, and the Clerk shall return any remaining principal balance and accrued interest to the City of Oakland as soon as the above disbursement is made. If Mr. Swanson's services become necessary in the future, the Court will renew the City's requirement to deposit funds into the Court's registry.

**IT IS SO ORDERED.**

Dated: 06/12/15

THELTON E. HENDERSON
United States District Judge