UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER MODIFYING COMPLIANCE DIRECTOR REPORTING SCHEDULE** |

Beginning in July 2015, the Monitor began filing monthly reports in lieu of quarterly reports. These reports are more contemporaneous in nature, based on the prior month's activities rather than activities that occurred four to six months prior, and adequately provide a regular snapshot of Defendants' compliance efforts. Accordingly, the Court suspends the requirement that the Compliance Director file regular reports. The Compliance Director shall continue to keep the Court and the parties informed of his activities informally and shall file reports whenever he or the Court deems appropriate.

**IT IS SO ORDERED.**

Dated:　09/24/15

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge