UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>CITY OF OAKLAND, et al.,<br>　　　　Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER REQUIRING QUARTERLY REPORTS ON ARBITRATIONS** |

On September 1, 2015, the City reported that many of the Court Investigator's recommendations concerning arbitrations have now been implemented. Defendants shall continue to implement these recommendations and shall file quarterly progress reports on or before March 31, June 30, September 30, and December 31 each year. The first such report shall be due on or before **December 31, 2015**.

These reports shall include status updates on all recommendations that have not yet been reported as implemented, including a detailed explanation and revised timelines if any projected timelines were missed or are delayed; a description of any developments regarding the recommendations that have already been reported as implemented; a description of arbitration decisions since the previous report; a description of the City's efforts to ensure that the implemented recommendations and related reforms are sustainable; and any other relevant information. As previously ordered, confidential disciplinary and personnel information may be filed under seal, with a redacted version filed in the public record.

//

//

//

The Compliance Director shall continue to have authority to take corrective action if necessary, and the Court may also re-engage the services of the Court Investigator to evaluate Defendants' progress at any time.

**IT IS SO ORDERED.**

Dated:   09/28/15

_____
THELTON E. HENDERSON
United States District Judge