UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING PAYMENT TO EDWARD SWANSON (JANUARY 2016)**

The Court has reviewed the billing records submitted by Edward Swanson for January 2016 and finds the requested amount reasonable to pay. Accordingly, the City shall deposit $6,207.50 into the registry for this action within seven calendar days, and the Clerk shall disburse $6,207.50 to Swanson and McNamara, LLP, once those funds have been received.

**IT IS SO ORDERED.**

Dated: 02/18/16

THELTON E. HENDERSON
United States District Judge