UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER RE: INTERNAL AFFAIRS CASE NO. 15-0771**

The Compliance Director has briefed the Court on irregularities and potential violations of the Negotiated Settlement Agreement ("NSA") that have occurred in an ongoing investigation, Internal Affairs Case No. 15-0771. This case raises most serious concerns that may well impact Defendants' ability to demonstrate their commitment to accountability and sustainability – both of which are key to ending court oversight. Accordingly, the Court directs the Compliance Director to use his authority to ensure that this case and any related matters are properly and timely investigated, and that all appropriate follow-up actions are taken. *See* Dec. 12, 2012 Order at 6 (granting the Compliance Director "authority to direct specific actions by the City or OPD to attain or improve compliance levels, or remedy compliance errors, regarding all portions of the NSA and AMOU," as well as "the power to review, investigate, and take corrective action regarding OPD policies, procedures, and practices that are related to the objectives of the NSA and AMOU").

**IT IS SO ORDERED.**

Dated: 03/23/16

THELTON E. HENDERSON
United States District Judge