UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-TEH

**ORDER APPROVING PAYMENT TO EDWARD SWANSON (FEBRUARY 2016)**

The Court has reviewed the billing records submitted by Edward Swanson for February 2016 and finds the requested amount reasonable to pay. Accordingly, the City shall deposit $46,772.85 into the registry for this action within seven calendar days, and the Clerk shall disburse $46,772.85 to Swanson and McNamara, LLP, once those funds have been received.

**IT IS SO ORDERED.**

Dated: 03/23/16

_____

THELTON E. HENDERSON
United States District Judge