UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>        Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER APPROVING PAYMENT TO EDWARD SWANSON (MARCH 2016)** |

The Court has reviewed the billing records submitted by Edward Swanson for March 2016 and finds the requested amount reasonable to pay. Accordingly, the City shall deposit $30,218.00 into the registry for this action within seven calendar days, and the Clerk shall disburse $30,218.00 to Swanson and McNamara, LLP, once those funds have been received. Any interest accruing on funds deposited in the registry for this action shall be disbursed to the City of Oakland.

**IT IS SO ORDERED.**

Dated: 04/19/16

_____
THELTON E. HENDERSON
United States District Judge