1 BARBARA J. PARKER, City Attorney, SBN 069722
  OTIS McGEE, JR., Chief Assistant City Attorney, SBN 071885
2 RYAN G. RICHARDSON, Supervising Deputy City Attorney, SBN 223548
  KIMBERLY A. BLISS, Deputy City Attorney, SBN 207857
3 JAMILAH A. JEFFERSON, Senior Deputy City Attorney, SBN 219027
  One Frank H. Ogawa Plaza, 6th Floor
4 Oakland, California 94612
  Telephone:    (510) 238-7686; Facsimile:   (510) 238-6500
5 Email: jjefferson@oaklandcityattorney.org
  R20752/2041851
6

7 Attorneys for Defendants
  CITY OF OAKLAND
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 DELPHINE ALLEN, et al.,                    Case No. C 00-4599 TEH

12           Plaintiffs,                     **CITY OF OAKLAND'S UPDATED LIST
                                             OF PERSONS WHO ARE RESPONSIBLE
13     v.                                    FOR NSA TASKS**

14 CITY OF OAKLAND, et al.,

15           Defendants.

Defendant City of Oakland ("City") files **Attachment A** pursuant to the Court's May 29, 2014 Order requiring the City to "resume filing updated lists of persons responsible with the Court." May 29, 2014 Order at 1 (Dkt. No. 981). **Attachment A** designates those individuals who are responsible for each task in the Negotiated Settlement Agreement.

DATED: December 19, 2016

                Respectfully submitted,

                BARBARA J. PARKER, City Attorney
                OTIS McGEE, JR., Chief Assistant City Attorney
                RYAN G. RICHARDSON, Supervising Deputy City Attorney
                KIMBERLY A. BLISS, Deputy City Attorney
                JAMILAH A. JEFFERSON, Senior Deputy City Attorney

By:     /s/ Jamilah A. Jefferson
           Attorneys for Defendants
           CITY OF OAKLAND, et al.

City of Oakland's Updated
List of Persons Who Are
Responsible for NSA Tasks     - 2 -     C00-04599 TEH

# ATTACHMENT A

# OAKLAND POLICE DEPARTMENT
## LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
## DECEMBER 2016

| Task | Description | Active/Inactive | Commander Responsible |
|---|---|---|---|
| 1 | IAD Staffing & Resources | Inactive | Capt. Coleman |
| 2 | Timeliness Standards & Compliance w/IAD Investigations | Inactive | Capt. Coleman |
| 3 | IAD Integrity Tests | Inactive | Capt. Coleman |
| 4 | Complaint Control System for IAD | Inactive | Capt. Coleman |
| 5 | Complaint Procedures for IAD | Active | Capt. Coleman |
| 6 | Refusal to Accept or Refer Citizen Complaints | Inactive | Capt. Coleman |
| 7 | Methods for Receiving Citizen Complaints | Inactive | Capt. Coleman |
| 8 | Classification of Citizen Complaint | Inactive | Capt. Coleman |
| 9 | Contact of Citizen Complaint | Inactive | Capt. Coleman |
| 10 | IAD Manual *tasks in gray do not require assessment | Inactive | Capt. Coleman |
| 11 | Summary of Citizen Complaints Provided to OPD Personnel | Inactive | Capt. Coleman |
| 12 | Disclosure of Possible Investigator Bias | Inactive | Capt. Coleman |
| 13 | Documentation of Pitchess Responses | Inactive | Capt. Coleman |
| 14 | Investigation of Allegations on MOR Violations | Inactive | Capt. Coleman |
| 15 | Reviewing Findings & Disciplinary Responses | Inactive | Capt. Coleman |
| 16 | Support IAD Process-Supervisor/Managerial Accountability | Inactive | Capt. Coleman |
| 17 | Audit, Review and Evaluation of IAD Functions | Inactive | Capt. Coleman |
| 18 | Arrest Approval and Report Review | Inactive | Deputy Chief ("DC") Cunningham |

2035628

# OAKLAND POLICE DEPARTMENT
## LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
## DECEMBER 2016

| | | | |
|---|---|---|---|
| 19 | Unity of Command | Inactive | DC Outlaw |
| 20 | Span of Control for Supervisors | Inactive | DC Allison |
| 21 | Members, Employees & Supervisors Performance Review | Inactive | DC Outlaw |
| 22 | Management Level Liaison | Inactive | DC Lois |
| 23 | Command Staff Rotation | Inactive | Assistant Chief Downing |
| 24 | Use of force Reporting Policy | Inactive | DC Outlaw |
| 25 | Use of Force Investigation and Report Responsibilities | Inactive | DC Outlaw |
| 26 | Use of Force Review | Inactive | DC Outlaw |
| 27 | OC Log and Check-out Procedures | Inactive | DC Downing |
| 28 | Use of Force - Investigation of Criminal Misconduct | Inactive | DC Lois |
| 29 | IAD Investigation Priority | Inactive | Capt. Coleman |
| 30 | Firearms-Discharge Board of Review | Inactive | DC Outlaw |
| 31 | Officer-Involved Shooting Investigation | Inactive | Capt. Coleman |
| 32 | Use of Camcorders | Inactive | Not Applicable |
| 33 | Reporting Procedures for Misconduct | Inactive | Capt. Coleman |
| 34 | Vehicle Stops, Field Investigation and Detentions | Active | DC Allison |
| 35 | Use of Force - Witness ID | Inactive | DC Outlaw |
| 36 | Transporting Detainees and Citizens | Inactive | DC Cunningham |
| 37 | Internal Investigations-Retaliation Against Witnesses | Inactive | Capt. Coleman |
| 38 | Citizens Signing Statements | Inactive | DC Lois |
| 39 | Personnel Arrested, Sued, or Served | Inactive | Capt. Coleman |

2035628

# OAKLAND POLICE DEPARTMENT
## LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
## DECEMBER 2016

| | | | |
|---|---|---|---|
| 40 | PAS Purpose | Inactive | DC Outlaw |
| 41 | Use of PAS | Active | DC Outlaw |
| 42 | Field Training Program | Inactive | DC Outlaw |
| 43 | Academy Training Plan | Inactive | DC Outlaw |
| 44 | Personnel Practices | Inactive | DC Outlaw |
| 45 | Consistency of Discipline | Active (45.1, 45.4) | Assistant Chief Downing |
| 46 | Promotional Consideration Review | Inactive | DC Outlaw |
| 47 | Community Policing | Inactive | DC Cunningham |
| 48 | Departmental Annual Management Reports | Inactive | Assistant Chief Downing |
| 49 | Monitor Selection/Compensation | Inactive | Assistant Chief Downing |
| 50 | Compliance Unity Liaison Policy | Inactive | Assistant Chief Downing |
| 51 | Compliance Audits and Integrity Tests | Inactive | Assistant Chief Downing |
| CD1 | Resolve/Reduce incidents that may involve unjustified force, OIS, pointing of firearms | 12/12/12 Order | DC Allison |
| CD2 | Resolve/Reduce incidents that may involve racial profiling and bias-based policing | 12/12/12 Order | DC Allison |
| CD3 | Resolve/Reduce citizen complaints | 12/12/12 Order | DC Allison |
| CD4 | Resolve/Reduce high speed pursuits | 12/12/12 Order | DC Allison |

2035628