1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3

4  DELPHINE ALLEN, et al.,

5          Plaintiffs,

6      v.

7  CITY OF OAKLAND, et al.,

8          Defendants.

Case No. 00-cv-04599-TEH

**ORDER SETTING STATUS CONFERENCE**

9

10      Last week, the Court-Appointed Investigator filed his report on the City of

11  Oakland's response to allegations of officer sexual misconduct.  The report reached some

12  very troubling conclusions about how Defendants mishandled these allegations and did not

13  aggressively pursue an inquiry into what went wrong.  Additionally, the Monitor's recent

14  reports have raised serious concerns about PRIME, the new personnel assessment system,

15  which is a critical part of Defendants' risk management plan.

16      The Court HEREBY ORDERS the parties to appear at a status conference on

17  **Monday, July 10, 2017, at 2:30 PM**, to discuss these and any other concerns about

18  Defendants' progress and the sustainability of that progress.  The parties shall file a joint

19  status conference statement on or before **July 5, 2017**.

20      As has been recently announced, this case will be reassigned to the Honorable

21  William H. Orrick in August.  Judge Orrick will participate in the upcoming status

22  conference.

23

24  **IT IS SO ORDERED.**

25

26  Dated:  06/27/17

        _____

27          THELTON E. HENDERSON
        United States District Judge

28