UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br>　　　Plaintiffs,<br>　v.<br>CITY OF OAKLAND, et al.,<br>　　　Defendants. | Case No. 00-cv-04599-TEH<br><br>**ORDER WAIVING JULY 2017 MONITORING REPORT** |

At the request of the Monitor, the filing of the July 2017 monitoring report is hereby waived. The Monitor's August 2017 report shall include information from the monitoring team's June and July site visits.

**IT IS SO ORDERED.**

Dated: 07/12/17　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　　United States District Judge