# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** February 2, 2018 | **Time:** 50 minutes<br>3:08 p.m. to 3:58 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**   James Chanin and John L. Burris
**Attorneys for Defendants:**   Kimberly Bliss, Ryan Richardson, Jamilah A. Jefferson, and Barbara J. Parker
**Attorney for Intervener:**   Rockner A. Lucia, Jr.

**Deputy Clerk:** Jean Davis                                         **Court Reporter:** Katherine Sullivan

# PROCEEDINGS

| | |
|---|---|
| 3:08 p.m. | Court in session for status conference to monitor the progress toward full compliance with the Negotiated Settlement Agreement (NSA).<br>Counsel enter appearances, and the Court greets the parties and advises of the primary focus of the Court's concerns. |
| 3:10 p.m. | City heard as to the status update. (Bliss) |
| 3:22 p.m. | Chief of Police Anne Kirkpatrick speaks as to progress made in the necessary cultural transformation within the Department. |
| 3:28 p.m. | Plaintiff counsel heard in acknowledgement of progress made and in regard to the incomplete or delayed implementation of multiple Stanford recommendations. (Chanin) |
| 3:43 p.m. | Plaintiff counsel heard as to status. (Burris) |
| 3:49 p.m. | Intervenor counsel heard as to status. (Lucia) |
| 3:51 p.m. | City heard briefly in clarification. (Bliss) |
| 3:54 p.m. | The Court advises that the next status conference will be conducted on **June 1, 2018 at 3:00 p.m.** The Court requests that the City's report prior to the conference identify any of the Stanford recommendations that have not been implemented and explain the reasons why. |
| 3:58 p.m. | Court in recess. |