UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** June 1, 2018 | **Time:** 40 minutes<br>3:07 p.m. to 3:47 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorney for Plaintiff:**  James Chanin (appearing personally)
                             John Burris (appearing telephonically)
**Attorney for Defendant:**  Kimberly Bliss, Jamilah A. Jefferson, and Barbara J. Parker
**Attorney for Intervenor:** Rockne A. Lucia, Jr.

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Katherine Sullivan

PROCEEDINGS

Parties appear for Status Conference. The Court reviews certain goals and developments related to implementation of the Prime System, the Stanford recommendations, and the intelligence-led stop program.

City (Bliss) heard as to the status of the department's efforts in collecting and evaluating stop data.

Plaintiffs' counsel (Chanin and Burris) heard as to their perspectives of the department's progress and current status.

Counsel for intervenor (Lucia) heard as to officer discipline issues raised by counsel Burris.

City heard in response (Bliss). The City will provide a complete update on the status of PRIME 2.0 implementation for all vendors and will continue to work collaboratively to attempt to agree on the scope of any investigation into consistency of discipline issues, saving for a later date any argument over whether such an investigation would fall within purview of this case.

Further Status Conference set for **September 28, 2018 at 3:00 p.m.** If parties are in agreement that good progress is being made and the conference is unnecessary, they may make a joint request to vacate the conference as part of the comprehensive written status report to be submitted one week prior to the conference.