UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 00-cv-04599-WHO<br><br>**ORDER REQUIRING UPDATED LIST OF PERSONS RESPONSIBLE** |

Pursuant to Judge Henderson's May 29, 2014 Order (Dkt. No. 981), defendants are obligated to file and keep current a list of persons responsible for all tasks in the Negotiated Settlement Agreement, as well as the four areas identified in paragraph C.2 of the Court's December 12, 2012 Order (Dkt. No. 885).  In addition, defendants are required to include any updates to changes in the line of authority above the Chief of Police. *Id*. at 1.  Updated lists of persons responsible must be filed within seven days of any personnel or line of authority changes. *Id*.

As explained by Judge Henderson, the purpose of the "persons responsible list" is to encourage defendants' "own sense of accountability, which is critical to the success of sustainable reforms.  The Court hopes that this case continues on an upward trajectory, but having a list of persons responsible will also allow the Court, if it becomes necessary, to enter an order to show cause against appropriate individuals as to why sanctions, including a possible finding of contempt, should not issue." May 29, 2014 Order at 1-2.

The last Updated list of Persons Responsible was filed on June 8, 2017.  Dkt. No. 1142. Given the importance, as repeatedly stated by Judge Henderson and fully recognized by me, of accountability and sustainability as key components of the successful implementation of the reforms the parties agreed to more than fifteen years ago, defendants must continue to provide me

with this information. I intend to hold the September 28, 2018 Further Case Status Conference, and I will be keenly focused on what tasks from the NSA are still outstanding, why that is, and who the individuals are who are currently responsible for those tasks. If needed, I may direct that the persons responsible appear at Further Case Status Conferences to answer my questions.

Therefore, no later than September 14, 2018, defendants shall file an Updated List of Persons Responsible.

**IT IS SO ORDERED.**

Dated: August 29, 2018

William H. Orrick
United States District Judge