```
 1  BARBARA J. PARKER, City Attorney, SBN 069722
    OTIS McGEE, JR., Chief Assistant City Attorney, SBN 071885
 2  RYAN G. RICHARDSON, Special Counsel, SBN 223548
    KIMBERLY A. BLISS, Deputy City Attorney, SBN 207857
 3  JAMILAH A. JEFFERSON, Senior Deputy City Attorney, SBN 219027
    One Frank H. Ogawa Plaza, 6th Floor
 4  Oakland, California 94612
    Telephone:    (510) 238-7686;  Facsimile:   (510) 238-6500
 5  Email: jjefferson@oaklandcityattorney.org
    R20752/2554981
 6

 7  Attorneys for Defendants
    CITY OF OAKLAND
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>         Defendants. | Case No. C 00-04599 WHO<br><br>**CITY OF OAKLAND'S UPDATED LIST OF PERSONS RESPONSIBLE FOR NSA TASKS** |

Defendant City of Oakland ("City") files **Attachment A** pursuant to the Court's May 29, 2014 Order requiring the City to "resume filing updated lists of persons responsible with the Court." May 29, 2014 Order at 1 (Dkt. No. 981). Attachment A designates those individuals who are responsible for each task in the Negotiated Settlement Agreement.

DATED: September 14, 2018

> BARBARA J. PARKER, City Attorney
> OTIS McGEE, JR., Chief Assistant City Attorney
> RYAN G. RICHARDSON, Special Counsel
> KIMBERLY A. BLISS, Deputy City Attorney
> JAMILAH A. JEFFERSON, Senior Deputy City Attorney
>
> By:    /s/ Jamilah A. Jefferson
> Attorneys for Defendants
> CITY OF OAKLAND, et al.

# ATTACHMENT A

# OAKLAND POLICE DEPARTMENT
# LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
# SEPTEMBER 2018

| Task | Description | Active/Inactive | Commander Responsible |
|---|---|---|---|
| 1 | IAD Staffing & Resources | Inactive | Capt. Sekou Millington (IAD Commander) |
| 2 | Timeliness Standards & Compliance w/IAD Investigations | Inactive | Capt. Millington |
| 3 | IAD Integrity Tests | Inactive | Capt. Millington |
| 4 | Complaint Control System for IAD | Inactive | Capt. Millington |
| 5 | Complaint Procedures for IAD | Active | Capt. Millington |
| 6 | Refusal to Accept or Refer Citizen Complaints | Inactive | Capt. Millington |
| 7 | Methods for Receiving Citizen Complaints | Inactive | Capt. Millington |
| 8 | Classification of Citizen Complaint | Inactive | Capt. Millington |
| 9 | Contact of Citizen Complaint | Inactive | Capt. Millington |
| 10 | IAD Manual | Inactive | Capt. Millington |
| 11 | Summary of Citizen Complaints Provided to OPD Personnel | Inactive | Capt. Millington |
| 12 | Disclosure of Possible Investigator Bias | Inactive | Capt. Millington |
| 13 | Documentation of Pitchess Responses | Inactive | Capt. Millington |
| 14 | Investigation of Allegations on MOR Violations | Inactive | Capt. Millington |
| 15 | Reviewing Findings & Disciplinary Responses | Inactive | Capt. Millington |
| 16 | Support IAD Process-Supervisor/Managerial Accountability | Inactive | Capt. Millington |
| 17 | Audit, Review and Evaluation of IAD Functions | Inactive | Capt. Millington |
| 18 | Arrest Approval and Report Review | Inactive | Acting Deputy Chief Roland Holmgren |

2537167

# OAKLAND POLICE DEPARTMENT
## LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
### SEPTEMBER 2018

| | | | |
|---|---|---|---|
| 19 | Unity of Command | Inactive | Deputy Director Virginia Gleason |
| 20 | Span of Control for Supervisors | Inactive | A/DC Holmgren |
| 21 | Members, Employees & Supervisors Performance Review | Inactive | DD Gleason |
| 22 | Management Level Liaison | Inactive | Deputy Chief Oliver Cunningham |
| 23 | Command Staff Rotation | Inactive | Chief Anne Kirkpatrick / Acting Assistant Chief Darren Allison |
| 24 | Use of force Reporting Policy | Inactive | A/AC Allison |
| 25 | Use of Force Investigation and Report Responsibilities | Inactive | A/AC Allison |
| 26 | Use of Force Review | Inactive | A/AC Allison |
| 27 | OC Log and Check-out Procedures | Inactive | DD Gleason |
| 28 | Use of Force - Investigation of Criminal Misconduct | Inactive | DC Cunningham |
| 29 | IAD Investigation Priority | Inactive | Capt. Millington |
| 30 | Firearms-Discharge Board of Review | Inactive | A/AC Allison |
| 31 | Officer-Involved Shooting Investigation | Inactive | Capt. Millington |
| 32 | Use of Camcorders | Inactive | Not Applicable |
| 33 | Reporting Procedures for Misconduct | Inactive | Capt. Millington |
| 34 | Vehicle Stops, Field Investigation and Detentions | Active | Deputy Chief Leronne Armstrong |
| 35 | Use of Force - Witness ID | Inactive | A/AC Allison |
| 36 | Transporting Detainees and Citizens | Inactive | DC Armstrong |

2537167

# OAKLAND POLICE DEPARTMENT
## LIST OF PERSONS RESPONSIBLE FOR COMPLIANCE MEASURES
### SEPTEMBER 2018

| | | | |
|---|---|---|---|
| 37 | Internal Investigations-Retaliation Against Witnesses | Inactive | Capt. Millington |
| 38 | Citizens Signing Statements | Inactive | DC Armstrong |
| 39 | Personnel Arrested, Sued, or Served | Inactive | Capt. Millington |
| 40 | PAS Purpose | Inactive | DD Gleason |
| 41 | Use of PAS | Active | DD Gleason |
| 42 | Field Training Program | Inactive | A/AC Allison |
| 43 | Academy Training Plan | Inactive | A/AC Allison |
| 44 | Personnel Practices | Inactive | DD Gleason |
| 45 | Consistency of Discipline | Active (45.1, 45.4) | Chief Kirkpatrick / A/AC Allison |
| 46 | Promotional Consideration Review | Inactive | DD Gleason |
| 47 | Community Policing | Inactive | A/DC Roland Holmgren |
| 48 | Departmental Annual Management Reports | Inactive | Chief Kirkpatrick / A/AC Allison |
| 49 | Monitor Selection/Compensation | Inactive | Chief Kirkpatrick |
| 50 | Compliance Unity Liaison Policy | Inactive | Chief Kirkpatrick |
| 51 | Compliance Audits and Integrity Tests | Inactive | Chief Kirkpatrick / A/AC Allison |
| CD1 | Resolve/Reduce incidents that may involve unjustified force, OIS, pointing of firearms | 12/12/12 Order | A/AC Allison |
| CD2 | Resolve/Reduce incidents that may involve racial profiling and bias-based policing | 12/12/12 Order | DC Armstrong |
| CD3 | Resolve/Reduce citizen complaints | 12/12/12 Order | A/AC Allison |
| CD4 | Resolve/Reduce high speed pursuits | 12/12/12 Order | A/DC Holmgren |

2537167