UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 00-cv-04599-WHO <br><br> **ORDER APPROVING PAYMENTS TO MONITOR AND COMPLIANCE DIRECTOR (OCTOBER 2018)** |

The Court has reviewed the invoices submitted by the Monitor and Compliance Director for October 2018 and finds the requested amounts reasonable to pay. Accordingly, the Clerk shall disburse $12,500.00 to Warshaw & Associates, Inc., for the Compliance Director, and $70,171.41 to Police Performance Solutions LLC, for the Monitor.

The City is reminded of its obligation to deposit into the Court registry, within fourteen days, the total amount disbursed by this Order. Jan. 19, 2017 Order at 2.

**IT IS SO ORDERED.**

Dated: November 9, 2018



William H. Orrick
United States District Judge