UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 27, 2018 | **Time:** 1 hr., 21 minutes 3:34 p.m. to 4:55 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**     John L. Burris and James B. Chanin
**Attorneys for Defendants:**  Kimberly Bliss, Jamilah A. Jefferson, and Ryan Richardson
**Attorney for Intervenor:**     Rockne A. Lucia, Jr.

**Deputy Clerk:** Jean Davis                             **Court Reporter:** Debra Pas

PROCEEDINGS

The Court acknowledges the positive progress which is being made in Prime 2.0 technology implementation and the improvement in traffic stop demographics and expresses concerns with the integrity of reporting as to use of force data and other issues. There can be no meaningful change in culture without a commitment to rigorous honesty in reporting.

Defense counsel Bliss, Plaintiffs' counsel Chanin and Burris, and Intervenor's counsel Lucia heard.

The Court orders that:

NSA Task 24 and 25, under the responsibility of Assistant Chief Allison, are reactivated. They are, again, an active part of the Monitoring Team's responsibility.

NSA Task 31, under the responsibility of Captain Millington, is reactivated and again an active part of the Monitoring Team's responsibility.

The OIG Audit regarding the use of force reporting shall be completed and filed with the Court on or before February 1, 2019.

**A Further Case Management Conference is set for April 3, 2019 at 3:30 p.m.**