# TRANSCRIPT ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Elizabeth Ferrel |
| 1b. ATTORNEY NAME (if different) | Jamilah A. Jefferson |
| 2a. CONTACT PHONE NUMBER | (510) 238-3445 |
| 2b. ATTORNEY PHONE NUMBER | (510) 238-7686 |
| 3. CONTACT EMAIL ADDRESS | eferrel@oaklandcityattorney.org |
| 3. ATTORNEY EMAIL ADDRESS | jjefferson@oaklandcityattorney.org |
| 4. MAILING ADDRESS | Oakland City Attorney's Office, 1 Frank H. Ogawa Plaza, 6th Floor, Oakland, CA 94612 |
| 5. CASE NAME | Allen, et al v. City of Oakland, et al |
| 6. CASE NUMBER | 00-4599-WHO |
| 7. COURT REPORTER NAME | Debra Pas |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis
☐ NON-APPEAL   ☑ CIVIL   CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 11/27/2018 | WHO | CMC | full hearing |

b. SELECT FORMAT(S): PDF (email) selected

c. DELIVERY TYPE: EXPEDITED (7-day) selected

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

11. SIGNATURE: /s/ (signed)
12. DATE: 11/30/2018

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).