PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland, CA  94605
Telephone:  (510) 452-0292
E-mail:  pamela@pypesq.com

LAWRENCE WHITE, ESQ. (STATE BAR NO. 69531)
195 - 41 Street, P.O. Box 11213
Oakland, CA 94611
Telephone: (510) 250-9040
E-mail: larrywhitelcw@yahoo.com

Attorneys for Intervenors COALITION FOR POLICE ACCOUNTABILITY, RASHIDAH GRINAGE, SAIED KARAMOOZ, ANNE JANKS AND JOHN JONES, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | CASE NO.  C00-cv-04599-WHO <br><br> **DECLARATION OF ANNE JANKS IN SUPPORT OF THE INTERVENORS' MOTION TO INTERVENE AS OF RIGHT, OR IN THE ALTERNATIVE, PERMISSIVE INTERVENTION** <br><br> DATE:      MAY 8, 2019 <br> TIME:       2:00 P.M. <br> DEPT:       2, 17TH FLOOR |

I, ANNE JANKS, hereby declare:

1. I make this Declaration on personal knowledge in support of the Coalition for Police Accountability and other community representatives' Motion to intervene in this action.

2. I am a resident of Oakland, California. I have lived in Oakland for 26 years. I live near Mosswood Park, a neighborhood that is often subjected to intense and armed law enforcement operations. I frequently observe police activity in my neighborhood, police vehicles speeding and driving recklessly in the streets in my neighborhood, and repeatedly targeting my neighbors, especially Black men and boys.

3. I believe that I am a suitable intervenor who will represent and advocate for the

interests of the Coalition for Police Accountability and the residents of the City of Oakland. I believe that community involvement at this stage of the Negotiated Settlement Agreement ("NSA") will expedite the transformation of our police department and dramatically improve community-police relations. I believe that community representation is essential to address the impact that the NSA is having on our community.

4. During the time that I have lived in Oakland, I have participated in a number of community organizations and civic activities. I have worked on campaigns to protect tenants, low-income workers, and immigrants.

5. I also participated in the community movement to pass Measure LL, the enabling legislation to create an independent police commission in Oakland. I canvassed, collected signatures, and organized educational events. The mission of the Coalition for Police Accountability ("the Coalition" or "CPA") is to advocate for accountability of the Oakland Police Department to the community so that the Oakland Police Department operates with equitable, just, constitutional, transparent policies and practices that reflect the values and engender the trust of the community. As a member of the CPA, I regularly attend the meetings of the Oakland Police Commission.

6. As a resident of Oakland, I am very concerned about lawless police misconduct, particularly when it results in physical harm or death to persons present in our City. I am very concerned about unconstitutional misconduct by our police, including the use of excessive force, racial profiling, perjury and the obstruction of justice. I am acutely aware that I am at risk of the violation of my constitutional rights anytime I encounter an OPD officer.

7. In the past sixteen years, I and my family have personally experienced the disparate treatment by OPD officers. We have been personally impacted by OPD's unconstitutional conduct in over-policing young Black men. Other members of my immediate family live in Oakland. They too are at risk of death or injury at the hands of OPD.

8. As a resident of Oakland, I pay property taxes, sales taxes and business taxes. I am very aware and concerned that for the past sixteen years, my tax dollars have been used to pay for

the monitoring activities mandated by this Court pursuant to the NSA.

9. I was shocked and stunned by the killing in North Oakland of Joshua Pawlik in March 2018. In March 2019, I learned of the circumstances under which Mr. Pawlik died. When I learned from the public disclosure of the OPD investigation and Chief Anne Kirkpatrick's disciplinary actions, I was extremely upset and ashamed and felt compelled to intervene in this lawsuit. Prior to the release of the documents about the death of Joshua Pawlik, I was not aware how blatant Chief Kirkpatrick was willing to be in disregarding the rights and safety of the residents of Oakland.

10. I fully support the request by the Coalition for Police Accountability for the Court-appointed Monitor Robert Warshaw to terminate Chief Anne Kirkpatrick. None of the parties to the litigation have requested Chief Kirkpatrick's termination. I agree with Mr. Warshaw's assessment that Chief Kirkpatrick's analysis of the use of force that resulted in the death of Joshua Pawlik is disappointing and myopic. As a resident of Oakland, I should not be forced to live with a police department under the failed leadership of Chief Kirkpatrick.

11. None of the parties to this action are taking the appropriate steps to reduce the amount of money that the City is paying for the enforcement of the NSA. None of the parties to the litigation have been able to effectively curtail the use of excessive force by OPD or the amount of racial profiling that occurs every day in our City. None of the parties to this litigation are trying to create an effective mechanism for the transfer of oversight to our Police Commission or working to create a sustainable model for oversight.

12. At the time that I agreed to serve as an Intervenor in this action, Attorney Pamela Y. Price explained to me what my duties and responsibilities will be if I am permitted to represent my community in this way. If our motion is granted and I am allowed to intervene in the action, I will fairly and adequately represent the interests of the residents of the City of Oakland throughout the course of the litigation to the best of my ability.

13. I have personally spoken to the various attorneys representing the parties, including John Burris and James Chanin, on numerous occasions. Currently, I have heard rumors in Oakland

1  that the plaintiffs' attorneys intend to file a motion to place OPD in a full receivership.

2      I declare under penalty of perjury under the laws of the State of California and the United
3  States that the foregoing is true and correct. If called as a witness, I could and would testify
4  competently to the matters stated in this Declaration.

5      Executed in Oakland, California on April 1, 2019.

        /s/ Anne Janks
    ANNE JANKS, Declarant