PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland, CA  94605
Telephone:  (510) 452-0292
E-mail:  pamela@pypesq.com

LAWRENCE WHITE, ESQ. (STATE BAR NO. 69531)
195 - 41 Street, P.O. Box 11213
Oakland, CA 94611
Telephone: (510) 250-9040
E-mail:  larrywhitelcw@yahoo.com

Attorneys for Intervenors COALITION FOR
POLICE ACCOUNTABILITY, RASHIDAH
GRINAGE, SAIED KARAMOOZ, ANNE JANKS
AND JOHN JONES, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | CASE NO.  C00-cv-04599-WHO<br><br>**[PROPOSED] ORDER GRANTING**<br>**INTERVENORS' MOTION TO INTERVENE**<br><br>DATE:         MAY 8, 2019 |

    The motion of Intervenors COALITION FOR POLICE ACCOUNTABILITY, RASHIDAH GRINAGE, SAIED KARAMOOZ, ANNE JANKS and JOHN JONES, III to intervene in this action as a matter "of right" or in the alternative, for permissive intervention came on regularly for hearing on May 8, 2019.  Pamela Y. Price and Lawrence White appeared on behalf of the Intervenors.  All other interested parties were also represented by counsel.

    The Court having read and considered the motion and the oppositions thereto, and having heard and considered the arguments of counsel, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that the Intervenors' Motion is granted. The Court finds that

the litigation and the progress of the litigation at this time will benefit by including the people who are its intended beneficiaries and whose perspective could provide critical assistance to the Court in bringing the Oakland Police Department into compliance and terminating the Negotiated Settlement Agreement. The Court is persuaded that community representation is essential to address the impact that the Negotiated Settlement Agreement is having on the residents of the City of Oakland and that community representation at this stage will expedite the transformation of the Oakland Police Department and dramatically improve community-police relations.

The Court directs the Monitor and Compliance Director and counsel for the parties to include Intervenors' counsel in all communications related to this action and any and all meetings scheduled hereafter for any time or purpose.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT