UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** April 3, 2019 | **Time:** 1 hr., 29 mins.<br>3:35 p.m. to 5:04 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiff:** John L. Burris and James B. Chanin
**Attorneys for Defendants:** Kimberly Bliss, Barbara J. Parker, David Pereda, Sabrina B. Landreth, and Veronica Harris
**Attorney for Intervenor:** Rockne A. Lucia

**Deputy Clerk:** Jean Davis          **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Parties appear for status conference.  The Court outlines issues it would like to have addressed by the case participants.  Counsel Kimberly Bliss, John Burris, and James B. Chanin and representatives of the City of Oakland Chief Anne Kirkpatrick, Acting Assistant Chief Darren Allison, Deputy Chief Leronne Armstrong and Deputy Director Virginia Gleason, address the Court.

**IT IS ORDERED THAT** any planned remarks intended to supplement the Joint Status Conference Statement shall be filed at least 48 hours in advance of the Status Conference.  This will eliminate redundancy and allow the Court to focus on anything new that a party wishes to convey.  At the Status Conference, each side will be limited to a **ten minute** presentation that responds to any observations by the Court or opposing counsel, or emphasizes any points made in the filed Statements.  The time limitation will be expanded at the Court's discretion to address any particular matters of concern to the extent the Court has specific questions.

**Further Status Conference set for August 21, 2019 at 3:30 p.m.**