PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P.O. Box 5843
Oakland, CA 94605
Telephone: (510) 452-0292
E-mail: pamela@pypesq.com

LAWRENCE WHITE, ESQ. (STATE BAR NO. 69531)
195 - 41 Street, P.O. Box 11213
Oakland, CA 94611
Telephone: (510) 250-9040
E-mail: larrywhitelcw@yahoo.com

Attorneys for COALITION FOR
POLICE ACCOUNTABILITY, RASHIDAH
GRINAGE, SAIED KARAMOOZ, ANNE JANKS
AND JOHN JONES, III

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | Case No. C 00-4599 WHO |
|     Plaintiffs, | **STIPULATION AND ORDER RE BRIEFING SCHEDULE AND HEARING DATE** |
|     v. | |
| CITY OF OAKLAND, et al., | **Re: Dkt. No. 1243** |
|     Defendants. | |

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1.  On April 2, 2019, the Coalition for Police Accountability, Rashidah Grinage, Saied Karamooz, Anne Janks, and John Jones, III filed a *Notice of Motion and Motion to Intervene as of Right, or in the Alternative, for Permissive Intervention*. Dkt. No. 1243.

2.  Intervenors anticipate that there will be at least two (2) separate oppositions to the motion, and possibly as many as three (3) oppositions. To ensure that Intervenors have adequate time and a meaningful opportunity to evaluate the oppositions and prepare their reply brief, Intervenors seek a short extension of the briefing schedule for the intervention motion.

3.  The parties agree to modify the schedule as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| **Oppositions** | April 30, 2019 | May 2, 2019 |
| **Reply** | May 8, 2019 | May 15, 2019 |

4.  The hearing date of May 29, 2019 will be maintained.

IT IS SO STIPULATED.

Dated: April 22, 2019                Respectfully Submitted,


PAMELA Y. PRICE

By:   /s/ Pamela Y. Price
Attorney for
Coalition for Police Accountability, Rashidah Grinage,
Saied Karamooz, Anne Janks, and John Jones, III

Dated: April 22, 2019                BARBARA J. PARKER, City Attorney


By:   /s/ David Pereda
Attorneys for
City of Oakland

Dated: April 23, 2019          JOHN L. BURRIS
Law Offices of John L. Burris

By:     /s/ John L. Burris
Attorney for Plaintiffs

Dated: April 23, 2019          JAMES B. CHANIN
Law Offices of James B. Chanin

By:     /s/ James B. Chanin
Attorney for Plaintiffs

Dated: April 23, 2019          ROCKNE A. LUCIA, JR.
Rains Lucia Stern St. Phalle & Silver

By:     /s/ Rockne A. Lucia, Jr.
Attorney for Intervenor
Oakland Police Officers' Association

PURSUANT TO STIPULATION, IT IS SO ORDERED.

- All parties' Oppositions are due by May 2, 2019

- The Reply is due by May 15, 2019

- The Hearing will be held of May 29, 2019, at 2:00 p.m., in Courtroom 2, 17th Floor, 450 Golden Gate, Ave., San Francisco

Dated:   April 30, 2019

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE