GINA M. ROCCANOVA (SBN 201594)
YUKI CRUSE (SBN 310073)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone     (415) 394-9400
Facsimile:     (415) 394.9401
E-mail:          Gina.Roccanova@jacksonlewis.com
E-mail:          Yuki.Cruse@jacksonlewis.com

BARBARA J. PARKER (SBN 69722)
CITY ATTORNEY
RYAN G. RICHARDSON (SBN 223548)
OAKLAND CITY ATTORNEY
1 Frank H. Ogawa Plaza
Oakland, CA 94612
Telephone:     (510) 238-3601
Facsimile:     (510) 238-6500
E-mail:          bjparker@oaklandcityattorney.org

Attorneys for Respondents
CITY OF OAKLAND and POLICE COMMISSION
OF THE CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NEGRETE, WILLIAM BERGER, BRANDON HRAIZ, CRAIG TANAKA, JOSEF PHILLIPS;<br><br>Petitioners,<br><br>v.<br><br>CITY OF OAKLAND; POLICE COMMISSION OF THE CITY OF OAKLAND; DOES 1 Through 10, INCLUSIVE,<br><br>Respondents. | Case No.: 3:19-cv-05742-LB<br><br>**RESPONDENT CITY OF OAKLAND'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Complaint Filed:     August 12, 2019<br>Complaint Served:  August 13, 2019<br>Removal Filed:       September 12, 2019<br>Trial Date:              None set |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Civil L.R. 3-12 and 7-11, City of Oakland ("City"), Respondent in *Negrete et al. v. City of Oakland et al.*, Case No. 3:19-cv-05742-LB ("*Negrete*"), files this administrative

motion asking the Court to consider whether *Negrete* should be related to the earlier-filed case *Allen, et al. v. City of Oakland et al.*, Case No. 3:00-cv-04599-WHO ("*Allen*"), which are both currently pending before the United States District Court for the Northern District of California.

The cases appear related because they both concern the scope, authority, and interpretation of an Order issued by United States District Court Judge Thelton E. Henderson, requiring the City to appoint a Compliance Director and enumerating certain specific duties of that position as it pertains to the Oakland Police Department.

Both cases are against the City of Oakland. Moreover, the Petitioner peace officers in the *Negrete* case as well as the Defendant peace officers in the *Allen* case are represented by the Oakland Police Officers' Association ("OPOA"). The OPOA is currently an intervenor in the *Allen* case. The peace officers and the OPOA have a shared interest in a court decision interpreting the Order in a way that furthers their legal interests.

A decision interpreting the Order and the extent of its authority and scope in one case will undoubtedly impact the outcome of the other. Accordingly, to avoid possibility of conflicting obligations and to promote efficiency we believe these cases should be related.

In furtherance of this Motion, and in compliance with Civil L.R. 7-11, Respondents attempted to obtain a stipulation from Petitioners' counsel in the *Negrete* action agreeing that *Negrete* should be deemed related to *Allen*; however, opposing counsel did not agree to the stipulation. *See* Yuki Cruse's Declaration and Proposed Order Relating Cases, field herewith.

For all the foregoing reasons, Respondents respectfully request that this Court enter an order relating the *Negrete* and *Allen* actions.

Dated: September 20, 2019    JACKSON LEWIS P.C.

By:   /s/ Gina M. Roccanova
Gina M. Roccanova
Attorneys for Respondents
CITY OF OAKLAND and POLICE
COMMISSION OF THE CITY OF
OAKLAND

4838-2831-6326, v. 1