Alison Berry Wilkinson (SBN 135890)
Berry Wilkinson Law Group
165 North Redwood Drive, Suite 206
San Rafael, CA 94903
Telephone: 415.259.6638
Facsimile: 877.259.3762
Email: alison@berrywilkinson.com

Attorneys for Defendant,
MATTHEW HORNUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELHINE ALLEN, et al, <br><br>      Plaintiff, <br><br> vs. <br><br> CITY OF OAKLAND, et al, <br><br>      Defendants. | Case No:  C 00-4599 WHO <br><br> SUBSTITUTION OF ATTORNEYS |

**TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Defendant MATTHEW HORNUNG hereby substitutes Alison Berry Wilkinson (State Bar Number 135890) of the Berry Wilkinson Law Group, as counsel of record in place of Edward Marc Fishman (State Bar No. 154883).

Contact Information for new counsel is as follows:

> Alison Berry Wilkinson (SBN 135890)
> Berry Wilkinson Law Group
> 165 North Redwood Drive, Suite 206
> San Rafael, CA 94903
> Telephone: 415.259.6638
> Facsimile: 877.259.3762
> Email: alison@berrywilkinson.com

-1-

1  I consent to the above substitution.

2  Dated: Oct 3, 2019

3              By: /s/ Matthew C Hornung
4                  Matthew Hornung

5  I consent to the above substitution.

6  Dated: Oct 3, 2019

7              By: /s/ Edward Marc Fishman
                   Edward Marc Fishman

8  I consent to the above substitution.

9  Dated: Oct 3, 2019

10                 Berry | Wilkinson | Law Group

11

12             By: /s/ Alison Berry Wilkinson
13                 Alison Berry Wilkinson

14

15                      **ORDER**

16  IT IS SO ORDERED.

17  Dated: 10/16/2019
                        _____
18                      Hon. William H. Orrick
                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28