BARBARA J. PARKER, City Attorney, SBN 069722
RYAN RICHARDSON, Special Counsel, SBN 223548
DAVID PEREDA, Special Counsel, SBN 237982
BRIGID S. MARTIN, Special Counsel, SBN 231705
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email:  DPereda@@oaklandcityattorney.org
Attorneys for CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, et al. | Case No. 00-cv-04599 WHO |
| Plaintiffs, | **CITY OF OAKLAND'S STATUS REPORT RE RETALIATION INVESTIGATIONS** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendant(s). | |

1    Pursuant to the Court's orders—Dkt. Nos. 274, 1071, and 1172—the City of

2    Oakland respectfully submits its report on the status of retaliation investigations.

3    *Please see* **Attachments A** and **B.**

4

5                                        Respectfully submitted,

6    Dated: May 20, 2020              BARBARA J. PARKER, City Attorney

7                                     DAVID PEREDA, Special Counsel

8                             By:     /s/ David Pereda

9                                     Attorneys for Defendant
                                      CITY OF OAKLAND

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

# ATTACHMENT A

**C I T Y O F O A K L A N D**

## Memorandum

TO:          IMT
FROM:     Oakland Police Department
DATE:     18 May 2020
RE:          Bi-Annual Progress Report and Actions Taken Regarding Retaliation
                Cases

_____

The following is an updated status of the current Oakland Police Department's
Internal Affairs Division's Investigations as it pertains to allegations of retaliation
for the period of 1 Aug 19 to 18 May 20.

- **18-0968:** A retaliation allegation discovered during the review of an on-duty
  injury claim. The review prompted professional staff to open an Internal
  Affairs Investigation, and the EEOC was made aware of the allegation. The
  EEOC is conducting their investigation. The complainant is a Neighborhood
  Services Coordinator (NSC) and alleged a civilian supervisor retaliated
  against her because of her engagement in protected activity.

  *Action Taken:* The Internal Affairs investigation was completed with an
  Unfounded finding for retaliation. The investigation is closed.

- **19-0699:** This complaint was made by a civilian technician to a supervisor
  regarding the workplace. IAD did not find evidence of retaliation.

  *Action Taken:* The Internal Affairs investigation was administratively closed.

- **19-0935:** The complainant alleged that fellow employees retaliated against
  the complainant for disclosing a hostile work environment to IAD.

  *Action Taken:* The Internal Affairs investigation is open and ongoing.


Wilson Lau
Acting Captain of Police
Internal Affairs Division
Oakland Police Department

# ATTACHMENT B

Attachment B Filed Under Seal