# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** September 22, 2020 | **Time:** 1 hour, 17 mins  3:31 p.m. to 4:48 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiff:** John L. Burris and James B. Chanin
**Attorney for Defendant:** Brigid Martin
**Attorney for Intervenor:** Rockne Anthony Lucia, Jr.

**Additional participants who addressed the Court:**
Assistant Chief Darren Allison
Deputy Chief Leronne Armstrong
Director Virginia Gleason
Captain Wilson Lau
Mayor Libby Schaaf
Interim Chief Susan Manheimer

**Deputy Clerk:** Jean Davis          **Court Reporter:** Debra Pas

# PROCEEDINGS

Status conference conducted via videoconference.

The Court makes opening observations and then asks questions of Chief Manheimer, Assistant Chief Allison, Deputy Chief Armstrong, Director Gleason, and Captain Lau, highlighting issues of concern that were raised in the Joint Case Management Statement and the Monitor's Reports.

The Court expects the Department to have fully adopted and implemented the policies identified in the Monitor's August 17, 2020 Report (Policy governing the composition, roles, and use of Designated Arrest Teams (DATs); Policy governing the deployment and usage of the BearCat; Specific policies relevant to unresponsive and potentially armed persons) by the next Status Conference.

The Court hears from James Chanin and John Burris.

The Court hears from Mayor Schaaf and Bridgid Martin.

Counsel Lucia waives further comment.

**Further Status Conference set for February 22, 2021 at 3:00 p.m.**