BARBARA J. PARKER, City Attorney, CABN 069722
RYAN RICHARDSON, Special Counsel, CABN 223548
BRIGID S. MARTIN, Special Counsel, CABN 231705
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email:  BMartin@oaklandcityattorney.org

Attorneys for CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendant(s). | Case No. 00-cv-04599 WHO<br><br>**STATUS REPORT ON OAKLAND POLICE DEPARTMENT POLICY DEVELOPMENT AND IMPLEMENTATION** |

At the February 22, 2021 case management conference in the captioned case, the Court directed that "Chief Armstrong file [ ] a report by April 8, 2021, concerning the implementation of the six policies recommended by the Monitor arising out of the Pawlik shooting." Dkt. 1426, Civil Minutes (Feb. 23, 2021).

The chart below summarizes the current status of the six Oakland Police Department policies at issue. The status of each policy is discussed further following the summary chart.

///

**POLICY DEVELOPMENT AND IMPLEMENTATION SUMMARY CHART**

| POLICY TITLE | STATUS |
|---|---|
| Training Bulletin (TB) III-P.01 – Armed Unresponsive Persons | Published. Training completed. Effective March 1, 2021. |
| TB III-P.03 – Dedicated Arrest Teams | Published. Training completed. Effective March 1, 2021. |
| TB III-P.04 – Armored Vehicles | Published. Training completed. Effective March 15, 2021. |
| Internal Affairs Policy & Procedure Manual | Department submitted manual to Police Commission on February 9, 2021. Commission ad hoc committee reviewing manual. |
| CID Level 1 Investigations Policy & Procedure | Department revising draft following feedback from Chief and Executive Command team. |
| Chief's Directive Memorandum Re Administrative Leave and Modified Duty for Level 1 Investigations | Department revising draft following feedback from Monitor and Plaintiffs' counsel. |

### Training Bulletins

The three training bulletin policies are complete. The Department has published and conducted training on Training Bulletin (TB) III-P.01, *Armed Unresponsive Persons*, TB III-P.03, *Dedicated Arrest Teams*, and TB III-P.04, *Armored Vehicles*. All three policies are in effect for all Department members.

### Internal Affairs Division (IAD) Manual

The Department submitted the IAD Policy and Procedure Manual (IAD Manual) to the Police Commission on February 9, 2021. *See OPD Critical Policy Tracking Chart*, Oakland Police Commission Feb. 11, 2021 Agenda Packet, Attachment 10, https://cao-94612.s3.amazonaws.com/documents/Police-Commission-2.11.21-Agenda-Packet.pdf, 6-8 (last visited Apr. 6, 2021). The Police Commission subsequently created an ad hoc committee staffed with three Commissioners to review the IAD Manual. *See Current Committees*, Oakland Police Commission Feb. 25, 2021 Agenda Packet, Attachment 10, https://cao-94612.s3.amazonaws.com/documents/Police-Commission-2.25.21-Agenda-

Packet.pdf, 100 (last visited Apr. 6, 2021). The ad hoc committee is reviewing the Manual.

### Criminal Investigation Division (CID)
### Level 1 Investigations Policy and Procedure

Since the last Court hearing, the Department presented a draft of the CID Level 1 Policy and Procedure to the Chief and the Executive Command team. The Department is revising the draft to reflect the feedback received from the team. The Department anticipates presentation of a revised draft to the Chief and the Executive Command team within the next week. After the Chief and Executive Command team approve a draft of this policy, the Department will send the draft to the Monitor and plaintiffs' counsel Jim Chanin for review and feedback. The Department may make additional revisions following its receipt of feedback. Following any additional revisions, the Department will then submit the policy draft to the Police Commission for review.

### Administrative Leave and Modified Duty for Level 1 Investigations

The Department is close to finalizing a memorandum containing the Chief's Directive regarding administrative leave and modified duty for Level 1 investigations, including all major force incidents. Since the last Court hearing, the Department sent its draft memorandum to the Monitor and plaintiffs' counsel Jim Chanin. Both the Monitor and Mr. Chanin provided feedback. The Department is revising the memorandum following that feedback.

///

Completing the three remaining items—the IAD Manual, the CID Level 1 Investigations Policy, and the Chief's Directive on Administrative Leave—is a priority for the Department and the City. The Department and the City will continue to actively work to finalize, publish, and effectuate these policies.

Respectfully submitted,

Dated: April 8, 2021        BARBARA J. PARKER, City Attorney
                            BRIGID S. MARTIN, Special Counsel

                    By:     /s/ BRIGID MARTIN
                            Attorneys for Defendants
                            CITY OF OAKLAND