UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

00-cv-04599-WHO

Allen, et al v. City of Oakland, et al

I find that the more recently filed case that I have initialed below is NOT related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 21-cv-02881-TSH | Gaffet v. City Of Oakland |  | WHO |

Dated: May 3, 2021    By: _____

William H. Orrick

United States District Judge

1