```
JAMES B. CHANIN, STATE BAR NO. 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705
Telephone: (510) 848-4752; Facsimile: (510) 848-5819

JOHN BURRIS, STATE BAR NO. 69888
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Road, Ste. 1120
Oakland, California 94621
Telephone: (510) 839-5200; Facsimile: (510) 839-3882
```

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. C 00-4599 WHO<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Pursuant to Civil L.R. 7-12, the parties stipulate as follows:

1. The next Case Management Conference in this case is set for August 24, 2021, and the Joint Case Management Statement is due on August 17, 2021. Dkt. No. 1426.

2. One or more Counsel for Plaintiffs will be unavailable on that date, and thus propose that the conference be rescheduled for September 1, 2021. All parties agree on that date. Further, Plaintiffs' counsel conferred with the Court's Independent Monitoring Team, who indicate that they are available on that date.

3. The parties therefore respectfully request that the Court continue the Case Management Conference to September 1, 2021 at 3:30 p.m. and make the Joint Case Management

Statement due on August 25, 2021.

Dated: May 6, 2021          Respectfully submitted

                                  JAMES B. CHANIN
                                  Law Offices of James B. Chanin

        By:          /s/ James B. Chanin*
                        Attorney for Plaintiffs

                                  JOHN L. BURRIS
                                  Law Offices of John Burris

        By:          s/ John L. Burris
                        Attorney for Plaintiffs

                                  BARBARA J. PARKER, City Attorney
                                  BRIGID MARTIN, Special Counsel

        By:          /s/ Brigid Martin
                        Attorney for Defendants
                        CITY OF OAKLAND, et al

                                  ROCKNE A. LUCIA, JR.
                                  Rains Lucia Stern St. Phalle & Silver

        By:          /s/ Rockne A. Lucia, Jr.
                        Attorney for Intervenor
                        OAKLAND POLICE OFFICERS ASSOCIATION

*Per Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

///

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is reset for September 1, 2021 at 3:30 p.m.  A joint CMC statement shall be filed by August 25, 2021.

Dated: _____
HON. WILLIAM H. ORRICK
UNITES STATES DISTRICT COURT JUDGE