1  BARBARA J. PARKER, City Attorney, CABN 069722
   RYAN RICHARDSON, Special Counsel, CABN 223548
2  BRIGID S. MARTIN, Special Counsel, CABN 231705
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-3751
4  Facsimile: (510) 238-6500
   Email: BMartin@oaklandcityattorney.org
5
   Attorneys for CITY OF OAKLAND
6

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13  DELPHINE ALLEN, et al.          )    Case No. 00-cv-04599 WHO
                                    )
14          Plaintiffs,             )    **CITY OF OAKLAND'S STATUS**
                                    )    **REPORT ON THE OAKLAND**
15      v.                          )    **POLICE DEPARTMENT'S**
                                    )    **RISK MANAGEMENT**
16  CITY OF OAKLAND, et al.,        )    **POLICY DEVELOPMENT**
                                    )
17          Defendant(s).           )
                                    )
18                                  )
                                    )
19  _____)

20          At the February 22, 2021 case management conference in the captioned case,

21  the Court directed that "Chief Armstrong file [ ] a report in 90 days informing the

22  Court of the status of the development of the risk management policies." Dkt. 1426,

23  Civil Minutes (Feb. 23, 2021). A status update on the Oakland Police Department's

24  risk management program and policy development is set forth herein.

25          In late 2020 the Department initiated an overhaul of its risk management

26  program. Under Chief Armstrong's leadership, in March 2021 the Department

27  formed the Bureau of Risk Management in a key strategic effort to lay the

28  foundation for an improved, successful risk management program. The

1  Department's redevelopment of its risk management program, including significant

2  policy evolution, remains in progress.

3  **I.  Internal Restructuring to Support a Robust Risk Management Program**

4       Deputy Chief Angelica Mendoza leads the newly minted Bureau of Risk

5  Management (BRM).[1]  The BRM houses the Internal Affairs Division (IAD), Office

6  of Inspector General (OIG), the Training Division, Research and Planning, the

7  Personnel Assessment System (PAS) Administration Unit, and the recently created

8  Risk Impact and Risk Analysis Units. The Risk Impact Unit is responsible for

9  centralizing, managing, and coordinating stop data as well as data on force,

10  pursuits, and collisions. The Risk Analysis Unit, led by the Department's data

11  manager, assesses risk data, conducts data analyses, provides its work product to

12  supervisors and commanders, and supports risk management meetings.

13       The BRM unites Department policy, training, intervention, and

14  accountability functions to facilitate Department-wide communication and use of

15  PAS and Vision performance information and data trends. The BRM forms an

16  important foundation for the Department's reconstruction of its risk management

17  program.

18  **II.  Advancements in Data and Risk Management Transparency**

19       The BRM has also helped the Department make important advancements in

20  data and risk management transparency. Increasing public transparency is part of

21  the Department's risk management program development. The Department

22  recognizes that providing prompt public access to its stop data and sharing with the

23  community how the Department uses data to achieve fair and impartial policing are

24  essential steps to strengthen public accountability and earn public trust.

25       Accordingly, the Risk Impact and Analysis Units now publicly release the

26  Department's stop data on a quarterly basis. On April 27, 2021, the Department

27  [1] From in or about 2011 until May 2014, the Department had a Bureau of Risk
28  Management. The earlier version, however, was comprised only of IAD, OIG, and
the Training Division.

1  posted January through March 2021 stop data. The data is available as raw data in

2  an Excel spreadsheet format and in a report synthesizing the data. *See 2021 OPD*

3  *First Quarter Stop Data Report* and *2021 OPD First Quarter Stop Data Report –*

4  *Source Data*, https://www.oaklandca.gov/resources/stop-data (last visited May 18,

5  2021).

6         In addition, on May 19, 2021, Mayor Schaaf and Chief Armstrong hosted a

7  public Town Hall meeting entitled, "*OPD By The Numbers:  How OPD Uses Data To*

8  *Improve Policing*." During the meeting, the Department demonstrated to the public

9  how it uses different types of data including stop data, use of force data, internal

10  affairs data, and personnel information to identify trends and outliers that may

11  suggest potential problems, reveal possible solutions, assist the Department in

12  assessment and critical analysis of racial disparities, and ultimately improve

13  policing. Explaining the process to community members also supports the

14  Department's efforts to prepare to communicate, both orally and in written

15  guidance, the risk management process and expectations across all supervisory

16  levels Department-wide.

17              **III.  Risk Management Meeting Redevelopment**

18         The Department has created a working group to develop a process to support

19  risk management meetings. The Department's aim is to ensure the process is

20  comprehensive and consistent without being cumbersome  inflexible.

21         To that end, the working group has drafted a high-level periodic analysis

22  concept report to capture and compare current risk data with data from prior time

23  periods of similar duration (e.g., months or years) and assess data trends, changes,

24  and outliers in each Area and Citywide. As an example, a draft Citywide Monthly

25  Analysis Report is attached as Exhibit 1. The draft template report shows the

26  categories of data the Department anticipates it may include. While the

27  Department is eager to share its progress, it must emphasize that these concept

28  reports remain under review and will likely undergo further revision.

The Department plans to hold monthly risk management meetings to review Area, Bureau, or Citywide data based on a schedule that permits quarterly command review at each level. The periodic analysis report will serve as the foundation for a CompStat-style risk management meeting. CompStat, short for computer statistics or comparison statistics, is a data-driven police management technique developed in New York to help police choose strategies to reduce and prevent crime based on accurate data collection. Police departments including the Los Angeles Police Department have evolved the CompStat model to look within the organization to manage police personnel and risk management issues.

The Oakland Police Department aspires to use a similar CompStat-style, data-driven method to help the Department choose strategies to mitigate risk and identify problem officers and behaviors. Using this new framework for risk management meetings, outlier data will continue to require further analysis but presenting supervisors will also identify and address data changes or trends that suggest or demonstrate increased risk or detrimental impact. Data changes or trends may suggest, for example, a need for training or policy revision, and may also later reflect the impact of such a targeted training or policy revision.

Once the Department confirms additional details of its particular CompStat-style approach, the Department must ensure that the selected data captured in the periodic analysis reports is easy to extract and analyze, including viewable trend lines. The Department then intends to conduct a mock risk management meeting to familiarize commanders with the new style and process. The mock meeting will encourage questions and foster discussion to make sure that supervisors are comfortable with the new risk management program and meeting process.

The Department appreciates that supervisors must have a certain level of comfort with the new process, including accessing, understanding, and using the data to find data-driven strategies to improve fair and impartial policing. Supervisors should understand not only how to identify and address outlier officers

and behaviors but how to look for similarities among officers or behaviors that may suggest a more generalized root cause. Identifying a root-based solution to address multiple officers and constellations of behaviors may be more efficacious than working to curb a behavior by a specific officer and may also better prevent issues from becoming more widespread.

## IV.  Policy Development

Departmental institutionalization of the risk management program will culminate in revised policy. The Department is working on (1) an overarching general risk management policy, (2) a revision of Departmental General Order (DGO) D-17, *Personnel Assessment System* (last revised in 2013), (3) written guidance for supervisors, commanders, and executives on risk management expectations, including expectations related to the risk management meeting process, and (4) written guidance on use of data dashboards.

The Department will revise and preserve the content of DGO D-17 in a new policy governing the use, administration, and timely update of the Department's PAS early warning system. The Department's use of the PAS early warning system as part of its overall risk management strategy will be set forth in the overarching risk management policy.

The risk management policy will also include risk management meeting protocols. The Department expects to develop written guidance for each level of supervision predicated on the meeting protocols set forth by policy.

## V.  Conclusion

The Department is currently focused on establishing an overarching set of risk management program protocols, determining that selected data for the periodic analysis reports is reported or accessible in a manner that supports these protocols, and building out a risk management meeting design based on these protocols. Once the Department has confidence that it has designed risk management processes that work in practice, the Department will complete draft policy to capture these

1  processes and associated guidance. The Department looks forward to sharing its

2  further progress with the Court.

3

4                                  Respectfully submitted,

5

Dated: May 21, 2021            BARBARA J. PARKER, City Attorney
6                              BRIGID S. MARTIN, Special Counsel

7

8

                        By:        /s/ BRIGID MARTIN
9                                  Attorneys for Defendants
                                   CITY OF OAKLAND
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28