# EXHIBIT 1

# Oakland Police Department
455 7TH ST., OAKLAND, CA 94607

**RISK ANALYSIS**

# Monthly Risk Analysis Report – Citywide
## Through March 31, 2021

|  | February 2021 | March 2021 | % Change | YTD 2020 | YTD 2021 | % Change |
|---|---|---|---|---|---|---|
| **Stops** | | | | | | |
| Dispatch Stops | | | | | | |
| Non-Dispatch Stops | | | | | | |
| % African American | | | | | | |
| % Hispanic | | | | | | |
| Intel-led Stops | | | | | | |
| Total Stops | | | | | | |
| **Use of Force (all force for every officer and every subject)** | | | | | | |
| Level 1 | | | | | | |
| Level 2 | | | | | | |
| Level 3 | | | | | | |
| Level 4 (Excluding Type 32) | | | | | | |
| Total | | | | | | |
| % African American | | | | | | |
| % Hispanic | | | | | | |
| **Officer Involved Shootings** | | | | | | |
| # of Incidents | | | | | | |
| # of Officers that Discharged Their Firearm | | | | | | |
| **Canine Deployment** | | | | | | |
| Deployment Requests | | | | | | |
| Actual Deployments | | | | | | |
| Bites | | | | | | |
| **Arrests** | | | | | | |
| Misdemeanor Charges | | | | | | |
| Felony Charges | | | | | | |
| **Complaints (by complaint date)** | | | | | | |
| Service Complaint Allegations | | | | | | |
| Performance of Duty Allegations | | | | | | |
| Total Allegations | | | | | | |
| Total Cases | | | | | | |
| # Officers Involved per Case | | | | | | |
| **Pursuits** | | | | | | |
| # of Incidents | | | | | | |
| # Officers Involved | | | | | | |
| # of Officers per Pursuit | | | | | | |
| **Collisions** | | | | | | |
| # of Incidents w/ Sworn Employees | | | | | | |
| # of Incidents w/ Civilian Employees | | | | | | |

DRAFT

# Oakland Police Department
455 7TH ST., OAKLAND, CA 94607

**RISK ANALYSIS**

|  | February 2021 | March 2021 | % Change | YTD 2020 | YTD 2021 | % Change |
|---|---|---|---|---|---|---|
| **Line of Duty Injuries** | | | | | | |
| While Interacting with Public | | | | | | |
| Other | | | | | | |
| **Criminal Arrests and Charges** | | | | | | |
| # Sworn Employees | | | | | | |
| # Professional Employees | | | | | | |
| **In Custody Deaths and Injuries** | | | | | | |
| # of Minor Injuries | | | | | | |
| # of Injuries Requiring Hospitalization or Death | | | | | | |
| **Resisting/Obstruction/Assault Charges against a PO (w/ no other charges)** | | | | | | |
| # of People Charged w/ Resisting/Obstruction | | | | | | |
| # of People Charged w/ Assault on PO | | | | | | |
| **Case Evaluation Reports (MLL Reports)** | | | | | | |
| Inadmissible Search & Seizure or Interrogation | | | | | | |
| Police Request no Prosecution | | | | | | |
| T3 or T7-K | | | | | | |
| Public Defender Case Issues | | | | | | |
| **Supervisory Observations or Concerns** | | | | | | |
| # Sworn Notes | | | | | | |
| # Professional Staff Notes | | | | | | |
| **OC Spray Checkout** | | | | | | |
| # of Type 17 UofF by Officer | | | | | | |
| # Canisters Checked Out (not new ofc/expired) | | | | | | |
| **Civil Suits** | | | | | | |
| # Civil Suits | | | | | | |
| **Financial Claims** | | | | | | |
| # of Financial Claims | | | | | | |
| **Commendations and Awards** | | | | | | |
| # Sworn Awards | | | | | | |
| # Professional Awards | | | | | | |
| **Sworn Vacancies** | | | | | | |
| Officers | | | | | | |
| Supervisors | | | | | | |
| **Training History** | | | | | | |
| 4 Hour Firearm (# overdue) | | | | | | |
| CPT | | | | | | |
| **Sick Leave** | | | | | | |
| Ave # Hours per Sworn Employee | | | | | | |
| Ave # of Hours per Professional Employee | | | | | | |

DRAFT

**Oakland Police Department**
455 7TH ST., OAKLAND, CA 94607

RISK ANALYSIS

# Quarterly Risk Analysis Report – Area 1
## Through March 31, 2021

| Based on Officer Assignment | February 2021 | March 2021 | % Change | YTD 2020 | YTD 2021 | % Change |
|---|---|---|---|---|---|---|
| **Stops** | | | | | | |
| Dispatch Stops | | | | | | |
| Non-Dispatch Stops | | | | | | |
| % African American | | | | | | |
| % Hispanic | | | | | | |
| Intel-led Stops | | | | | | |
| Total Stops | | | | | | |
| **Use of Force** | | | | | | |
| Level 1 | | | | | | |
| Level 2 | | | | | | |
| Level 3 | | | | | | |
| Level 4 | | | | | | |
| Total | | | | | | |
| % African American | | | | | | |
| % Hispanic | | | | | | |
| **Arrests** | | | | | | |
| Misdemeanor Charges | | | | | | |
| Felony Charges | | | | | | |
| **Complaints** | | | | | | |
| Service Complaint Allegations | | | | | | |
| Performance of Duty Allegations | | | | | | |
| Total Allegations | | | | | | |
| Total Cases | | | | | | |
| **Pursuits** | | | | | | |
| # of Incidents | | | | | | |
| # Officers Involved | | | | | | |
| # Officers per Pursuit | | | | | | |
| **Collisions** | | | | | | |
| # of Incidents | | | | | | |

DRAFT