BARBARA J. PARKER, City Attorney, CABN 69722
RYAN RICHARDSON, Special Counsel, CABN 223548
BRIGID S. MARTIN, Special Counsel, CABN 231705
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3751
Facsimile: (510) 238-6500
Email: BMartin@oaklandcityattorney.org

Attorneys for CITY OF OAKLAND

JOHN L. BURRIS, CABN 69888
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Ste. 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

JAMES B. CHANIN, CABN 76043
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

DELPHINE ALLEN, et al.

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendant(s).

Case No. 00-cv-04599 WHO

**STIPULATED ADDENDUM TO PROTECTIVE ORDER (DKT. 1190)**

The parties agree that the Stipulated Protective Order Between the City and Plaintiffs' Counsel James B. Chanin Regarding Confidential Police Personnel and

Law Enforcement Records Discussed in Departmental Risk Management Meetings (Dkt. 1190), entered by the Court on February 20, 2018, shall include the following addendum:

The stipulated protective order is hereby extended to cover all information and documents disclosed to Mr. Chanin during or for the purposes of Mr. Chanin's participation in meetings with the Oakland Police Department (Department) and the Monitoring Team during which the Monitoring Team gives feedback to the Department regarding use of force or internal affairs investigations related to Negotiated Settlement Agreement Tasks 2, 5, and 25, and the Department responds to the Monitoring Team's requests for additional information about particular investigations. All information and documents disclosed to Mr. Chanin during or for these purposes, whether or not physically stamped "CONFIDENTIAL," is hereby deemed "Protected Material" as set forth in Definition 2.4. Dkt. 1190 at 2:3-4.

This addendum does not confer any rights on Mr. Chanin to attend use of force and internal affairs investigation feedback meetings. Mr. Chanin's attendance

///

may be permitted or denied at any such feedback meeting at the discretion of the Monitoring Team or the Chief of Police.

IT IS SO STIPULATED.

Dated: September 17, 2021 BARBARA J. PARKER, City Attorney
BRIGID S. MARTIN, Special Counsel

By: /s/ Brigid S. Martin*
Attorneys for Defendants
CITY OF OAKLAND

Dated: September 17, 2021 JAMES B. CHANIN
Law Offices of James B. Chanin

By: /s/ James B. Chanin
Attorney for Plaintiffs

*Per Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of the document has been obtained from each of the other Signatories

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 21, 2021

HON. WILLIAM H. ORRICK
United States District Judge