UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: January 5, 2022 | Time: 1 hr, 21 mins<br>3:33 p.m. to 4:54 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 00-cv-04599-WHO | Case Name: Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiff:**  John Burris and James Chanin
**Attorneys for Defendant:**  Brigid S. Martin
**Attorney for Intervenor:**  Rockne A. Lucia, Jr.

**City Representatives:**  Chief LeRonne Armstrong
Captain Wilson Lau
Assistant Chief Darren Allison
Acting Deputy Chief Clifford Wong
Deputy Chief Drennon Lindsey
Mayor Libby Schaaf

**Deputy Clerk:** Jean Davis       **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

Case Management Conference conducted via videoconference. The Court acknowledges the effort and accomplishments of the Oakland Police Department and addresses the parties regarding 4 identifiable areas of remaining non-compliance with the NSA.

Questions posed by the Court and answered by Chief LeRonne Armstrong, Captain Wilson Lau, Assistant Chief Darren Allison, Acting Deputy Chief Wong, and Deputy Chief Drennon Lindsey.  Comments made by Mayor Libby Schaaf, attorney Brigid Martin, attorney Rockne Lucia, attorney James Chanin, and attorney John Burris.

The Court thanks the participants for their insights.

The next Case Management Conference will be on **April 27 at 3:30 pm**.  By that time, the Court expects to learn that all of the identified areas listed at the beginning of the CMC have been resolved and that OPD has completed and adopted the Risk Management, social media, cell phone, anti- discrimination and Special Order 9208 re: Type 32 Force Reporting policies.  In the next Joint Case Management Statement, in addition to the usual statements, the Court directs the parties to share their views on the best way forward for the Court's oversight of the NSA and OPD.

: