UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No. 00-cv-04599-WHO <br><br> **ORDER APPROVING PAYMENT TO EDWARD SWANSON (JUNE 2022)** |

The Court has reviewed the billing records submitted by Swanson and McNamara, LLP for June 2022 and finds the requested amount reasonable to pay. Accordingly, the City shall deposit $1,747.50 into the registry for this action within seven calendar days, and the Clerk shall disburse $1,747.50 to Swanson and McNamara, LLP, once those funds have been received. Any interest accruing on funds deposited in the registry for this action shall be disbursed to the City of Oakland at the conclusion of this case.

**IT IS SO ORDERED.**

Dated: July 20, 2022



William H. Orrick
United States District Judge