UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 00-cv-04599-WHO

**ORDER RE: INTERNAL AFFAIRS CASE NOS. 22-0858 AND 22-0443**

The Compliance Director has advised the Court about the lack of cooperation from the Oakland Police Department with the outside law firm conducting two investigations. These investigations are serious in nature. The investigative outcomes may define the measure of the Department's compliance with the sustainability period in general and to the processes of internal accountability in particular. During the October 13, 2022 Case Management Conference, I expressed my concerns about the seriousness of these matters and the need for the City and Department to cooperate with the efforts of the outside law firm.

Given these facts, I direct the Compliance Director to use his authority to ensure that Internal Affairs Case Nos. 22-0858 and 22-0443, and any investigative derivatives thereof, are fully investigated, that timelines are properly met, and that all follow-up actions are taken. *See* Dec. 12, 2012 Order at 6 (granting the Compliance Director "authority to direct specific actions by the City or OPD to attain or improve compliance levels or remedy compliance errors, regarding all portions of the NSA and AMOU," as well as "the power to review, investigate and take corrective actions regarding OPD policies, procedures and practices that are related to the objectives of the NSA and AMOU").

**IT IS SO ORDERED.**

Dated: October 21, 2022

William H. Orrick
United States District Judge