UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: April 11, 2023 | Time: 1 hour, 24 minutes 3:32 p.m. to 4:56 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 00-cv-04599-WHO | Case Name: Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**   John Burris and James Chanin
**Attorneys for Defendants:**  Brigid S. Martin
**Attorney for Intervenor:**   Rockne A. Lucia, Jr.

**City Representatives:**   Assistant Chief Darren Allison
Deputy Chief James Beere
Deputy Chief Drennon Lindsey
Internal Affairs Division Captain Kevin Kaney
Deputy Director Kiona Suttle
Interim City Administrator Steven Falk
Mayor Sheng Thao

**Police Commission Representatives:**   Dr. Tyfahra Milele (appearing via videoconference)
Brenda Harbin-Forte
Bonny Garcia
Thuy Nguyen

**Community Police Review Agency:**   Interim Director Charlotte Jones

**Officer of the Inspector General:**   Inspector Michelle Phillips

**Deputy Clerk:** Jean Davis               **Court Reporter:** Ana Dub

PROCEEDINGS

Status Conference conducted. The focus of hearing is on how the Court can support the City of Oakland so that it achieves full compliance with the NSA. The Court and parties note the successes OPD has achieved during federal court oversight, laud the good work of the great majority of the police force, and recognize that transparency, accountability and integrity is still needed in the efforts of OPD to police itself.

The Court questions the parties on how federal court supervision can help address the continued areas of noncompliance with the NSA. Assistant Chief Darren Allison describes the current

efforts at OPD.  Plaintiffs' counsel James Chanin speaks to the ongoing importance of Court supervision.  John Burris points to the need for consistent leadership.  Rockne A. Lucia emphasizes the progress OPD has made and its leadership among police departments in California in addressing the issues of constitutional policing.  Dr. Tyfahra Milele heard regarding the importance of citizen oversight of the Oakland Police Department through the Police Commission and states that it is ready to take over the tasks now managed by the Independent Monitor.  City Special Counsel Brigid Martin advocates that the Monitor's oversight be focused on the remaining areas of noncompliance.  Mayor Sheng Thao addresses her intent, action and commitment in support of constitutional policing in the City of Oakland.

The Court finds that the City is still out of compliance with the NSA and that the sustainability period will be extended.  A further Case Management Conference is set for September 26, 2023, at which time the Court will assess again the City's compliance with the NSA and will again solicit the parties' advice regarding the path forward.  An Order describing the anticipated role of the Court during the next period will be forthcoming.

**Further In Person Status Conference scheduled for September 26, 2023 at 3:30 p.m.**