1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   DELPHINE ALLEN, et al.,                 Case No. 00-cv-04599-WHO
8            Plaintiffs,
                                            **ORDER APPROVING PAYMENT TO**
9        v.                                 **EDWARD SWANSON (JULY 2023)**
10  CITY OF OAKLAND, et al.,
11           Defendants.
12          The Court has reviewed the billing records submitted by Swanson and McNamara, LLP for

13  July 2023 and finds the requested amount reasonable to pay.  Accordingly, the City shall deposit

14  $150.00 into the registry for this action within seven calendar days, and the Clerk shall disburse

15  $150.00 to Swanson and McNamara, LLP, once those funds have been received.  Any interest

16  accruing on funds deposited in the registry for this action shall be disbursed to the City of Oakland

17  at the conclusion of this case.

18          **IT IS SO ORDERED.**

19  Dated: August 14, 2023

20

21
22                                          _____
                                            William H. Orrick
23                                          United States District Judge
24
25
26
27
28