UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, et al., <br><br> Defendants. | Case No.  00-cv-04599-WHO <br><br> **ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for June 4, 2024, is continued to September 4, 2024 at 3:30 pm.  The continuance will allow the newly appointed Chief of the Oakland Police Department time to gain an in-depth understanding of OPD's policies and practices, including ones that have been mandated as part of the NSA and AMOU, and for the parties to provide a more knowledgeable perspective about the need for or future of federal court oversight (either continuing the monitorship, revising it, or dissolving it).  The parties' Joint Statement is due August 28, 2024.

**IT IS SO ORDERED.**

Dated: April 24, 2024

William H. Orrick
United States District Judge