# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 4, 2024 | **Time:** 1 hour, 30 minutes 3:36 p.m. to 5:06 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiff:**     John Burris and James Chanin
**Attorney for Defendant:**   Brigid S. Martin (with Chief Assistant City Atty Ryan Richardson)
**Attorney for Intervenor:**   Rockne A. Lucia, Jr. (with president of OPOA Huy Nguyen)

**City Representatives:**       Chief Floyd Mitchell
Assistant Chief James Beere
Deputy Chief Clifford Wong
Deputy Chief Angelica Mendoza
Chair, Oakland Police Commission Marsha Carpenter Peterson
Mayor Sheng Thao

**Deputy Clerk:** Jean Davis                                    **Court Reporter:** Kendra Steppler

## PROCEEDINGS

Parties appear for Case Management Conference.

The Court hears from Chief Floyd Mitchell and asks questions (3:37 p.m. to 4:05 p.m.)

The Court hears from James Chanin (4:06 to 4:19 p.m.), John Burris (4:20 p.m. to 4:26 p.m.), Marsha Carpenter Peterson (4:27 p.m. to 4:33 p.m.), and Rockne A. Lucia, Jr. (4:34 p.m. to 4:41 p.m.).

The Court hears from Brigid S. Martin (4:42 p.m. to 4:56 p.m) and Mayor Sheng Thao (4:56 p.m. to 5:02 p.m.).

The Court addresses the parties regarding anticipated written order that will be issued following the hearing. The Order will require that the City of Oakland file a Status Report summarizing progress made on the directives of the order by **October 8, 2024.**

**Further Case Management Conference set for January 8, 2025 at 3:30 p.m.**