RYAN RICHARDSON, City Attorney, CABN 223548
BRIGID S. MARTIN, Special Counsel, CABN 231705
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email: BMartin@oaklandcityattorney.org

Attorneys for CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DELPHINE ALLEN, et al. | Case No. 00-cv-04599 WHO |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY OF DEFENSE COUNSEL** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendant(s). | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Brigid S. Martin, attorney of record for Defendant City of Oakland will be unavailable from November 3-10, 2025.

Respectfully submitted,

Dated: July 3, 2025        RYAN RICHARDSON, City Attorney
                           BRIGID S. MARTIN, Special Counsel

                    By:    /s/ Brigid S. Martin
                           Attorney for Defendants
                           CITY OF OAKLAND