UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** July 10, 2025 | **Time:** 1 hour, 11 minutes 3:33 p.m. to 4:44 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**    John Burris and James Chanin
**Attorney for Defendants:**    Brigid S. Martin (with Chief Assistant City Atty Ryan Richardson)
**Attorney for Intervenor:**    Rockne A. Lucia, Jr. (with president of OPOA Huy Nguyen)

**City Representatives:**    Chief Floyd Mitchell
    Acting Deputy Chief Bryan Hubbard
    Chair, Oakland Police Commission Ricardo Garcia-Acosta
    Mayor Barbara Lee

**Deputy Clerk:** Jean Davis           **Court Reporter:** Cathy Taylor


PROCEEDINGS

Parties appear for Status Conference. The Court provides introductory remarks and a summary of the current status of the City's noncompliance with Tasks 2, 5, and 45 of the NSA. The Court expresses expectation that with strong leadership and focus the City can and will be able to conclude judicial oversight of the Oakland Police Department during the term of Mayor Lee.

The Court hears from Chief Floyd Mitchell.
The Court hears from Acting Deputy Chief Hubbard.
The Court hears from James Chanin and John Burris.
The Court hears from Ricardo Garcia-Acosta.
The Court hears from Brigid Martin.
The Court hears from Mayor Barbara Lee.

**Further in person Status Conference set for December 9, 2025, at 3:30 p.m.**
Interim reports should be submitted by the City on August 26, 2025 and October 21, 2025, detailing progress on the remaining Tasks and other NSA-related developments.