UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants. | Case No. 00-cv-04599-WHO<br><br>**ORDER APPROVING PAYMENT TO MONITOR AND COMPLIANCE DIRECTOR (JUNE 2025)** |

The Court has reviewed the invoices submitted by the Monitor and Compliance Director for June 2025 and finds the requested amounts reasonable to pay. Accordingly, the Clerk shall disburse $12,500.00 to Warshaw & Associates, Inc., for the Compliance Director, and $19,708.44 to Warshaw & Associates, Inc. for the Monitor.

The City is reminded of its obligation to deposit into the Court registry, within fourteen days, the total amount disbursed by this Order. Jan. 19, 2017 Order at 2.

**IT IS SO ORDERED.**

Dated: July 14, 2025



William H. Orrick
United States District Judge