# EXHIBIT 1

# Internal Affairs Update Command Retreat Lesson Plan

**Date:** July 22 & 29, 2025
**Presenter:** A/Captain Meyer
**Duration:** 30 minutes

## Learning Objectives

By the end of this session, participants will be able to:

- Understand Task 2 requirements and the critical importance of 180-day timelines
- Apply DGO I-15 Body Worn Camera Program standards for internal investigations
- Identify credible sources for investigations and avoid unreliable information
- Utilize Summary Finding Preliminary Inquiry procedures to improve case management
- Implement effective communication protocols with IAB Division Level Investigation team
- Recognize when to consult with the City Attorney's Office

## Session Outline

### Opening

- Welcome and introductions
- Review of session objectives
- Importance of timeline compliance in internal affairs investigations

### Module 1: Task 2 and 180-Day Timeline Management

**Key Points:**

- Critical nature of 180-day statutory deadlines
- Consequences of timeline violations
- Best practices for case tracking and milestone management
- Early identification of potential delays

**Discussion Questions:**

- What are the biggest challenges in meeting 180-day timelines?
- How can we improve our case management systems?

### Module 2: DGO I-15 Body Worn Camera Program - Internal Investigation Review

**Focus Area: Section D-6** *"When completing an internal investigation, the assigned investigator shall at minimum review BWC footage that is pertinent to the investigation, and which provides evidentiary value or assists in completing the investigation."*

**Key Learning Points:**

- Identifying pertinent BWC footage for investigations
- Determining evidentiary value of video evidence
- How BWC review supports timeline adherence
- Documentation requirements for video evidence review
- Storage and retention considerations

**Practical Exercise:**

- Case study review: Determining which BWC footage is essential vs. supplementary

**Module 3: Credible Sources and Information Verification**

**Prohibited Sources:**

- Wikipedia
- Google AI and similar AI-generated content
- Unverified social media posts
- Anonymous tips without corroboration

**Approved Sources:**

- Policy
- Case law from reputable sources
- Sworn testimony and interviews
- Verified documentary evidence
- Expert witness testimony
- Court records and legal documents

**Best Practices:**

- Source verification protocols
- Documentation standards

**Module 4: Summary Finding Preliminary Inquiry Project**

**Key Components:**

- When and how to seek approval for preliminary inquiries
- Timeline benefits of early preliminary findings
- Proper documentation and reporting procedures

- Integration with full investigation processes

**Benefits:**

- Streamlined case resolution
- Improved resource allocation
- Enhanced timeline compliance
- Better case prioritization

**Module 5: Communication and Consultation Protocols**

**Effective Communication with IAB Division Level Investigation Team:**

- Regular progress updates and reporting schedules
- Timeline status communications
- Investigative sufficiency assessments
- Escalation procedures for complex cases

**City Attorney Consultation:**

- When consultation is required per policy
- Types of cases requiring legal review
- Timing of consultations to avoid delays
- Documentation of legal guidance received

**Communication Best Practices:**

- Clear, concise reporting
- Proactive timeline management
- Early identification of potential issues
- Collaborative problem-solving approach

**Resources and References**

- DGO I-15 Body Worn Camera Program
- TB V-T.01