# Oakland Neighbors for Oakland's Future

Neighbors working together for Oakland's future

oaklandfuturepetition@gmail.com

The Honorable William H. Orrick
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Community Petition Regarding Oakland Police Department Oversight
Case No. C00-4599 WHO

Dear Judge Orrick:

I respectfully submit the enclosed community petition and supporting materials for the Court's consideration regarding ongoing oversight of the Oakland Police Department under the Negotiated Settlement Agreement.

This petition reflects the views of 1,018 Oakland residents—904 electronic signatories and 114 handwritten signatories—representing all seven City Council districts and 79 neighborhood, faith-based, nonprofit, healthcare, education, and business organizations. The submission is offered as public input, consistent with the Court's longstanding openness to hearing from community members affected by the City's police-oversight framework and reform environment.

**Privacy and Sealing Request**

To protect the privacy and safety of community members, I am providing two versions of the signature materials:

1. **A redacted version (public)** containing only names, council districts, and organizational affiliations; and

2. **An unredacted version (confidential)** containing full electronic records and scanned handwritten signature sheets.

I respectfully request that the unredacted materials be **filed under seal** and made available only to the Court and chambers staff. This approach protects personal identifying information while ensuring transparency through the public submission.

Thank you for your consideration and for your continued oversight of this matter.

Respectfully submitted,

Rajni Mandal, Oakland Resident
On behalf of Oakland Neighbors for Oakland's Future
oaklandfuturepetition@gmail.com



# CERTIFICATE OF SERVICE

I hereby certify that on **November 17, 2025**, I served copies of the **Public (Redacted) Submission** related to the community petition concerning Oakland Police Department oversight, including Exhibits A1–A8, on the following recipients:

**Plaintiffs' Counsel (served by U.S. Mail):**

**John L. Burris, Esq.**
Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621

**James B. Chanin, Esq.**
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, CA 94705

---

**Defendant – City of Oakland (served by personal delivery):**

**Office of the City Attorney**
1 Frank H. Ogawa Plaza
Oakland, CA 94612

---

**Courtesy Copy:**
**Robert S. Warshaw, Independent Monitor**
(Contact Information on file with the Court)

Service was accomplished by **U.S. Mail** (Plaintiffs' Counsel) and **personal delivery** (City Attorney's Office).

Dated: **November 17, 2025**

Rajni Mandal
Oakland, California