

# Community Petition Letter for Court Filing

We, the undersigned residents of Oakland, respectfully submit this petition to urge the Court to recognize our city's progress and responsibly conclude the federal court's Negotiated Settlement Agreement (NSA).

The NSA was established more than 20 years ago as a temporary measure to address serious issues and improve police accountability in Oakland. It was never intended to last indefinitely.

Over the past two decades, Oakland has built permanent and independent local systems of accountability, including the Police Commission, the Community Police Review Agency, and other oversight measures mandated by state and local law. These structures demonstrate the city's commitment to ongoing reform, transparency, and accountability.

We recognize that no oversight system is perfect. Like all democratic institutions, Oakland's local bodies face challenges of representation, responsiveness, and effectiveness. The solution, however, lies in strengthening these institutions through our city's democratic process — not in extending federal monitoring without end.

Prolonged federal oversight continues to divert millions of dollars each year away from urgent community needs such as housing, youth programs, violence prevention, and neighborhood safety. After more than two decades, the costs of continued monitoring now outweigh the benefits.

We want both accountability and safety — and we believe Oakland must achieve these goals through its own institutions, chosen and shaped by its residents. Federal oversight has fulfilled its purpose and run its course.

For these reasons, we respectfully request that the Court bring the NSA to a close and return full responsibility for local policing and accountability to the people of Oakland.

Sincerely,
 [Attached: Names of Oakland residents who have signed this petition]

PETITION LANGUAGE AS CIRCULATED

**Petition to Support Oakland's Exit from the Negotiated Settlement Agreement**

We, the undersigned residents of Oakland, urge the federal court to recognize our city's progress and return local responsibility for policing to our community.

It is time for Oakland to responsibly conclude the Negotiated Settlement Agreement (NSA). This petition will be submitted to federal court in **December 2025** to demonstrate broad community support.

See the full text of the letter to be submitted to the court here.

If you represent an Oakland-based organization (nonprofit, business, Neighborhood Council, etc.), you can also endorse using this template.

**Privacy note:** Your information will only be used to verify that you are a real Oakland resident. Petition results (such as total numbers and neighborhood representation) will be shared with the court. Your personal information will *not* be posted publicly or distributed outside of the official court process.

Oakland Neighbors for Oakland's Future    oaklandfuturepetition@gmail.com

This petition is a community effort and not affiliated with any organization, and has been profiled in a recent news story by CBS News.

# SUMMARY OF 1,018 SIGNATURES

## SIGNATURES BY TYPE

| | |
|---|---|
| Handwritten | 114 |
| Electronic | 904 |

## SIGNATURES BY COUNCIL DISTRICT

| | |
|---|---|
| District 1 - North Oakland | 137 |
| District 2 - Grand Lake/Chinatown | 161 |
| District 3 - West Oakland | 60 |
| District 4 - Montclair/Dimond | 541 |
| District 5 - Fruitvale/East Oakland | 30 |
| District 6 - East Oakland | 70 |
| District 7 - Coliseum Elmhurst | 19 |

# AFFILIATED ORGANIZATIONS

| Count | Affiliation / Organization | Type |
|---|---|---|
| 1 | 40 avenue neighborhood watch group | Neighborhood |
| 2 | AARP East Bay Advocacy Team | Advocacy |
| 3 | AARP Team advocate - East Bay | Advocacy |
| 4 | Alameda County Taxpayers' Association | Advocacy |
| 5 | Alameda County Taxpayers' Association, Inc. - President | Advocacy |
| 6 | Beat 29X | Neighborhood |
| 7 | Black Action Alliance | Advocacy |
| 8 | Board Member, Montclair Village Association | Business District |
| 9 | CERT volunteer | Civic |
| 10 | Chabot Village | Neighborhood |
| 11 | Chabot Villagers | Neighborhood |
| 12 | Citizens Oakland | Advocacy |
| 13 | Claremont Canyon Conservancy | Civic |
| 14 | Claremont Canyon Conservancy, North Hills Community Assoc | Civic |
| 15 | clevelandheight | Neighborhood |
| 16 | Creating Restorative Opportunities and Programs | Non-Profit |
| 17 | Divine Mercy Parish, Oakland | Faith |
| 18 | East Bay Rental Housing Association | Community |
| 19 | Empower Oakland | Advocacy |
| 20 | Empower Oakland, Laurel Elementary parent | Education |
| 21 | Fairview Park | Neighborhood |
| 22 | Faith Group | Faith |
| 23 | First Presbyterian Church | Faith |
| 24 | Former Federal Regional Emergency Manager (ret) | Civic |
| 25 | Fruitvale Neighborhood Council | Neighborhood |
| 26 | Glen Arms Neighborhood Coalition (GANC) | Neighborhood |
| 27 | Greater Rockridge NCPC | Neighborhood |
| 28 | HEIA (neighborhood council, Hillcrest Estates) | Neighborhood |
| 29 | HEIA President | Neighborhood |

| Count | Affiliation / Organization | Type |
|---|---|---|
| 30 | HOA President, Madera Owners Association | Neighborhood |
| 31 | Hoover-Foster RAC | Neighborhood |
| 32 | IATSE Local 16 + Educator - Piedmont Adult School | Education |
| 33 | Iglesia st louis beltran | Faith |
| 34 | Kempton/Fairmount Neighborhood Watch Block Captain | Neighborhood |
| 35 | Lake Merritt Community Alliance | Neighborhood |
| 36 | Lakeshore BID, Montclair Village Association, Bret Harte - Joaq | Business District |
| 37 | Lakeshore Homeowners Association | Neighborhood |
| 38 | Lake Marritt Community Alliance | Neighborhood |
| 39 | Melrose 27X Neighborhood Council | Neighborhood |
| 40 | Montclair MVA Board Member. | Business District |
| 41 | Montera PTO, Upper Montclair Neighborhood Assoc | Education |
| 42 | NHCC | Healthcare |
| 43 | NHPA | Neighborhood |
| 44 | NOMC | Neighborhood |
| 45 | Non profit: Lake Merritt Institute | Non-Profit |
| 46 | North Hills Community Association | Neighborhood |
| 47 | North Hills Community Association (NHCA), Ashby Village, Hill | Neighborhood |
| 48 | North Hills Community Association Board Member | Neighborhood |
| 49 | North Hills Community Association, Hiller Highlands Homeown | Neighborhood |
| 50 | North Hills Community Association/ GANC | Neighborhood |
| 51 | North Oakland Hills Association, the Claremont Conservancy, l | Advocacy |
| 52 | Oakland Jewish Alliance | Faith |
| 53 | Oakland Jewish Alliance; Beth Jacob of Oakland synagogue B | Faith |
| 54 | Oakland Neighbors for Oakland's Future | Advocacy |
| 55 | Oakland Symphony | Culture |
| 56 | OFRG | Non-Profit |
| 57 | Parkridge Estates | Neighborhood |
| 58 | Prescott Neighborhood Council | Neighborhood |

2

| Count | Affiliation / Organization | Type |
|---|---|---|
| 59 | President, Lower Montclair Security Association | Neighborhood |
| 60 | PTO at Montera, VP of Upper Montclair Neighborhood Assoc., | Education |
| 61 | Redwood Heights Neighborhood Association | Neighborhood |
| 62 | Saint Elizabeth church | Faith |
| 63 | Sequoyah GC | Neighborhood |
| 64 | Sequoyah Heights | Neighborhood |
| 65 | Shadow Woods Community | Neighborhood |
| 66 | SPUR | Advocacy |
| 67 | St. BENEDICT | Faith |
| 68 | Steven Tavares East Bay Insiders | Advocacy |
| 69 | Temple Beth Abraham | Faith |
| 70 | Top of Broadway Terrace organized neighborhood | Neighborhood |
| 71 | UMNA (Upper Montclair Neighborhood Assoc, VP) | Neighborhood |
| 72 | Unitarian Church, NHPA | Faith |
| 73 | Upper Montclair Neighborhood Association | Neighborhood |
| 74 | Uptown Oakland business district | Business District |
| 75 | Violence Prevention Coalition | Non-Profit |
| 76 | Womens Cancer Research Center | Healthcare |
| 77 | Woodminster | Neighborhood |



November 3, 2025

The Honorable William H. Orrick
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Endorsement of Oakland Community Petition to End the Negotiated Settlement Agreement**

Dear Judge Orrick,

On behalf of **Ernst Development Partners dba srmErnst Development Partners,** we write to endorse the community petition submitted by Oakland residents calling for an end to federal oversight under the *Allen v. City of Oakland* Negotiated Settlement Agreement (NSA).

The NSA was established over twenty years ago to address urgent concerns about police accountability. While it served an important purpose, the indefinite continuation of federal monitoring is having the opposite impact on establishing a quality police department and has placed ongoing burdens on the City and its residents.

Oakland has since built durable, local systems of accountability — including the Police Commission, the Community Police Review Agency, and local ordinances regulating police policies and equipment. These reforms, created through our democratic process, now provide the oversight that was missing when the NSA began.

Our business and major investments are based in Oakland. They cannot be effective without a quality, high integrity police department. The ongoing monitoring is having the opposite impact, resulting in a department disincentivized to deliver the public safety services a significant majority of Oaklanders want. We believe it is time to return responsibility to Oakland's local institutions and elected representatives. We join the many residents who support this transition and respectfully urge the Court to allow Oakland to conclude federal oversight.

Sincerely,
**srmErnst Development Partners**

Joe Ernst, Managing Principal



Oakland Neighbors for Oakland's Future <oaklandfuturepetition@gmail.com>

## Endorsement of Oakland Community Petition to End the Negotiated Settlement Agreement

Betty Kael <bckael@gmail.com>  
To: "oaklandfuturepetition@gmail.com" <oaklandfuturepetition@gmail.com>

Sat, Aug 23, 2025 at 10:32 AM

The East Bay Community Bridge Center  
9520 Mountain Blvd. Oakland CA 94605  
August 23, 2025

The Honorable William H. Orrick  
United States District Court, Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA 94102

Re: Endorsement of Oakland Community Petition to End the Negotiated Settlement Agreement

Dear Judge Orrick,

On behalf of the East Bay Community Bridge Center, we write to endorse the community petition submitted by Oakland residents calling for an end to federal oversight under the *Allen v. City of Oakland* Negotiated Settlement Agreement (NSA).

The NSA was established over twenty years ago to address urgent concerns about police accountability. While it served an important purpose, the indefinite continuation of federal monitoring has placed ongoing burdens on the City and its residents.

Oakland has since built durable, local systems of accountability — including the Police Commission, the Community Police Review Agency, and local ordinances regulating police policies and equipment. These reforms, created through our democratic process, now provide the oversight that was missing when the NSA began.

As a community-based organization, we believe it is time to return responsibility to Oakland's local institutions and elected representatives. We join the many residents who support this transition and respectfully urge the Court to allow Oakland to conclude federal oversight.

Sincerely,  
Betty Kael  
President  
On behalf of the East Bay Community Bridge Center Inc, a 501(c)3, non-profit Corporation