SIGNER LIST

| Full name | Council District |
|---|---|
| **Council District: District 1 - North Oakland** | |
| Count: 137 | Count: 137 |
| irina itsekson | District 1 - North Oakland |
| Phillip M. Newport | District 1 - North Oakland |
| Kyung Der | District 1 - North Oakland |
| Gerry Keenan | District 1 - North Oakland |
| MARIE CHUN | District 1 - North Oakland |
| PAUL BRADLEY DUNCAN | District 1 - North Oakland |
| Barbara Murrer | District 1 - North Oakland |
| Janine Firpo | District 1 - North Oakland |
| Kenneth Ayotte | District 1 - Nor*h Oakland |
| Martha Ann Tracy | District 1 - North Oakland |
| Brian L Bonner | District 1 - North Oakland |
| Ashwini A Vaidya | District 1 - North Oakland |
| Yvonne Ann Gabor | District 1 - North Oakland |
| Natalie Mehta | District 1 - North Oakland |
| Jeffry Angermann | District 1 - North Oakland |
| Alan Fuchs Stewart | District 1 - North Oakland |
| Danica Truchlikova | District 1 - North Oakland |
| Francis J Kelly | District 1 - North Oakland |
| Toni Lynette Ellis | District 1 - North Oakland |
| Sebastian John Stuart | District 1 - North Oakland |
| Pamela Darrow | District 1 - North Oakland |
| Karen Fiss | District 1 - North Oakland |
| Justin Horner | District 1 - North Oakland |
| Christine Therese Acker | District 1 - North Oakland |
| Tosca Necoechea | District 1 - North Oakland |
| Doris Stranz | District 1 - North Oakland |
| mary kelley | District 1 - North Oakland |

| | |
|---|---|
| Sean Wilson | District 1 - North Oakland |
| Kara Davison | District 1 - North Oakland |
| Eileen Chieco | District 1 - North Oakland |
| Leslie Gail Moldow | District 1 - North Oakland |
| Danielle Goyne | District 1 - North Oakland |
| Amanda Glasgow | District 1 - North Oakland |
| Ramnath velu | District 1 - North Oakland |
| Austin Hinder | District 1 - North Oakland |
| Nancy Clarke Mennel | District 1 - North Oakland |
| Eunice Stronger | District 1 - North Oakland |
| Joshua Polsotn | District 1 - North Oakland |
| Christine Therese Acker | District 1 - North Oakland |
| Janine Firpo | District 1 - North Oakland |
| Elizabeth Lyons | District 1 - North Oakland |
| Martha Ann Tracy | District 1 - North Oakland |
| Alexander Itdekson | District 1 - North Oakland |
| Stephen Baird | District 1 - North Oakland |
| Angel Fischer | District 1 - North Oakland |
| Steve Rochon | District 1 - North Oakland |
| Lawrence Schonbrun | District 1 - North Oakland |
| Louis Goodman | District 1 - North Oakland |
| Kyung Der | District 1 - North Oakland |
| Karen Motlow | District 1 - North Oakland |
| Janine Firpo | District 1 - North Oakland |
| Michael Walsh Taylor | District 1 - North Oakland |
| Margaret McGuirk | District 1 - North Oakland |
| Leonard Raphael | District 1 - North Oakland |
| Elizabeth Lyons | District 1 - North Oakland |
| Karen Ellen Ivy | District 1 - North Oakland |
| Sam Singer | District 1 - North Oakland |

| | |
|---|---|
| Alexander Itsekson | District 1 - North Oakland |
| Pamela Darrow | District 1 - North Oakland |
| Martha Ann Tracy | District 1 - North Oakland |
| Justin Horner | District 1 - North Oakland |
| Sejal Mistry | District 1 - North Oakland |
| Douglas L Baker | District 1 - North Oakland |
| Irina itsekson | District 1 - North Oakland |
| Jacob Itsekson | District 1 - North Oakland |
| Debbie Lynn Rush | District 1 - North Oakland |
| Jessica Ellyn Gelin | District 1 - North Oakland |
| Chia Hamilton | District 1 - North Oakland |
| Pamela Darrow | District 1 - North Oakland |
| Rezuan Wong | District 1 - North Oakland |
| Kevin Ma | District 1 - North Oakland |
| Margaret Louise DeCelle | District 1 - North Oakland |
| Marti Hearst | District 1 - North Oakland |
| THOMAS R DRYDEN | District 1 - North Oakland |
| chia hamilton | District 1 - North Oakland |
| Jampa Thinlay | District 1 - North Oakland |
| Susan Newman | District 1 - North Oakland |
| Alexandra Pierce | District 1 - North Oakland |
| Steve Rochon | District 1 - North Oakland |
| Kyung Der | District 1 - North Oakland |
| Toni Lynette Ellis | District 1 - North Oakland |
| sebastian@cyberdoc.biz | District 1 - North Oakland |
| Steven Mooney | District 1 - North Oakland |
| martin keith thompson | District 1 - North Oakland |
| Alan Chan | District 1 - North Oakland |
| Martha A. Tracy | District 1 - North Oakland |
| Stephen Baird | District 1 - North Oakland |

| | |
|---|---|
| Steve Mooney | District 1 - North Oakland |
| Phong Le | District 1 - North Oakland |
| Natalie Sywak Mehta | District 1 - North Oakland |
| Francis J Kelly III | District 1 - North Oakland |
| Marsha Balian | District 1 - North Oakland |
| cynthia Deans | District 1 - North Oakland |
| Doris D Stranz | District 1 - North Oakland |
| irina itsekson | District 1 - North Oakland |
| Erica Gleason | District 1 - North Oakland |
| Debbie Lynn Rush | District 1 - North Oakland |
| Lee Ann Kaskutas | District 1 - North Oakland |
| Diane Cote | District 1 - North Oakland |
| Zachary Beach | District 1 - North Oakland |
| Jeffrey Baird | District 1 - North Oakland |
| Douglas L Baker | District 1 - North Oakland |
| Margaret Roth | District 1 - North Oakland |
| Jennifer Gronbach | District 1 - North Oakland |
| Judith Porat | District 1 - North Oakland |
| Chia W Hamilton | District 1 - North Oakland |
| Jessica Gelin | District 1 - North Oakland |
| Theodore Booth | District 1 - North Oakland |
| Doug Berman | District 1 - North Oakland |
| Marie Chun | District 1 - North Oakland |
| Michael Jonath | District 1 - North Oakland |
| Maggie Roth | District 1 - North Oakland |
| Tula Economou | District 1 - North Oakland |
| Alexander Itsekson | District 1 - North Oakland |
| Stephen Baird | District 1 - North Oakland |
| Eileen Chieco | District 1 - North Oakland |
| Francis Fernandes | District 1 - North Oakland |

| | |
|---|---|
| Aditya Gangopadhyay | District 2 - Grand Lake/Chinatown |
| Jessica Neely | District 2 - Grand Lake/Chinatown |
| Ra b | District 2 - Grand Lake/Chinatown |
| Lary Heath | District 2 - Grand Lake/Chinatown |
| Mary Merrick | District 2 - Grand Lake/Chinatown |
| Anne Ustach | District 2 - Grand Lake/Chinatown |
| Elizabeth Benhardt | District 2 - Grand Lake/Chinatown |
| Joseph Elenteny | District 2 - Grand Lake/Chinatown |
| Donald Wardlaw | District 2 - Grand Lake/Chinatown |
| Rachel Broadwin | District 2 - Grand Lake/Chinatown |
| Lawrence Heath | District 2 - Grand Lake/Chinatown |
| Daniel McAvoy | District 2 - Grand Lake/Chinatown |
| Jennifer Rose | District 2 - Grand Lake/Chinatown |
| Mike Chiappetta | District 2 - Grand Lake/Chinatown |
| Mario Ornelas | District 2 - Grand Lake/Chinatown |
| Maryjane Felice | District 2 - Grand Lake/Chinatown |
| Mary Merrick | District 2 - Grand Lake/Chinatown |
| Elaine D. Oldham | District 2 - Grand Lake/Chinatown |
| Katherine Lathan Reid | District 2 - Grand Lake/Chinatown |
| Deirdre Hallman | District 2 - Grand Lake/Chinatown |
| Ramachandran Narayanan | District 2 - Grand Lake/Chinatown |
| Irene Lee | District 2 - Grand Lake/Chinatown |
| Todd Lee | District 2 - Grand Lake/Chinatown |
| Shana Lindgren | District 2 - Grand Lake/Chinatown |
| Claudia Bowman | District 2 - Grand Lake/Chinatown |
| Ronald C Hawley | District 2 - Grand Lake/Chinatown |
| Jane Tishkoff | District 2 - Grand Lake/Chinatown |
| Neal S Dickler MD | District 2 - Grand Lake/Chinatown |
| David Yu | District 2 - Grand Lake/Chinatown |
| Jonathan Kemp | District 2 - Grand Lake/Chinatown |

SIGNER LIST

| | |
|---|---|
| Blakely Atherton | District 2 - Grand Lake/Chinatown |
| Sheila McCormick | District 2 - Grand Lake/Chinatown |
| James Macksood | District 2 - Grand Lake/Chinatown |
| Jennifer London | District 2 - Grand Lake/Chinatown |
| Sheryl Linsky Adam | District 2 - Grand Lake/Chinatown |
| Michael Valerio | District 2 - Grand Lake/Chinatown |
| Corbett Hobbs | District 2 - Grand Lake/Chinatown |
| John McDonnell | District 2 - Grand Lake/Chinatown |
| Arielle L Fleisher | District 2 - Grand Lake/Chinatown |
| Mark Scott Reisman | District 2 - Grand Lake/Chinatown |
| Nora Pineux | District 2 - Grand Lake/Chinatown |
| Nicole platt | District 2 - Grand Lake/Chinatown |
| Mollie Westphal | District 2 - Grand Lake/Chinatown |
| lauren gilbert | District 2 - Grand Lake/Chinatown |
| James Donatell | District 2 - Grand Lake/Chinatown |
| Murray Powers | District 2 - Grand Lake/Chinatown |
| Stacy Rollo | District 2 - Grand Lake/Chinatown |
| Juan Ibarra | District 2 - Grand Lake/Chinatown |
| Joy Livingstone | District 2 - Grand Lake/Chinatown |
| Mike Moran | District 2 - Grand Lake/Chinatown |
| Brenda Grisham | District 2 - Grand Lake/Chinatown |
| Jazmin Rodriguez-Jordan | District 2 - Grand Lake/Chinatown |
| Andrea Ingraham | District 2 - Grand Lake/Chinatown |
| AD | District 2 - Grand Lake/Chinatown |
| Ashley | District 2 - Grand Lake/Chinatown |
| Henry Tootman | District 2 - Grand Lake/Chinatown |
| Donna McRae | District 2 - Grand Lake/Chinatown |
| James McRae | District 2 - Grand Lake/Chinatown |
| Judy Cain | District 2 - Grand Lake/Chinatown |
| Donald Duggan | District 2 - Grand Lake/Chinatown |

| | |
|---|---|
| Barry levine | District 2 - Grand Lake/Chinatown |
| Ellen Levine | District 2 - Grand Lake/Chinatown |
| James Breeden | District 2 - Grand Lake/Chinatown |

**Council District: District 3 - West Oakland**

| Count: 60 | Count: 60 |
|---|---|
| Tuan Ngo | District 3 - West Oakland |
| Penny Karen Righthand | District 3 - West Oakland |
| Valerie Williamson | District 3 - West Oakland |
| Steve Heimoff | District 3 - West Oakland |
| Zoya Liu | District 3 - West Oakland |
| Michael cruz | District 3 - West Oakland |
| Jameisha Stovell | District 3 - West Oakland |
| John Williamson | District 3 - West Oakland |
| Joseph J Ernst | District 3 - West Oakland |
| Catherine Elizabeth Hart | District 3 - West Oakland |
| Michele Tusinac | District 3 - West Oakland |
| Garineh Der Bedrossian | District 3 - West Oakland |
| Catherine Elizabeth Hart | District 3 - West Oakland |
| Barbara Vavrosky | District 3 - West Oakland |
| Ariane Barr | District 3 - West Oakland |
| Seneca Scott | District 3 - West Oakland |
| Nick Danoff | District 3 - West Oakland |
| Jaime Gutierrez | District 3 - West Oakland |
| Penny Righthand | District 3 - West Oakland |
| Asa Stephens | District 3 - West Oakland |
| Christine Brigagliano | District 3 - West Oakland |
| Robert Pryor | District 3 - West Oakland |
| Abu Baker | District 3 - West Oakland |
| Annette Miller | District 3 - West Oakland |
| Betsey Brown Archer | District 3 - West Oakland |

SIGNER LIST

| | |
|---|---|
| Jaime Gutierrez | District 3 - West Oakland |
| Penny Righthand | District 3 - West Oakland |
| Nick Danoff | District 3 - West Oakland |
| Joseph James Ernst | District 3 - West Oakland |
| Janetd W. Howard | District 3 - West Oakland |
| Garineh Der Bedrossian | District 3 - West Oakland |
| Zoya Liu | District 3 - West Oakland |
| RAUL J MALDONADO | District 3 - West Oakland |
| Anne Christine Spang | District 3 - West Oakland |
| Kwyn Meagher | District 3 - West Oakland |
| Yonus Ahmad | District 3 - West Oakland |
| Lance Hackney | District 3 - West Oakland |
| Jaime Gutierrez | District 3 - West Oakland |
| Sanford Forte | District 3 - West Oakland |
| salvadore Joseph torres | District 3 - West Oakland |
| Jason Bradfield | District 3 - West Oakland |
| Amie Shapiro | District 3 - West Oakland |
| Steven H. Heimoff | District 3 - West Oakland |
| Joseph Angelo | District 3 - West Oakland |
| Davide Russo | District 3 - West Oakland |
| Shelly Levinthal | District 3 - West Oakland |
| Penny Karen Righthand | District 3 - West Oakland |
| Seneca Scott | District 3 - West Oakland |
| Jameisha Stovell | District 3 - West Oakland |
| Deepak Jagannath | District 3 - West Oakland |
| Marcus A Johnson | District 3 - West Oakland |
| Jaime Gutierrez | District 3 - West Oakland |
| Rudy | District 3 - West Oakland |
| Pat Hunt | District 3 - West Oakland |
| Parminder Dhimspa | District 3 - West Oakland |

| Cristina Tostado | District 3 - West Oakland |
| Debelo Futa | District 3 - West Oakland |
| Cherisse Gash | District 3 - West Oakland |
| Chirine Grappo | District 3 - West Oakland |
| Alessa Shankar | District 3 - West Oakland |

**Council District: District 4 - Montclair/Dimond**

Count: 541    Count: 541

| Rajni Mandal | District 4 - Montclair/Dimond |
| Jeffrey Emmett Birren | District 4 - Montclair/Dimond |
| Artem Russakovskii | District 4 - Montclair/Dimond |
| Emilie Brezman | District 4 - Montclair/Dimond |
| Peter M Hayes | District 4 - Montclair/Dimond |
| David Kessler | District 4 - Montclair/Dimond |
| Margarita Parkin | District 4 - Montclair/Dimond |
| William Sakai | District 4 - Montclair/Dimond |
| Heather  Thomas | District 4 - Montclair/Dimond |
| Saied Amiry | District 4 - Montclair/Dimond |
| Joseph Mulholland | District 4 - Montclair/Dimond |
| Andrew Cosgrove | District 4 - Montclair/Dimond |
| Ashley Settle | District 4 - Montclair/Dimond |
| Richard crawford | District 4 - Montclair/Dimond |
| Danielle Crawford | District 4 - Montclair/Dimond |
| Shafique Bhimani | District 4 - Montclair/Dimond |
| leslie smith | District 4 - Montclair/Dimond |
| Susan Burnett Luten | District 4 - Montclair/Dimond |
| Thomas Hastings Luten | District 4 - Montclair/Dimond |
| Ted and Kathy Stephanides | District 4 - Montclair/Dimond |
| Anastasia Wood Bertolet | District 4 - Montclair/Dimond |
| Patti Furey Crane | District 4 - Montclair/Dimond |
| Alexander Brezman | District 4 - Montclair/Dimond |

| | |
|---|---|
| ryu cheng | District 4 - Montclair/Dimond |
| Clark Sept | District 4 - Montclair/Dimond |
| Viktor Salitrennik | District 4 - Montclair/Dimond |
| Ravindra Dalal | District 4 - Montclair/Dimond |
| Kathleen Hayes | District 4 - Montclair/Dimond |
| Edward W. Neffinger | District 4 - Montclair/Dimond |
| Richard M Sigel | District 4 - Montclair/Dimond |
| Julia & James Lennon | District 4 - Montclair/Dimond |
| Sandy Lowe | District 4 - Montclair/Dimond |
| Linda McClain | District 4 - Montclair/Dimond |
| KENNETH W LEM | District 4 - Montclair/Dimond |
| Ann Wallace | District 4 - Montclair/Dimond |
| John Clemens | District 4 - Montclair/Dimond |
| Forest Weld | District 4 - Montclair/Dimond |
| Rohan Nadgir | District 4 - Montclair/Dimond |
| gary khederian | District 4 - Montclair/Dimond |
| James Zigenis | District 4 - Montclair/Dimond |
| Bradley Morgan | District 4 - Montclair/Dimond |
| Anne C D'Arcy | District 4 - Montclair/Dimond |
| Jeremy Burbank | District 4 - Montclair/Dimond |
| Ranjit Ghate | District 4 - Montclair/Dimond |
| Marie Williams | District 4 - Montclair/Dimond |
| Kathleen Lynch | District 4 - Montclair/Dimond |
| Siewmei phuan | District 4 - Montclair/Dimond |
| Shannon McIntyre | District 4 - Montclair/Dimond |
| Sandralee McCabe | District 4 - Montclair/Dimond |
| Linda Lefrak | District 4 - Montclair/Dimond |
| Candace Lynn Besso | District 4 - Montclair/Dimond |
| Marleen Sacks | District 4 - Montclair/Dimond |
| Mary Lamson | District 4 - Montclair/Dimond |

| | |
|---|---|
| JB Leibovitch | District 4 - Montclair/Dimond |
| Nancy Mueller | District 4 - Montclair/Dimond |
| Brian T. McCroden | District 4 - Montclair/Dimond |
| Neil James McElroy | District 4 - Montclair/Dimond |
| Marilyn Brigitte Kann | District 4 - Montclair/Dimond |
| Cameron Habel | District 4 - Montclair/Dimond |
| Elizabeth Hart | District 4 - Montclair/Dimond |
| Charles Edward Stephen | District 4 - Montclair/Dimond |
| Micky Layne diede | District 4 - Montclair/Dimond |
| Adam Miller | District 4 - Montclair/Dimond |
| Oscar Iglesias | District 4 - Montclair/Dimond |
| Leonard Marc Silvani | District 4 - Montclair/Dimond |
| Natalie Henrich | District 4 - Montclair/Dimond |
| Brian William Hatoff | District 4 - Montclair/Dimond |
| Richard Cadenasso | District 4 - Montclair/Dimond |
| Patrick J Kelley | District 4 - Montclair/Dimond |
| Ken Ellis | District 4 - Montclair/Dimond |
| Joseph Starkey | District 4 - Montclair/Dimond |
| Michael Jeppson Kilian | District 4 - Montclair/Dimond |
| Robert Mueller | District 4 - Montclair/Dimond |
| Chung Ngo | District 4 - Montclair/Dimond |
| Chris Urkofsky | District 4 - Montclair/Dimond |
| Nancy L. Swanson | District 4 - Montclair/Dimond |
| Gary G Khederian | District 4 - Montclair/Dimond |
| Jennifer Winter Williams | District 4 - Montclair/Dimond |
| David Allan Boatwright | District 4 - Montclair/Dimond |
| Deanne Detmers | District 4 - Montclair/Dimond |
| Marissa Betts | District 4 - Montclair/Dimond |
| Beverly Claire Balee | District 4 - Montclair/Dimond |
| Sean Parkin | District 4 - Montclair/Dimond |

| | |
|---|---|
| Dale Robin Benveniste | District 4 - Montclair/Dimond |
| Linda Tasker | District 4 - Montclair/Dimond |
| Kartheek Reddy Naini | District 4 - Montclair/Dimond |
| Lynda F. Johnston | District 4 - Montclair/Dimond |
| Kellen Smetana | District 4 - Montclair/Dimond |
| Julia Saxonov | District 4 - Montclair/Dimond |
| Katharine C. Earhart | District 4 - Montclair/Dimond |
| meghan sweeney langston | District 4 - Montclair/Dimond |
| Fred Giron | District 4 - Montclair/Dimond |
| Jennifer Loftus | District 4 - Montclair/Dimond |
| Jane Yi | District 4 - Montclair/Dimond |
| Nancy E. swart | District 4 - Montclair/Dimond |
| Charles Pine | District 4 - Montclair/Dimond |
| Benito Delgado-Olson | District 4 - Montclair/Dimond |
| Judy Donoviel | District 4 - Montclair/Dimond |
| Nova Goldberg | District 4 - Montclair/Dimond |
| Ronald P Rachesky | District 4 - Montclair/Dimond |
| Frederic Neema | District 4 - Montclair/Dimond |
| Alexander Minas | District 4 - Montclair/Dimond |
| Forest Niver Weld | District 4 - Montclair/Dimond |
| Thomas Hayes | District 4 - Montclair/Dimond |
| Monika Smith | District 4 - Montclair/Dimond |
| Viktor Velikov | District 4 - Montclair/Dimond |
| Carolyn McFarland | District 4 - Montclair/Dimond |
| Troy Donoviel | District 4 - Montclair/Dimond |
| David Kessler | District 4 - Montclair/Dimond |
| Triste Wagner | District 4 - Montclair/Dimond |
| Ronald George Adams | District 4 - Montclair/Dimond |
| Monica Mehta | District 4 - Montclair/Dimond |
| Melissa Haft | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Mimi Rohr | District 4 - Montclair/Dimond |
| Donald Walter Smiegiel | District 4 - Montclair/Dimond |
| Anna Sarukhanov | District 4 - Montclair/Dimond |
| Shawn Nevins | District 4 - Montclair/Dimond |
| Aimee Nevins | District 4 - Montclair/Dimond |
| Julie S. Morgan | District 4 - Montclair/Dimond |
| Gabriel Holland | District 4 - Montclair/Dimond |
| Marlene Zuehlsdorff | District 4 - Montclair/Dimond |
| Mark Goldstein | District 4 - Montclair/Dimond |
| Vishnu Ramaswamy | District 4 - Montclair/Dimond |
| Christopher Hadley | District 4 - Montclair/Dimond |
| Tanya Gonder | District 4 - Montclair/Dimond |
| Meghan  Boots | District 4 - Montclair/Dimond |
| Jeran Wittenstein | District 4 - Montclair/Dimond |
| Tamia Marg-Anderson | District 4 - Montclair/Dimond |
| Jill Broadhurst | District 4 - Montclair/Dimond |
| Miki Chan | District 4 - Montclair/Dimond |
| Richard Weinstein | District 4 - Montclair/Dimond |
| Jesse Easterbrooks | District 4 - Montclair/Dimond |
| Sue Lo | District 4 - Montclair/Dimond |
| Nick Thomas | District 4 - Montclair/Dimond |
| Caroline Howe | District 4 - Montclair/Dimond |
| Marilyn B. Kann1414 Westvie | District 4 - Montclair/Dimond |
| Madeleine Go | District 4 - Montclair/Dimond |
| Michelle Cox | District 4 - Montclair/Dimond |
| Lynda Faye Levine Johnston | District 4 - Montclair/Dimond |
| Shivani Grover | District 4 - Montclair/Dimond |
| Caryn Lai | District 4 - Montclair/Dimond |
| Valerie Lieu | District 4 - Montclair/Dimond |
| Arlene Capsimalis | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Hamish Shah | District 4 - Montclair/Dimond |
| Ronald George Adams | District 4 - Montclair/Dimond |
| Natalie Henrich | District 4 - Montclair/Dimond |
| Purvi Desai | District 4 - Montclair/Dimond |
| Donna M. Williams | District 4 - Montclair/Dimond |
| Shafique Bhimani | District 4 - Montclair/Dimond |
| Joyce Lo | District 4 - Montclair/Dimond |
| Danielle Crawford | District 4 - Montclair/Dimond |
| Ayan Mandal | District 4 - Montclair/Dimond |
| Eric Horodas | District 4 - Montclair/Dimond |
| Scott Law | District 4 - Montclair/Dimond |
| Ranjit Prabhakar Ghate | District 4 - Montclair/Dimond |
| Sita Ghate | District 4 - Montclair/Dimond |
| L Marc Silvani | District 4 - Montclair/Dimond |
| Charles feerick | District 4 - Montclair/Dimond |
| Saied Amiry | District 4 - Montclair/Dimond |
| Adam Miller | District 4 - Montclair/Dimond |
| Sam Yu | District 4 - Montclair/Dimond |
| Jessica Susan Durney | District 4 - Montclair/Dimond |
| Derrick Lew | District 4 - Montclair/Dimond |
| Carolyn McFarland | District 4 - Montclair/Dimond |
| Olivia L de Anda | District 4 - Montclair/Dimond |
| Ann Henning (no political sharing) | District 4 - Montclair/Dimond |
| Sargina Tamimi Silvani | District 4 - Montclair/Dimond |
| David Allan Boatwright | District 4 - Montclair/Dimond |
| Jeremy Burbank | District 4 - Montclair/Dimond |
| Lisa Lefebre | District 4 - Montclair/Dimond |
| Siewmei phuan | District 4 - Montclair/Dimond |
| Ursela Knezevic | District 4 - Montclair/Dimond |
| Julia Lennon | District 4 - Montclair/Dimond |

| | |
|---|---|
| Victor Michael Chieco | District 1 - North Oakland |
| Laura Baedeker | District 1 - North Oakland |
| David Patrick Mcguinness | District 1 - North Oakland |
| Rezuan Wong | District 1 - North Oakland |
| Phillip M. Newport | District 1 - North Oakland |
| Sebastian Stuart | District 1 - North Oakland |
| Barrie Bulmore Ornstil | District 1 - North Oakland |
| Kenneth Ayotte | District 1 - North Oakland |
| Ben Bowen | District 1 - North Oakland |
| Leonard Raphael | District 1 - North Oakland |
| David mcguinness | District 1 - North Oakland |
| Lawrence Schonbrun | District 1 - North Oakland |
| Kobi Ledor | District 1 - North Oakland |
| Shelagh Brodersen | District 1 - North Oakland |
| Janet Saevitz | District 1 - North Oakland |
| Leonard Bargellini | District 1 - North Oakland |
| Sheela Subramanian | District 1 - North Oakland |
| Judith s Tidrick | District 1 - North Oakland |
| Elaine Deutsch | District 1 - North Oakland |
| Mary Stephens | District 1 - North Oakland |

**Council District: District 2 - Grand Lake/Chinatown**

| Count: 161 | Count: 161 |
|---|---|
| Donald Wardlaw | District 2 - Grand Lake/Chinatown |
| James Donatell | District 2 - Grand Lake/Chinatown |
| Bianca Priscilla DiBartolo Forrester | District 2 - Grand Lake/Chinatown |
| Karen Marie Chan | District 2 - Grand Lake/Chinatown |
| Bob Brenman | District 2 - Grand Lake/Chinatown |
| Alex Fox | District 2 - Grand Lake/Chinatown |
| Neal S Dickler | District 2 - Grand Lake/Chinatown |
| Kristina Monaco-Glynn | District 2 - Grand Lake/Chinatown |

| | |
|---|---|
| Shana Denise Lindgren | District 2 - Grand Lake/Chinatown |
| Josee Scanlan | District 2 - Grand Lake/Chinatown |
| Michelle Tajirian Shoffner | District 2 - Grand Lake/Chinatown |
| rahul gidwani | District 2 - Grand Lake/Chinatown |
| Jessica Gelin | District 2 - Grand Lake/Chinatown |
| Mary Merrick | District 2 - Grand Lake/Chinatown |
| Teresa Galvin Lee | District 2 - Grand Lake/Chinatown |
| Jennifer London | District 2 - Grand Lake/Chinatown |
| Juan M Ibarra | District 2 - Grand Lake/Chinatown |
| Stacey Wells | District 2 - Grand Lake/Chinatown |
| David E. Elliott | District 2 - Grand Lake/Chinatown |
| Susan O. Elliott | District 2 - Grand Lake/Chinatown |
| Patti Joseleweitz | District 2 - Grand Lake/Chinatown |
| Jan LeGassick | District 2 - Grand Lake/Chinatown |
| Kathleen Fahey | District 2 - Grand Lake/Chinatown |
| Richard Chaikind | District 2 - Grand Lake/Chinatown |
| peter francis mette | District 2 - Grand Lake/Chinatown |
| Mike chiappetta | District 2 - Grand Lake/Chinatown |
| Gay Anne Chiappetta | District 2 - Grand Lake/Chinatown |
| Zach Blume | District 2 - Grand Lake/Chinatown |
| David Kirk | District 2 - Grand Lake/Chinatown |
| Claudia Bowman | District 2 - Grand Lake/Chinatown |
| Melanie Archer | District 2 - Grand Lake/Chinatown |
| Lauren Pallis | District 2 - Grand Lake/Chinatown |
| Xiangjun Fang | District 2 - Grand Lake/Chinatown |
| Peikun weng | District 2 - Grand Lake/Chinatown |
| leslie landberg | District 2 - Grand Lake/Chinatown |
| Parminder pall dhingra | District 2 - Grand Lake/Chinatown |
| Juan Ibarra | District 2 - Grand Lake/Chinatown |
| Jan Schmuckler | District 2 - Grand Lake/Chinatown |

| | |
|---|---|
| Teresa M Countryman | District 2 - Grand Lake/Chinatown |
| Teresa M Countryman | District 2 - Grand Lake/Chinatown |
| Betsy Massar | District 2 - Grand Lake/Chinatown |
| Sheila McCormick | District 2 - Grand Lake/Chinatown |
| Elizabeth Benhardt | District 2 - Grand Lake/Chinatown |
| Holly Rittenhouse | District 2 - Grand Lake/Chinatown |
| Janet Olivia Smartt | District 2 - Grand Lake/Chinatown |
| Neal S Dickler | District 2 - Grand Lake/Chinatown |
| Edward  Kaplan | District 2 - Grand Lake/Chinatown |
| Bianca Priscilla DiBartolo Forrester | District 2 - Grand Lake/Chinatown |
| Bob Brenman | District 2 - Grand Lake/Chinatown |
| Randy Glover | District 2 - Grand Lake/Chinatown |
| Tim Gardner | District 2 - Grand Lake/Chinatown |
| Donna Luporini Kaplan | District 2 - Grand Lake/Chinatown |
| Friedrich Hochfellner | District 2 - Grand Lake/Chinatown |
| Sheila McCormick | District 2 - Grand Lake/Chinatown |
| Valerie Boden | District 2 - Grand Lake/Chinatown |
| Sarah Tedra Kanter | District 2 - Grand Lake/Chinatown |
| Lucy E. Glover | District 2 - Grand Lake/Chinatown |
| James Donatell | District 2 - Grand Lake/Chinatown |
| Alex Fox | District 2 - Grand Lake/Chinatown |
| Lynn truong | District 2 - Grand Lake/Chinatown |
| Francesca M Austin | District 2 - Grand Lake/Chinatown |
| Kristina Monaco-Glynn | District 2 - Grand Lake/Chinatown |
| Heidi Lynn Schisel | District 2 - Grand Lake/Chinatown |
| Ramachandran Narayanan | District 2 - Grand Lake/Chinatown |
| Karen Marie Chan | District 2 - Grand Lake/Chinatown |
| Elizabeth Krukowski | District 2 - Grand Lake/Chinatown |
| Jacob Rukin | District 2 - Grand Lake/Chinatown |
| Wilma Lee Ryan | District 2 - Grand Lake/Chinatown |

SIGNER LIST

| | |
|---|---|
| Neal S Dickler | District 2 - Grand Lake/Chinatown |
| Lauren Pallis | District 2 - Grand Lake/Chinatown |
| Jennifer London | District 2 - Grand Lake/Chinatown |
| Donna Kaplan | District 2 - Grand Lake/Chinatown |
| Mark Reisman | District 2 - Grand Lake/Chinatown |
| Friedrich Hochfellner | District 2 - Grand Lake/Chinatown |
| Gay Anne Chiappetta | District 2 - Grand Lake/Chinatown |
| Ari Levenfeld | District 2 - Grand Lake/Chinatown |
| Alan B. Taylor | District 2 - Grand Lake/Chinatown |
| Ofra Pleban | District 2 - Grand Lake/Chinatown |
| David Kirk | District 2 - Grand Lake/Chinatown |
| Jennifer Rose | District 2 - Grand Lake/Chinatown |
| Linda Marsha Dougall | District 2 - Grand Lake/Chinatown |
| Francesca Austin | District 2 - Grand Lake/Chinatown |
| John J. Glynn | District 2 - Grand Lake/Chinatown |
| James Fee Martin | District 2 - Grand Lake/Chinatown |
| Juan Ibarra | District 2 - Grand Lake/Chinatown |
| Jonathan Kemp | District 2 - Grand Lake/Chinatown |
| Ramachandran Narayanan | District 2 - Grand Lake/Chinatown |
| Wayne Chan | District 2 - Grand Lake/Chinatown |
| Leeann Alameda | District 2 - Grand Lake/Chinatown |
| Juan Ibarra | District 2 - Grand Lake/Chinatown |
| David Yu | District 2 - Grand Lake/Chinatown |
| Aditya Gangopadhyay | District 2 - Grand Lake/Chinatown |
| Heidi Lynn Schisel | District 2 - Grand Lake/Chinatown |
| Stephanie Mackler | District 2 - Grand Lake/Chinatown |
| Robert Scott Sibley | District 2 - Grand Lake/Chinatown |
| John S Lancaster | District 2 - Grand Lake/Chinatown |
| Donna Luporini Kaplan | District 2 - Grand Lake/Chinatown |
| Edward Kaplan | District 2 - Grand Lake/Chinatown |

SIGNER LIST

| | |
|---|---|
| Chris Urkofsky | District 4 - Montclair/Dimond |
| Evelyn C. Kirby | District 4 - Montclair/Dimond |
| Shok Saidmuradov | District 4 - Montclair/Dimond |
| Dilshoda Abdualimova | District 4 - Montclair/Dimond |
| Susan Scott | District 4 - Montclair/Dimond |
| zette thierry | District 4 - Montclair/Dimond |
| Theodore Booth | District 4 - Montclair/Dimond |
| Bonnie Forbes Wittenstein | District 4 - Montclair/Dimond |
| Armeen Karia | District 4 - Montclair/Dimond |
| Marc Barach | District 4 - Montclair/Dimond |
| Laura Baedeker | District 4 - Montclair/Dimond |
| Devi Jameson | District 4 - Montclair/Dimond |
| Raphael Meyer | District 4 - Montclair/Dimond |
| Maggie Harmon | District 4 - Montclair/Dimond |
| Aria Linda White | District 4 - Montclair/Dimond |
| Marcus Crawley | District 4 - Montclair/Dimond |
| William Donald White III | District 4 - Montclair/Dimond |
| Brian William Hatoff | District 4 - Montclair/Dimond |
| Doreen S. Judson | District 4 - Montclair/Dimond |
| Ted and Kathy Stephanides | District 4 - Montclair/Dimond |
| Patrick Nagel | District 4 - Montclair/Dimond |
| Carole Goyen | District 4 - Montclair/Dimond |
| Thomas Donovan | District 4 - Montclair/Dimond |
| Karen Susan Heller | District 4 - Montclair/Dimond |
| Michael Richardson | District 4 - Montclair/Dimond |
| Kenneth Ellis | District 4 - Montclair/Dimond |
| Sean Parkin | District 4 - Montclair/Dimond |
| Susan Slone | District 4 - Montclair/Dimond |
| Ryan Lumsden | District 4 - Montclair/Dimond |
| Namrata Jhaveri | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| David Eisman | District 4 - Montclair/Dimond |
| Joseph Turner | District 4 - Montclair/Dimond |
| Anthony Leong | District 4 - Montclair/Dimond |
| Robert Koplowitz | District 4 - Montclair/Dimond |
| Emily Wasserman | District 4 - Montclair/Dimond |
| Siew Werner | District 4 - Montclair/Dimond |
| Younmee Kim | District 4 - Montclair/Dimond |
| Davide Russo | District 4 - Montclair/Dimond |
| Carol Ann Nelson-Schrauth | District 4 - Montclair/Dimond |
| Angelica zen | District 4 - Montclair/Dimond |
| Anupam Agarwal | District 4 - Montclair/Dimond |
| Paul M. Glassner | District 4 - Montclair/Dimond |
| Sherry Lou Berkman | District 4 - Montclair/Dimond |
| Nancy Levey | District 4 - Montclair/Dimond |
| William D. Levey | District 4 - Montclair/Dimond |
| Tiffany Gray | District 4 - Montclair/Dimond |
| Brendan David Nelson | District 4 - Montclair/Dimond |
| Katherine Alice Burgardt | District 4 - Montclair/Dimond |
| Louis Goodman | District 4 - Montclair/Dimond |
| Paul Donald Caldwell | District 4 - Montclair/Dimond |
| Nancy Moore | District 4 - Montclair/Dimond |
| william sakai | District 4 - Montclair/Dimond |
| John Kenton Kivestu | District 4 - Montclair/Dimond |
| Bonnie Forbes Wittenstein | District 4 - Montclair/Dimond |
| Kathleen P. O'Toole | District 4 - Montclair/Dimond |
| Brian T. McCroden | District 4 - Montclair/Dimond |
| Ann Henning | District 4 - Montclair/Dimond |
| Paul Healy | District 4 - Montclair/Dimond |
| Vashishtha Kadchhud | District 4 - Montclair/Dimond |
| Siewmei phuan | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Rachana Mehta | District 4 - Montclair/Dimond |
| Christopher Chan | District 4 - Montclair/Dimond |
| Greg Cover | District 4 - Montclair/Dimond |
| Mary Lamson | District 4 - Montclair/Dimond |
| Forest Weld | District 4 - Montclair/Dimond |
| Angela | District 4 - Montclair/Dimond |
| Denise Bostrom | District 4 - Montclair/Dimond |
| Carolyn Mahoney | District 4 - Montclair/Dimond |
| Christopher M Urkofsky | District 4 - Montclair/Dimond |
| Shokhrukh Saidmuradov | District 4 - Montclair/Dimond |
| Michael Ambrose | District 4 - Montclair/Dimond |
| Charles Edward Stephen | District 4 - Montclair/Dimond |
| Laura Baedeker | District 4 - Montclair/Dimond |
| Ranjit Ghate | District 4 - Montclair/Dimond |
| Cuong Trieu | District 4 - Montclair/Dimond |
| Grace Chu | District 4 - Montclair/Dimond |
| Al Anthony Carrasco | District 4 - Montclair/Dimond |
| Meghan M. Boots | District 4 - Montclair/Dimond |
| Davide Russo | District 4 - Montclair/Dimond |
| Lee Anne | District 4 - Montclair/Dimond |
| Kyung Cha Der | District 4 - Montclair/Dimond |
| Joseph Mulholland | District 4 - Montclair/Dimond |
| Bradford Brown | District 4 - Montclair/Dimond |
| Barbara Kami | District 4 - Montclair/Dimond |
| Evelyn C. Kirby | District 4 - Montclair/Dimond |
| Barbara Bryzek | District 4 - Montclair/Dimond |
| David Won | District 4 - Montclair/Dimond |
| Paul Glassner | District 4 - Montclair/Dimond |
| Judy Donoviel | District 4 - Montclair/Dimond |
| Katherine A Burgardt | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Artem Russakovskii | District 4 - Montclair/Dimond |
| Emilie Brezman | District 4 - Montclair/Dimond |
| Kaitlyn Iglesias | District 4 - Montclair/Dimond |
| Daniel P Sanford | District 4 - Montclair/Dimond |
| Benjamin taggart | District 4 - Montclair/Dimond |
| Kellen Smetana | District 4 - Montclair/Dimond |
| Milanendra Piterman | District 4 - Montclair/Dimond |
| Deanne Detmers | District 4 - Montclair/Dimond |
| Joann Fazio | District 4 - Montclair/Dimond |
| Julia Riessen | District 4 - Montclair/Dimond |
| Charles E Jameson | District 4 - Montclair/Dimond |
| Hamed Javadi | District 4 - Montclair/Dimond |
| Long Le | District 4 - Montclair/Dimond |
| Kim Anh Tran | District 4 - Montclair/Dimond |
| Long Le | District 4 - Montclair/Dimond |
| William Sakai | District 4 - Montclair/Dimond |
| Shafique Bhimani | District 4 - Montclair/Dimond |
| Marilyn B. Kann | District 4 - Montclair/Dimond |
| Gina Tomlinson | District 4 - Montclair/Dimond |
| Belle Huang | District 4 - Montclair/Dimond |
| Nadine Lane | District 4 - Montclair/Dimond |
| Barton Lane | District 4 - Montclair/Dimond |
| Kristen Maloney | District 4 - Montclair/Dimond |
| Kathryn Maloney | District 4 - Montclair/Dimond |
| joanne f casey | District 4 - Montclair/Dimond |
| Maureen Kay Lenahan | District 4 - Montclair/Dimond |
| Gayle Wilson | District 4 - Montclair/Dimond |
| Sean Lenahan | District 4 - Montclair/Dimond |
| George Thomas Lenahan Jr. | District 4 - Montclair/Dimond |
| Donna Leonti Karch | District 4 - Montclair/Dimond |

| | |
|---|---|
| Kathryn Anita Law | District 4 - Montclair/Dimond |
| Jane Haley | District 4 - Montclair/Dimond |
| David Won | District 4 - Montclair/Dimond |
| Oscar Beas | District 4 - Montclair/Dimond |
| Patrick J Kelley | District 4 - Montclair/Dimond |
| Marcus Crawley | District 4 - Montclair/Dimond |
| Kenneth Ellis | District 4 - Montclair/Dimond |
| Kenneth B Cohen | District 4 - Montclair/Dimond |
| Joseph De Luca | District 4 - Montclair/Dimond |
| Rory Brown | District 4 - Montclair/Dimond |
| Ursela Knezevic | District 4 - Montclair/Dimond |
| William R Senn | District 4 - Montclair/Dimond |
| Martha Judy Monnier | District 4 - Montclair/Dimond |
| Sharyn Floyd | District 4 - Montclair/Dimond |
| Barbara F Kami | District 4 - Montclair/Dimond |
| Michael John Richardson | District 4 - Montclair/Dimond |
| Lisa Biasotti | District 4 - Montclair/Dimond |
| Elizabeth Enright | District 4 - Montclair/Dimond |
| Millie chu baird | District 4 - Montclair/Dimond |
| edward neffinger | District 4 - Montclair/Dimond |
| Victor Gold | District 4 - Montclair/Dimond |
| Gerry Keenan | District 4 - Montclair/Dimond |
| Tom Donovan | District 4 - Montclair/Dimond |
| Mary Carr Brennan | District 4 - Montclair/Dimond |
| Neil James McElroy | District 4 - Montclair/Dimond |
| Kenneth B cohen | District 4 - Montclair/Dimond |
| Robert R Cross | District 4 - Montclair/Dimond |
| Michael Ambrose | District 4 - Montclair/Dimond |
| Marilyn B. Kann | District 4 - Montclair/Dimond |
| MARCIA TANNER | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Diane Ambrose | District 4 - Montclair/Dimond |
| Kevin Faulkner | District 4 - Montclair/Dimond |
| Geri Charnin | District 4 - Montclair/Dimond |
| Selma Meyerowitz | District 4 - Montclair/Dimond |
| William Sakai | District 4 - Montclair/Dimond |
| Hamish Shah | District 4 - Montclair/Dimond |
| Evelyn C. Kirby | District 4 - Montclair/Dimond |
| Mary Fears | District 4 - Montclair/Dimond |
| Stephen Teigland | District 4 - Montclair/Dimond |
| Debbie Lin Grow | District 4 - Montclair/Dimond |
| Calvin E. Wong | District 4 - Montclair/Dimond |
| Geraldine Martha Keenan | District 4 - Montclair/Dimond |
| Edward Elkin | District 4 - Montclair/Dimond |
| Peter Linde | District 4 - Montclair/Dimond |
| L Marc Silvani | District 4 - Montclair/Dimond |
| Steven Aakhus | District 4 - Montclair/Dimond |
| Richard Michael Sigel | District 4 - Montclair/Dimond |
| Patricia Seifert | District 4 - Montclair/Dimond |
| Neal A. Parish | District 4 - Montclair/Dimond |
| Dale Robin Benveniste | District 4 - Montclair/Dimond |
| Siew Werner | District 4 - Montclair/Dimond |
| Brad Buckman | District 4 - Montclair/Dimond |
| Kris Diede | District 4 - Montclair/Dimond |
| Donna Marie Williams | District 4 - Montclair/Dimond |
| Nicola Alesandrini | District 4 - Montclair/Dimond |
| SHARYN L FLOYD | District 4 - Montclair/Dimond |
| Lillian Schaechner | District 4 - Montclair/Dimond |
| Richard Gerber | District 4 - Montclair/Dimond |
| Amy Chu | District 4 - Montclair/Dimond |
| Fred B MorgiaJr | District 4 - Montclair/Dimond |

SIGNER LIST

| | |
|---|---|
| Nancy Moore | District 4 - Montclair/Dimond |
| Beverly Balee | District 4 - Montclair/Dimond |
| Marie Williams | District 4 - Montclair/Dimond |
| Cheryl R Schleifer | District 4 - Montclair/Dimond |
| David Pechner | District 4 - Montclair/Dimond |
| Daniel J Eiler | District 4 - Montclair/Dimond |
| Dean Marc Woessner | District 4 - Montclair/Dimond |
| Ranjit Ghate | District 4 - Montclair/Dimond |
| Kathryn Camp | District 4 - Montclair/Dimond |
| Margarita Marin Parkin | District 4 - Montclair/Dimond |
| Kai Qiu | District 4 - Montclair/Dimond |
| Kim Sanford | District 4 - Montclair/Dimond |
| Joanne Lo | District 4 - Montclair/Dimond |
| Mary Hackenbracht | District 4 - Montclair/Dimond |
| Sujata Neurgaonkar | District 4 - Montclair/Dimond |
| Ashley Stevanovic | District 4 - Montclair/Dimond |
| Deanna Zuvic Rifai | District 4 - Montclair/Dimond |
| Artem Russakovskii | District 4 - Montclair/Dimond |
| Ronald Hofmann | District 4 - Montclair/Dimond |
| Snehal Desai | District 4 - Montclair/Dimond |
| Alisa Crovetti | District 4 - Montclair/Dimond |
| Niekia franklin | District 4 - Montclair/Dimond |
| Shari Van Dorn | District 4 - Montclair/Dimond |
| Jerri Lee Koplowitz | District 4 - Montclair/Dimond |
| Nicole Belushko Barrows | District 4 - Montclair/Dimond |
| Byron Kennedy | District 4 - Montclair/Dimond |
| Maureen Louise Bormolini | District 4 - Montclair/Dimond |
| Carol A. Hofmann | District 4 - Montclair/Dimond |
| Frederick Booker | District 4 - Montclair/Dimond |
| Stephanie Wu | District 4 - Montclair/Dimond |

| | |
|---|---|
| Caroline Howe | District 4 - Montclair/Dimond |
| Eric Lee Carmichael | District 4 - Montclair/Dimond |
| Christopher Amy | District 4 - Montclair/Dimond |
| Allison Shah | District 4 - Montclair/Dimond |
| Lynda F. Johnston | District 4 - Montclair/Dimond |
| Jocelyne Emilie Birren | District 4 - Montclair/Dimond |
| Kenneth E.  Nitzberg | District 4 - Montclair/Dimond |
| Rong Zhu | District 4 - Montclair/Dimond |
| Siewmei phuan | District 4 - Montclair/Dimond |
| Elias Ketchum | District 4 - Montclair/Dimond |
| Purvi Chokshi | District 4 - Montclair/Dimond |
| Gary Roach | District 4 - Montclair/Dimond |
| Joshua Frank | District 4 - Montclair/Dimond |
| Anthony Leong | District 4 - Montclair/Dimond |
| James John Hampton | District 4 - Montclair/Dimond |
| Julia Lennon | District 4 - Montclair/Dimond |
| Katherine Burgrdt | District 4 - Montclair/Dimond |
| Judith M Derman | District 4 - Montclair/Dimond |
| Emily Wasserman | District 4 - Montclair/Dimond |
| Zayanne Téa Rifai | District 4 - Montclair/Dimond |
| Peter S H Moore | District 4 - Montclair/Dimond |
| Paul  Donald Caldwell | District 4 - Montclair/Dimond |
| Audrey Young | District 4 - Montclair/Dimond |
| Tanya Pham | District 4 - Montclair/Dimond |
| Mitchell Robert Plueger | District 4 - Montclair/Dimond |
| Deepak Gurushanthaiah | District 4 - Montclair/Dimond |
| Tamia Marg | District 4 - Montclair/Dimond |
| Jonathan Michael Iglesias | District 4 - Montclair/Dimond |
| Sripal Mehta | District 4 - Montclair/Dimond |
| Ashley Settle | District 4 - Montclair/Dimond |

| | |
|---|---|
| Steven A Greenfield | District 4 - Montclair/Dimond |
| Laura Schroeder | District 4 - Montclair/Dimond |
| Jeffrey Alan Niemczura | District 4 - Montclair/Dimond |
| Joanne Cuthbertson | District 4 - Montclair/Dimond |
| Carla Zizmor | District 4 - Montclair/Dimond |
| Darlene deManincor | District 4 - Montclair/Dimond |
| Morgan Hallmon | District 4 - Montclair/Dimond |
| Charles feerick | District 4 - Montclair/Dimond |
| Kacey Bridgman | District 4 - Montclair/Dimond |
| David Hennigan | District 4 - Montclair/Dimond |
| Susan Hennigan | District 4 - Montclair/Dimond |
| Judy Donoviel | District 4 - Montclair/Dimond |
| brian l mell | District 4 - Montclair/Dimond |
| Tamsin Barker | District 4 - Montclair/Dimond |
| Victoria Khadjenouri | District 4 - Montclair/Dimond |
| Pul A. Bartlett | District 4 - Montclair/Dimond |
| Knok Kun Fung | District 4 - Montclair/Dimond |
| Lydia G Chan | District 4 - Montclair/Dimond |
| David Ababseh | District 4 - Montclair/Dimond |
| Anthony Scott Volpe | District 4 - Montclair/Dimond |
| Jill Van Winegarden | District 4 - Montclair/Dimond |
| Grace Tow-Obertik | District 4 - Montclair/Dimond |
| Gagan Biyani | District 4 - Montclair/Dimond |
| Al A Carrasco | District 4 - Montclair/Dimond |
| Bryant Palomo | District 4 - Montclair/Dimond |
| Meredith Waldon | District 4 - Montclair/Dimond |
| David E Anderson | District 4 - Montclair/Dimond |
| Jennifer Anderson | District 4 - Montclair/Dimond |
| Karyn Lew | District 4 - Montclair/Dimond |
| Troy Donoviel | District 4 - Montclair/Dimond |

| | |
|---|---|
| Laura Fenn | District 4 - Montclair/Dimond |
| Linda Ann Lefrak | District 4 - Montclair/Dimond |
| Ruth Uchimura | District 4 - Montclair/Dimond |
| Barbara Silverberg | District 4 - Montclair/Dimond |
| Cynthia Pryich Boyd | District 4 - Montclair/Dimond |
| Meghan Boots | District 4 - Montclair/Dimond |
| Alexander Minas | District 4 - Montclair/Dimond |
| Ali Hossein Daftarian | District 4 - Montclair/Dimond |
| Nicole Bromley | District 4 - Montclair/Dimond |
| Lori Ann Mazurek | District 4 - Montclair/Dimond |
| Marc Barach | District 4 - Montclair/Dimond |
| Wonny Mullen | District 4 - Montclair/Dimond |
| Christopher Librie | District 4 - Montclair/Dimond |
| Linda Tasker | District 4 - Montclair/Dimond |
| Nancy J Lane | District 4 - Montclair/Dimond |
| Vallery Rose Feldman | District 4 - Montclair/Dimond |
| Barbara Kay Doyra | District 4 - Montclair/Dimond |
| Lila Orangi | District 4 - Montclair/Dimond |
| Jamye Mannick | District 4 - Montclair/Dimond |
| Bonnie Lee Moore Leffmann | District 4 - Montclair/Dimond |
| Nicole Silverman | District 4 - Montclair/Dimond |
| Emmanuel Hislen | District 4 - Montclair/Dimond |
| Eric Kim | District 4 - Montclair/Dimond |
| Sandra Lawson | District 4 - Montclair/Dimond |
| Dean Austin Mayor | District 4 - Montclair/Dimond |
| Maria Besaw | District 4 - Montclair/Dimond |
| Brad Bean | District 4 - Montclair/Dimond |
| harry Mylen | District 4 - Montclair/Dimond |
| Mary Laverty | District 4 - Montclair/Dimond |
| Max Chacana | District 4 - Montclair/Dimond |

| | |
|---|---|
| Ceris Swchweitzer | District 4 - Montclair/Dimond |
| Marc Shweitzer | District 4 - Montclair/Dimond |
| Edkin Osmani | District 4 - Montclair/Dimond |
| Quinn Le | District 4 - Montclair/Dimond |
| Besty Ferguson | District 4 - Montclair/Dimond |
| Laurie Schrager | District 4 - Montclair/Dimond |
| Patrick Riley | District 4 - Montclair/Dimond |
| Germaine Wisniewski | District 4 - Montclair/Dimond |
| Nancy Swart | District 4 - Montclair/Dimond |
| Brian Bonner | District 4 - Montclair/Dimond |
| Loretta Breuning | District 4 - Montclair/Dimond |
| Isaac Kos-Reed | District 4 - Montclair/Dimond |
| Mindy Pechenuk | District 4 - Montclair/Dimond |
| Gerald Pechenuk | District 4 - Montclair/Dimond |
| Thoma Detal | District 4 - Montclair/Dimond |
| Debra Gelber | District 4 - Montclair/Dimond |
| Sheryl Nureck | District 4 - Montclair/Dimond |
| Mary Cranley | District 4 - Montclair/Dimond |
| Mary Schriner | District 4 - Montclair/Dimond |
| Skihira Port | District 4 - Montclair/Dimond |
| Kanchan Blaaji | District 4 - Montclair/Dimond |
| Blajai Seshachalam | District 4 - Montclair/Dimond |
| Sonya Sia | District 4 - Montclair/Dimond |
| John Jordan | District 4 - Montclair/Dimond |
| John Bernard | District 4 - Montclair/Dimond |
| Judy Bernard | District 4 - Montclair/Dimond |
| Gabe | District 4 - Montclair/Dimond |
| Lori Bower | District 4 - Montclair/Dimond |
| Wendy Murphy | District 4 - Montclair/Dimond |
| Keith Uriarte | District 4 - Montclair/Dimond |

| | |
|---|---|
| Timothy Der | District 4 - Montclair/Dimond |
| Johsu Mu | District 4 - Montclair/Dimond |
| Phil Chu | District 4 - Montclair/Dimond |
| Anna Joseph | District 4 - Montclair/Dimond |
| Louis Goodman | District 4 - Montclair/Dimond |
| Javier DeLeon | District 4 - Montclair/Dimond |
| Daniewlle Crawford | District 4 - Montclair/Dimond |
| Rickard Proforn | District 4 - Montclair/Dimond |
| Audrey Ryan | District 4 - Montclair/Dimond |
| David Ryan | District 4 - Montclair/Dimond |
| Pat McBride | District 4 - Montclair/Dimond |
| Carrie Kehlite | District 4 - Montclair/Dimond |
| Scott Law | District 4 - Montclair/Dimond |
| Julia Saxonov | District 4 - Montclair/Dimond |
| Julia Aguilera | District 4 - Montclair/Dimond |
| Jeasnine Fellebat | District 4 - Montclair/Dimond |
| Denis Chaix | District 4 - Montclair/Dimond |
| Nick Thomas | District 4 - Montclair/Dimond |
| Andy Cosgrove | District 4 - Montclair/Dimond |
| Shelly Levinthal | District 4 - Montclair/Dimond |
| Namita Sathwam | District 4 - Montclair/Dimond |
| KV Ramanujan | District 4 - Montclair/Dimond |
| Caroline Freierman | District 4 - Montclair/Dimond |
| Mathew Frieman | District 4 - Montclair/Dimond |
| Terri Wital | District 4 - Montclair/Dimond |
| John Exkhour | District 4 - Montclair/Dimond |
| Lor Pettergew | District 4 - Montclair/Dimond |
| Morgan Pike | District 4 - Montclair/Dimond |
| Jon St Onga | District 4 - Montclair/Dimond |
| Diana Fung | District 4 - Montclair/Dimond |

| | |
|---|---|
| Will Tian | District 4 - Montclair/Dimond |
| Kent Mastores | District 4 - Montclair/Dimond |
| Teresa Kong | District 4 - Montclair/Dimond |
| Lance Finkle | District 4 - Montclair/Dimond |
| Debra Shattil | District 4 - Montclair/Dimond |
| Christopher Hadley | District 4 - Montclair/Dimond |
| Karl Nichols | District 4 - Montclair/Dimond |
| Susan Jaeger | District 4 - Montclair/Dimond |

**Council District: District 5 - Fruitvale/East Oakland**

| | |
|---|---|
| Teodros Hailye | District 5 - Fruitvale/East Oakland |
| Russell J Green | District 5 - Fruitvale/East Oakland |
| Lisa Marie McNally | District 5 - Fruitvale/East Oakland |
| Rogelio Sandoval | District 5 - Fruitvale/East Oakland |
| Salvador Perz | District 5 - Fruitvale/East Oakland |
| Lisa McNally | District 5 - Fruitvale/East Oakland |
| Sharyn Floyd | District 5 - Fruitvale/East Oakland |
| Leslie Navarro | District 5 - Fruitvale/East Oakland |
| Ashley Lawless | District 5 - Fruitvale/East Oakland |
| Teodros Hailye | District 5 - Fruitvale/East Oakland |
| Megan Cheung | District 5 - Fruitvale/East Oakland |
| Timothy J. Hiler | District 5 - Fruitvale/East Oakland |
| Antoinette Navarro | District 5 - Fruitvale/East Oakland |
| Elizabeth Gomez | District 5 - Fruitvale/East Oakland |
| Duncan Essex | District 5 - Fruitvale/East Oakland |
| Salvador Perez | District 5 - Fruitvale/East Oakland |
| Robert and Michele Eassa | District 5 - Fruitvale/East Oakland |
| Timothy J. Hiler | District 5 - Fruitvale/East Oakland |
| Salvador Perez | District 5 - Fruitvale/East Oakland |
| Lisa S Chu | District 5 - Fruitvale/East Oakland |
| Douglas Cameron MacLellan | District 5 - Fruitvale/East Oakland |

| | |
|---|---|
| Kim Ayers | District 5 - Fruitvale/East Oakland |
| Damien Williams | District 5 - Fruitvale/East Oakland |
| Teodros Hailye | District 5 - Fruitvale/East Oakland |
| Jane Gajano-Blythe | District 5 - Fruitvale/East Oakland |
| Jose Manuel Ramos | District 5 - Fruitvale/East Oakland |
| Jordan | District 5 - Fruitvale/East Oakland |
| Sarah Hebda | District 5 - Fruitvale/East Oakland |
| Steve Murphy | District 5 - Fruitvale/East Oakland |
| Kay | District 5 - Fruitvale/East Oakland |

**Council District: District 6 - East Oakland**

| | |
|---|---|
| Pamela Hoffman | District 6 - East Oakland |
| Ronald Connors | District 6 - East Oakland |
| Trisha Connors | District 6 - East Oakland |
| Bruce Henry Del Fante | District 6 - East Oakland |
| Peter D. Wright | District 6 - East Oakland |
| Suz Robinson | District 6 - East Oakland |
| Jose Gutierrez | District 6 - East Oakland |
| Ronald Lee Cordell | District 6 - East Oakland |
| Jeanette gomez | District 6 - East Oakland |
| Rosalba gomez | District 6 - East Oakland |
| Ruth Ann Tucker | District 6 - East Oakland |
| Aaron Smith | District 6 - East Oakland |
| Sandra Kay Bethune | District 6 - East Oakland |
| Maria Guzman | District 6 - East Oakland |
| Nancy Sidebotham | District 6 - East Oakland |
| INGO JIM MEHNER | District 6 - East Oakland |
| Carrie Gustafson, Esq. | District 6 - East Oakland |
| Gezhi Weng | District 6 - East Oakland |
| Siobhan King | District 6 - East Oakland |
| Lisette Adams | District 6 - East Oakland |

SIGNER LIST

| | |
|---|---|
| Dan Quigley | District 6 - East Oakland |
| Richard Piette | District 6 - East Oakland |
| Aaron Smith | District 6 - East Oakland |
| Ron Connors | District 6 - East Oakland |
| Darcy Babbitt | District 6 - East Oakland |
| Jamie harrison | District 6 - East Oakland |
| Carolyn Franks | District 6 - East Oakland |
| Andrew Mastrangeli | District 6 - East Oakland |
| Lauretta Brown | District 6 - East Oakland |
| Gerard Fontana | District 6 - East Oakland |
| Dee Fai-Barrett | District 6 - East Oakland |
| Anand Patel | District 6 - East Oakland |
| James W. Thompson | District 6 - East Oakland |
| JoAnn Yoshioka | District 6 - East Oakland |
| Anand Patel | District 6 - East Oakland |
| Ron Connors | District 6 - East Oakland |
| Christine Ellis | District 6 - East Oakland |
| Kathleen J. Donovan | District 6 - East Oakland |
| Lawrence Orlick | District 6 - East Oakland |
| Bruce Del Fante | District 6 - East Oakland |
| Trisha Connors | District 6 - East Oakland |
| Maria Elena Valdivia | District 6 - East Oakland |
| Debra Edwards | District 6 - East Oakland |
| Pamela Hoffman | District 6 - East Oakland |
| Ruth Ann Tucket | District 6 - East Oakland |
| Nanine Watson | District 6 - East Oakland |
| Gina C Tomlinson | District 6 - East Oakland |
| Huriel martinez | District 6 - East Oakland |
| Ron Connors | District 6 - East Oakland |
| Andrew Mastrangeli | District 6 - East Oakland |

| | |
|---|---|
| James Walter Thompson, Sr. | District 6 - East Oakland |
| Ronald D Hermanson | District 6 - East Oakland |
| Michael Leo Langsdorf | District 6 - East Oakland |
| Darcy Jean Babbitt | District 6 - East Oakland |
| Rochelle Buford-Williams | District 6 - East Oakland |
| Loren Taylor | District 6 - East Oakland |
| Emily Rosenberg | District 6 - East Oakland |
| David fike-rosales | District 6 - East Oakland |
| Robert Anthony Cortez Vera | District 6 - East Oakland |
| Malcolm Goodwin | District 6 - East Oakland |
| Ron Connors | District 6 - East Oakland |
| Paul Slavit | District 6 - East Oakland |
| Stephen Ellis | District 6 - East Oakland |
| Pat Hudrn | District 6 - East Oakland |
| William Shart | District 6 - East Oakland |
| Gretta Corig | District 6 - East Oakland |
| Phyc Tran | District 6 - East Oakland |
| Edtiirs Nbosey | District 6 - East Oakland |
| Lynn Meinhardt | District 6 - East Oakland |
| Oke Pas | District 6 - East Oakland |

**Council District: District 7 - Coliseum Elmhurst**

| | |
|---|---|
| Carlos Blythe | District 7 - Coliseum Elmhurst |
| Paris Abraham | District 7 - Coliseum Elmhurst |
| Leticia Renderos | District 7 - Coliseum Elmhurst |
| Mary McFadden Matthews | District 7 - Coliseum Elmhurst |
| Michael S. Matthews | District 7 - Coliseum Elmhurst |
| kevin hernandez mora | District 7 - Coliseum Elmhurst |
| Tracey Jones | District 7 - Coliseum Elmhurst |
| Leticia Renderos | District 7 - Coliseum Elmhurst |
| Elvira González | District 7 - Coliseum Elmhurst |

SIGNER LIST

| | |
|---|---|
| Carlos Blythe | District 7 - Coliseum Elmhurst |
| Celina Satterfield | District 7 - Coliseum Elmhurst |
| Jamilla Williams | District 7 - Coliseum Elmhurst |
| Kaylea Perenon | District 7 - Coliseum Elmhurst |
| Davette Minor | District 7 - Coliseum Elmhurst |
| Carlos Blythe | District 7 - Coliseum Elmhurst |
| Mary M. Matthews | District 7 - Coliseum Elmhurst |
| michael matthews | District 7 - Coliseum Elmhurst |
| Davette Minor | District 7 - Coliseum Elmhurst |
| Asata Olugbala | District 7 - Coliseum Elmhurst |