ONLINE COMMENTS

1   We need police officers that do not have restrictions that prevent them from policing and making Oakland a safe place to live.

2   20+ years is way too long. The federal monitor must go.

3   A native Oaklander, I am in favor of allowing police to do their jobs to protect the population. We need to stop the attrition, attract more quality candidates and show that we have confidence in them rather than restricting them and denying proper equipment at every turn.

4   About time!

5   Accountability is a good thing, but the continued federal oversight does not bring that deliverable. It has been two decades and incredibly expensive. It is also difficult to not question the financial incentive for those who have made millions by prolonging the federal oversight of the department. Oakland is beautiful City that welcomes all people. Charter reform and other measures to strengthen our institutions will yield better results for our residents than extending this expensive and nearly 25 year process.

6   After 20 years + Oakland has progressed to a point where the continued oversight is hampering the Oakland Police Department's further return to normalcy and full strength. It appears to me that the oversight process is being prolonged for the benefit of the Attorney who is paid handsomely each year that the Oakland Police Dept. remains in his perview. Furthermore, it seems that the Oakland Police Commission is composed almost exclusively of a faction of citizens who are vehemently opposed to realistic policing of our city. Their agenda appears to be to continue the oversight and hamstring real police work, because of a decades old mistrust of the Police and the enforcement of laws to which they may not agree. Oakland has hired a very competent Police Chief who is making progress even in the face of this situation that deters him from swiftly adopting the measures needed to fight crime, especially property crime, in our city. The help of the California Highway Patrol has been critical in stemming the crime wave in Oakland. Budgeting for a fully manned police force which requires the hiring of at least 200 more officers is another key task to be executed. I argue that the $1,000,000 + that we are paying for Federal Oversight annually, can be better spent hiring police officers to fight crime on the ground in Oakland. Please , your Honor, this situation needs to come to an end so that we can move together to effectively address Oakland's crime problems!

7   An A- is a terrific grade, A+ is proving impossible.

8   And we need ALL NEW COUNCIL MEMBERS- —-ALL!!!! Throw the crooks OUT! Dirtbags!

9   As a community we understand the original need for oversight, and as a community we have watched our police department respond to and exceed oversight mandates. Continuing the oversight is an oversight in itself causing low moral in the very officers who protect us day and night. And, the money this costs Oakland can be put to much greater use.

10  At least suspend it for <5> years

11    Berkeley zip code but pay Oakland taxes and receive Oakland services

12    Born and raised in Oakland and have been waiting years to get out from under federal oversight. One man continues to make hundred of thousands in profit while Oakland continues to struggle.

13    Can't the sheriff or the CHP oversee the OPD instead of the current overseer?

14    Changes are require in Oakland, because crimes doesn't stop unit out OPD department has support by our Oakland council members.

15    Dear Judge Orrick,

I am a newly minted Oakland resident in the Dimond district and I have been following the OPD federal oversight requirements closely in the news because a functioning and responsive police force is important public safety--citizens should feel safe and small businesses should be protected.

The Oakland police department has 678 officers with 130 officers on administrative or medical leave. A recent study commissioned by the city of Oakland recommended a minimum of 877 officers. That means that the Oakland police department is running at 62% capacity. The federal oversight is meant to correct the horrors of the Riders scandal and bring accountability to the Oakland police department but now on its 22nd year with most of the required oversight requirements completed it's a drag on Oakland's police force retention and manpower exacerbating long police call times and sapping resources.

I just met my neighbor today, she was born in the Dimond district and lived here most of her life. She is a skilled nurse and served during the pandemic. Just this past year she told me she has been carjacked in front of our houses and the neighbors and bystanders attempted to intervene because no police officer came. We are purchasing firearms because we have no faith in such a diminished police force to keep us safe. I am a software engineer and my wife is an environmental lawyer who wants to see all firearms banned and off the streets.

I am asking that you remove the federal oversight so Oakland can rebuild its police force and return self government back to the people and city. Since the settlement there have been civilian oversight committees and new state and federal laws that work to continue the good work that you have done.

Signed sincerely,
Sam Yu

16    end federal oversight of OPD

17    End oversight of OPD by the NSA.

18    End this oversight once and for all

19    Enough

20    Enough is enough!!!

21    Enough is enough.

22    Enough is enough. We spend way too much money paying Warshaw. He needs to go.

23    Enough of this BS

24    Enough. They have been dragging thos along and doing more damage to the City and OPD then good.

25    Exiting the Negotiated Settlement agreement at a time for Oakland's police department to hire and keep officers in order for Us to become a safe, healthy city only makes sense.

26    Federal oversight has been hampering our police department's ability to be effective for years while draining our tax dollars of millions.

27    For a large city we are the most understaffed police force in the US, I have been told.

28    GANC

29    Garbage at corner is smell bad for illegal dumping
They want sue the city
For not service in 3 month wasn't client up
The trash is big pile

30    Get more police officers. Change the city charter to make the city governable

31    Get out of NSA now. Save Oakland Police Department.

32    Get rid of this Federal Monitor, it's definitely not working! Citizens are living without any police protection in a dangerous city!!!

33    Good luck on petition

34    Good work on the Oakland Report. Also good work on getting this on the CBS News website. I suggeset NextDoor too

35    Having 12 Chiefs in 12 years is ridiculous. End the Federal Oversight and let OPD do it's job. The Riders scandal was 25 years ago.

36    Having had our house broken into and not having police come is frustrating.

37    Hire a new police chief from the rank and file .limit the powers of the police commission they should not be making policy.If not get rid of them to.We have to restore funding to our police department.

38    Hire more police officers and fix the crime problem plaguing the city of Oakland!!!!!

39    Hire more police!!!! Let them do their jobs. Stop side shows! Govern our city.

40    I am a 4th gen Oakland Native. Never have seen crime so bad and it does continue. Hoping changes can be made to increase the number of OPD officers to properly patrol Oakland and not attract criminals from other cities.

41    I am a business owner based in Oakland with significant property investment in Oakland.

42    I am a common sense, working parent who loves this city, and wants it to do better. As a sidenote, I was a lifelong Democrat, but have been recently turned off from Democratic

Party due to a lot of the results of the choices they've made, I hope they can see the light and go back to common sense to help out common people.

43    I am deeply troubled by Robert Warshaw's oversight of the NSA. The NSA drives enormous cost to the city of Oakland and seems to have done little to repair the Oakland Police Department's safety or effectiveness. From speaking with members of the community, elected officials, and police officers, it seems clear to me that improvements in OPD performance over the past decade have been in spite of, and not because of, the Warshaw's oversight of the NSA.

Further, Robert Warshaw's track record and incentives suggest he will never voluntarily deem OPD compliant with the NSA. In the case of his oversight of the Detroit police department, a federal judge needed to intervene to bring it to an end. Oakland will continue to be saddled with the cost and overly burdensome procedural compliance of the NSA until the Court releases us from Warshaw's oversight.

44    I am satisfied that OPD has changed their operations and that sufficient oversight is in place in the Oakland government system. Continued Federal oversight is disrupting our success.

45    I believe (and have read about cities our size) should have 1200-1400 officers to maintain the law. The current number is a sorry state of affairs, dangerous for the officers and the public.

46    I believe It's time for us to wrap up the loose ends required for oversight to end and manage our city locally.

47    I fully support exiting the NSA

48    I have been an Oakland resident since 1980.

49    I support ending federal oversight of the Oakland Police Department. After more than twenty years, the continued monitoring no longer serves public safety. It has drained city resources, reduced officer availability, and contributed to critically low staffing levels. These factors directly harm residents and businesses that depend on timely police response. Oakland now has strong local oversight systems in place, including the Police Commission and the Community Police Review Agency. It is time for accountability to rest with the people of Oakland, not with a federal monitor. Ending the oversight will allow OPD to focus on rebuilding staffing, improving response times, and restoring safety and stability across the city.

50    I support OPD

51    I understand from independent reading that Oakland's officers are limited in their function, in comparison to other local forces, by the continuing control of the Monitor, I request that these limitations be lifted after these many years.

52    I was born and raised in Oakland. I've seen significant progress in many areas of social life here. I fully support exiting the NSA.

53    I've always felt their presence tied the hands of the police. The police are dealing with hardened criminals with "their hands tied behind their backs",

54  I've lived here for over 30 years.
    I no longer feel safe

55  In full support of stopping this oversight. It's a waste of my tax dollars and severely
    harms OPD and their ability to serve our community to maintain safety and community
    outreach.

56  Investments in public safety are desperately needed in Oakland. The NSA is nothing
    more than a tool for grift by its monitors and it undermines public safety. It needs to be
    ended immediately.

57  It been too long and expensive!

58  It has been 20 years. It is time for this to end.

59  It is long overdue that the restrictive policies of the NSA/federal oversight come to an
    end. We are at a point where the NSA is crippling our budget, retention of OPD Officers
    and causing irreparable harm to the public safety of the citizens Oakland. Enough
    already. Make it stop.

60  It is time to allow our few remaining police officers to do their job and restore some
    sense of safety in our city. The balance has been tipped in favor of the criminals for
    much too long. I hear so many people from Oakland and surrounding areas saying they
    are afraid to go to businesses and restaurants in Oakland. Our city is suffering.

61  It is time to end this unjust, corrupt government dictatorship and send Mr. Warshaw
    packing!

62  It is time to take the "Handcuffs" OFF for OPD.

63  It is time.

64  It is very expensive and has been going on for far too long. We could use the money for
    more police, which we really need.

65  it is well past time that this monitoring be ended; the monitor has far too much power
    and is crippling independent functioning

66  It's about time to let Oakland run its police department

67  It's about time!

68  It's about time!

69  It's been 20 years? For what at this point? 1 million dollars a year? Stop the grift now!

70  It's been too long, ridiculously long. We need to get back to normalcy.

71  It's long overdue to exit

72  It's past time for Oakland to be released from the negotiated settlement and stand on its
    own.

73  It's past time for oversight of OPD.

74  It's time

75  It's time for Oakland to try and get everything back together on their own. So that there can be real change!

76  It's time to move on

77  It's time. OPD has made significant improvement and reforms and at this point the monitor is holding the agency back from doing its work and siphoning valuable resources from the safety Oaklanders so desperately need.

78  It's way overdue. Get the city back on track.

79  It's way past time for this oversight to end.

80  It's way past time to do this.

81  It's way past time to move on from this oversight.

82  It's worrisome that there is such a shortage of police presence in Oakland - this is a practical necessity of any city of this size. In terms of social justice, underfunding the police department and inefficient practices actually lead to more crime in poorer/ marginalized neighborhoods.

83  Its been long enough and having a monitor with a financial incentive, rather a moral or practical duty, is corruption. End the corruption!

84  Kenneth B Cohen

85  Let the police do their jobs!

86  let us get this DONE! enough is enough, plus or minus 15 years!

87  Let's do this! This has gone on for way too long! Utter nonsense at this point!

88  Let's get Oakland back on track! Our reputation is at an all time low and we must put an end to the destructive politics!

89  Let's give the Oakland Police Department an opportunity to police our community unfettered by the Negotiated Settlement Agreement!

90  Let's stop with the nonsense and get our police adequately staffed and utilized to their potential.

91  Long Time Overdue!!!

92  Make Oakland Safe Again

93  Marcus Crawley/s/

94  No more federal oversight internal investigation should be enough.

95  None

96  Now that Barbara Lee is Oakland's mayor, I believe the city of Oakland is in competent hands and can manage the OPD itself without Federal oversight. This particular Federal administration does not inspire my confidence in its ability to provide rational, fair oversight at the national level, let alone the local or state level. Let's take our city back.

97  Oakland can't afford this and doesn't need this!

98    Oakland is suffering from the onslaught of crime. We need to let the few remaining police officers do their job and restore some sense of safety to our city.

99    Oakland needs an abity to defend itself from the lawlessness that is happening everywhere from illegal homeless encampment, to sideshow, to crime on the streets. The police force that is free to enforce the law within the legal limits is a minimum requirement to do that. Nsa is outdated and does not serve the interests of citizens of Oakland.

100    Oakland needs more policemen and policewomen given the size and needs of the city.

101    Oakland needs the funds that are paid to the oversight committee for other useful programs.

102    Oakland needs to take responsibility for its own policies and its own police force

103    Oakland now has a Police Commission that is also overseeing policing in Oakland. You are endangering we the law-abiding citizens. Let our police get back to work! And if there aren't the restrictions of the Settlement then more police will be willing to work in Oakland.

104    Oakland Police must be accountable to residents, not a monitor. I am no fan of Police but believe they.have come a long way from the old days of racism and corruption. We must trust that they can do a good job without onerous and distracting oversight.

105    Oakland urgently needs stronger action on crime. The new leadership must deploy more technology, simplify police work, and give officers the tools and freedom to be proactive in protecting our city. Too much time has already been wasted while crime continues to harm residents, businesses, and the economy every day. We recalled the previous mayor for being too slow and soft on crime, and the same mistakes cannot be repeated. In absolute numbers, crime is still extremely high in Oakland—stop hiding behind percentages and excuses. We need decisive leadership now to restore safety and confidence in our city.

106    Oakland urgently needs stronger action on crime. The new leadership must deploy more technology, simplify police work, and give officers the tools and freedom to be proactive in protecting our city. Too much time has already been wasted while crime continues to harm residents, businesses, and the economy every day. We recalled the previous mayor for being too slow and soft on crime, and the same mistakes cannot be repeated. In absolute numbers, crime is still extremely high in Oakland—stop hiding behind percentages and excuses. We need decisive leadership now to restore safety and confidence in our city.

107    OPD does not need anymore oversight. OPD needs our support, not Federal oversight

108    OPD has made great progress over the years. It's time to use our limited resources in the service of stopping crime, rather than continuing to pay monitors whose shifting targets make it nearly impossible for the department to achieve compliance.

109    OPD needs to be free to operate like other cities do. The Negotiated Settlement Agreement (NSA, federal oversight) has gone on too long. Thank you.

110  Our city has become a lawless dump because of anti-law, anti-police reckless city leadership, it's NOT OPD that needs more oversite. Our radical, anti-law police commission stands in the way of law enforcement and should be abolished.

111  Our police department needs support and encouragement, not the demeaning and demoralizing policies of the last few years. Time to stop wasting money on theis never ending oversight.

112  our police have improved measurably, please release them from the burdensome administrative tasks and $1m yearly cost of this oversight

113  Past time we end the NSA. Thank you!

114  Please also support the Chief's removal of police pursuit restrictions. Let cops do their job properly!

115  Please bring an end to the NSA which has handicapped our city's budget, police officers and done irreparable harm to the public good.

116  Please consider the well being of Oakland Citizens. This is stifles OPD from doing work to make Oakland a safer city with a more stable workforce.

117  Please end Federal oversight let the police do their jobs the best way they can with a certain amount of immunity!!!

118  please end the NSA that blocks crime prevention, crime response and community policing, and has negatively impacted every Oakland resident except criminals since its inception.

119  Please end the oversight

120  Please get Oakland out of this mess!

121  please get rid of this overeaching, money bleeding oversight and let OPD do their jobs!

122  Please help make Oakland a safe place to live, work and enjoy!

123  Please let the OPD function properly. Give them their authority.

124  Please put more cops on the street

125  Please, let's support our officers and show our support.

126  Please!!!!!!!

127  Please. Its costly, no longer necessary, and demoralizing to our officers

128  Police need to be able to do their jobs. Oakland is easily the most lawless, crime-ridden major city in the west coast.

129  Public safety is compromised with this Negatiated settlement in place.

130  Public safety needs to be addressed. Otherwise I am moving and closing my businesses in oakland

131  Safety in Oakland needs to be improved or we will lose even more residents and businesses!

132  Save Oakland

133  Save our city

134  Save our city. End this nonsense. Use the money to pay some law enforcement officers!!

135  Save our the city we raise our children n grandchildren our future generations

136  Something corrupt when monitor has incentive not to find compliance, and no term limit on his contract.

137  Something needs to change as the current situation doesn't seem to be working.

138  Sounds like the judge is holding us back from having a fully-functional police force. I say end his oversite.

139  Sounds like there are too many entities looking over the police chief's shoulder.

140  Stop the bureaucratic money grab by "overseers".

141  Stop the Oversight!! Our city deserves a stronger police force

142  Termination is way overdue; monitor as become a hindrance to law enforcement.

143  Thank you for sharing this important petition!

144  Thanks for creating this Petition! i hope we see results

145  Thanks for doing this

146  The agreement is a big source of income for the overseer and they have dragged this out far longer than it is necessary. That money would be put to better us by the police department for more helpful modern police strategies.

147  The City of Oakland should exit the negotiated plea agreement because it has dragged on for over 20 years with no clear end in sight. Despite millions of taxpayer dollars being spent, the agreement continues to drain resources that could otherwise support public safety and community programs. Each time OPD approaches full compliance, the negotiator shifts the requirements, creating a moving goalpost that prevents true resolution. This cycle has proven unsustainable and unfair to both the department and the residents of Oakland.

148  The conservator has been on the job too long. There is no other situation in California where the conservator has remained for over a decade.

149  The continued oversight is negatively impacting public safety. OPD has proven they have made the requisite changes. It's time to exit.

150  The cost of this program is too much for the City of Oakland to bear, it's been too long and it's time to give our OPD a chance.

151  The federal monitor is not providing meaningful oversight. OPD is unnecessarily hobbled in delivering service to the community by this and other excessive oversight. It's time to end this agreement and move towards a healthier department. We would be better off focusing on what kind of service the department will deliver.

152  The money being spent on oversight for over 20 years should be instead spent directly on increasing police hiring and presence for increasing safety in Oakland.

153    The Negotiated Settlement Agreement has served its purpose and is now standing in the way of Oakland's progress.

154    The NSA has long negatively impacted the safety of Oakland residents by imposing onerous "rules" on officers, leading to their underperformance on the job. Officers are written up for ridiculous infractions, then investigated, with over 95 percent of the infractions being dismissed. The NSA's heavy handed oversight of OPD officers has endangered our safety and drawn much needed resources away from the community that has one of the highest rates of crime in the country. End it now please!

155    The oversight MUST stop.

156    The police need to be able to do their job.

157    The revenue being spent on nebulous oversight can be used in a much more effective way by OPD and the City of Oakland.

158    The stone the oversight ends the sooner Oakland will have more police and become a safer city. Something we all want!

159    The time has come to turn the page on Federal oversight mandated back when Oakland had overtly corrupt police officers. Now that is not the case. Our challenge is staffing, morale, and less oversight from a number of sources so that the OPD can do its job effectively. The benefits of the Federal Oversight have been implimented and now it is simply an unneccessary expense in a time of fiscal deficit. The Money spent on oversight is better directed to hiring and retaining Police Officers.

160    The time is way past due to end this oversight. Please help the community by ending this.

161    The very fact that the oversight has gone on for so long is proof that it has failed. In fact, OPD has improved across the board, and is only being kept in oversight to satisfy the baffling, ever-changing demands of the oversight manager. The money spent on oversight unironically will be much better spent on actual policing.

162    This action is way past due.

163    This exit is long overdue.

164    This has become a sweet retirement plan for the overseer & his crew, and our police chiefs can't run their department, so we keep rotating through chiefs - and beat cops know if they don't do anything they won't get in trouble, so OPD is way less effective than it could be.

165    This has been detrimental to Oakland for years. Please exit

166    This is long overdue!!

167    This is long overdue.

168    This is long overdue.

169    This is long overdue.

170    This is making it hard for the police to serve vulnerable populations in Oakland and it's not constructive in terms of police accountability, time to end it.

171  This NSA is a disgrace. It should have ended years ago.

172  This oversight is costing the city an enormous sum, it's time to end it, who is it benefitting?

173  This oversight needs to end in order for the city of Oakland to progress forward. The damage this oversight has done to the police department is well beyond what the police department needed to correct prior bad behavior. Continuing this oversight will only lead to more damage to this city that has so much potential, but is hamstrung by an incompetent police commission. Please let OPD do what every other police department is allowed to do, which is simply public safety and enforcing civil and criminal laws. Thank you.

174  This oversight needs to end!! The taxpayers are being rob by the federal monitor!!!

175  This program has outlived its usefulness.

176  Though our council member seems to forget, D3 actually includes Lake Merritt/Grand Ave as well as West Oakland.

177  Thx for working hard for oakland!

178  time for Oakland to catch up to San Francisco and San Jose. We the people of Oakland have lived through the BS of our police force being micro mismanaged by a 3rh party, we deserve better!

179  time to end it

180  time to end this

181  Time to lift this paperwork burden from the OPD

182  Time to part ways with the now obvious corruption of NGO's.

183  two decades is long enough. we don't need an expensive Fed overseer plus a Police Commission.

184  Two of my neighbors were robbed and assaulted. We need more police officers, and local control of OPD.

185  Two of the longest and most expensive jury trials in our history failed to convict even one of the defendants in the Riders case, yet we've been saddled with this fiasco of an agreement for more than two decades. The City Attorney who signed away our tax dollars left Oakland years ago. No other city in the country has been under this kind of mandated "oversight" for this length of time. Enough is enough.

186  Untie the hands of LA officers and end this expensive grift.

187  Wasteful and dishonest federal oversight

188  Way past time for this.

189  We are fed up with daily crime. Please start making tough decisions. Defund all those bureaucracy creators and increase OPD headcount

190  We are wasting $ on the monitors who have done nothing to help in 20 years. We would like to use the $ for more police officers and park rangers. The OPD needs a huge morale boost and a message sent that we value our law enforcement officers.

191  We deserve better

192  We desparately need more police and this oversight is severly limiting our ability to attract and retain police officers.

193  We have been held hostage to the NSA for 22 years and consolidated both monitor and compliance director into a single role. Monitor Warshaws power is unchecked and he continues to move the goalpost in terms of ending oversight. The cost of oversight is extremely high in that it requires nearly double the amount of time filling out paperwork than would be necessary otherwise. It also has a huge impact on recruitment and retention. Warshaw is making a ton of money off the backs of the people of Oakland and has no intention of ever letting us run our own city. Detroit had to implore a federal judge to remove Warshaw after many years of crippling its police department. And as a citizen who has been the victim of multiple property crimes here in Oakland, I implore you to remove one major barrier we have to providing adequate public safety in a city I love.

194  We have had enough Federal oversight and it is time to return the police department to local control with staffing up to at least 900 officers.

195  We need functional public safety in Oakland

196  We need more police patrol and police available when needed for emergency calls. Leticia Renderos

197  We need OPD to be able to enforce the law. We cannot recruit or retain officers or protect our citizens without an effective police department. The NSA along with the existing police commission makes policing our city an impossibility.

198  We need police and clean up ! Biggest hurdle to leasing and less taxes! I pay a violence prevention, what is that? I've only seen services decline!

199  We need to be able to get our police force to adequate staffing. If the Negotiated Settlement Agreement is limiting that ability in any way, we need to be freed of it.

200  We need to move on

201  Who is blowing the budgets in one Oakland city service after another....fire dept, police dept, school services, just on and on and on. Has ANYONE ever been in charge of Oakland? This did not happen overnight.

202  Why is this still in place?!?! Get rid of this monitor who is fleecing the tax payers of Oakland. How can this fool sleep at night?!?