# FILING INDEX

**PUBLIC SUBMISSION (REDACTED)**

**Exhibit A – Public Record Materials (Redacted)**

**A1.** Cover Letter to Judge Orrick and Certificate of Service

**A2.** Community Petition Letter

**A3.** Petition Language as Circulated

**A4.** Summary of 1,018 Signatures
- Total by Type
- Total by Council District

**A5.** List of 77 Affiliated Organizations with 2 Endorsement Letters

**A6.** Signer List (Name and Council District)

**A7.** Online Comments

**A8.** Filing Index (Public Version)