

**The Honorable William H. Orrick**  January 16, 2026
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Community Follow-Up Regarding Oakland Police Department Oversight**
 Case No. C00-4599 WHO

**Dear Judge Orrick:**

I respectfully submit this follow-up letter on behalf of Oakland Neighbors for Oakland's Future to provide updated community input regarding ongoing oversight of the Oakland Police Department under the Negotiated Settlement Agreement.

Since the submission of our community petition, two developments are particularly relevant.

On November 14, 2025, Mayor Barbara Lee announced the creation of a new Constitutional Policing Administrator position within the City Administrator's office, along with the appointment of an Interim Chief of Police. The stated purpose of this role is to strengthen internal accountability, policy implementation, audits, and coordination related to constitutional policing. This action reflects continued local investment in permanent executive-level accountability capacity.

On November 17, 2025, the Independent Monitor issued the Eleventh NSA Sustainability Period Report. The report identifies continued deficiencies in the timeliness of internal investigations and the administration of discipline, but frames these concerns as operational and managerial in nature rather than a failure of Oakland's accountability framework or a return to the conditions that originally required federal intervention.

Together, these developments reinforce the conclusion set forth in our petition: Oakland has made substantial progress and now has the institutional capacity to identify problems, implement corrective action, and sustain constitutional policing through its own local systems. The City is exercising that capacity by strengthening internal accountability and addressing remaining deficiencies through ordinary governance.

Federal oversight has played an important role in bringing Oakland to this point. The Monitor's characterization of remaining issues, together with recent actions by City leadership, further support the conclusion that responsibility for local policing and accountability can now rest with Oakland's own institutions, as originally intended.

Respectfully submitted,


Rajni Mandal, Oakland Resident
 On behalf of Oakland Neighbors for Oakland's Future
 oaklandfuturepetition@gmail.com