# EXHIBIT 2-A



CITY OF OAKLAND

*INTER OFFICE MEMORANDUM*

| | | | |
|---|---|---|---|
| **TO:** | Office of Internal Accountability | **PREPARED BY:** | Lisa Ausmus<br>Deputy Chief of Police |
| **SUBJECT:** | Department Response to the 2024 IAB Outcome and Discipline Report | **DATE:** | November 7, 2025 |

## PURPOSE

The Oakland Police Department (the Department) has reviewed the *2024 Internal Affairs Bureau (IAB) Outcome and Discipline Report* to ensure that investigative and disciplinary processes continue to reflect the Department's commitment to fairness, transparency, and accountability. The purpose of this memorandum is to address the report's recommendations and outline the actions the Department will take in response to observed and reported disparities.

## ACKNOWLEDGMENT OF FINDINGS

The Department acknowledges the report's comprehensive analysis of investigative outcomes across race, gender, and rank. The report encompasses all misconduct cases involving sworn personnel that were closed in 2024, excluding those reviewed by administrative boards (Use of Force, Pursuit, and Collision Boards). The findings highlight areas of concern that require a higher level of monitoring.

The 2024 data revealed a significant decrease in sustained findings among white sworn members, 2% compared to 11% in 2023. Only four white sworn members were sustained in 2024. The sustained rate for white members was also significantly lower than that of Black members, at 7%, and Hispanic members, at 6%. The 2024 results were a shift from 2023, when white members were sustained at the highest rate.

**Sustained Rates by Race 2023 Versus 2024**

| | 2023 | | | 2024 | | |
|---|---|---|---|---|---|---|
| | % Sust | # Sust | Tot | % Sust | # Sust | Tot |
| **White** | 11% | 37 | 348 | 2% | 4 | 223 |
| **Black** | 6% | 20 | 341 | 7% | 23 | 351 |
| **Hispanic** | 8% | 40 | 512 | 6% | 25 | 425 |
| **Asian/Filipino** | 7% | 26 | 379 | 3% | 11 | 342 |
| **Other/Unknown** | 9% | 6 | 68 | 1% | 1 | 76 |
| **Total** | **8%** | **129** | **1648** | **5%** | **64** | **1417** |

A particularly notable finding involves internally generated cases. Internally generated cases are initiated by OPD employees rather than members of the public or other agencies. Internally generated cases represented 3% of the total investigations but showed the largest disparities:

1

To: Office of Internal Accountability
Subject: Department Response to the 2024 IAB Outcome and Discipline Report
DATE: November 7, 2025
Page 2

## Sustained Rate by Race 2024

|  | All Investigations | | | Internally Generated | | | Externally Generated | | |
|---|---|---|---|---|---|---|---|---|---|
|  | % Sust | # Sust | Tot | % Sust | # Sust | Tot | % Sust | # Sust | Tot |
| White | 2% | 4 | 223 | 0% | 0 | 8 | 2% | 4 | 215 |
| Black | 7% | 23 | 351 | 47% | 7 | 15 | 5% | 16 | 336 |
| Hispanic | 6% | 25 | 425 | 24% | 4 | 17 | 5% | 21 | 408 |
| Asian/Filipino | 3% | 11 | 342 | 13% | 1 | 8 | 3% | 10 | 334 |
| Other/Unknown | 1% | 1 | 76 |  |  |  | 1% | 1 | 76 |
| Total | 5% | 64 | 1417 | 25% | 12 | 48 | 4% | 52 | 1369 |

These disparities were even greater for "internally discovered" allegations, where sustained rates were 11% for white members, 67% for Black members, and 48% for Hispanic members. Internally discovered allegations are allegations identified and added to the case by supervisors or investigators. Although the dataset for internally discovered allegations was incomplete due to gaps in data entry, these outcomes suggest that internally generated cases and additional allegations identified by the investigator warrant continued review and oversight.

The analysis of gender yielded a noteworthy outcome. While overall sustained rates for male (5%) and female (4%) members were comparable, female members had a significantly higher sustained rate (60%) in internally generated cases, compared to 21% for male members. This disparity did not appear in externally generated cases, where sustained cases were nearly identical (3% and 4%). Additionally, in fully investigated cases, female members were more than twice as likely to have sustained findings as male members (75% vs. 32%) when the case was internally generated. A fully investigated case is a formal investigation conducted by OPD's Internal Affairs Bureau (IAD) into allegations of officer misconduct, completed in accordance with department policy, state law, and oversight requirements (such as those from the Community Police Review Agency or Civilian Police Commission). Though small sample sizes limit definitive conclusions, these patterns require further review.

Disparities by rank were observed in internally generated cases, with officers being sustained 30% of the time, compared to 9% for sergeants and higher ranks. While the sample size was limited, these figures may influence perceptions of equity and accountability across ranks.

A five-year comparative analysis (2020–2024) indicates that overall sustained rates have remained relatively stable across racial groups, averaging 8-9% for all except Asian/Filipino members, who averaged 6%. This suggests that the 2024 findings are atypical but warrant attention, nonetheless. Preliminary 2025 data indicate that sustained rates across most racial groups appear to be evening out.

The Department acknowledges these findings and will use this opportunity to strengthen impartial investigative practices, rooted in equity, accountability, and fairness. While recognizing the limits of small datasets, the Department acknowledges that the disparities identified in the 2024 report, especially in internally generated cases and additional allegations discovered by the investigator, underscore the need for improved data integrity, consistent documentation, and ongoing oversight. The Department agrees with the recommendation on improved data collection. More comprehensive and complete data collection for internally identified violations will enable the Department to

**To: Office of Internal Accountability**
**Subject:** Department Response to the 2024 IAB Outcome and Discipline Report
**DATE:** November 7, 2025
Page 3

---

monitor potential disparities more frequently and efficiently, as well as to investigate their underlying causes.

The Department updated Training Bulletin V-T.1, Internal Investigation Procedural Manual, in November of 2023 to require IAB Commander notification when an allegation is added to a case. This requirement was intended to mitigate disparities by having an additional review of these allegations. Since this Training Bulletin was updated at the end of 2023, cases included in the 2024 report that were investigated during 2023 may not have received the additional review and approval for internally discovered allegations. The IAB approval requirement may have a more significant impact on the 2025 data.

Although the five-year review suggests that 2024 represents an outlier rather than a trend, the Department remains committed to transparency, fairness, and continuous improvement. The Department understands that perceived disparities, whether based on statistics or experience, can damage morale, confidence, and public trust.

Key findings include:

- Four white sworn members were sustained in 2024, representing a 2% sustained rate.
- Black and Hispanic sworn members were sustained at significantly higher rates (7% and 6%, respectively).

## SUMMARY OF RECOMMENDATIONS AND DEPARTMENT RESPONSES

The Department has reviewed and concurs with the recommendations outlined in *the 2024 IAB Outcome and Discipline Report*. The following responses reflect the Department's ongoing commitment to accountability, fairness, and compliance with Task 5 (Complaint Procedures for IAB) and Task 45 (Consistency of Discipline) of the Negotiated Settlement Agreement (NSA).

1. **Keep a better record of internally discovered allegations**

   The Department agrees, and IAB will document all internally discovered allegations in a standardized format, capturing the origin, approval authority, and the rationale. This information will be captured through the VISION–IAB database. This will allow the Department to monitor internally discovered allegations and assess any potential disparities.

2. **Keep checking whether recent fluctuations constitute a trend**

   The Department agrees that the Bureau of Risk Management (BRM) will track investigative outcomes quarterly and monitor trends over time to observe changes in case outcomes, identify emerging patterns, and maintain fairness. These quarterly reviews help command staff recognize patterns early and maintain fairness in investigations.

Case 3:00-cv-04599-WHO    Document 1733-3    Filed 01/20/26    Page 5 of 8

To: Office of Internal Accountability
Subject: Department Response to the 2024 IAB Outcome and Discipline Report
DATE: November 7, 2025
Page 4

3. **Focus on fully investigated cases**

   The Department agrees. The BRM will refine its working methodology to include analysis of fully investigated cases, recognizing that sustained-rate comparisons may be more meaningful for cases that are fully investigated, rather than cases that are resolved informally or via summary finding (abbreviated investigation for which a finding of "Unfounded" or "Exonerated" can be determined by the existing documentation, evidence, statements, and crime information, with no or minimal follow-up required). Prior to the analysis of fully investigated cases, disparity in cases resolved informally or via summary findings should be ruled out. This will ensure that future analyses are statistically valid and consistent with best practices.

4. **Balance statistical significance with observed disparity**

   The Department agrees. The BRM will change its working methodology to integrate observed disparities along with statistical testing. When sample sizes are small, both data trends and professional judgment will guide findings. This approach will help ensure neither underestimation nor overstatement of disparities.

5. **Conduct a qualitative study on equity and accountability**

   In partnership with the City's Race and Equity Director, the Department has re-established its Race and Equity Team. Working together with the Department, Union, and City leaders, including members of the Police Commission, the team has formed a working group to conduct a comprehensive qualitative study guided by BRM professional staff. The study will involve staff interviews across all ranks, including both professional and sworn personnel, to gather diverse perspectives and experiences.

**To: Office of Internal Accountability**
**Subject:** Department Response to the 2024 IAB Outcome and Discipline Report
**DATE:** November 7, 2025
Page 5

## IMPLEMENTATION TIMELINE

| Recommendation | Department Response | Plan of Action | Responsible Bureau | Completion Date |
|---|---|---|---|---|
| Keep a better record of internally discovered allegations | Department agrees. | Implement mandatory data entry for all internally discovered allegations, including origin, approval, and rationale. | Internal Affairs Bureau Deputy Chief | Q1 2026 |
| Keep checking whether recent fluctuations constitute a trend | Department agrees. | Develop a five-year rolling trend analysis and publish quarterly updates to the command staff. | Bureau of Risk Management Deputy Chief | Q4 2025 |
| Focus on Fully Investigated Cases | Department agrees. | Update working methodology to include analysis of fully investigated cases, while ensuring no disparities exist in cases closed informally or via summary finding. | Bureau of Risk Management Deputy Chief | Q2 2026 |
| Balance statistical significance with observed disparity. | Department agrees | Combine statistical testing with qualitative review to spot trends. Use professional judgment when working with small samples to ensure balanced and accurate interpretation. | Bureau of Risk Management Deputy Chief | Q1 2026 |
| Qualitative Study on Equity and Accountability | Department agrees. | Establish a working group to conduct a qualitative study, including staff interviews (all ranks and levels). | Bureau of Risk Management Deputy Chief | Begin Q4 2025 and a Final Report goal of Q2 2026 |

## ADDITIONAL DEPARTMENT INITIATIVES

The Department remains committed to transparency, accountability, and continuous learning. In addition to implementing the recommendations outlined in this report, the Department has completed its survey to assess employee perceptions of the Internal Affairs (IA) process. This survey provides meaningful insight into how members perceive fairness, consistency, and transparency in the IA process and disciplinary outcomes. By examining perceptions across rank and demographic groups, the survey helps identify areas where communication, oversight, or policy implementation may inadvertently contribute to disparities. The survey results, along with the results from the upcoming qualitative study, will support targeted improvements in training, supervision, and policy clarity.

In October 2024, the Department completed a major structural reorganization, establishing an independent Internal Affairs Bureau (IAB) led by a Deputy Chief of Police and reporting directly to the Chief of Police. The Court directed this after the September 2024 Case Management Conference (CMC). As part of the Court's direction, IAB now convenes regular meetings with the Chief of Police, the Mayor's Office, the City Administrator's Office, the Office of Inspector General, the

Case 3:00-cv-04599-WHO   Document 1733-3   Filed 01/20/26   Page 7 of 8

To: Office of Internal Accountability
Subject: Department Response to the 2024 IAB Outcome and Discipline Report
DATE: November 7, 2025
Page 6

Community Police Review Agency, the City Attorney, and the Oakland Police Commission to review high-priority cases. Collectively, these structural changes have strengthened oversight, enhanced independence, and increased transparency in internal investigations.

The Department will launch implicit bias training for all sworn and professional members, starting with the January 2026 command Retreat. Developed in partnership with the City's Race and Equity Director and the Department's Race and Equity Team, this training will directly address one of the key drivers of disparity, unconscious bias in discretionary decision-making. This course will be similar in idea to previous implicit bias training, but we are developing the class to focus on the Internal Affairs investigation and discipline process. By equipping personnel with strategies to recognize and mitigate bias, the initiative promotes greater consistency in the evaluation of conduct, investigations, and discipline.

In 2026, the Department will expand these efforts by introducing advanced race and equity courses for command staff during the quarterly command retreats at least once a year. These sessions will focus on culturally competent leadership and data-informed accountability, enhancing leaders' ability to interpret equity indicators and address potential disparities proactively through supervision, rather than reactively through audits. These courses will be given during the quarterly command retreats.

Additionally, implicit bias and advanced race and equity training will be incorporated into the Department's Continuing Professional Training (CPT) program for sergeants. Through the IAB quarterly reports and the Annual IAB Outcome and Discipline Study, the Department will be able to monitor changes in IA outcomes and discipline and adjust its training needs accordingly based on any trends identified in these reports.

Embedding this instruction within the CPT cycle and during command retreats institutionalizes equity as a core professional competency, reinforcing a culture of continuous improvement, data-driven leadership, and organizational trust. Together, these initiatives represent an integrated strategy to identify, address, and mitigate disparities. The survey highlights perception gaps, which the training aims to address by building the necessary skills. The leadership coursework embeds equity in its decision-making process. Collectively, these efforts demonstrate the Department's ongoing commitment to fairness, learning, and lasting cultural transformation in alignment with the core principles of the Negotiated Settlement Agreement.

## CONCLUSION

The Department takes the findings of the *2024 IAB Outcome and Discipline Report* seriously and remains firmly committed to transparency, accountability, and cultural transformation. While the 2024 disparity in sustained findings for white officers appears to be an outlier compared with the five-year trend, it serves as a reminder of the importance of continuous oversight, reflection, and improvement.

**To: Office of Internal Accountability**
**Subject:** Department Response to the 2024 IAB Outcome and Discipline Report
**DATE:** November 7, 2025
Page 7

---

Through enhanced data accuracy, consistent reporting, and inclusive dialogue supported by the Race and Equity Team, the Union, and City leaders, the Department is working to ensure that accountability remains equitable, transparent, and trusted at every level. This enhanced data collection will allow for a more timely review of internally discovered violations and those involved in recommending and approving them. These efforts are part of a larger strategy to strengthen trust with members of the Department and the public and embed fairness as a core principle in every aspect of departmental operations.

Respectfully submitted,

Floyd Mitchell
Chief of Police

Prepared by:

Lisa Ausmus
Deputy Chief of Police
Bureau of Risk Management