# EXHIBIT 5

## NSA Task Assignment to Exec Team as of 13 Jan 26

| Task | Task Name | NSA Task Owner | Current Assigned Chief or Director | Notes |
|---|---|---|---|---|
| 1 | IAD Staffing & Resources | Internal Affairs Bureau | DC Aaron Smith | |
| 10 | IAD Manual | Internal Affairs Bureau | DC Aaron Smith | |
| 11 | Summary of Citizen Complaints Provided to OPD Personnel | Internal Affairs Bureau | DC Aaron Smith | |
| 12 | Disclosure of Possible Investigator Bias | Internal Affairs Bureau | DC Aaron Smith | |
| 13 | Documentation of Pitchess Responses | Internal Affairs Bureau | DC Aaron Smith | |
| 14 | Investigation of Allegations on MOR Violations | Internal Affairs Bureau | DC Aaron Smith | |
| 15 | Reviewing Findings & Disciplinary Responses | Internal Affairs Bureau | DC Aaron Smith | |
| 16 | Support IAD Process- Supervisor/ Managerial Accountability | Internal Affairs Bureau | DC Aaron Smith | |
| 17 | Audit, Review, and Evaluation of IAD Functions | Internal Affairs Bureau | DC Aaron Smith | |
| 18 | Arrest Approval and Report Review | Bureau Field Operations I | DC Anthony Tedesco | |
| 19 | Unity of Command | Bureau of Services | DD Kiona Suttle | |
| 2 | Timeliness Standards & Compliance w/IAD Investigations | Internal Affairs Bureau | DC Aaron Smith | |
| 20 | Span of Control for Supervisors | Bureau Field Operations II | DC Angelica Mendoza | Covered A/ DC Frank Rojas |
| 21 | Members, Employees & Supervisors Performance Reviews | Bureau of Services | DD Kiona Suttle | |
| 22 | Management Level Liaison | Bureau of Investigations | A/DC Omar Daza- Quiroz | |
| 23 | Command Staff Rotation | Bureau of Services | DD Kiona Suttle | |
| 24 | Use of Force Reporting Policy | Bureau Field Operations I | DC Anthony Tedesco | |
| 25 | Use of Force Investigation and Report Responsibilities | Bureau Field Operations I | DC Anthony Tedesco | |
| 26 | Force Review Board | Bureau of Risk Management | DC Lisa Ausmus | |
| 27 | OC Log and Check-out Procedures | Bureau of Investigations | A/DC Omar Daza- Quiroz | |
| 28 | Use of Force – Investigation of Criminal Misconduct | Bureau of Investigations | A/DC Omar Daza- Quiroz | |
| 29 | IAD Investigation Priority | Internal Affairs Bureau | DC Aaron Smith | |
| 3 | IAD Integrity Tests | Internal Affairs Bureau | DC Aaron Smith | |
| 30 | Executive Force Review Board | Bureau of Risk Management | DC Lisa Ausmus | |
| 31 | Officer-Involved Shooting Investigation | Bureau of Investigations | A/DC Omar Daza- Quiroz | |
| 32 | Use of Camcorders | Not Applicable | Not Applicable | |
| 33 | Reporting Procedures for Misconduct | Internal Affairs Bureau | DC Aaron Smith | |
| 34 | Vehicle Stops, Field Investigation and Detentions | Bureau Field Operations II | DC Angelica Mendoza | Covered A/ DC Frank Rojas |
| 35 | Use of Force Witness Identification | Bureau Field Operations I | DC Anthony Tedesco | |
| 36 | Transporting Detainees and Citizens | Bureau Field Operations I | DC Anthony Tedesco | |
| 37 | Internal Investigations Retaliation Against Witnesses | Internal Affairs Bureau | DC Aaron Smith | |
| 38 | Citizens Signing Statements | Bureau Field Operations I | DC Anthony Tedesco | |
| 39 | Personnel Arrested, Sued, or Served | Internal Affairs Bureau | DC Aaron Smith | |
| 4 | Complaint Control System for IAD | Internal Affairs Bureau | DC Aaron Smith | |
| 40 | PAS Purpose | Bureau of Risk Management | DC Lisa Ausmus | |
| 41 | Use of PAS | Bureau of Risk Management | DC Lisa Ausmus | |
| 42 | Field Training Program | Bureau of Risk Management | DC Lisa Ausmus | |
| 43 | Academy Training Program | Bureau of Risk Management | DC Lisa Ausmus | |
| 44 | Personnel Practices | Bureau of Services | DD Kiona Suttle | |
| 45 | Consistency of Discipline | Office of the Chief of Police | Chief James Beere/ AC Casey Johnson | |
| 46 | Promotional Consideration Review | Bureau of Services | DD Kiona Suttle | |
| 47 | Community Policing | Bureau Field Operations I | DC Anthony Tedesco | |
| 48 | Departmental Annual Management Reports | Office of the Chief of Police | AC Casey Johnson | |
| 49 | Monitor Selection/Compensation | Office of the Chief of Police | Chief James Beere | |
| 5 | Complaint Procedures for IAD | Internal Affairs Bureau | DC Aaron Smith | |
| 50 | Compliance Unit Liaison Policy | Office of the Chief of Police | Chief James Beere/ AC Casey Johnson | |
| 51 | Compliance Audits and Integrity Tests | Office of the Chief of Police | Chief James Beere/ AC Casey Johnson | |
| 6 | Refusal to Accept or Refer Citizen Complaints | Internal Affairs Bureau | DC Aaron Smith | |
| 7 | Methods for Receiving Citizen Complaints | Internal Affairs Bureau | DC Aaron Smith | |
| 8 | Classification of Citizen Complaint | Internal Affairs Bureau | DC Aaron Smith | |
| 9 | Contact of Citizen Complaint | Internal Affairs Bureau | DC Aaron Smith | |
| CD 1 | Resolve/Reduce incidents that may involve unjustified force, OIS, or pointing of firearms | Bureau Field Operations I | DC Anthony Tedesco | |
| CD2 | Resolve/Reduce incidents that may involve racial profiling and bias-based policing | Bureau Field Operations II | DC Angelica Mendoza | Covered A/ DC Frank Rojas |
| CD3 | Resolve/Reduce Citizen Complaints | Internal Affairs Bureau | DC Aaron Smith | |
| CD4 | Resolve/Reduce high-speed pursuits | Bureau of Risk Management | DC Lisa Ausmus | |

Tasks still being monitored by IMT - Not in compliance (Task 2 and 5) and partial compliance (Task 45).