UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** January 27, 2026 | **Time:** 1 hour, 10 minutes 3:05 p.m. to 4:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**   John Burris and James Chanin
**Attorney for Defendants:**   Brigid S. Martin (with City Attorney Ryan Richardson)
**Attorney for Intervenor:**   Rockne A. Lucia, Jr.

**City Representatives:**   **Interim** Chief James Beere
Assistant Chief Casey Johnson
Deputy Chief of Internal Affairs Aaron Smith
Deputy Chief of Bureau of Risk Management Lisa Ausmus
Director of Public Safety Rev. Damita Davis-Howard
Police Commission Chair Ricardo Garcia-Acosta
Police Commission Inspector General Zurvohn Maloof
Civilian Police Review Agency Director Antonio Lawson
Mayor Barbara Lee
City Administrator Jestin Johnson
Assistant City Administrator Michelle Phillips (serving as Interim Constitutional Policing Administrator)

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Robin Herrera


## PROCEEDINGS

Parties appear for Case Management Conference. The Court provides introductory remarks and a summary of the current status of the City's Compliance with the NSA. While the Court expresses optimism about the City's approach to institutionalizing constitutional policing, Tasks 2, 5, and 45 remain out of compliance.

The Court hears from Interim Chief James Beere.
The Court hears from Deputy Chief of Internal Affairs Aaron Smith.
The Court hears from Interim Constitutional Policing Administrator Michelle Phillips.
The Court hears from James Chanin and John Burris.
The Court hears from Rockne A. Lucia, Jr.
The Court hears from Police Commission Chair Ricardo Garcia-Acosta.
The Court hears from Brigid Martin.
The Court hears from Mayor Barbara Lee.

**Further in person Case Management Conference set for May 27, 2026, at 3:30 p.m.**
The Court orders that Internal Affairs data for 2025 consistent with the data found in the 2024 Internal Investigation Outcome and Discipline Report be prepared and disseminated to the parties and the Monitor by May 1, 2026, so that it may inform the analysis and discussion at the CMC.