RYAN RICHARDSON, City Attorney, CABN 223548
BRIGID S. MARTIN, Special Counsel, CABN 231705
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500
Email: BMartin@oaklandcityattorney.org

Attorneys for CITY OF OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DELPHINE ALLEN, et al.<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　Defendant(s). | Case No. 00-cv-04599 WHO<br><br>**DEFENDANT CITY OF OAKLAND'S STATUS REPORT PROVIDING OAKLAND POLICE DEPARTMENT'S 2025 INTERNAL INVESTIGATIONS OUTCOME AND DISCIPLINE DATA** |

Pursuant to the Court's January 27, 2026 oral order directing the City to produce the Department's 2025 internal investigations data by May 1, 2026, the City attaches as Exhibit 1 the Oakland Police Department Office of Accountability's 2025 Preliminary Internal Investigation Outcome and Discipline Report (April 13, 2026).

The attached report includes both the 2024 data and the 2025 data in identical data tables to allow a side-by-side comparison of the data, visualize changes in the data that occurred between 2024 and 2025, and identify any current issues. The Department also included necessary context to accompany the data to ensure the data is clear and accessible to the Court, parties, and the public. As in prior years, the City will discuss the data internally and with stakeholders and may

DEF. STATU
INTERNAL

CASE NO. 00-cv-04599 WHO

supplement this preliminary, succinct data report with additional analysis and recommendations prior to publishing its final annual report.

Respectfully submitted,

Dated: April 13, 2026     RYAN RICHARDSON, City Attorney
                          BRIGID S. MARTIN, Special Counsel


                    By: _____/s/ Brigid S. Martin_____
                             Attorney for Defendant
                             CITY OF OAKLAND