# EXHIBIT 2

OPD-OCOP w/4
2026MAY04PM03:51:05

# CITY OF OAKLAND

## Memorandum

**TO**:       Chief (ret.) Robert Warshaw
**ATTN**:    To File
**FROM**:   Office of the Chief of Police
**DATE**:    1 May 26

**RE**:       **364th Monthly Compliance Update**

---

This compliance update covers the reporting period of 1-31 Jan 26.

## Risk Measures

### *Complaints*

| | # Complaints Reporting Period | # Complaints YTD 2026 | # Complaints YTD 2025 | # Cases Sustained Reporting Period | # Cases Sustained YTD 2026 | # Cases Sustained YTD 2025 |
|---|---|---|---|---|---|---|
| **Misconduct** | 74 | 74 | 102 | 6 | 6 | 14 |
| **Service*** | 24 | 24 | 15 | | | |
| **Total** | 98 | 98 | 117 | | | |

*Note: The sustained cases exclude allegations involving preventable on-duty vehicle collisions.*

### *Internal Investigation Timelines – Cases that missed 180-day timelines*

| Class I Cases Jan 2026 | Reason |
|---|---|
| 22-0622 | **Tolled.** This case involved a Level 1 Officer-Involved Shooting and was tolled for 989 days due to an associated criminal investigation. The case involved parallel CPRA and OPD investigations, a significant volume of evidence, and required ongoing coordination with the Homicide Division. |
| 24-0138 | **Tolled.** This case was initially administratively closed, but had to be reopened due to additional allegations that surfaced several months later. The case was tolled for 380 days due to an associated criminal investigation. The case was ultimately administratively closed by both OPD and the CPRA. |
| 24-0353 | **Tolled.** This case was tolled for 329 days due to an associated criminal investigation. Additionally, a key witness was unavailable for several months due to military deployment. |
| 24-0531 | **Tolled.** This case was tolled for 309 days due to an associated criminal investigation. |
| 24-1337 | **Tolled.** This case was tolled for 215 days due to an associated criminal investigation. |

| 24-1598 | **Tolled.** This case was tolled for 85 days due to an associated criminal investigation. |
|---|---|
| 25-0566 | **Outside Investigator / CAO Referral.** This case was referred to the City Administrator's Office, which then hired an outside investigator to conduct the investigation, a process that took many months. |
| 25-0110 | This case was completed by OPD within 180 days, but CPRA concurrence occurred after the 180-day timeline requirement. |
| 25-0118 | This was a complex case involving digital forensics, physical canvassing, a review of the unit's history, and multiple failed attempts to contact the complainant. |
| 25-0287 | **Tolled.** This case tolled for 127 days due to an associated criminal investigation. Scheduling the subject officer's interview was further delayed when defense counsel was engaged in an unrelated felony trial throughout October 2025, pushing the interview to November 2025. |
| **Class II Cases Jan 2026** | **Reason** |
| 25-0135 | This case was completed by OPD within 180 days, but CPRA concurrence occurred after the 180-day timeline requirement. |
| 25-0210 | **Tolled.** This case was closed in error and had to be reopened, after which it was tolled for 153 days due to an associated criminal investigation. |

## *Use of Force*

| # UOF during reporting period | | | | | # UOF YTD 2026 | | | | | # UOF YTD 2025 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L1 | L2 | L3 | L4 | Tot | L1 | L2 | L3 | L4 | Tot | L1 | L2 | L3 | L4 | Tot |
| 1 | 2 | 3 | 346 | **352** | 1 | 2 | 3 | 346 | **352** | 1 | 0 | 4 | 327 | **332** |

## *Pursuits*

| # Pursuits during Reporting Period | # Pursuits YTD 2026 | # Pursuits YTD 2025 | # Pursuits found Not in Compliance YTD 2026 | # Pursuits found Not in Compliance YTD 2025 | # Non-Response Pursuits YTD 2026 | # Non-Response Pursuits YTD 2025 |
|---|---|---|---|---|---|---|
| 6 | 6 | 7 | 0 | 0 | 79 | 86 |

*Note: The pursuit numbers represent the number of pursuit incidents, not the number of officers involved in pursuits. Some pursuit incidents have multiple officers involved. Pursuit numbers published in this report are subject to change due to ongoing investigations and data entry updates.*

- 2 -

*Note: In all cases where an officer attempts to stop a violator and the violator flees or fails to stop and the officer makes no attempt to keep up with or pursue the violator, the incident is deemed a "Non-Response Pursuit."*

## **Important Updates**

- Attended CMC 27 Jan 26
- Qualitative Study Memo and Special Order to suspend DGO M-03 for those participating in the study, presented to IMT and Plaintiff's attorney, with approval given to move forward. Memo and Special Order sent to the Oakland Police Commission for their review and approval.
- Meet and Confer with the OPOA regarding Pursuit Policy. J-04 was signed on 16 Jan 26 by Chief Beere, and the policy was published to PowerDMS with training on 3 Feb 26.
- Initiated 2025 IA Outcome and Discipline Study with Dr. Monin from Stanford University.
- Community Camera Policy (DGO I-32.1) and Flock Camera contract approved through City Council.

Sincerely,

James P. Beere
Chief of Police

Prepared by

Lisa Ausmus
Deputy Chief of Police
Bureau of Risk Management