# EXHIBIT 3

# 1.4: Non-Dispatch, Non-Intel Stops by Race



# 2.2: Level 4 Uses of Force by Type

