# EXHIBIT 5

# QUALITATIVE STUDY 2026

## OAKLAND POLICE DEPARTMENT


CITY OF **OAKLAND**

# Why A Qualitative Study Is Needed?

- OPD's 2024 study of Internal Affairs (IA) Outcomes and Discipline found that Black and Hispanic sworn members were sustained at a significantly higher rate than white member

- *Recommendation*: *The Department should gather qualitative data via interviews and focus groups with representatives from across the Department, including all ranks and bureaus, and members from police officer associations and unions, to help assess high -level themes about how the results of this report impact sworn staff.*



CITY OF
**OAKLAND**

# Why A Qualitative Study Is Needed?

- IA perception survey in June through July 2025

- Preliminary findings indicate that most respondents believe the IA investigation and disciplinary processes are unfair

- Qualitative research may help the Department target the actual or perceived origins of identified disparity

- How and why?



# Working Group

Working group with diverse stakeholders:
- o Police officers
- o Professional staff
- o OCA
- o Department of Race and Equity
- o Police Commission
- o City Administrator's Office



# Working Group

Working group with diverse stakeholders:
- o Police officers
- o Professional staff
- o OCA
- o Department of Race and Equity
- o Police Commission
- o City Administrator's Office



# Working Group

Working group developed several documents consistent with qualitative research protocol:

- Consent form
- Questionnaire
- Research and interview questions
- Vetted and reviewed by executive team, OCA, unions, and Police Commission

Special order was signed by Chief Beere to allow for exception of reporting as required by DGO M-03 for those involved in the study

Allows for better engagement, transparency, and trust of participants

**CITY OF OAKLAND**

# Next Steps

| Meet with affinity groups | Finalize documents | Send out recruitment letter with questionnaire and consent form |
| --- | --- | --- |



# Next Steps

Interview 10-15 participants for max of 2 hours each

Transcribe and code data

Meet with larger working group to determine themes for focus



# Next Steps

| Complete analysis | Findings and recommendations | Working group formed |
|---|---|---|



CITY OF **OAKLAND**

# Working Group

Identify and prioritize specific changes to Internal Affairs and discipline policies, procedures, training, and communication practices

Develop an implementation plan with clear timelines, responsible owners, and measures of success

Monitor progress over time to ensure that the recommendations result in _meaningful, sustained improvements for employees and the community_

