# EXHIBIT 6

# Implicit Bias

**Darlene Flynn, Director**
**Department of Race and Equity**





# Group Introductions

1.  Please introduce yourself

2.  What are you are hoping to get out of our time today?

# What is bias?

- ***Explicit Bias*** –

Conscious prejudice in favor of, or against one racial group compared with another (often understood to be unfair/harmful)

- ***Implicit Bias*** –

Unconscious negative or positive associations based on racial identity (often co-existing with conscious *rejection* of prejudice and stereotypes, support for anti-discrimination efforts, etc.)

# The tendency to deny bias is a barrier…

- *Good people don't have racial bias –  I'm good*

- *If I don't see it/talk about it, it's not there –  I'm good*

- *If someone else sees it, that's their problem – I'm good*

- *If it wasn't intentional, it doesn't count – I'm good*



# Implicit bias sets us up to fail



# What are the implicit messages?

- **Problem(s)?**
- **So what?**
- **Solutions**
- **Benefits**



**Gender inequities in the workplace signal need for organizational root cause analysis & outcome driven problem solving.**

Discrimination in Organizational Structures, Processes, and Practices

Leadership

Climate — HR Policy — Culture

Strategy — Structure

Organizational Decision Makers' Bias

Discrimination in HR Decision-Making and Enactment

https://pmc.ncbi.nlm.nih.gov/articles/PMC4584998/pdf/fpsyg-06-01400.pdf

# Impacts of Workplace Implicit Bias

➢ Damage to organizational culture and reputation

➢ Unfair disciplinary/promotional outcomes

➢ Erosion of trust and morale

➢ Stifling of diverse perspectives

➢ Reduced productivity and innovation

# Discussion

- When did you first become aware that different racial groups are treated differently?

- Who helped you make sense of this, if at all and how did they explain it?

- When did you first become aware that women are treated differently?

- Who helped you make sense of this and how did they explain it?



# GOING DEEPER

# We get Primed by Media Bias



# Rarely Shown Media Images




# What we see influences what we see





# Our minds reactions are not trustworthy...





Everything that enters the mind influences what we notice, how we think and act.

# The Ethics Centre – Implicit Bias



# Examples of Types of Bias

- **Confirmation Bias** describes our tendency to interpret new evidence or recall information as a confirmation of pre-existing beliefs or ideas.

- **The Halo Effect** occurs when our impression of someone (or something) unconsciously influences our opinion of a different aspect of their character.

- **Anchoring Bias** occurs when we're overly influenced by older information, or an "anchor," when we interpret a new situation. This "anchor" is usually the first piece of information we hear, or what we are used to.

- **Attribution Bias** or Fundamental Attribution Error refers to our tendency to project negative traits onto someone when they make a mistake, rather than blaming the mistake on circumstances.

- **Small Numbers Bias** occurs when we overgeneralize about a group, culture, or society based on too little evidence.

# Who is a good "fit" anyway?



# **Discussion**

- How did a preference <u>for</u> dominant group markers play out in this job candidate's experience?

- How might that dynamic effect other professional experiences, such as promotional opportunity, performance evaluation/ discipline, isolation and/or withheld support?

- Did you feel any shift when the actor's accent changed?



# GOING DEEPER

# Look out for Risk Factors



# Bias Decision making Risk Factors

- Certain emotional states (anger, disgust, fear)

- Ambiguity (situations that call for discretion and have no criteria for decision making)

- Other conditions (distracted or pressured decision-making, cognitive overload, fatigue)

- Lack of feedback (when organizations don't hold individuals accountable, individuals are less likely to be vigilant about possible bias in their own decision making or actions)

# Strategies to Reduce Implicit Bias Impacts on Discipline

- **Standardize disciplinary procedures** to ensure consistency and transparency implicitbiasatwork.com.

- **Provide bias awareness and training** for managers, with tools to recognize and counteract bias Forbes.

- **Encourage psychological safety** so employees feel comfortable speaking up about perceived unfairness Forbes.

- **Use data-driven decision-making** to track and review disciplinary outcomes for patterns of bias Forbes.

- **Involve diverse perspectives** in disciplinary review panels to balance judgment.

# What You can do

- Increase awareness of your own on implicit bias

- Diversify your media and information sources related to your bias areas, strive for proximity across social differences

- Establish process steps that slow down rushed processes that strain systems and the people in them

- Avoid ambiguity; use the decision-making criteria and apply consistently

- Track and analyze outcomes of decision-making processes, disaggregated by race and gender aiming to understand root causes of disparities

# Increase Awareness of your Racial Bias

***Become a vigilant observer of your own biases and fears to reduce their impacts:***

[https://implicit.harvard.edu/implicit/backgroundinformation.html](https://implicit.harvard.edu/implicit/backgroundinformation.html)



- 75% + of those who have taken the Race Implicit Association Test reveal a preference for white

- White preference is now established as signaling discriminatory behavior (even among those who espouse egalitarian beliefs)

- By 2007, 32 studies had been done where the RACE IAT was administered with one or more measures of racially discriminatory behavior and found they were correlated

- A continuing stream of additional studies that have been completed since publication of initial conclusions support this conclusion

# **Discussion**

- What strategies have you used to minimize the impact of implicit bias on the performance of your duties or processes in the department, and how has it made a difference?

- Did you get any new ideas from this training?

- How do you plan to proceed in the next phase of your continuous improvement journey?



**THANK YOU**