# EXHIBIT 7



# Mayor Lee's Safety First Community Town Hall

**Safety First Community Town Hall**
*A Conversation with Mayor Barbara Lee & City Leadership*

Oakland's safety and economic vitality go hand in hand. Strong neighborhoods and thriving commercial corridors require coordination, communication, and partnership.

Join **Mayor Barbara Lee and city leadership** for a **Safety First Community Town Hall** focused on strengthening public safety, supporting local businesses, and improving emergency response across our neighborhoods.

**Thursday, March 12**
**Taylor Memorial Methodist Church**
1188 12th Street, Oakland
6 - 7:30PM

During the community town hall, the City will also provide a critical update on **Federal NSA oversight** as the city works toward completing the final steps of the Negotiated Settlement Agreement (Oaklandside) to ensure sustainable, accountable policing.

Together, we will build practical solutions that protect both our residents and our local economy.

**Hear directly from:**

- Mayor **Barbara Lee**
- Police Chief **James Beere**
- Fire Chief **Damon Covington**
- Violence Prevention Chief **Dr. Holly Joshi**
- Assistant City Administrator / Constitutional Policing **Michelle Phillips**
- Economic & Workforce Development Deputy Director **Cristy Johnston Limon**
- Councilmember **Carroll Fife** (District 3)
- **Moderated by** City Administrator **Jestin Johnson**

This is an opportunity for business leaders and neighborhood associations to share concerns, ask questions, and help shape solutions that protect both community safety and economic stability.

Your voice matters. Your partnership matters.