Peter Leroe-Muñoz
Bay Area Council
The Historic Klamath
Pier 9, The Embarcadero
San Francisco, CA 94111

SAN FRANCISCO CA 940

26 MAY 2026 PM 3 L

Freedom FOREVER
Liberty FOREVER

**RECEIVED**

MAY 27 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA   94102

Attn: Case File for No. 3:00-cv-04599-WHO (Allen v. Oakland)

94102-348999

