**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

| **Date:** May 27, 2026 | **Time:** 40 minutes 3:32 p.m. to 4:12 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:**   John Burris and James Chanin
**Attorney for Defendants:**   Brigid S. Martin (with City Attorney Ryan Richardson)
**Attorney for Intervenor:**   Rockne A. Lucia, Jr.

**City Representatives:**     Interim Chief James Beere
Assistant Chief Casey Johnson
Deputy Chief of Internal Affairs Aaron Smith
Deputy Chief of Bureau of Risk Management Lisa Ausmus
Director of Public Safety Rev. Damita Davis-Howard
Police Commission Chair Ricardo Garcia-Acosta
Police Commission Inspector General Zurvohn Maloof
Community Police Review Agency Director Antonio Lawson
Mayor Barbara Lee
Acting City Administrator Betsy Lake
Assistant City Administrator Michelle Phillips (serving as Interim
Constitutional Policing Administrator)

**Deputy Clerk:** Jean Davis              **Court Reporter:** Andrea Bluedorn

**PROCEEDINGS**

Parties appear for Case Management Conference. The Court provides introductory remarks and extends congratulations for the City's achieving compliance with the NSA as of the May 22, 2026 report.  Work remains, as it always will, to obtain and maintain constitutional policing in Oakland.  Until the next Case Management Conference, the Monitor will continue to evaluate OPD's compliance with Tasks 2, 5 and 45.  The City shall review the other 48 tasks in the NSA to satisfy itself that it remains in compliance with the letter and spirit of those tasks.

The Court notes the recent decline in the percentage of intelligence-led stops, and expects a discussion about the public safety implications as well as the racial disparity implications that have been addressed often throughout the Court's involvement at the next Case Management Conference.  The parties are directed to include in their Joint Case Management Statement a reflection on the lessons learned from this case, failures as well as successes.  If possible, they should include the number of police misconduct cases filed against the City/OPD/individual

officers in state and federal court and the annual amount of settlement payments each year from 2000 to the present.

The Court hears from plaintiff counsel James Chanin and John Burris.
The Court hears from intervenor counsel Rockne A. Lucia, Jr.
The Court hears from defense counsel Brigid S. Martin.
The Court hears from Mayor Barbara Lee.
The Court hears from Police Commission Chair Ricardo Garcia-Acosta

**Further in person Case Management Conference set for September 29, 2026 at 3:30 p.m.**