**Pages 1 - 25**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

DELPHINE ALLEN, et al, )
)
Plaintiffs, )
)
vs. ) **NO. 3:00-cv-04599-WHO**
)
CITY OF OAKLAND, et al, )
)
Defendants. )
)

San Francisco, California
Wednesday, May 27th, 2026

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For the Plaintiffs:

THE LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
**BY: JOHN L. BURRIS, ATTORNEY AT LAW**

THE LAW OFFICES OF JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94705
**BY: JAMES B. CHANIN, ATTORNEY AT LAW**

REPORTED REMOTELY BY: Andrea Bluedorn, RMR, CRR, CRC
Official United States Reporter

**APPEARANCES:** (CONTINUED)

For the Defendants:
OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
**BY: BRIGID S. MARTIN, ATTORNEY AT LAW**
**RYAN RICHARDSON, ATTORNEY AT LAW**

For the Intervenor:
RAINS LUCIA & WILKINSON
2300 Contra Costa Blvd, Ste 230
Pleasant Hill, CA 94523
**BY: ROCKNE ANTHONY LUCIA, JR., ATTORNEY AT LAW**

Also Present:

James Beere, Interim Chief of Police
Casey Johnson, Assistant Chief of Police
Aaron Smith, Deputy Chief of Internal Affairs
Lisa Ausmus, Deputy Chief of Bureau of Risk Managament
Rev. Damita Davis-Howard, Director of Public Safety
Ricardo Garcia-Acosta, Police Commission Chair
Zurvohn Maloof, Police Commision Inspector General
Antonio Lawson, Civilian Police Review Agency Director
Barbara Lee, Mayor
Betsy Lake, Acting City Administrator
Michelle Phillips, Assistant City Administrator
Miya Saika Chen, Chief of Staff

**Wednesday May 27th, 2026** **3:32 p.m.**

**P R O C E E D I N G S**

---o0o---

**THE COURT:** All right. Welcome, everybody.

The goal of the NSA as signed in 2003, was to direct OPD to the path of constitutional policing. This is not something that OPD could achieve for a moment in time and achieve victory. This is a goal that will and must exist as long as Oakland has a police force.

This is the first time in 23 years that OPD has achieved each of the 51 tasks in the NSA, however. No one can say mission accomplished but I do congratulate the City and OPD on getting this far. Most recently we've been focused on a task 2, 5, and 45.

They ensure that community members who have concerns about the way they're being treated by police officers can file complaints. The complaints of potential misconduct are accepted, taken seriously, and investigated thoroughly within a reasonable time frame. That even though the NSA requires the investigations be completed within 180 days, OPD can perhaps respond to citizen complaints even quicker.

The police officers understand that the internal affairs process does not exist to punish but to set officers on the right path so that they can have meaningful and productive careers in law enforcement and be responsive and respectful to

the communities they serve. The discipline is imposed in a fair, consistent, and equitable way regardless of an officer's race, ethnicity, gender, or other factors.

At this point, these tasks appear to have been accomplished. Some work remains. The Office of Accountability continues to study disparity in discipline. Its preliminary 2025 data doesn't show the anomalies in the 2024 data which were concerning.

OAI will publish its final outcome Report with recommendations at the end of June. OPD will respond. OAI is also going to complete its survey on members' perceptions of fairness in the internal investigation process over the next month or two. So the question now is at what point to terminate the Court's monitorship and close this case.

I want to hear the parties' perspective on this today. The NSA calls for a one year probationary period after full compliance. I jumped the gun four years ago with the parties' approval to start the probationary process. I narrowed the tasks that the monitor would look at, and I think we all thought that these things would be achieved three years ago, but now that didn't happen and here we are today.

So this -- I'm going to tell you what my suggestion is but I want to hear -- I'm not going to order it until I hear from everybody. My suggestion is that assuming the City remains in compliance with the NSA through the next CMC, which

I'm going to set for September 29th at 3:30, I would terminate the monitorship and close the case.

In the interim, I'll direct the monitor to continue to evaluate OPD's compliance with task 2, 5, and 45. I would ask the City to review the other 48 tasks and -- in the NSA to satisfy itself that it remains in compliance with the letter and the spirit of those tasks. I'm going to be interested in whether there continues to be a decline in the percentage of intelligence led stops, and if so, I would be interested in a discussion about the public safety implications of that as well as the racial disparity implications that have been addressed often throughout the Court's involvement.

And in the joint report prior to that CMC, I would ask the parties to reflect on lessons that they've learned from this case about failures as well as successes. And one point of reference -- my final thing, one point of reference that I've heard discussed anecdotally that I'm interested in if the information is readily available is the number of police misconduct cases that have been filed against the City or OPD or individual officers in state and Federal court and the annual amount of settlement payments each year from about 2000 to the present.

I don't know whether that information is going to be too hard to dig out, and if it is, I'm not asking for something that is too hard but any specifics on those issues would be

appreciated. So that's how I'm looking at things, and now I'm interested in hearing from people so let's start with the plaintiffs.

**MR. CHANIN:** Good afternoon, Your Honor.

**THE COURT:** Mr. Chanin.

**MR. CHANIN:** I would -- excuse me.

I would first like to compliment the Oakland Police Department in obtaining compliance with all of the NSA tasks. More than the numbers, I believe that the leadership of OPD really believes in the principles of the NSA that they no longer want to attain compliance because they have to but because they want to. I hope I'm right about that. I think so.

They see the NSA as a foundation for constitutional policing and they've shown you can practice constitutional policing and lower crime and treat people with respect all at the same time. I want to bring up something I brought up with Chief Beere and others in the command staff that I was pleasantly surprised to hear they already were working on. The subject involves internally generated complaints in 2024 and 2025.

The City says in its brief that Chief Smith, and I quote, "personally reviewed every 2024 sustained case involving black officers and female officers, concluding the findings in each case were appropriate and also reviewed a representative

sample of white officers who were investigated and not sustained." This examination doesn't go far enough. It begs the question of why 47 percent of the black officers and 24 percent of the Hispanic officers were sustained in complaints of internal origin in 2024 but not a single white officer was sustained for cases which had an internal origin.

Captain Smith's investigation may have been accurate but the department failed to consider that there might be and probably is a double standard where -- at OPD where white officers commit major infractions or even misconduct and are not brought up on charges while black officers would be charged. I have tried and tried to understand how this sustained rate can be so racially disparate and I can come up with no other explanation but the one I have just offered.

While the sustained rate between black and white officers improved in 2025, the sustained rate for black officers was still twice the rate of white officers and that's not good enough, as you said. The way officers treat each other cannot help make me feel that this disparate treatment can be reflected in the way Oakland citizens and visitors are treated on the streets of Oakland. The problem -- this problem is why the Riders' case was brought in the first place as every one of our clients were African American with one exception and they were wrongly arrested for cocaine possession.

Furthermore, the overall rate of internally generated

allegations that are sustained is too low and suggests that some officers are filing complaints because it is the safe way out. The safe way out cannot help but overload internal affairs and hurt morale in the police department. It is inconceivable to me that a police officer or supervisor commander can discover misconduct and have it sustained over only 17 percent of the time for white officers. This suggests that these complaints are either generated in bad faith or that the OPD members think they have to complain because it is necessary to avoid being disciplined.

I discussed this matter with Chief Beere and Chief Smith after the last all parties meeting. I told them that John and I would probably be gone by the time they solved this difficult problem. But the fact that I trust the command staff to do something about this and other problems at OPD says that I am close to finishing my job here.

I have spent the last 23 years trying to be fair to everyone and trying to make the Oakland Police Department a better place for the officers and the citizens they served. Martin Luther King said the arc of history is long but bends toward justice. I hope my efforts have been a small part of that process.

Thank you.

**THE COURT:** Thank you, Mr. Chanin.

Mr. Burris.

**MR. BURRIS:** I don't know that I'm at a loss for words hearing the statements by the Court which I think this is important, obviously the issue in task 25 has been central to my wanting to be clear that a major significant issue has been resolved. I think the Court has made reference to -- may make reference in the past from the hole in the ship and it can be leaky and at some point in time if you don't cover it, it could take the whole ship down.

Well, I think the efforts have been made, positive efforts, on the data that is there. We haven't seen the complete data, and I'm not prepared to make any judgments about it until I see it, '24 and '25 in comparing them is one thing, but maybe some portion of '26 needs to be looked at in order to make sure that we're on the right track and that's important.

I also think the most significant part of all of this to me is the Court's indication that there ought to be an overview to see what is the status of all of the other cases, all of the other tasks. Because if they're not -- if they are in compliance, that's terrific, that might suggest well for the future. But if they're not, then I would have some concerns about whether or not we are in fact in full compliance. Because I see all of this as not just today, as the Court knows I've said, it is tomorrow and the sustainability is one about the future and whether the mechanisms are in place for that to occur.

And so it would be good to see to look back and in particular those areas that have been paramount to me and that's been on the profiling stop data collection and what does that data look like and whether or not African Americans have been stopped and ranked as unsupported by intelligent policing, we want to know if that's really true and whether or not there are in fact issues related to increases in use of force cases. I've seen some uptick in that. That is somewhat alarming to me and maybe that's an explanation for that.

But I think the -- that before we leave this, it would be good for the Court to have clearly set forth its appreciation and understanding that what we've done here is not just for today, even though it has taken 20 something years to do, it is for the next 25 years for importance. And that's what I want to make sure that we have put in place and the Court has sanctioned what is put in place that will endure beyond today and beyond next September when this hopefully ends because what we have done here is substantial.

And I don't want to belabor the point because 25 years is enough to belabor anything and it's not something that I say that with any form of glee or happiness because it's taken a long time. I said to my wife that I started this case as a middle aged man and I'll be leaving as a senior citizen, you know, whether I like it or not. But that only means to me that what we have tried to do here is pave the way for the next

generation of people.

And I hope, hope, hope that when this is done, whenever it is, that we've done exactly that. And I thank the Court for it.

**THE COURT:** Thank you, Mr. Burris.

Mr. Lucia.

**MR. LUCIA:** Good afternoon, Your Honor.

**THE COURT:** Good afternoon.

**MR. LUCIA:** I just want to make certain acknowledgments. This is a fairly momentous occasion. I think we can all recognize that.

But I -- as to your question about timing and scheduling, I'm going to defer to the City and to Chief Beere on that. Clearly we're here as intervenors and have been watching with a very interested eye for 23 years.

But I do want to acknowledge the efforts of a certain group of people, Mayor Lee in particular. Since she's come on board, I think there has been an increased focus on compliance with the NSA.

I want to thank Brigid Martin, acknowledge her efforts.

Assistant city administrator Michelle Phillips.

And I also want to acknowledge the efforts of Chief Beere who has really I think focused the entire department on a lot of things but, in particular, the NSA and his command

staff.

And then, you know, I just want to acknowledge one thing that I've heard from you and Judge Henderson for 23 years and that is a cultural change. I don't think change -- the word change is in order anymore because I think 90 percent or more of the sworn staff at OPD were hired after 20 -- after -- 22 years ago, 23 years ago so they're all new to the NSA and the culture of OPD.

It has changed. It's a different department for sure. And I think that has a lot to do with the men and women who have over the years run the department. Some have been successful in complying with the tasks, others not so much, but the current crew that has been assembled by the city and by the department I think are well equipped to take the city and the department into the future ascribing to all the goals that you've enumerated here that we've all been hearing about for 23 years.

So I think the city and the department are well situated to move forward, and, you know, I'm looking forward to an opportunity to work with the department as the union representative and this new beginning post NSA. And I want to thank you for your efforts, by the way. I'm hoping to thank you one more time in September.

Thank you.

**THE COURT:** Thank you. Ms. Martin, you're accompanied

by many people today and so why don't you start off and -- but I will -- I will notice one of the people, Mayor Lee, I'm delighted to have you here today.

**MS. MARTIN:** Thank you, Your Honor.

Brigid Martin for the City of Oakland. And I have with me today, as you have already noticed, Mayor Barbara Lee. I have the Mayor's Director of Public Safety, Reverend Damita Davis-Howard; City Attorney, Ryan Richardson; acting City Administrator, Betsy Lake; Assistant City Administrator, Michelle Phillips; interim Chief of Police, James Beere; Deputy Chief of the Internal Affairs Bureau, Aaron Smith; the Deputy Chief of the Bureau of Risk Management, Lisa Ausmus; Police Commission Chair, Ricardo Garcia-Acosta; the Inspector General, Zurvohn Maloof; Community Police Review Agency Director, Antonio Lawson; and we have a number of city council members here as well today.

**THE COURT:** Excellent. Well, I'm so glad that you're all here and this is a good day.

So, Ms. Martin, tell me first what you think about my idea and then, second, all of the other things you think I ought to be thinking about.

**MS. MARTIN:** Yes, Your Honor.

Well I'm going to take one word from Mr. Burris. Hope. We certainly hope and will do everything we can to continue the City's preparations to be ready to take local

control over the NSA. But we're going to keep our heads on and we're going to keep the work happening, and we are going to do our very best to get there in September. And we hope that we can join with plaintiffs' counsel on that date and agree to move forward and make continued progress absent court oversight.

We also will be making sure to respond to Your Honor's requests in our brief. We can do that with that information. With all of that said, no one in the city is counting any chickens but this definitely is entirely appropriate to celebrate this milestone achievement today I think for two important reasons, one, we have to recognize not only our city leadership and our oversight bodies, but every single member of the Oakland Police Department who has worked so hard to get to this moment.

As we know from what we hear from Chief Beere in our risk management meetings, it's only one half of the story to tell police officers what they're doing wrong and to correct that behavior. It's also really important to tell police officers what they're doing right and to encourage them to continue to exhibit that behavior.

Another reason it's important to take a moment to celebrate this is that this is going to help the City continue to infuse energy into its forward momentum, to continue this progress that it's made. This milestone that we are

experiencing and that we are here together on today, it reflects sustained and structural progress and that progress is something that has been built to hold up to a regular Tuesday. Not just to court oversight, not just to the scrutiny of the monitor, this is something that we've built to live in every day.

And I also want to talk about leadership for a minute. One of the things that's really important with what we're experiencing today is the way that leadership has come together and is working together. Now, I think I would bet that everyone in this courtroom at some point in time has heard a teacher or a parent or a boss say something like do as I say, not as I do. But the city leadership today is leading by example. They're saying do as I say and as I do.

Mayor Lee and Chief Beere are sending the same message. They are modeling the same expectations and they're making decisions that are in alignment with constitutional policing principles and with the cultural change that this case has always demanded. This alignment matters. It matters because it sets an example that reverberates through the entire police department, through the city, and throughout the community.

And, finally, I'll just say the City does not view compliance as a finish line or as an excuse for complacency. We view compliance as the foundation to continue our progress.

And I'm going to keep my comments relatively brief because I want the mayor to get a good chance to address the Court on behalf of the City.

**THE COURT:** Great.

**MS. MARTIN:** Thank you.

**THE COURT:** All right. Thank you.

So Mayor Lee, I would love to hear from you.

**MS. LEE:** Well good afternoon, Your Honor.

First of all, for the third time that I have been before you, let me thank you for the opportunity to speak to you on behalf of my fellow residents of Oakland.

Today does mark a milestone for community trust and ensuring constitutional policing in Oakland. The independent monitor recently concluded for the first time in the history of the negotiated settlement agreement that the Oakland Police Department has met every standard set before it. This forward progress belongs to the entire city. It reflects the work of our officers, command staff, our civilian oversight partners, our legal team, and the many community members who have fought to reform the foundation of policing of Oakland for over two decades.

Let me take a moment to acknowledge Mayors Jean Quan, Libby Schaaf, the late Ron Dellums, former City Attorney Barbara Parker, and Judge Thelton Henderson whose decades of leadership paved the way for the progress that we've made and

continue to make today.

I also want to thank our city team who are very, very dedicated; Council President, Kevin Jenkins; our Assistant City Administrator and Interim Constitutional Policing Chief, Michelle Phillips; our interim Police Chief, James Beere; our interim City Administrator, Betsy Lakes; our City Attorney, Ryan Richardson; and of course Brigid Martin; my Public Safety Director Reverend Damita Davis-Howard; and my Chief of Staff, Miya Saika Chen, and so many more.

Their teams -- and let me say to you, Your Honor, their teams were strategic, they were determined and are determined, and align with the goal of bringing our city into compliance in this 23 year effort. Now this milestone also reflects the commitment of this court, the monitor, the plaintiffs' attorneys whose steadfast advocacy made this day possible. The Oakland Police Department has made great strides and it's not the same department that it was two decades ago and I know this.

Changing a major public institution, however, cannot be done overnight. It literally must be rebuilt. This is about keeping a promise that this city made to its residents at the very outset of the negotiated settlement agreement. It is also about the promise of a police department whose values are aligned with the values of the people it serves.

We have overhauled internal affairs. We have

transferred and transformed -- excuse me -- the use of force policies. We have established a culture of transparency that simply did not exist when this journey began.

Now when I took office, it's been just a bit over a year, Your Honor. I'm trying to count the days, maybe 370 days.

**THE COURT:** I'm not keeping track. It's a lot of work you've been doing.

**MS. LEE:** A sincere commitment to continue the cultural transformation already underway within the department. I did so because constitutional policing is a core value of our city, and today, that shift means that constitutional policing is no longer an aspiration, it is the standard. But let us be very clear, compliance is a milestone -- and I know this very clearly -- it's not a finish line. We know that being in compliance for the first time does not mean that our work is done.

We're here to prove to this court and to every resident of Oakland that these changes are not a snapshot in time. If something unfortunate occurs, we will acknowledge the facts and be 100 percent transparent. To ensure this progress is permanent and self-sustaining, we have established a dedicated constitutional policing unit -- establish this as a permanent dedicated constitutional policing unit, Your Honor, to make accountability a permanent part of our daily

operations.

The ecosystem surrounding the department has grown stronger, more coordinated, and more committed to constitutional policing. We are also deepening our engagement with the community. Through our safety first community town halls, we're talking directly to our people. We are showing our residents that a constitutionally grounded department is a more effective department.

We are grateful for the Court's guidance and for the partnership of everyone involved. Once again, I want to thank our interim chief -- Police Chief Beere and Michelle Phillips for their tremendous steady hand in this.

We're committed to the Court, to the plaintiffs, and most importantly, to the people of Oakland to proving that this progress is the permanent foundation, mind you, the permanent foundation of how we will protect and serve now and in the future. We heard your requirements. I heard your requirements very clearly, Your Honor, and I intend to make sure that we comply. Because as I said before to the Court over and over again I'd like to be completed and exit this court oversight under my watch. However, compliance with and no backsliding is also my requirements.

Thank you again for giving me a chance to be with you one more time.

**THE COURT:** Thank you. I'm going to give you another

opportunity to be with me in September.

I just -- I want to reflect just for a moment. I've been doing this for -- this monitorship for nine years. Judge Henderson told me it's only six months or so, everything will get done. The -- it's the only thing he's ever misled me on.

The -- it was obvious to me fairly early in this process that the problem was not with the force itself, the men and women who serve Oakland, the police officers. It was the leadership that they were receiving that made the difference for good or ill. And what I've been particularly impressed with since -- in the last year is that that leadership commitment has been quite clear from the city I think with the -- there have been times that people were interested certainly in following the law and in completing the tasks of the NSA, but it was not a commitment that was clearly felt by people, that it is now palpable in the city, it's palpable in the way that you have completed the constitutional policing unit and are ensuring that the requirements of the NSA are not tasks to be checked off but are part and parcel of what the people of Oakland are entitled to and need.

So I am very appreciative of all of that. Chief Beere, I haven't heard bad things yet. I'm sure I will, and it's important -- things will go wrong, and that's just part of institutions, but it is having the structures set up, having the accountability to ensure that the city knows what's going

on at OPD and vice versa and people aren't pointing fingers at each other but are trying to meet those goals. All of that is critical.

And integrity. Being -- not concealing the things that go wrong but dealing with them openly has been a problem, does not seem to be a problem now. And so those are all things that I'm grateful for. And I'm quite hopeful that by September 29th we'll be able to say things are moving in the right direction and, again, it is never going to be mission accomplished because it is something that just has to be done every day.

Ms. Martin was in the Conviction Alternatives Program at the beginning and -- when we started it ten years ago, and it is -- we know that this is an issue every day that you have to commit yourself to and make happen and I think I'm hopeful also. So thank you.

**MS. MARTIN:** Thank you, Your Honor.

And yes I just must say in conclusion that I have found this leadership to be true public service. And also their values and compliance with all of these tasks have been institutionalized and what we needed to do was establish the policies and how to move forward and have benchmarks and understand exactly what comes next. And so I'm very proud of them also and it's very humbling to be before you again.

Thank you.

**THE COURT:** Thank you very much.

And the police commission is there -- is there anything to be added by anybody from the police commission?

**MR. GARCIA-ACOSTA:** Good afternoon, Your Honor.

Certainly didn't want to have to follow that and don't really have much else to add, you've heard from all the stakeholders today. We truly are appreciative of all the work that the City has been doing under the great leadership of our mayor, really building capacity within the city level, bringing all the partners together, can't stress how much increased communication, increased coordination, how much that's all working, and for us to be able to be a conduit to the community to make sure that accurate information is going out, that the community voice is getting lifted up and really just playing a small but important part in this ecosystem has really been an honor.

I really want to -- I don't want to take too much time but I would be remiss if I didn't congratulate and really applaud OPD and leadership of OPD for -- you know, this is decades in its coming and it's an incredible feat and this is an undeniable achievement that we just really can't speak enough of.

As we mentioned, it's a benchmark. The work is not over yet. I do believe that we have the infrastructure, the systems, the relationships, the trust to have this be

sustainable moving forward in the future and I think that's the most important thing.

The commission itself has really been focusing on OPD, whether it be on policy, whether it be on finding consistency in discipline and looking at fair discipline so that the force knows what to expect and knows that there are agreements and conversations that are happening that aren't just I got you moments but really collectively we're making these decisions and really championing that across the department.

And I think the most important part is that regardless of, you know, future changes with whether it's within the commission, city leadership, I think we've set a foundation over the last year, I've been a part of the commission for three years now, and it's really been incredible to see the transformation just over the last year, year and a half under the leadership of Chief Beere, under the leadership of our Mayor, Barbara Lee, and also building up the capacity of the NSA compliance.

The area of the city is really -- I mean, you know, you put your -- your budget, your resources where your values are at and what you feel is important. I think the City has really doubled down in not only trying to -- I belive the City said in their brief go beyond the numbers and really look at how do we make this thing work and all pull in the same direction.

So I'm really proud to be an Oaklander, proud to be on the police commission, to work with wonderful colleagues. And, you know, the work continues. We will continue lifting up community voice, we'll continue having hard discussions, we will continue looking at policies that are going to be best for the City, and I think there's trust and the relationships have -- have been established for us to be able to do so so I would just say congratulations to all.

**THE COURT:** All right. Thank you, sir.

I will look forward to the continued progress, the hard work that everybody is putting in. I'm grateful to everybody, and this is, I was -- I kept trying to think of sports analogies that would work for this and it's not about spiking the ball because that's -- that would suggest that it's just one thing, just five yards from the goal line and then it's done. This is more like building a major league baseball franchise where you have to have the infrastructure, the building, the leadership, you got to have the guys in the minor league who are coming up to -- and up to the majors and then making the hard decisions. Sometimes they're wrong, sometimes they're right.

And I did want to -- with respect to the minor league part, I just wanted to give a shout out to the Cadet Program and to the number of recruits who were trained, I think 42. That's -- that speaks well of what's happening in the city. So

that's the closest I could come to my sports analogy, but I hope to see this proud franchise continue on in September so I'll see you then.

Thank you, all.

(Proceedings adjourned at 4:11 p.m.)

---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Wednesday, June 10th, 2026.

Andrea K Bluedorn

Andrea K. Bluedorn, RMR, CRR
Official United States Reporter