# EXHIBIT 5

# Compliance Assessor Form v2 - Nov 2025 Start

Data Collection for Tasks 18, 24, 25, 35, 36 and 38

* Required

* This form will record your name, please fill your name.

## Use of Force Reporting and Investigation

Tasks 24, 25 and 35

1. RD# *

2. UOF# *

3. What is the UOF reporting Level of the incident (highest Level of force)? *

- ○ Level 4
- ○ Level 3
- ○ Level 2
- ○ Level 1

4. Incident Date *

5. Was a supervisor notified as soon as practicable, upon the use of force? *

- ○ Yes
- ○ No

6. If no, please explain.

7. Did a supervisor respond to the scene, if required? *

- Yes
- No
- N/A

8. If no, please explain.

9. If sequestering was required, was it conducted in compliance with policy? *

- Yes
- No
- N/A

10. If no, please explain.

11. Was all force reported? *

- Yes
- No

12. If no, please explain.

13. Was all force documented? *

○ Yes

○ No

14. If no, please explain

15. Was all force entered into Vision? *

○ Yes

○ No

16. If no, please explain.

17. Did a supervisor complete the UOF investigation report, for Level 3 uses of force? *

○ Yes

○ No

○ N/A

18. If no, please explain.

19. Did all officers on-scene complete a supplemental report, if required? *

○ Yes

○ No

○ N/A

20. If no, please explain. *

21. Did the use of force report contain a Summary of the Incident? *

- ◯ Yes
- ◯ No

22. If no, please explain. *

23. Did the use of force report include consideration of discrepancies? *

- ◯ Yes
- ◯ No
- ◯ N/A

24. If no, please explain. *

25. Was the report free of pat or boilerplate language? *

- ◯ Yes
- ◯ No

26. If no, please explain. *

27. Did the use of force report include documentation of all evidence? *

- ◯ Yes
- ◯ No

28. If no, please explain. *

29. Did the use of force report include consideration of training/tactical issues, when required? (If there were no training/tactical issues identified, select YES. Check NO if there were training/tactical issues that should have been captured by supervisory review.) *

- Yes
- No

30. If no, please explain. *

31. If any of the required elements were missing from the report, did the supervisor provide justification for the missing element(s)? *

- Yes
- No
- N/A

32. If no, please explain.

33. Did officers deescalate appropriately? *

- Yes
- No

34. If no, please explain. *

35. Were officers' BWC's activated appropriately and in buffering mode? *

○ Yes

○ No

36. If no, please explain. *

37. Did officers identify themselves appropriately? *

○ Yes

○ No

38. If no, please explain. *

39. Did officers use sound tactics? *

○ Yes

○ No

40. If no, please explain. *

41. Did officers maintain a professional demeanor? *

○ Yes

○ No

42. If no, please explain. *

43. Were officers' reports free of boilerplate language? *

◯ Yes

◯ No

44. If no, please explain.

45. Did the use of force report contain compliance recommendations? *

◯ Yes

◯ No

46. If no, please explain.

47. Did you agree with the compliance recommendations? *

◯ Yes

◯ No

48. If no, please explain.

49. Was the use of force report reviewed by the required chain of command? *

◯ Yes

◯ No

50. If no, please explain.

51. If the force was found to be out of compliance, was it referred to IAB? *

- Yes
- No
- N/A

52. If no, please explain.

53. Was the use of force investigation conducted within the required timelines? *

- Yes
- No

54. If no, please explain.

55. Were all witnesses to the use of force documented appropriately, including contact information? *

- Yes
- No
- N/A

56. If no, please explain.

57. If no witnesses were identified, does the report document "No Known Witnesses"? *

- ◯ Yes
- ◯ No

58. If no please explain.

59. If witnesses were located, but could not be identified, was the reason documented? *

- ◯ Yes
- ◯ No
- ◯ N/A

60. If no, please explain.

61. Were all OPD witnesses identified and documented? *

- ◯ Yes
- ◯ No

62. If no, please explain.

63. Were there any other issues identified? Only complete if necessary.

## Transporting Detainees

Task 36

64. Was there at least one transport during this incident? *

○ Yes

○ No

65. Did officer login with starting mileage? *

○ Yes

○ No

66. Did officer login with starting location? *

○ Yes

○ No

67. Did officer login with purpose of transport (In/custody is sufficient if subject is being transported to SRJ, ACH, PAB, or EMM)? *

○ Yes

○ No

68. Did officer login with the gender of the individual being transported? *

○ Yes

○ No

69. Did officer log out with ending mileage? *

○ Yes

○ No

70. Did officer log out with ending location? *

- Yes
- No

71. If the transported individual was a Juvenile, was that documented in CAD during login ("J")? *

- Yes
- No
- N/A

72. If any transport information was missing, please explain?

73. Was the entire transport captured on BWC? *

- Yes
- No

## Arrest Approval

Task 18

74. Did a supervisor respond to the scene and approve the arrest if the incident met the following criteria: felony arrest, arrest for narcotics possession, arrest for marijuana (if arrestee is transported to jail), PC 69 arrest, PC 148(a)(1) arrest, PC 243(b) or (c) arrest, or Level 1, 2 and 3 uses of force? *

- ◯ Yes
- ◯ No
- ◯ N/A

75. Was the arrest approval documented in CAD or in the crime report?

- ◯ Yes
- ◯ No

76. If there were any issues with arrest approval, please explain.

## Citizen Statements

Task 38

77. Were any statements taken (detainees, witnesses, victims, etc.)?

- ◯ Yes
- ◯ No

78. Did all statement forms have a diagonal stripe from the end of the written narrative to the bottom of the page and have the signatures along the stripe?

- ◯ Yes
- ◯ No
- ◯ N/A

79. If there was no statement form, were statements recorded via BWC?

- ◯ Yes
- ◯ No

80. If there were any issues with statements, please explain.

Corrective Actions Taken

81. If any deficiencies were identified in this incident, please detail the corrective actions taken.

This content is neither created nor endorsed by Microsoft. The data you submit will be sent to the form owner.

Microsoft Forms