**SAFE OAKLAND**
A coalition of Oakland civil rights, faith, business, and neighborhood leaders
www.safe-oakland.org

# OPEN LETTER

September 22, 2026

**The Honorable William H. Orrick**
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re: Case No. C00-4599 WHO**

Dear Judge Orrick,

We write as **Safe Oakland**, a coalition of Oakland civil rights, faith, business, and neighborhood leaders whose organizations have served this city for decades, to express our strong support for the City of Oakland's effort to conclude the Negotiated Settlement Agreement in *Delphine Allen, et al. v. City of Oakland*. We support ending federal oversight of the Oakland Police Department as soon as the Court finds it appropriate, and we urge the City to move promptly and confidently into its post-oversight transition following the Court's case management conference on September 29.

We respectfully ask that this letter be included in the City's submission to the Court, so that the record reflects that the communities most affected by this case stand behind its conclusion.

## Why our voice matters

The Negotiated Settlement Agreement exists because of the Riders, the officers who beat, framed, and planted evidence on residents of West Oakland more than two decades ago. The people harmed by that misconduct came from our communities. So did the families who spent the years that followed wondering whether the institutions meant to protect them could be trusted.

That is why we do not offer our support lightly, and why we believe it carries weight. We are not asking the Court or the public to simply trust the police. We are expressing confidence in the accountability structure Oakland has built, over twenty-three years and in partnership with this community, to keep constitutional policing the permanent standard in our city.

## The case for concluding the agreement

**Oakland has met the standard the Court set.** In May 2026, the Court's independent monitor reported that OPD was in compliance with all 51 tasks of the Negotiated Settlement Agreement, for the first time in the history of the case. That finding is the product of more than two decades of sustained effort by officers, command staff, city employees, oversight bodies, plaintiffs' counsel, and residents.

**The reforms are now institutional, not individual.** The Agreement's requirements for use-of-force reporting, internal investigations, supervision, early intervention, and the reduction of racial disparities in stops are now embedded in OPD policy and practice. Your administration's creation of the Constitutional Policing Administrator position within the City Administrator's office gives those reforms a permanent home inside city government. The Court has recognized that role as pivotal to the long-term success of constitutional policing in Oakland, and has observed that Oakland may be on the threshold of

institutionalizing constitutional policing for the first time.

**Oakland already has the local oversight to carry this forward.** Oakland voters created the Oakland Police Commission and the Community Police Review Agency in 2016 and expanded the system with the Office of the Inspector General in 2020. Few cities in the country have civilian oversight with comparable independence and authority. When the Court's oversight ends, it does not disappear. It comes home to structures Oakland residents chose and built.

**Local leadership has demonstrated its commitment.** You told the Court early in your administration that you intended to see this case concluded, and you have backed that commitment with personnel, resources, and personal involvement. As you said in May, compliance is a milestone, not a finish line. We agree, and we intend to help carry that work forward.

**Public safety demands Oakland's full attention.** Oakland residents and businesses need a police department that is both effective and constitutional. Those goals are not in tension. They depend on each other. Concluding the Agreement allows the City to focus its leadership, energy, and resources on the safety of every neighborhood while holding firmly to the standards the Agreement established. A safer Oakland is also the foundation of the city's economic recovery: the jobs, small businesses, and public revenue that sustain services in every community.

## Our commitment

Our support is not a one-day statement. Safe Oakland intends to be present and engaged throughout the exit process and long after it. Specifically, we commit to:

1. **Partnership.** Work alongside your administration, the Oakland Police Department, the Constitutional Policing Administrator, and the City's civilian oversight bodies as a constructive community partner, not an adversary.
2. **Community representation.** Serve as a community bridge, carrying the voice, concerns, and expectations of Oakland's historically marginalized communities into the decisions that will shape public safety after federal oversight ends.
3. **Vigilance.** Track the constitutional policing indicators the City publishes, and raise concerns early, directly with the City first and publicly when necessary, if they move in the wrong direction.
4. **Honest public information.** Give Oakland residents clear, factual, and accessible updates on how the transition is progressing, so that the public can hold all of us accountable.

## What we ask of the City

In the same spirit of partnership, we ask the City to commit publicly to the following as the case concludes:

1. **Continued public reporting.** Publish the core constitutional policing indicators (uses of force, stops and racial disparities in stops, complaints, and the timeliness of internal investigations) on a regular, predictable schedule and in plain language.
2. **Fully resourced civilian oversight.** Ensure the Police Commission, the Community Police Review Agency, and the Office of the Inspector General are funded and staffed to fulfill the charter responsibilities Oakland voters gave them.
3. **Permanent reform infrastructure.** Maintain early-warning systems, supervisory review, de-escalation and scenario-based training, and data-driven accountability as the permanent standard, not as requirements that expire with the Court's jurisdiction.
4. **A standing community table.** Establish a regular, structured forum, at least quarterly, through which Safe Oakland and other community stakeholders meet with your office, the City Administrator, the Chief of Police, and the Constitutional Policing Administrator to review

progress and address concerns.

5. **Community input on key roles.** Include community stakeholders in the process to select the permanent Constitutional Policing Administrator, and in future reviews of the City's post-oversight transition plan.
6. **An annual public accounting.** Issue an annual public report on the sustainability of the Agreement's reforms, including the lessons learned, both failures and successes, that the Court has asked the City to reflect on.

## Looking ahead

For twenty-three years, a federal court has held Oakland to the standard of constitutional policing. The time has come for Oakland to hold itself to that standard, and for the community to share in that responsibility. We stand ready to do our part.

We welcome the opportunity to meet with you and your team within 30 days of the Court's decision to begin this partnership in earnest. Thank you for your leadership in bringing Oakland to this moment.

Respectfully,

**Cynthia Adams**
President, NAACP Oakland Branch

**Ali Albasiery**
Owner, Shop Rite Market; Yemeni Community Leader

**LeRonne Armstrong**
Former Chief of Police, Oakland Police Dept.

**Pastor Tony Avila**
Community and business leader

**Bishop L. Lawrence Brandon**
Evergreen Missionary Baptist Church

**Amardeep Brar**
Board Director of APCA Convenience Store Association & Oakland Business Owner

**Carl Chan**
Chair, Chinatown Chamber of Commerce Fndn

**William "Bill" Crotinger**
President & Founder, Argent Materials

**Robert L. Harris, Esq.**
Executive Committee, NAACP Oakland Branch

**Bishop Bob Jackson**
Acts Full Gospel Church

**Patti Joselewitz**
Founding Member, Oakland Jewish Alliance

**Ibrahim Mohsen**
CEO, BSV Solutions

**Loren Taylor**
Former Oakland City Councilmember
Interim CEO, Black Action Alliance

**Stephanie Tran**
President, Chinatown Chamber of Commerce

cc: Office of the City Attorney, City of Oakland
City Administrator, City of Oakland
Interim Constitutional Policing Administrator, City of Oakland
Members of the Oakland City Council
Oakland Police Commission
Chief of Police, Oakland Police Department