**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| | | |
|---|---|---|
| **Date:** September 29, 2026 | **Time:** 1 hour, 19 minutes<br>3:33 p.m. to 4:52 p.m. | **Judge:** WILLIAM H. ORRICK |
| **Case No.**: 00-cv-04599-WHO | **Case Name:** Allen, et al v. City of Oakland, et al | |

**Attorneys for Plaintiffs:** John Burris and James Chanin
**Attorney for Defendants:** Brigid S. Martin (with City Attorney Ryan Richardson)
**Attorney for Intervenor:** Rockne A. Lucia, Jr.

**City Representatives:**
Chief James Beere
Deputy Chief of Internal Affairs Aaron Smith
Deputy Chief of Bureau of Risk Management Lisa Ausmus
Assistant
Police Commission Chair Ricardo Garcia-Acosta
Police Commission Inspector General Zurvohn Maloof
Community Police Review Agency Director Antonio Lawson
Mayor Barbara Lee
Acting City Administrator Betsy Lake
Assistant City Administrator Michelle Phillips (serving as Interim Constitutional Policing Administrator)

**Monitor:** Chief Robert S. Warshaw

**Deputy Clerk:** Jean Davis **Court Reporter:** Marla Knox

**PROCEEDINGS**

Parties appear for Case Management Conference. The Court provides introductory remarks.

The Court hears from plaintiff counsel James Chanin
The Court hears from plaintiff counsel John Burris.
The Court hears from intervenor counsel Rockne A. Lucia, Jr.
The Court hears from defense counsel Brigid S. Martin.
The Court hears from Chief Beere.
The Court hears from Mayor Barbara Lee.

The Court announces that the monitoring of Oakland Police Department will be terminated. The case will be dismissed with prejudice. An order will be filed in due course. The monitoring team shall coordinate with Ms. Martin for winding-down issues.

Monitor Chief Warshaw presents comments.

The Court acknowledges the example and efforts of retired Judge Thelton Henderson; highlights select improvements and accomplishments achieved by the Oakland Police Department; thanks the Monitor and his team for their work; and thanks Dr. Eberhardt and her colleagues at Stanford University for their data collection, analysis and support.