United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELPHINE ALLEN, et al.,

Plaintiffs,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 00-cv-04599-WHO

**ORDER APPROVING PAYMENT TO MONITOR AND COMPLIANCE DIRECTOR (OCTOBER 2026)**

The Court has reviewed the final invoice submitted for October 2026 and finds the requested amount reasonable to pay. Accordingly, the Clerk shall disburse $4,930.32 to Warshaw & Associates, Inc., out of the funds in Court's registry for this case.

After payment of this invoice, the Clerk's Office is directed to return any remaining funds in the registry for this case to the City of Oakland consistent with the January 19, 2017 Order.

**IT IS SO ORDERED.**

Dated: October 23, 2026

William H. Orrick
United States District Judge